Jason Schultz (SBN 212600)
*jason@eff.org*
Corynne McSherry (SBN 221504)
*corynne@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Marcia Hofmann (SBN 250087)
*marcia@eff.org*
ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Ave. NW
Suite 650
Washington, DC  20009
Telephone: (202) 797-9009 x106
Facsimile: (202) 707-9066

Attorneys for Plaintiff
STEPHANIE LENZ

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHANIE LENZ, | No. C 07-03783 MEJ |
| Plaintiff, | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| v. | |
| UNIVERSAL MUSIC GROUP, INC. and UNIVERSAL MUSIC PUBLISHING, INC., | |
| Defendant. | |

1
2

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

3
4
5

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

6

DATED:  August 15, 2007

7
8
9
10
11

By _____/s/_____

Jason Schultz, Esq.
Corynne McSherry, Esq.
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA  94110
Telephone:  (415) 436-9333
Facsimile:  (415) 436-9993

12
13
14
15

Marcia Hofmann, Esq.
ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Ave. NW
Suite 650
Washington, DC  20009
Telephone: (202) 797-9009 x106
Facsimile: (202) 707-9066

16

Attorneys for Plaintiff
STEPHANIE LENZ

17
18
19
20
21
22
23
24
25
26
27
28

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND REQUEST FOR REASSIGNMENT TO A U. S. DISTRICT
JUDGE