KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE LENZ,<br><br>       Plaintiff,<br><br>vs.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>       Defendants. | CASE NO. CV 07-03783-MEJ<br><br>STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT<br><br>[CIVIL LOCAL RULE 6-1(a)] |

1  WHEREAS, Plaintiff served the First Amended Complaint on Defendants on
2  August 15, 2007; and
3  WHEREAS, Defendants have requested, and Plaintiff has agreed, that Defendants
4  have through and including September 21, 2007, within which to answer or otherwise respond to
5  the First Amended Complaint; and
6  WHEREAS, this stipulation will not alter the date of any event or any deadline
7  already fixed by Court order.
8  NOW, THEREFORE, pursuant to Civil Local Rule 6-1(a), Plaintiff and
9  Defendants hereby stipulate, through their counsel, that Defendants shall have through and
10 including September 21, 2007, within which to answer or otherwise respond to the First Amended
11 Complaint.

13 DATED: August 20, 2007              ELECTRONIC FRONTIER FOUNDATION

15                                     By:_____/s/_____
                                              JASON SCHULTZ
16
                                       Attorneys for Plaintiff

18 DATED: August 20, 2007              MUNGER, TOLLES & OLSON LLP

20                                     By:_____/s/_____
                                              KELLY M. KLAUS
21
                                       Attorneys for Defendants