# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEPHANIE LENZ,  )
          Plaintiff(s)  )    CASE NO. C-07-3783 MEJ
   v.  )
            )    **NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE**
UNIVERSAL MUSIC GROUP, et al.,  )
          Defendant(s)  )

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

  **X**  (1) One or more of the parties has requested reassignment to a United States District Judge, or

  ____  (2) One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

  ____  (3) One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

    All previous hearing dates are hereby **VACATED.**

Dated: September 18, 2007

_____
Maria-Elena James
United States Magistrate Judge

_____
By: Brenda Tolbert, Deputy Clerk