1  KELLY M. KLAUS (SBN 161091)
   Kelly.Klaus@mto.com
2  AMY C. TOVAR (SBN 230370)
   Amy.Tovar@mto.com
3  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
4  Thirty-Fifth Floor
   Los Angeles, CA  90071-1560
5  Telephone:     (213) 683-9100
   Facsimile:      (213) 687-3702
6
   Attorneys for Defendants
7  UNIVERSAL MUSIC CORP.,
   UNIVERSAL MUSIC PUBLISHING, INC.,
8  and UNIVERSAL MUSIC PUBLISHING GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEPHANIE LENZ, | CASE NO.  CV 07-03783 |
|---|---|
| Plaintiff, | **NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT AND SPECIAL MOTION TO STRIKE PLAINTIFF'S STATE LAW CLAIM** |
| vs. | |
| UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP, | [Memorandum of Points and Declaration of Kelly M. Klaus Filed Concurrently] |
| Defendants. | |
| | DATE:  TBD<br>TIME:   TBD<br>CTRM: To be Assigned |

1     TO PLAINTIFF AND HER COUNSEL OF RECORD:

2     PLEASE TAKE NOTICE THAT, on the first available motion hearing date and time of
3  the Court to which this action is re-assigned that is at least 35 days from the date of this filing,
4  Defendants Universal Music Corp., Universal Music Publishing, Inc. and Universal Music
5  Publishing Group ("Defendants" or "Universal") will and hereby do move the Court for:

6     [1]   An Order dismissing with prejudice Plaintiff's First Cause of Action – for
7  "§ 512(f) Misrepresentation" – pursuant to Federal Rule of Civil Procedure 12(b)(6), on the
8  ground that the cause of action fails to state a claim upon which the Court may grant Plaintiff
9  relief;

10    [2]   An Order striking Plaintiff's Second Cause of Action – for "Interference with
11 Contract" under California Law – pursuant to California Civil Procedure Code § 425.16, on the
12 grounds that Plaintiff's claim arises from acts in furtherance of Universal's right of petition or
13 free speech, as defined in the California statute, including conduct in furtherance of the exercise
14 of the constitutional right of petition or the constitutional right of free speech in connection with a
15 public issue or an issue of public interest, *id*. § 425.16(e)(4), and that Plaintiff has not shown and
16 cannot show with admissible evidence a probability of prevailing on the claim; and

17    [3]   An Order dismissing Plaintiff's Third Cause of Action – for "Declaratory Relief of
18 Non-Infringement" – pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), on the
19 ground that Plaintiff has failed to allege a justiciable case or controversy.

20    This Motion is based upon this Notice of Motion and Motion; the Memorandum of Points
21 and Authorities and Declaration of Kelly M. Klaus and all exhibits thereto that are being filed
22 concurrently with this Motion; all pleadings and documents on file in this action; and such other
23 materials or argument as the Court may properly consider prior to deciding this Motion.

24    PLEASE TAKE FURTHER NOTICE THAT, once this action is re-assigned to a Judge of
25 this Court, *see* Docket Entry Number 9 (entered Sept. 18, 2007), Defendants will file and serve an
26 Amended Notice of Motion that will state the date and time certain for the hearing on this Motion
27 in accordance with the hearing schedule set forth in the first paragraph above.  Defendants also
28 will lodge courtesy copies of all of their Motion papers with the assigned Judge within one

business day of the reassignment, pursuant to General Order 45.VI.G.  Defendants also will submit a [Proposed] Order in electronic form to the assigned Judge's PO email address, General Order 45.VIII, and will send a copy of the same in electronic format to Plaintiff's counsel.

DATED:  September 21, 2007                MUNGER, TOLLES & OLSON LLP

By: _____/s/_____
KELLY M. KLAUS

Attorneys for Defendants
UNIVERSAL MUSIC CORP.,
UNIVERSAL MUSIC PUBLISHING, INC.,
and UNIVERSAL MUSIC PUBLISHING GROUP