KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
AMY C. TOVAR (SBN 230370)
Amy.Tovar@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

Attorneys for Defendants
UNIVERSAL MUSIC CORP.,
UNIVERSAL MUSIC PUBLISHING, INC.,
and UNIVERSAL MUSIC PUBLISHING GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE LENZ,<br><br>            Plaintiff,<br><br>vs.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>           Defendants. | CASE NO. CV 07-03783<br><br>**DECLARATION OF KELLY M. KLAUS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND SPECIAL MOTION TO STRIKE PLAINTIFF'S STATE LAW CLAIM**<br><br>[Notice of Motion and Motion and Memorandum of Points and Authorities Filed Concurrently]<br><br>DATE:  TBD<br>TIME:  TBD<br>CTRM:  To be Assigned |

3663611.1

DECLARATION OF KELLY KLAUS
ISO MOTION TO DISMISS
CASE NO. CV 07-03783

I, KELLY M. KLAUS, declare as follows:

1. I am a partner in the law firm of Munger, Tolles & Olson LLP, counsel to Defendants Universal Music Corp., Universal Music Publishing, Inc. and Universal Music Publishing Group ("Defendants" or "Universal") in the above-captioned case. I am submitting this Declaration in support of Defendants' Motion to Dismiss the Complaint and Special Motion to Strike Plaintiff's State Law Claim. The facts set forth within this Declaration are based upon my personal knowledge. If called as a witness in this action, I could and would testify competently to the contents of this Declaration.

2. The original Complaint in this action was filed on July 24, 2007 and named Universal Music Publishing, Inc. and Universal Music Publishing Group, Inc. as defendants. After I received a copy of the original Complaint, I informed Plaintiff's counsel that neither of these entities was the proper Defendant, and that it appeared from the Complaint that the entity Plaintiff wanted to name was Universal Music Corp. On August 15, 2007, Plaintiff filed the Amended Complaint, which adds Universal Music Corp. as a named Defendant and retains Universal Music Publishing, Inc. and Universal Music Publishing Group.

3. Attached hereto as Exhibit A is a true and correct copy of a printout of YouTube's Terms of Use, http://www.youtube.com/t/terms.

4. Attached hereto as Exhibit B is a true and correct copy of a printout of the YouTube site that contains Plaintiff's posting, www.youtube.com/watch?v=N1KfJHFWlhQ.

5. Attached hereto as Exhibit C is a true and correct copy of Universal's June 4, 2007 notice to YouTube.

6. Attached hereto as Exhibit D is a true and correct copy of YouTube's June 8, 2007 email message to Universal, forwarding Plaintiff's counter-notice dated June 7, 2007.

7. Attached hereto as Exhibit E is a true and correct copy of a printout from the website of the Electronic Frontier Foundation ("EFF"), www.eff.org/about/history.php.

8. Attached hereto as Exhibit F is a true and correct copy of a printout of a news archive item dated October 15, 2004, and entitled, *Diebold Coughs Up Cash In Copyright Case*, from the EFF website, www.eff.org/news/archives/2004_10.php#002009.

9. Attached hereto as Exhibit G is a true and correct copy of a printout of the web page http://blog.piggyhawk.net/?p=174.

10. Attached hereto as Exhibit H is a true and correct copy of a printout of the web page www.thedavidlawrenceshow.com/rays_privacyclue_the_effs_mcsherry_and_bond_on_green_007337.html.

11. Attached hereto as Exhibit I is a true and correct copy of a printout of the first page of the home page of EFF's website, www.eff.org/.

12. Attached hereto as Exhibit J is a true and correct copy of a printout of a press release posted on EFF's website, www.eff.org/legal/cases/lenz_v_universal/.

13. Attached hereto as Exhibit K is a true and correct copy of a printout of the web page http://blog.piggyhawk.net/?cat=26.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed this Twenty-First day of September 2007 at Los Angeles, California.

KELLY M. KLAUS

3663611.1

- 2 -

DECLARATION OF KELLY KLAUS
ISO MOTION TO DISMISS
CASE NO. CV 07-03783-MEJ