# EXHIBIT G

Case 5:07-cv-03783-JF   Document 12-3   Filed 09/21/2007   Page 2 of 42

- Home
- Fifty Things About Me
- Fish In The Sky
- [               ] Search

# So anyway…

## fish in the sky and a big monkey pie

**Feed on**
Posts
Comments

## O'Reilly Factor

Jul 27th, 2007 by Eden

My chins & I were on Bill-O.

**ETA: I'm going to transcribe the segment, kinda, for those who didn't get to see. Separate post coming.**

Post comments here. Content to come.



*Me on-set, after the interview*

The car they sent was a town car. The driver, Mark, was pretty cool. We talked about strip clubs at one

point. Anyhoo…



*The knitting project I did to get my nerves under control.*



Me en route, since I forgot to get a "finished make-up" photo at home

We made it to the studio at about 5:40. Just enough time for the makeup girl to darken my eyes a bit and add some blush. I think there was too much blush but oh well.

Then the guy helped me with my mic and the earpiece (it was on my right) and I could hear this obnoxious story about Lindsay Lohan so I tuned it out. Little did I realize, people were saying "Stephanie Lenz, can you hear me?" I should have said, "Yeah, yeah I can hear you. Why are you shouting?" but it didn't occur to me (or "Stephanie Lenz. Take. The Banana. Out of your ear." — some people just laughed at the one). Anyway, once I realized that people were speaking to me, I replied to them. I did. So I didn't really have time to breathe or gather my thoughts. I could only see a sideways TV showing my shot so I had no idea what was going on. I did hear the video play and I smiled.

Michelle was warm and gracious, thanking us both again after the show went off the air. I told her it was a pleasure talking with her and it was.

I didn't hear the first half of that last question so I was trying to come up with an answer to what I thought she said. Then the guy was giving me the "wrap it up" signal and I got flustered & forgot what I'd been saying. Otherwise, I kept my head about me pretty well.

Here are some photos of our TV as we watched. I hope I'm not infringing anyone's copyright.



*Michelle Malkin's intro*



*One of the legal team, Corynne McSherry*



Holden gets his funk on



*Wish I had Corynne's lighting. You can see how bring my lights were as compared to the other link-ups.*



*It was at this point that you could hear me be me, in answering that Holden "likes his funk; he likes his R&B."*

Case 5:07-cv-03783-JF    Document 12-3    Filed 09/21/2007    Page 7 of 42



"I haz a video. No! They be takin mai video! I has mai video back. Mai lawsuit. Let me show it to u…"

FYI: My lawyer Corynne will be on an Internet radio show tomorrow evening at this URL: http://www.thedavidlawrenceshow.com/

Posted in Moi, EFF/UMPG | 31 Comments

## 31 Responses to "O'Reilly Factor"

1. *on 27 Jul 2007 at 9:02 pm*1*ron*

   just saw you on the boob tube! congrats, you looked great!

2. *on 27 Jul 2007 at 9:08 pm*2*Eden*

   Well-chosen words 😊 Thanks!

3. *on 27 Jul 2007 at 10:56 pm*3*Michael Mahler*

   Brava, sweetie! You were poised and exceedingly well-spoken. And this is certainly the only time I have willingly watched the O'Reilly Factor. (The shame. The utter SHAME of me watching that program. Okay, I fast forwarded to your segment.)

   Kudos to you for standing up for you and your family! So very proud that our Fairy Blogmother is so valiant!

4. *on 27 Jul 2007 at 10:56 pm*4*Theryn*

You look great 😊 Glad to hear it went well. Hope I get to see the whole thing sometime!

5. *on 27 Jul 2007 at 10:58 pm5Eden*

You have to, T, b/c I mentioned "a friend of mine who's a lawyer" — I didn't have time to say "who moonlights as a Beaver."

6. *on 27 Jul 2007 at 11:30 pm6Miz UV*

Wow! You look great and thanks for posting those shots. (Of course I missed it, having to make an emergency trip to my daughter's work because she had an itchy bug bite on her foot and I had to bring over the Benadryl cream.) This is just awesome! Besides being a colossal pain in the ass, of course. 😊

7. *on 27 Jul 2007 at 11:31 pm7Miz UV*

Oh, and I freaking LOVE that necklace!!

8. *on 27 Jul 2007 at 11:59 pm8Minda*

You looked great. I don't know why they took the video down in the first place. You can hardly even hear the song or identify it. This music industry is getting too…wound up about stuff like this.

I say hit them where it hurts…their pride!

9. *on 28 Jul 2007 at 1:32 am9jOoLz*

omfg, i totally forgot to tivo bill-o's show tonight! someone needs to put it on youtube so i can see it.

btw, i can't believe that ms. malkin (the twunt) was pleasant!

10. *on 28 Jul 2007 at 1:46 am10Deoris*

You were DVR'd as soon as I got home (becuz man can't run electronics) and watched with much joy and smooching at the tv. "Look! It's Eden! That's MY friend!" I've been telling folk for days about you and your BALLZ and enjoyed telling them you were on the telly tonight. Wish I had a way to get the thing from the dvr to the computer…but alas! That cord didn't come with it! I thought you were a little hyperventilating at the start and did notice the confusion at the end, but you pulled it off. Beautifully! MY HEROINE! (or heroin, since U R CRACK)

11. *on 28 Jul 2007 at 2:16 am11ensie*

Goddamn it! I missed it 'cause I was, y'know…working or some shit. But your stills look great! If anyone can take 'em you can! You look gawgeous! 😊

12. *on 28 Jul 2007 at 8:16 am12radical mama*

srsly kewl.

I can't find a place to watch it though. I could only find a summary on his scary website. Methinks I should try You Tube.

13. *on 28 Jul 2007 at 10:45 am*13*karrie*

I want to watch too.

(the word twunt from the poster above is cracking my shit up. I'm going to work it into conversation today, somehow….)

14. *on 28 Jul 2007 at 10:56 am*14*autumn zephyr*

I'm so proud of you for standing up for what you believe in! Please post a link to this broadcast. I missed it and would love to see it!

15. *on 28 Jul 2007 at 11:41 am*15*Eden*

The necklace & shirt were from Lane Bryant. All of my makeup was Prescriptives, except that the makeup artist added a layer of plum over my shadow and more blush. I also did my own hair; Flora was dismayed that I'd straightened it. I told her that next time I'll go batshit-curly.

16. *on 28 Jul 2007 at 12:27 pm*16*thordora*

I'm still ok to touch you, right? I mean, your fame isn't going to kill the love, is it? 😊

17. *on 28 Jul 2007 at 3:01 pm*17*Trisha*

Great job on the show last night! I muddled through watching it, though I found it tollerable with Michelle Malkin as host as opposed to whats-his-name. Of course they would put it right at the end so that I *had* to watch the whole thing. Guess that's where a dvr would have come in handy, no?

Anyway, great job!

18. *on 28 Jul 2007 at 3:50 pm*18*Busta*

Was it the broom closet studio they do all those link-ups in PGh from??

I didn't see it, and I wish I would have!!

*Thinks to self…I blog with a star* 😊

19. *on 29 Jul 2007 at 9:56 am*19*Rachel*

I also caught your interview, but I didn't get to tell you until now. You did great! 😊

By the way, I think Universal is ridiculous, and I always have. They rank up there with Metallica, and that isn't saying much.

20. *on 29 Jul 2007 at 10:43 am* 20 *Callimom*

   Finally a word from Calli. YOU WERE BEAUTIFUL ☺ My beautiful liberal daughter! Told everyone to watch, even my chiropractor! Even the QOATS, who told everyone she knows. But then of course she loves Bill O. What a gal - standing up for what is right. I don't know what else to say - Love You! ☺

21. *on 29 Jul 2007 at 11:00 am* 21 *Eden*

   Yes Busta, that's the place. It was pretty nice-sized though for all that they need to do. I liked the PPG bldg sticking out of the top of my head ☺ The people there were very nice. The reason I laughed toward the end was that the guy started doing the "hurry it up" sign and I totally lost my train of thought.

22. *on 29 Jul 2007 at 9:52 pm* 22 *Kimberly*

   OMG!!! I go away for 4 days, and you get all famous! Or, you know, MORE famous!!!! That is fabulous, Eden!

   Is O'Reilly as much of a tool as he seems?

23. *on 10 Aug 2007 at 10:18 am* 23 *FunkyMunky*

   According to a recent article on The Consumerist, your court filing states that you've been "injured substantially and irreparably."

   While I agree that you should not be bullied by the music industry and do applaud you standing up to them, I have to wonder how you and/or your attorney came up with that kind of language, which, imho, makes your lawsuit look frivolous. I can't imagine how this incident could possibly be injurious, and certainly not in a substantial and irreparable way. Could you expound on this for us, please?

   Here is a link to the article:
   http://consumerist.com/consumer/videos/universal-background-music-in-home-videos-constitutes-copyright-infringement-282883.php

24. *on 10 Aug 2007 at 10:37 am* 24 *Eden*

   That's legalese. I can tell you about my video and the like but when it comes to strategy and the language used in legal documents, I'm not the one to ask. I can say that from my understanding that's pretty common & standard language in such a case. Maybe post it at EFF somewhere? I can understand why people would like a clarification but I'm simply not the one to translate the legalese.

25. *on 10 Aug 2007 at 11:28 am* 25 *FunkyMunky*

   Thank you for your quick response. I understand that the language used is simply standard legalese, no doubt, but I'm curious as to what your own description of the damage/harm caused to you was that prompted you to seek an attorney in the first place. What were your grounds for suing? In order for the law suit to go forward, your lawyer must have spelled out the grounds and

then convinced you that you have been injured substantially and irreparably harmed. Do you honestly feel/believe this to be true?

26.  *on 10 Aug 2007 at 11:39 am 26 Eden*

Yes and on the advice of my lawyers, that's all I can say. ☺

27.  *on 10 Aug 2007 at 12:32 pm 27 FunkyMunky*

I wish you luck, but I have to tell you, although I'm always happy to see David stand up to Goliath, I think proving the "substantial injury and irreparable harm" caused to you is going to be a huge stretch. I can't imagine what your lawyer was thinking when she filed those claims.

When do you expect your case to be heard?

28.  *on 10 Aug 2007 at 1:16 pm 28 Eden*

Not sure. It has a docket number.

29.  *on 10 Aug 2007 at 10:22 pm 29 FunkyMunky*

One more thing, if you don't mind, is "substantial injury and irreparable harm" just another way of saying "pain and suffering" or are those entirely different things? I bet Edgar Snyder would have loved this one.

I hope you'll keep us posted. Lots of people are watching this and are really curious about the substantial injury and irreparable harm that this incident has caused you to suffer.

30.  *on 10 Aug 2007 at 10:26 pm 30 Eden*

I believe pain & suffering is physical.

31.  *on 01 Sep 2007 at 2:58 pm 31 Just what I needed. « Radical Mama*

[…] to Eden, who fought a good fight and […]

Trackback URI | Comments RSS

## Leave a Reply

Name (required)

Mail (hidden) (required)

Website

[Submit Comment]

- **About**



**So anyway…**
fish in the sky and a big monkey pie
There are 235 Posts and 1,112 Comments so far.

-



- **Recent Posts**
  - The happiest place on Earth
  - The Mistress of All Evil
  - When I grow up, I want to be…
  - New Subknit… from August
  - Yo Gabba Gabba
  - And he is funky
  - Terribly vexed
  - Knitty gritty
  - The Wrath of Minnie (and a Flora story)
  - Obsession
- [                    ]
  [Search]

- # **Current:**



photographing
reading
writing
listening

Feeling:





- 

September 2007

**S  M  T  W  T  F  S**

```
                    1
2   3   4   5   6   7   8
9   10  11  12  13  14  15
16  17  18  19  20  21  22
23  24  25  26  27  28  29
30
```

« Aug

## • Recent Comments

- ○ fredlet on The happiest place on Earth
- ○ jen14221 on Yo Gabba Gabba
- ○ Joe the Troll on And he is funky
- ○ And he is funky — ringtones blog, all different ringtones mp3's and free ringtones sources discussed and reviewed on And he is funky
- ○ Emma on The happiest place on Earth

## • Pages

- ○ Fifty Things About Me
- ○ Fish In The Sky

## • And then...









- # Archives

  - September 2007
  - August 2007
  - July 2007
  - June 2007
  - May 2007
  - April 2007

- # Categories

  - Adventure! Excitement!
  - Big Monkey Pie
  - Blog Stew
  - Bumblefuck
  - Come here my pretties
  - Creatrix
  - Deep Thoughts
  - EFF/UMPG
  - Erie-sistable
  - Fish in the Sky
  - Follow-up
  - Geekiness
  - Hold On To Your Wigs And Keys
  - I Hate People
  - I'm spendin UR money
  - Joaquin-lust
  - M is for…
  - Moi
  - Moving
  - Ms Bigglesworth
  - Ooh! Shiny!
  - Perfect Post
  - Proudly inappropriate
  - That's fucked up
  - The Onion
  - The Younglings
  - This one time? At Band Camp?
  - Toasted Cheese
  - Tom Cruise Has Gone Nuts

  -
    - # Blogroll

      - A Few Good Memes
      - A Mindful Life

- A Pagan Sojourn
- A Spattering
- All Things Jennifer
- AmeriMama
- Blue Moon Mama
- Boozie
- Both Hands
- Busta
- Cleverly disguised as one of the masses
- Cream of Potato Soup
- Cupcakes, cats & shooz
- Daisy Bones
- Dinosaur Mom Chronicles
- Domestic Geek
- Erie Blogs
- eriePressible
- Erin-go-blog
- Fabulously Jinxed
- Famous Last Words
- Fig Cookies
- Film Freaks Film Club
- fredlet
- Glitter For Brains
- Ham & Cheese on Wry
- Hamster Boy
- I Wish I Was Canadian
- If They Can Do It
- Jenny Hart
- Junepath
- Knitty blog
- Krishanna
- Life After Work
- Life ain't nuthin but a good groove
- Life In Beta
- Little Foodies
- Loco Bella Tuna
- Me, Molly and the Moon
- MichaelShakesDotCom
- Milkbreath and Me
- Momologue
- Pacer
- Palace of Exile
- Parenting Without a License
- Poppy Mom
- Radical Mama
- Red Stapler
- Redheaded 8itch
- Rightly Epitomized
- Rilana Knits
- Roads Unknown
- Roc Rebel Granny

- ron richardson photography
- Rum, Hot Oil and the Lash
- Sabine
- Sanity and the Solo Mom
- ShadKitty Knitty
- Slave to Mr Stinny
- Soul Food
- Sour Grapes
- Spaghetti Harvest
- Spin Me I Pulsate
- Standing Here Solidly...
- Startling Stories!
- Syaffolee
- The Mommanista
- The Remainder Table
- The Underground Devil
- The Witch Within
- The Zero Boss
- Tomahawk Nation
- Under the Bridge
- What's the Magic Word?
- What's Your Name, Mommy?
- Will Write For Chocolate
- Zen Grrl

## Del.icio.us

- So Anyway...

## Meta

- Login
- Entries RSS
- Comments RSS
- WordPress.com

- [                    ] Google Search

## 'N' 'at



ALL the Crazy Hip Blog Mamas



So anyways, a blog Archives » O'Reilly Factor
Case 5:07-cv-03783-JF   Document 12-3   Filed 09/21/2007   Page 18 of 42
Page 17 of 18









Carnival of the Mundane





- Kid's Clothes
- Kid's Crocs
- Webkins Pets
- Children's bedding



**So anyway...** © 2007 All Rights Reserved.

MistyLook made free by Web Hosting Bluebook

# EXHIBIT H

Our network of sites >>   talk  feed  free  tech  rock  xbox  homes  learn  game  pods  grab  blog  boo

    ○ the Web  ● The David Lawrence Show  [_____]  [ Google it! ]

 **The David Lawrence Show**

home  shows  ask
david  topics  podcasts  unplugged  transcripts  geekspeak©  library  voicemail  a
david

# Ray's PrivacyClue, the EFF's McSherry and Bond on green

**Saturday, July 28, 2007:** Ray Everett-Church, Corynne McSherry and Ralph Bond, plus everything tech: your calls, comments, instant messages and emails about technology and pop culture...it's Online Tonight with David Lawrence for a Saturday.

## Tonight's notes: (?)


Play

 **7pm PT:**

Ray Everett-Church, Chief Privacy Officer and Senior Consultant of PrivacyClue.com, joins us live from San Francisco to look at the day's news, including Microsoft and Ask.com's privacy efforts, the White House declaring themselves capable of all the intrusion they need and more.



C. R. Laurence
Product info and data for: architectural hardware products.
www.arcat.com

**Tony Katz Radio Show**
Tampa Bay 1340am Live 7-9AM Eastern
Politics Pop Culture Comedy

**Video & audio advertising**
Analytics & Advertising solutions for
downloadable video and audio

Ads by Google



**8pm PT:**

Corynne McSherry, attorney and staff member of The Electronic Frontier Foundation, joins us live from San Francisco to discuss the Stephanie Lenz case, where the EFF fought Universal's request that YouTube take down a half-minute video, under the DMCA, that Stephanie shot of her infant son bopping around the kitchen to an overdriven hard-to-listen-to version of Prince's Let's Go Crazy, a Universal property. For once, I'm on the EFF's side.





**9pm PT:**

Ralph Bond, educator, author, and half of Intel's PC Dads, joins us live in studio to talk about green computing and back to school ideas.



## Get The David Lawrence Show audio:

Click the button below to subscribe to David Lawrence Unplugged, the automatic RSS delivery of this three-hour show to you every night, for just $7 per month:

Subscribe to DavidLawrenceUnplugged

Once you click on the subscribe button, you'll be taken to PayPal, where you'll pay our parent company, Sotto Voce Film+Works, for your subscription. You'll be given a special feed URL that you can plug into iTunes, Juice Receiver or any other podcatching software.

Then, just sit back, relax, and get this and all other nightly shows delivered to you, **commercial free**, automatically every day!

## After the Show: your **free** Personal Netcast podcast:

▸ Personal Netcast Podcast: free RSS subscription (10:49)

**Receiving and listening to our audio in MP3 format:** All audio is in unrestricted MP3 format, and is compatible with all MP3 software (like WinAMP, iTunes, Windows Media Player, MusicMatch Jukebox and others), all portable MP3-capable hardware (like the iPod, Archos Jukebox, Nomad, Rio and others) and can be burned to CD and can be played directly on your computer. David Lawrence Unplugged premium podcast feed is compatible with all podcatching software and hardware, including iTunes, the iPod, iPodderX, Juice Receiver, Jpodder, Doppler and others.

## Was this helpful? Buy David a Starbucks® Mocha via PayPal!

David loves his Starbucks® mocha. Skim, no whip, please. To easily and painlessly send David a selection from Starbucks® and paying via PayPal, just click on the button below your choice:



| Tall: $3 | Grande: $4 | Venti: $5 | Venti + madeleine cookies: $7 |

## Listeners who have bought David a Starbucks® Mocha:

Chuck Craig Becky Bob Chris Dana Dean Gary Heidi Jen Jim Faucett (link?) Kevin Leo Lili Linda Michael Randy Ray Scott Sophie Sophie (II) Warren (link?)

## Digg This! article or tag it at del.icio.us

› **Digg This! page** at digg.com
› **Tag this page** at de.icio.us

## Link to this article from your own website

Just copy this HTML code block. Then, paste it into your own code:

```
<a
href="http://thedavidlawrenceshow.com/rays_privacyclue_the_e
ffs_mcsherry_and_bond_on_green_007337.html"
target="_blank">the david lawrence show: Ray's PrivacyClue,
```

**Eddie Bauer Fall Sale**
Buy any pair of pants, get 20% off your entire order. Ends 9/25!

**Tony Katz Radio Show**
Tampa Bay 1340am Live 7-9AM Eastern
Politics Pop Culture Comedy

Ads by Google

## Up To The Minute Bargains

 **Best Deal at RefurbDepot.com**

**Apple iPod™ nano Second Gen. Silver (2GB, MA477LL/A) (2 GB, 500 Songs)**

Best Deals    Description    Search    Chitika | eMiniMalls

**Best Deals from Name Brand Merchants**

| RefurbDepot.com | $109.95 |
| BestBrandsClub | $129.88 |
| Featured Store    Guitar Center | $129.99 |

Want an e-Mini-Mall for your site?

## If you need help

You can always call in to the show at the number listed above, or send David an email using the link above.

**To repeat:** You can always call in to the show at the number listed above, or send David email using the link above.

# EXHIBIT I





| About EFF | News | Press Releases | Cases | Action Center | Join EFF | Sitemap | Calendar |

**What is EFF?**
EFF is a nonprofit group of passionate people — lawyers, technologists, volunteers, and visionaries — working to protect your digital rights.
» About us

**Current Hot Cases**

» Lenz v. Universal
» AT&T Class Action
» Sapient v. Uri Geller
» FOIA Lawsuit on FBI Spying
» Torrent Spy

**Upcoming Events**

No events this week.

» View Calendar





**Stop The Corruptibles!**



DOJ's "Community of Interest" Letters Want to Know...
Who's In Your Five?

## Recent EFF Press Releases

*September 17, 2007*
**Two Leading Technologists Join EFF Board of Directors**
The Board of Directors of EFF has elected two leading technologists to join its executive board: free culture leader John Buckman and privacy and security expert Lorrie Faith Cranor. John Buckman is a programmer, an entrepreneur, and the founder of Magnatune.com -- an online record label that strives to be fair to both recording artists and consumers alike. Lorrie Faith Cranor is an Associate Research Professor in the School of Computer Science and the department of Engineering and Public Policy at Carnegie Mellon University.
Full Release

*September 11, 2007*
**EFF Wins Protection for Security Researchers**
In an important ruling today, the 9th

## Posts from our News from the DeepLinks Blog

*September 19, 2007*
**EFF Joins Representative Markey in Urging FCC to Investigate Telcos, Offers Help**
EFF today sent a letter [PDF] to FCC Chairman Kevin Martin offering our assistance and urging him to finally act on the repeated suggestions [PDF] of Representative Edward J. Markey to launch an investigation into violations of customer privacy by...
Read more

*September 18, 2007*
**Berlin Protests the Surveillance State**

This Saturday, Germans will be demonstrating under the Brandenburg Gate in Berlin against the rise of the surveillance state in that country - including the German

Sea
Ent

S

» A
sear

EFF

**Sub**
**EFI**
[ou
nev

Em

Zip
(optio

S

» E

Top
Priv
Inte
Fai
Inno
FL/
(FO
File
Free
Blo
Inte
E-v
Aw
EFF
EFF
Lan
» E|
» E|

# EXHIBIT J



> Home    > Legal    > Cases    > Lenz

# Lenz v. Universal

The Electronic Frontier Foundation (EFF) filed suit today against Universal Music Publishing Group (UMPG), asking a federal court to protect the fair use and free speech rights of a mother who posted a short video of her toddler son dancing to a Prince song on the Internet.

Stephanie Lenz's 29-second recording shows her son bouncing along to the Prince song "Let's Go Crazy," which is heard playing in the background. Lenz uploaded the home video to YouTube in February to share it with her family and friends.

But last month, YouTube informed Lenz that it had removed the video from its website after Universal claimed that the recording infringed a copyright controlled by the music company. Under federal copyright law, a mere allegation of copyright infringement can result in the removal of content from the Internet.

"I was really surprised and angry when I learned my video was removed," said Lenz. "Universal should not be using legal threats to try to prevent people from sharing home videos of their kids with family and friends."

"Universal's takedown notice doesn't even pass the laugh test," said EFF Staff Attorney Corynne McSherry. "Copyright holders should be held accountable when they undermine non-infringing, fair uses like this video."

Last May, UMPG's parent company, Universal Music Group, sent a baseless copyright takedown demand to YouTube for a video podcast by political blogger Michelle Malkin. That video was quickly reposted after Malkin fought back.

"Copyright abuse can shut down online artists, political analysts, or -- as in this case -- ordinary families who simply want to share snippets of their day-to-day lives," said EFF Staff Attorney Marcia Hofmann. "Universal must stop making groundless infringement claims that trample on fair use and free speech."

The lawsuit asks for a declaratory judgment that Lenz's home video does not infringe any Universal copyright, as well as damages and injunctive relief restraining Universal from bringing further copyright claims in connection with the video.

This lawsuit is part of EFF's ongoing work to protect online free speech in the face of bogus copyright claims. EFF is currently working with Stanford's Fair

Search eff.org

[Enter search terms]

Powered by
Google

[ Search EFF ]

» About EFF's search

EFFector

**Subscribe to EFFector!**
[our free email newsletter]

Email:

Zip / Postal Code
(optional)

[ Subscribe! ]

» EFFector Archive

Topics & Areas
Privacy
Intellectual Property
Fair Use and DRM
Innovation
FLAG Project (FOIA)
File Sharing
Free Speech
Bloggers' Rights
International
E-voting
Awards
EFF Victories
EFF White Papers
Languages
» EFF en Español
» EFF em Português

Use Project to develop a set of "best practices" for proper takedowns under the Digital Millennium Copyright Act.

Watch the video here: http://www.youtube.com/watch?v=N1KfJHFWlhQ

## Legal Documents

- Amended Complaint [PDF, 123K] *Aug 15, 2007*
- Complaint [PDF, 122K] *Jul 24, 2007*

Home | About EFF | Press Releases | News | Cases | Action Center | Join EFF | Privacy Policy | EFF RSS Feeds

# EXHIBIT K

- Home
- Fifty Things About Me
- Fish In The Sky
- [ ] Search

# So anyway…

## fish in the sky and a big monkey pie

**Feed on**
Posts
Comments

## Archive for the 'EFF/UMPG' Category

## And he is funky

Posted in EFF/UMPG on Sep 14th, 2007 5 Comments »

When we last left my lawsuit against Universal Music Publishing Grouop, I'd appeared on, of all programs, "The O'Reilly Factor" with Michelle Malkin as the welcoming and gracious host (no sarcasm). And that's literally where we left things. The proverbial ball is/was in UMPG's court and they didn't have to say "o rly?" back at […]

Read Full Post »

## SFWA and DMCA

Posted in EFF/UMPG on Sep 2nd, 2007 No Comments »

Wait, what? Okay. I'll explain.
The DMCA is the Digital Millennium Copyright Act. SWFA is The Science Fiction and Fantasy Writers of America. To make a long story short, the SWFA had works removed from a site called Scribd and they said they wanted the works removed under the DMCA. This is precisely […]

Read Full Post »

## F-bombs away

Posted in EFF/UMPG, That's fucked up on Aug 30th, 2007 7 Comments »

I just got a comment on my dancing baby video from someone who's concerned about how many people have dropped the F-bomb while commenting on the video:
This woman is from what I can tell a mother of small children, should we be using the "F" word in comments relating to a woman's child of such […]

Read Full Post »

# Cracked

Posted in EFF/UMPG on Aug 7th, 2007 3 Comments »

"Let's Go Crazy" #1
00:29
Added: 6 months ago
From: edenza
Views: 100,223

Read Full Post »

# And then she said…

Posted in EFF/UMPG on Jul 30th, 2007 9 Comments »

Here's a semi-transcript of the segment for those who didn't get to see.
Michelle said, "A proud mother in Pennsylvania posted this video of her son on YouTube. (They show the video). But the Internet giant pulled the video, claiming it violated a content agreement with Universal, the music label behind the Prince song 'Let's Go […]

Read Full Post »

# Did you know Prince has a perfume?

Posted in Ooh! Shiny!, EFF/UMPG on Jul 28th, 2007 5 Comments »

So I'm browsing Prince's website (and trying not to imagine Fred Armisen's "Prince Show") and I see "Fragrance." Now I bet of all rock stars, Prince smells fan-fucking-tastic so I click. He launched a perfume on 07-07-07. Clever.
It is supposedly "xquisite, mysterious and xotic." Much like Prince, I imagine. It's described as "a kaleidoscope of […]

Read Full Post »

# O'Reilly Factor

Posted in Moi, EFF/UMPG on Jul 27th, 2007 31 Comments »

My chins & I were on Bill-O.
ETA: I'm going to transcribe the segment, kinda, for those who didn't get to see. Separate post coming. Post comments here. Content to come.

Me on-set, after the interview
The car they sent was a town car. The driver, Mark, was pretty cool. We talked about strip clubs at one […]

Read Full Post »

# On my way

Posted in Follow-up, EFF/UMPG on Jul 27th, 2007 9 Comments »

I may not be back in time to see the beginning of the show. I'll try to blog it tonight. Wish me luck!
Hours later…
I'm home. We're the last segment of the show (I and one of my lawyers, Corynne). I was waaay late b/c of traffic & whatnot but we got there. I'll blog about […]

Read Full Post »

# I still love you Keith Olbermann

Posted in Hold On To Your Wigs And Keys, EFF/UMPG on Jul 27th, 2007 19 Comments »

And our winner is… Emma! She correctly guessed that I, of all people, will be on "The O'Reilly Factor" on Fox News tonight. 8 PM and 11 PM ET (and I believe 4 AM Saturday as well).
Last night, I got a new shirt to wear. The saleswoman said, "You tell that Bill O'Reilly that I […]

Read Full Post »

# Guess who will be on national TV tomorrow

Posted in EFF/UMPG on Jul 26th, 2007 23 Comments »

… provided the satellite hookup can be arranged as well as the transportation and child care.
I'll give you until noon tomorrow to guess what show (it would be on in the evening). I'll be getting a confirmation call around 11, which is why I'm not going to say right now. Enjoy guessing!
ETA: Our winner is… […]

Read Full Post »

Next »

- ## About



**So anyway…**
fish in the sky and a big monkey pie
There are 235 Posts and 1,112 Comments so far.

-



- ## **Recent Posts**

  - The happiest place on Earth
  - The Mistress of All Evil
  - When I grow up, I want to be…
  - New Subknit… from August
  - Yo Gabba Gabba
  - And he is funky
  - Terribly vexed
  - Knitty gritty
  - The Wrath of Minnie (and a Flora story)
  - Obsession
- [                    ]  Search

- ## **Current:**



follow edenza at http://twitter.com

photographing
reading
writing
listening

Feeling:





* 

September 2007

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 |   |   |   |   |   |   |

« Aug

## Recent Comments

- fredlet on The happiest place on Earth
- jen14221 on Yo Gabba Gabba
- Joe the Troll on And he is funky
- And he is funky — ringtones blog, all different ringtones mp3's and free ringtones sources discussed and reviewed on And he is funky
- Emma on The happiest place on Earth

## Pages

- Fifty Things About Me
- Fish In The Sky

## And then...









- ## Archives

  - September 2007
  - August 2007
  - July 2007
  - June 2007
  - May 2007
  - April 2007

- ## Categories

  - Adventure! Excitement!
  - Big Monkey Pie
  - Blog Stew
  - Bumblefuck
  - Come here my pretties
  - Creatrix
  - Deep Thoughts
  - EFF/UMPG
  - Erie-sistable

- o Fish in the Sky
- o Follow-up
- o Geekiness
- o Hold On To Your Wigs And Keys
- o I Hate People
- o I'm spendin UR money
- o Joaquin-lust
- o M is for…
- o Moi
- o Moving
- o Ms Bigglesworth
- o Ooh! Shiny!
- o Perfect Post
- o Proudly inappropriate
- o That's fucked up
- o The Onion
- o The Younglings
- o This one time? At Band Camp?
- o Toasted Cheese
- o Tom Cruise Has Gone Nuts
- 
  - o **Blogroll**
    - ▪ A Few Good Memes
    - ▪ A Mindful Life
    - ▪ A Pagan Sojourn
    - ▪ A Spattering
    - ▪ All Things Jennifer
    - ▪ AmeriMama
    - ▪ Blue Moon Mama
    - ▪ Boozie
    - ▪ Both Hands
    - ▪ Busta
    - ▪ Cleverly disguised as one of the masses
    - ▪ Cream of Potato Soup
    - ▪ Cupcakes, cats & shooz
    - ▪ Daisy Bones
    - ▪ Dinosaur Mom Chronicles
    - ▪ Domestic Geek
    - ▪ Erie Blogs
    - ▪ eriePressible
    - ▪ Erin-go-blog
    - ▪ Fabulously Jinxed
    - ▪ Famous Last Words
    - ▪ Fig Cookies
    - ▪ Film Freaks Film Club
    - ▪ fredlet
    - ▪ Glitter For Brains
    - ▪ Ham & Cheese on Wry
    - ▪ Hamster Boy

- I Wish I Was Canadian
- If They Can Do It
- Jenny Hart
- Junepath
- Knitty blog
- Krishanna
- Life After Work
- Life ain't nuthin but a good groove
- Life In Beta
- Little Foodies
- Loco Bella Tuna
- Me, Molly and the Moon
- MichaelShakesDotCom
- Milkbreath and Me
- Momologue
- Pacer
- Palace of Exile
- Parenting Without a License
- Poppy Mom
- Radical Mama
- Red Stapler
- Redheaded 8itch
- Rightly Epitomized
- Rilana Knits
- Roads Unknown
- Roc Rebel Granny
- ron richardson photography
- Rum, Hot Oil and the Lash
- Sabine
- Sanity and the Solo Mom
- ShadKitty Knitty
- Slave to Mr Stinny
- Soul Food
- Sour Grapes
- Spaghetti Harvest
- Spin Me I Pulsate
- Standing Here Solidly...
- Startling Stories!
- Syaffolee
- The Mommanista
- The Remainder Table
- The Underground Devil
- The Witch Within
- The Zero Boss
- Tomahawk Nation
- Under the Bridge
- What's the Magic Word?
- What's Your Name, Mommy?
- Will Write For Chocolate
- Zen Grrl

- ## **Del.icio.us**

  - So Anyway...

- ## **Meta**

  - Login
  - Entries RSS
  - Comments RSS
  - WordPress.com

- [                    ] Google Search

- ## **'N' 'at**



ALL the Crazy Hip Blog Mamas









I finished 30 days of NaBloPoMo and all I got was this LOUSY SENSE OF ACCOMPLISH-MENT



Carnival of the Mundane





○ Kid's Clothes
○ Kid's Crocs
○ Webkins Pets
○ Children's bedding







**So anyway…** © 2007 All Rights Reserved.

MistyLook made free by Web Hosting Bluebook