| | |
|---|---|
| 1 | KELLY M. KLAUS (SBN 161091) |
| | Kelly.Klaus@mto.com |
| 2 | AMY C. TOVAR (SBN 230370) |
| | Amy.Tovar@mto.com |
| 3 | MUNGER, TOLLES & OLSON LLP |
| | 355 South Grand Avenue |
| 4 | Thirty-Fifth Floor |
| | Los Angeles, CA  90071-1560 |
| 5 | Telephone:     (213) 683-9100 |
| | Facsimile:     (213) 687-3702 |

Attorneys for Defendants
UNIVERSAL MUSIC CORP.,
UNIVERSAL MUSIC PUBLISHING, INC.,
and UNIVERSAL MUSIC PUBLISHING GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE LENZ, | CASE NO.  CV 07-03783 |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS COMPLAINT AND SPECIAL MOTION TO STRIKE PLAINTIFF'S STATE LAW CLAIM** |
| vs. | |
| UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP, | |
| Defendants. | |

3663619.1

[PROPOSED] ORDER
CASE NO. CV 07-03783

1  The motion of Defendants Universal Music Corp., Universal Music Publishing, Inc. and Universal Music Publishing Group ("Defendants") for an Order Dismissing Plaintiffs' Complaint and Granting Defendants' Special Motion to Strike Plaintiffs' State Law Claim ("Motion"), came on for hearing before the Court on _____.

The Court, having considered all of the pleadings, evidence and argument of counsel submitted in support of and opposition to the Motion, and good cause appearing therefor, hereby ORDERS that:

[1]  Defendants' Motion for an Order dismissing with prejudice Plaintiff's First Cause of Action, for "§ 512(f) Misrepresentation," is GRANTED.

[2]  Defendants' Motion for an Order striking, pursuant to Cal. Civ. Proc. Code § 425.16 *et seq.*, Plaintiff's Second Cause of Action, for "Interference with Contract" under California Law, is GRANTED.  The parties shall submit further briefing on Defendants' right to recover fees and costs under California Civil Procedure Code § 425.16(c) pursuant to a schedule to be established by separate Order.

[3]  Defendants' Motion for an Order dismissing Plaintiff's Third Cause of Action, for "Declaratory Relief of Non-Infringement," is GRANTED.

IT IS SO ORDERED.

DATED:

_____
UNITED STATES DISTRICT JUDGE