1  Jason Schultz (SBN 212600)
   *jason@eff.org*
2  Corynne McSherry (SBN 221504)
   *corynne@eff.org*
3  Marcia Hofmann (SBN 250087)
   *marcia@eff.org*
4  ELECTRONIC FRONTIER FOUNDATION
   454 Shotwell Street
5  San Francisco, CA 94110
   Telephone: (415) 436-9333
6  Facsimile: (415) 436-9993

7  Attorneys for Plaintiff
   STEPHANIE LENZ

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHANIE LENZ,<br><br>   Plaintiff,<br><br>   v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC.,<br><br>   and<br><br>UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>   Defendants. | No. C 07-03783-MEJ<br><br>**NOTICE OF CHANGE OF ADDRESS** |

TO ALL PARTIES AND THEIR COUNSEL ON RECORD:

PLEASE TAKE NOTICE effective September 17, 2007 of counsel's updated address and contact information.

Her new contact information is as follows:

Marcia Hofmann
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA  94110
Telephone: (415) 436-9333
marcia@eff.org

//

The addresses and telephone numbers of co-counsel for Plaintiff Stephanie Lenz remain unchanged.

DATED: September 25, 2007

By       /s/
Jason Schultz
Corynne McSherry
Marcia Hofmann
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Plaintiff
STEPHANIE LENZ