```
 1  KELLY M. KLAUS (SBN 161091)
    Kelly.Klaus@mto.com
 2  AMY C. TOVAR (SBN 230370)
    Amy.Tovar@mto.com
 3  MUNGER, TOLLES & OLSON LLP
    355 South Grand Avenue
 4  Thirty-Fifth Floor
    Los Angeles, CA  90071-1560
 5  Telephone:    (213) 683-9100
    Facsimile:    (213) 687-3702
 6
    Attorneys for Defendants
 7  UNIVERSAL MUSIC CORP.,
    UNIVERSAL MUSIC PUBLISHING, INC.,
 8  and UNIVERSAL MUSIC PUBLISHING GROUP
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>        Plaintiff,<br><br>vs.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>        Defendants. | CASE NO.  CV 07-03783-JF (RS)<br><br>**AMENDED NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT AND SPECIAL MOTION TO STRIKE PLAINTIFF'S STATE LAW CLAIM**<br><br>[Memorandum of Points and Declaration of Kelly M. Klaus Filed Separately, Docket Nos. 11 and 12]<br><br><br>DATE: December 7, 2007<br>TIME:  9:00 a.m.<br>CTRM:  3 (Honorable Jeremy Fogel) |

TO PLAINTIFF AND HER COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, on December 7, 2007, at 9:00 a.m., or as soon thereafter as counsel may be heard in Courtroom 3 of the above-captioned Court, located at 280 South First Street, San Jose, California, 95113, Defendants Universal Music Corp., Universal Music Publishing, Inc. and Universal Music Publishing Group ("Defendants" or "Universal") will and hereby do move the Court for:

[1]  An Order dismissing with prejudice Plaintiff's First Cause of Action – for "§ 512(f) Misrepresentation" – pursuant to Federal Rule of Civil Procedure 12(b)(6), on the ground that the cause of action fails to state a claim upon which the Court may grant Plaintiff relief;

[2]  An Order striking Plaintiff's Second Cause of Action – for "Interference with Contract" under California Law – pursuant to California Civil Procedure Code § 425.16, on the grounds that Plaintiff's claim arises from acts in furtherance of Universal's right of petition or free speech, as defined in the California statute, including conduct in furtherance of the exercise of the constitutional right of petition or the constitutional right of free speech in connection with a public issue or an issue of public interest, *id.* § 425.16(e)(4), and that Plaintiff has not shown and cannot show with admissible evidence a probability of prevailing on the claim; and

[3]  An Order dismissing Plaintiff's Third Cause of Action – for "Declaratory Relief of Non-Infringement" – pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), on the ground that Plaintiff has failed to allege a justiciable case or controversy.

1  This Motion is based upon this Amended Notice of Motion and Motion; the Memorandum
2  of Points and Authorities (Docket No. 11) and Declaration of Kelly M. Klaus (Docket No. 12)
3  and all exhibits thereto previously filed with this Motion prior to the Notice of Reassignment to
4  this Court; all pleadings and documents on file in this action; and such other materials or
5  argument as the Court may properly consider prior to deciding this Motion.

8  DATED: October 8, 2007                MUNGER, TOLLES & OLSON LLP

10                                       By:          /s/
11                                          KELLY M. KLAUS

12                                       Attorneys for Defendants
                                         UNIVERSAL MUSIC CORP.,
13                                       UNIVERSAL MUSIC PUBLISHING, INC.,
                                         and UNIVERSAL MUSIC PUBLISHING GROUP