**\*\*E-filed 10/9/07\*\***

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA
SAN JOSE DIVISION

STEPHANIE LENZ,

    Plaintiff,

    v.

UNIVERSAL MUSIC PUBLISHING INC.,

    Defendants.

_____

No. C-07-3783-JF

Clerks's Notice

To: All Counsel and Parties in the above named action.

Due to a recent reassignment of this case, the Court has vacated the Case Management Conference currently scheduled for November 1, 2007. The new hearing date is Friday, November 2, 2007 at 10:30 AM before Judge Jeremy Fogel.   The parties may appear by telephone by contacting Court Call at 866-582-6878 in advance of the hearing.

Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.

Dated: 10/9/07                       For the Court,
                                   Richard W. Wieking, Clerk

                                   Diana Munz
                                   electronic signature
                                   Courtroom Deputy