| | |
|---|---|
| 1 | KELLY M. KLAUS (SBN 161091) |
|   | Kelly.Klaus@mto.com |
| 2 | AMY C. TOVAR (SBN 230370) |
|   | Amy.Tovar@mto.com |
| 3 | MUNGER, TOLLES & OLSON LLP |
|   | 355 South Grand Avenue |
| 4 | Thirty-Fifth Floor |
|   | Los Angeles, CA  90071-1560 |
| 5 | Telephone:     (213) 683-9100 |
|   | Facsimile:      (213) 687-3702 |

Attorneys for Defendants
UNIVERSAL MUSIC CORP.,
UNIVERSAL MUSIC PUBLISHING, INC.,
and UNIVERSAL MUSIC PUBLISHING GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ, | CASE NO.  CV 07-03783-JF (RS) |
| Plaintiff, | **DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| vs. | |
| UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP, | [Civil L.R. 3-16] |
| Defendants. | |

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:

VIVENDI, S.A. (indirect parent corporation of defendants)

DATED: October 9, 2007            MUNGER, TOLLES & OLSON LLP


                                  By:            /s/
                                         KELLY M. KLAUS

                                  Attorneys for Defendants
                                  UNIVERSAL MUSIC CORP.,
                                  UNIVERSAL MUSIC PUBLISHING, INC.,
                                  and UNIVERSAL MUSIC PUBLISHING GROUP