1 | KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
2 | AMY C. TOVAR (SBN 230370)
Amy.Tovar@mto.com
3 | MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
4 | Thirty-Fifth Floor
Los Angeles, CA  90071-1560
5 | Telephone:   (213) 683-9100
Facsimile:    (213) 687-3702
6
Attorneys for Defendants
7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>            Plaintiff,<br><br>      vs.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>            Defendants. | CASE NO.  CV 07-03783-JF (RS)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING [1] BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS AND SPECIAL MOTION TO STRIKE AND [2] SCHEDULE FOR CASE MANAGEMENT CONFERENCE**<br><br><br>DATE: December 7, 2007<br>TIME:  9:00 a.m.<br>CTRM:  3 (Honorable Jeremy Fogel) |

1   Pursuant to Civil Local Rules 6-2 and 7-12, the Parties, by and through their counsel of
2   record, hereby enter into the following stipulation and request Court approval of the same:
3   WHEREAS, this case was originally assigned to a United States Magistrate Judge, and the
4   Initial Case Management Conference ("CMC") was originally set for November 1, 2007; and
5   WHEREAS, while the reassignment of this case to a United States District Judge was
6   pending, Defendants filed their Motion to Dismiss and Special Motion to Strike (the "Motion to
7   Dismiss") on September 21, 2007; and
8   WHEREAS, following the reassignment to this Court, Defendants reserved December 7,
9   2007, at 9:00 a.m., for the hearing on the Motion to Dismiss; and
10  WHEREAS, following the reassignment to this Court, the CMC was reset from November
11  1 to November 2, 2007, pursuant to Clerk's Notice entered October 9, 2007; and
12  WHEREAS, the Parties have met and conferred regarding a briefing schedule for
13  Plaintiff's Opposition to, and Defendants' Reply in Support of, the Motion to Dismiss; and
14  WHEREAS, the Parties believe it would further the interests of efficiency and
15  conservation of resources to reset the CMC to the same date and time as the hearing on the
16  Motion to Dismiss; and
17  WHEREAS, the Parties believe that the modifications to the schedule as set forth herein
18  will not materially affect the overall schedule for the case.
19  ACCORDINGLY, THE PARTIES STIPULATE AS FOLLOWS:
20  [1]   Plaintiff shall file and serve her Opposition to the Motion to Dismiss on or before
21  Tuesday, November 13, 2007.
22  [2]   Defendants' shall serve and file their Reply in Support of the Motion to Dismiss
23  on or before Monday, November 26, 2007.
24  [3]   The November 2, 2007 CMC date is VACATED. The CMC shall be reset to the
25  date and time presently reserved for the hearing on the Motion, *i.e.*, December 7, 2007, at 9:00
26  a.m. The parties shall confer at least 21 days prior to the CMC, and shall file their joint report by
27  no later than November 26, 2007. Plaintiff reserves the right to argue that discovery should
28

3758635.1                                                         STIPULATION AND [PROPOSED] ORDER
                                                                  CASE NO. CV 07-03783-JF (RS)

proceed pending the Court's ruling on the Motion, and Defendants reserve the right to argue that discovery should be stayed during that time.

DATED: October 11, 2007             ELECTRONIC FRONTIER FOUNDATION

                                    By:           /s/
                                           CORYNNE McSHERRY

                                    Attorneys for Plaintiff

DATED: October 11, 2007             MUNGER, TOLLES & OLSON LLP

                                    By:           /s/
                                           KELLY M. KLAUS

                                    Attorneys for Defendants


ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:

                                    UNITED STATES DISTRICT JUDGE