\*\*E-filed 10/12/07\*\*

1  KELLY M. KLAUS (SBN 161091)
   Kelly.Klaus@mto.com
2  AMY C. TOVAR (SBN 230370)
   Amy.Tovar@mto.com
3  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
4  Thirty-Fifth Floor
   Los Angeles, CA  90071-1560
5  Telephone:     (213) 683-9100
   Facsimile:     (213) 687-3702
6
   Attorneys for Defendants
7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11 | STEPHANIE LENZ, | CASE NO. CV 07-03783-JF (RS)
12 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING [1] BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS AND SPECIAL MOTION TO STRIKE AND [2] SCHEDULE FOR CASE MANAGEMENT CONFERENCE**
13 | vs. |
14 | UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP, |
15 | |
16 | Defendants. |
17 | |
18 | | DATE:  December 7, 2007
        TIME:  9:00 a.m.
        CTRM:  3 (Honorable Jeremy Fogel)

3758635.1

STIPULATION AND [PROPOSED] ORDER
CASE NO. CV 07-03783-JF (RS)

1       Pursuant to Civil Local Rules 6-2 and 7-12, the Parties, by and through their counsel of

2  record, hereby enter into the following stipulation and request Court approval of the same:

3       WHEREAS, this case was originally assigned to a United States Magistrate Judge, and the

4  Initial Case Management Conference ("CMC") was originally set for November 1, 2007; and

5       WHEREAS, while the reassignment of this case to a United States District Judge was

6  pending, Defendants filed their Motion to Dismiss and Special Motion to Strike (the "Motion to

7  Dismiss") on September 21, 2007; and

8       WHEREAS, following the reassignment to this Court, Defendants reserved December 7,

9  2007, at 9:00 a.m., for the hearing on the Motion to Dismiss; and

10      WHEREAS, following the reassignment to this Court, the CMC was reset from November

11  1 to November 2, 2007, pursuant to Clerk's Notice entered October 9, 2007; and

12      WHEREAS, the Parties have met and conferred regarding a briefing schedule for

13  Plaintiff's Opposition to, and Defendants' Reply in Support of, the Motion to Dismiss; and

14      WHEREAS, the Parties believe it would further the interests of efficiency and

15  conservation of resources to reset the CMC to the same date and time as the hearing on the

16  Motion to Dismiss; and

17      WHEREAS, the Parties believe that the modifications to the schedule as set forth herein

18  will not materially affect the overall schedule for the case.

19      ACCORDINGLY, THE PARTIES STIPULATE AS FOLLOWS:

20      [1]   Plaintiff shall file and serve her Opposition to the Motion to Dismiss on or before

21  Tuesday, November 13, 2007.

22      [2]   Defendants' shall serve and file their Reply in Support of the Motion to Dismiss

23  on or before Monday, November 26, 2007.

24      [3]   The November 2, 2007 CMC date is VACATED.  The CMC shall be reset to the

25  date and time presently reserved for the hearing on the Motion, *i.e.*, December 7, 2007, at 9:00

26  a.m.  The parties shall confer at least 21 days prior to the CMC, and shall file their joint report by

27  no later than November 26, 2007.  Plaintiff reserves the right to argue that discovery should

28

proceed pending the Court's ruling on the Motion, and Defendants reserve the right to argue that discovery should be stayed during that time.

DATED: October 11, 2007         ELECTRONIC FRONTIER FOUNDATION

By: _____/s/_____
            CORYNNE McSHERRY

Attorneys for Plaintiff

DATED: October 11, 2007         MUNGER, TOLLES & OLSON LLP

By: _____/s/_____
            KELLY M. KLAUS

Attorneys for Defendants

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:    10/12/07

_____
UNITED STATES DISTRICT JUDGE
JEREMY FOGEL