Kurt Opsahl (SBN 191303)
kurt@eff.org
Jason Schultz (SBN 212600)
*jason@eff.org*
Corynne McSherry (SBN 221504)
*corynne@eff.org*
Marcia Hofmann (SBN 250087)
*marcia@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Plaintiff
STEPHANIE LENZ

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>                Plaintiff,<br><br>  v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC.,<br><br>    and<br><br>UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>                Defendants. | No. C 07-03783-JF<br><br>DECLARATION OF STEPHANIE LENZ IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS AND SPECIAL MOTION TO STRIKE<br><br>DATE: December 7, 2007<br>TIME: 9:00 a.m.<br>CTRM: 3 (Hon. Jeremy Fogel) |

I, Stephanie Lenz, declare as follows:

1.  I am the plaintiff in the above-captioned matter. I submit this declaration in support of the attached Opposition to Defendants' Motion to Dismiss and Motion to Strike. The facts stated here are known to me of my own personal knowledge, except where otherwise stated. If called upon to testify thereto I could and would competently do so.

2.  I am a mother, wife, writer and editor.

3.  My husband and I have two children, Zoe (age 4) and Holden (now almost 2).

4.  On or about February 7, 2007, my children were playing in the kitchen when Holden, who was still learning to walk at the time, began dancing to a song by Prince, "Let's Go Crazy."

5.  Zoe and Holden had recently heard the song on television during the Super Bowl halftime show.

6.  Using my digital camera, I created a 29-second video recording of the children's activities, which consisted primarily of Holden dancing.

7.  On or about February 8, 2007, I uploaded the Holden Video from my computer to the YouTube website for my family and friends to enjoy, particularly my mother in California.

8.  The video was publicly available at the Internet address <http://www.youtube.com/watch?v=N1KfJHFWlhQ>.

9.  When I opened my account with YouTube, pursuant to which I posted the Holden Video and other videos, I explicitly agreed to the Terms of Use and privacy policy by clicking a button with the words "Sign Up" next to a checked checkbox stating "I agree to the terms of use and privacy policy." I did not retain a copy of that signup page, but to the best of my recollection it was identical to the signup page as it currently appears on YouTube. A true and correct copy of that "sign up" webpage, as it appeared on October 24, 2007, is attached hereto as Exhibit A. I agreed to these contractual terms expressly in return for the hosting and playback services YouTube offered.

10. On June 5, 2007, I received an email from YouTube notifying me that the video of Holden dancing had been removed from YouTube site in response to a claim by Universal Music

Public Group that the video infringed Universal's copyrights. The notice warned me that repeated incidents of copyright infringement could lead to the deletion of my account and all my videos. A true and correct copy of that email is attached hereto as Exhibit B. Based on this notice, I thought that I might be sued for copyright infringement for posting the video of my son.

11. In the days following my receipt of the notice, I posted a few statements on my blog expressing my shock and anger at the accusation and mentioning my contact with my current counsel.

12. On June 27, 2007, I sent YouTube a counter-notification disputing Universal's infringement allegation and demanding that my video be reposted. A true and correct copy of that email is attached hereto as Exhibit C.

13. On July 20, 2007, I received a notice from YouTube stating that the video had been restored.

14. Since the video was restored, I have deleted a few comments about it posted on YouTube, primarily where such comments made offensive personal remarks about Holden. I did not delete any comments posted prior to June 3, 2007—indeed, only a single comment was posted prior to that date.

15. As a result of Universal's allegation of infringement, I lost access to YouTube's service for the Holden Video from June 5, 2007 until July 20, 2007.

16. I place a high value on my right to free speech and my use of YouTube to express myself. The removal of the Holden video impinged on those rights.

I declare under penalty of perjury that the foregoing is true and correct and that this document was executed in Gallitzin, Pennsylvania.

DATED: November 12, 2007

By _____
   Stephanie Lenz

-3-

LENZ DECLARATION

# EXHIBIT A

Sign Up | My Account | History | Help | Log In | Site:

Videos        Categories        Channels        Community                    Upload

[ Search ]

# Member Login

Already have a YouTube account? Login here.

YouTube Username: _____
YouTube Password: _____

[ Log In ]

Forgot Username | Forgot Password

Login with your Google account

# What Is YouTube?

YouTube is the home for video online:

- **Watch** millions of videos
- **Share favorites** with friends and family
- **Connect with other users** who share your interests
- **Upload your videos** to a worldwide audience

**Sign up now to join the YouTube community!**

# Create Your YouTube Account

It's free and easy. Just fill out the account info below. (All fields required)

Account Type: Standard
Email Address: _____
YouTube Username: _____ check

Your username can only contain letters A-Z or numbers 0-9

Password: _____
Confirm Password: _____

Password Strength: None

Country: United States
Postal Code: _____

Required for US, UK & Canada Only

Gender: ○ Male   ○ Female
Date of Birth: --- --- ---
Verification: _____

Enter the text in the image

*umcij*

Can't read?

☑ - Sign me up for the "Broadcast Yourself" email
☑ - I agree to the terms of use and privacy policy.

[ Sign Up ]

[ Search ]                                Face The Candidates

| Your Account | | | Help & Info | | YouTube | | | |
|---|---|---|---|---|---|---|---|---|
| Videos | Playlists | Subscriptions | Help Center | Safety Tips | Company Info | Terms of Use | Press | Blog |
| Favorites | Inbox | more... | Video Toolbox | Copyright Notices | TestTube | Privacy Policy | Contact | Jobs |
| | | | Developer APIs | Community Guidelines | | | | |

© 2007 YouTube, LLC  -  Give Feedback

# EXHIBIT B

From: **DMCA Notice** <no_reply@support.youtube.com>
Date: Jun 5, 2007 12:46 PM
Subject: Video Removed: Copyright Infringement
To: edenza <eden@piggyhawk.net>

## Dear Member:

This is to notify you that we have removed or disabled access to the following material as a result of a third-party notification by Universal Music Publishing Group claiming that this material is infringing:

**"Let's Go Crazy" #1:** http://www.youtube.com/watch?v=N1KfJHFWlhQ

**Please Note:** Repeat incidents of copyright infringement will result in the deletion of your account and all videos uploaded to that account. In order to avoid future strikes against your account, please delete any videos to which you do not own the rights, and refrain from uploading additional videos that infringe on the copyrights of others. For more information about YouTube's copyright policy, please read the Copyright Tips guide.

If you elect to send us a counter notice, please go to our Help Center to access the instructions.

Please note that under Section 512(f) of the Copyright Act, any person who knowingly materially misrepresents that material or activity was removed or disabled by mistake or misidentification may be subject to liability.

Sincerely,_YouTube, Inc.

Copyright © 2007 YouTube, Inc.

# EXHIBIT C

From: Eden <edenza@gmail.com>
Subject: Counter-notice (June 27)
Date: Wed, 27 Jun 2007 11:25:38 -0400

<copyright@youtube.com>Dear Designated Agent:

On June 6, 2007, YouTube informed me by email that Universal Music Publishing Group ("UMPG") made a copyright notification under the Digital Millennium Copyright Act claiming that my video "'Let's Go Crazy' #1," located at http://www.youtube.com/watch?v=N1KfJHFWlhQ, infringes the company's copyright. Though I made a counter-notification in response to UMPG's claim on June 7, I have learned that UMPG considers my prior counter-notice defective.
Please be advised that this counter-notice satisfies all of YouTube's counter-notification requirements. As such, I request that you repost my video within ten business days.

Under penalty of perjury, I affirm that I have a good faith belief that "'Let's Go Crazy' #1" was removed or disabled as a result of mistake or misidentification of the material removed or disabled.

My name, address, and telephone number are as follows:

Stephanie Lenz (YouTube username "edenza")
122 Shaft Rd
Gallitzin, PA 16641
(814) 602-5588

I consent to the jurisdiction of the federal district court for the judicial district in which the above address is located, and I will accept service of process from the person who provided notification under 17 U.S.C. § 512(c)(1)(C) or an agent of such person.

I request that you please acknowledge receipt of this counter-notification, and notify me when access to my video has been reinstated.

Sincerely,

Stephanie Lenz