Kurt Opsahl, (SBN 191303)
*kurt@eff.org*
Jason Schultz (SBN 212600)
*jason@eff.org*
Corynne McSherry (SBN 221504)
*corynne@eff.org*
Marcia Hofmann (SBN 250087)
*marcia@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Plaintiff
STEPHANIE LENZ

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE LENZ,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC.,<br><br>　　and<br><br>UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>　　　　　　Defendants. | No. C 07-03783-JF<br><br>DECLARATION OF MICAH SCHAFFER IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS AND SPECIAL MOTION TO STRIKE |

I, Micah Schaffer, declare as follows:

1. I am currently an Associate Principal of Operations at YouTube, LLC ("YouTube"). I have personal knowledge of the facts set forth herein. If called upon to testify thereto I could and would competently do so.

-1-
SCHAFFER DECLARATION

has been to assist in the creation and implementation of operational policies. In this capacity, I am familiar with YouTube's policy and practice regarding the removal and re-posting of content in connection with notices and counternotices of copyright infringement.

3. YouTube maintains database records of the number of times videos posted on its service have been accessed. These records are kept in the normal course of YouTube's business activity, and it is YouTube's regular practice to make these records. On November 9, 2007, I reviewed those records with respect to the video located at http://www.youtube.com.watch?v=N1fJHFWlhQ and entitled "Let's Go Crazy #1." Based on that review, I determined that the video had been viewed 273 times as of June 3, 2007.

4. YouTube has a feature whereby viewers of videos may post comments about them. When videos are restored pursuant to a Digital Millennium Copyright Act counternotice, it is YouTube's policy and practice to also restore any comments made before the video was taken down.

I declare under penalty of perjury that the foregoing is true and correct and that this document was executed in San Francisco, California.

DATED: November 12, 2007

By _____
Micah Schaffer