1  Kurt Opsahl, Esq. (SBN 191303)
   *kurt@eff.org*
2  Jason Schultz (SBN 212600)
   *jason@eff.org*
3  Corynne McSherry (SBN 221504)
   *corynne@eff.org*
4  Marcia Hofmann (SBN 250087)
   *marcia@eff.org*
5  ELECTRONIC FRONTIER FOUNDATION
   454 Shotwell Street
6  San Francisco, CA 94110
   Telephone: (415) 436-9333
7  Facsimile: (415) 436-9993

8

9

10 Attorneys for Plaintiff
   STEPHANIE LENZ
11
                           UNITED STATES DISTRICT COURT
12
                      FOR THE NORTHERN DISTRICT OF CALIFORNIA
13
                                    SAN JOSE DIVISION
14

15 STEPHANIE LENZ,                      )    No. C 07-03783-JF
                                        )
16                  Plaintiff,          )    **PROOF OF SERVICE**
                                        )
17     v.                               )    Courtroom:    3, 5th Floor
                                        )    Judge:        The Hon. Jeremy Fogel
18 UNIVERSAL MUSIC CORP., UNIVERSAL     )
   MUSIC PUBLISHING, INC.,              )
19                                      )
       and                              )
20                                      )
   UNIVERSAL MUSIC PUBLISHING GROUP,    )
21                                      )
                    Defendants.         )
22                                      )

23

24

25

26

27

28

No. C-07-03783-JF            PROOF OF SERVICE

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2007, I served the United States District Court, for the Northern District of California, San Jose Division's STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES by electronic mail pursuant to agreement of the parties:

    Kelly M. Klaus
    Kelly.Klaus@mto.com
    MUNGER, TOLLES & OLSEN LLP
    335 South Grand Avenue
    Thirty-Fifth Floor
    Los Angeles, CA 90071-1560
    Telephone: (213) 683-9100
    Facsimile: (213) 687-3702

Date: November 16, 2007    By   /s/
                                                     Corynne McSherry (SBN 221504)
                                                     *corynne@eff.com*
                                                     ELECTRONIC FRONTIER FOUNDATION
                                                     454 Shotwell Street
                                                     San Francisco, CA 94110
                                                     Telephone:   (415) 436-9333 x108
                                                     Facsimile:    (415) 436-9993

No. C-07-03783-JF                    PROOF OF SERVICE