1  KELLY M. KLAUS (SBN 161091)
   Kelly.Klaus@mto.com
2  AMY C. TOVAR (SBN 230370)
   Amy.Tovar@mto.com
3  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
4  Thirty-Fifth Floor
   Los Angeles, CA  90071-1560
5  Telephone:    (213) 683-9100
   Facsimile:     (213) 687-3702
6
   Attorneys for Defendants
7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11 | STEPHANIE LENZ, | CASE NO.  CV 07-03783-JF (RS) |
|---|---|
12 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING** |
13 | vs. | **[1] BRIEFING AND HEARING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS AND SPECIAL MOTION TO STRIKE AND [2] SCHEDULE FOR CASE MANAGEMENT CONFERENCE** |
14 | UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP, | |
15 | | |
16 | Defendants. | |
17 | | |
18 | | DATE: December 19, 2007<br>TIME:  9:00 a.m.<br>CTRM:  3 (Honorable Jeremy Fogel) |

1    Pursuant to Civil Local Rules 6-2 and 7-12, the Parties, by and through their counsel of
2    record, hereby enter into the following stipulation and request Court approval of the same:
3    WHEREAS, the hearing on Defendants' Motion to Dismiss and Special Motion to Strike
4    (the "Motion to Dismiss") and the Initial Case Management Conference ("CMC") had previously
5    been set for December 7, 2007, at 9:00 a.m.; and
6    WHEREAS, because of the intervening Thanksgiving holiday, Defendants have
7    requested, and Plaintiff has agreed, to the modification of the briefing and hearing schedule set
8    forth in this stipulation; and
9    WHEREAS, the parties have confirmed with the Courtroom Deputy that the parties may
10   appear on December 19, 2007, at 9:00 a.m., instead of on December 7, 2007; and
11   WHEREAS, the Parties believe that the modifications to the schedule as set forth herein
12   will not materially affect the overall schedule for the case.
13   ACCORDINGLY, THE PARTIES STIPULATE AS FOLLOWS:
14   [1]    Defendants shall file and serve their Reply on the Motion to Dismiss on or before
15   December 3, 2007.
16   //
17   //
18   //
19   //
20   //
21   //
22   //
23   //
24   //
25   //
26   //
27   //
28   //

1   [2]  The hearing on the Motion to Dismiss and the CMC shall be reset to December 19, 2007, at 9:00 a.m. The parties shall file their joint report for the CMC not later than December 5, 2007.

DATED: November 16, 2007           ELECTRONIC FRONTIER FOUNDATION

                                    By: _____/s/_____
                                            CORYNNE McSHERRY

                                    Attorneys for Plaintiff

DATED: November 16, 2007           MUNGER, TOLLES & OLSON LLP

                                    By: _____/s/_____
                                            KELLY M. KLAUS

                                    Attorneys for Defendants


                                    ORDER

    PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED:
                                    _____
                                            UNITED STATES DISTRICT JUDGE