**E-filed 11/28/07**

1  KELLY M. KLAUS (SBN 161091)
   Kelly.Klaus@mto.com
2  AMY C. TOVAR (SBN 230370)
   Amy.Tovar@mto.com
3  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
4  Thirty-Fifth Floor
   Los Angeles, CA  90071-1560
5  Telephone:  (213) 683-9100
   Facsimile:   (213) 687-3702
6
   Attorneys for Defendants
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11 | STEPHANIE LENZ,                              | CASE NO.  CV 07-03783-JF (RS)
12 |         Plaintiff,                           | **STIPULATION AND [PROPOSED]
13 |    vs.                                       | ORDER REGARDING
14 | UNIVERSAL MUSIC CORP., UNIVERSAL             | [1] BRIEFING AND HEARING
   | MUSIC PUBLISHING, INC., and UNIVERSAL        | SCHEDULE ON DEFENDANTS'
15 | MUSIC PUBLISHING GROUP,                      | MOTION TO DISMISS AND
   |                                              | SPECIAL MOTION TO STRIKE
16 |         Defendants.                          | AND [2] SCHEDULE FOR CASE
                                                    MANAGEMENT CONFERENCE**

                                                   DATE:  December 19, 2007
                                                   TIME:  9:00 a.m.
                                                   CTRM:  3 (Honorable Jeremy Fogel)

3966944.1                                          STIPULATION AND [PROPOSED] ORDER
                                                   CASE NO. CV 07-03783-JF (RS)

1    Pursuant to Civil Local Rules 6-2 and 7-12, the Parties, by and through their counsel of
2 record, hereby enter into the following stipulation and request Court approval of the same:
3    WHEREAS, the hearing on Defendants' Motion to Dismiss and Special Motion to Strike
4 (the "Motion to Dismiss") and the Initial Case Management Conference ("CMC") had previously
5 been set for December 7, 2007, at 9:00 a.m.; and
6    WHEREAS, because of the intervening Thanksgiving holiday, Defendants have
7 requested, and Plaintiff has agreed, to the modification of the briefing and hearing schedule set
8 forth in this stipulation; and
9    WHEREAS, the parties have confirmed with the Courtroom Deputy that the parties may
10 appear on December 19, 2007, at 9:00 a.m., instead of on December 7, 2007; and
11    WHEREAS, the Parties believe that the modifications to the schedule as set forth herein
12 will not materially affect the overall schedule for the case.
13    ACCORDINGLY, THE PARTIES STIPULATE AS FOLLOWS:
14    [1]    Defendants shall file and serve their Reply on the Motion to Dismiss on or before
15 December 3, 2007.
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

[2]    The hearing on the Motion to Dismiss and the CMC shall be reset to December 19, 2007, at 9:00 a.m. The parties shall file their joint report for the CMC not later than December 5, 2007.

DATED: November 16, 2007        ELECTRONIC FRONTIER FOUNDATION

By: _____/s/_____
            CORYNNE McSHERRY

Attorneys for Plaintiff

DATED: November 16, 2007        MUNGER, TOLLES & OLSON LLP

By: _____/s/_____
            KELLY M. KLAUS

Attorneys for Defendants


ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:    11/27/07

_____
UNITED STATES DISTRICT JUDGE
JEREMY FOGEL

3966944.1                            - 2 -                    STIPULATION AND [PROPOSED] ORDER
                                                              CASE NO. CV 07-03783-JF (RS)