KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
AMY C. TOVAR (SBN 230370)
Amy.Tovar@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

Attorneys for Defendants
UNIVERSAL MUSIC CORP.,
UNIVERSAL MUSIC PUBLISHING, INC.,
and UNIVERSAL MUSIC PUBLISHING GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE LENZ,<br><br>    Plaintiff,<br><br> vs.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>    Defendants. | CASE NO.  CV 07-03783<br><br>**SUPPLEMENTAL DECLARATION OF KELLY M. KLAUS IN SUPPORT OF DEFENDANTS' REPLY TO MOTION TO DISMISS COMPLAINT AND SPECIAL MOTION TO STRIKE PLAINTIFF'S STATE LAW CLAIM**<br><br>[Defendants' Reply in Support of Motion to Dismiss Complaint and Special Motion to Strike Filed Concurrently]<br><br>DATE:  December 19, 2007<br>TIME:   9:00 a.m.<br>CTRM:   3 (Hon. Jeremy Fogel) |

1    I, KELLY M. KLAUS, declare as follows:

2    1.   I am a partner in the law firm of Munger, Tolles & Olson LLP, counsel to Defendants Universal Music Corp., Universal Music Publishing, Inc. and Universal Music Publishing Group ("Defendants" or "Universal") in the above-captioned case. I am submitting this Supplemental Declaration in support of Defendants' Motion to Dismiss the Complaint and Special Motion to Strike Plaintiff's State Law Claim. The facts set forth within this Supplemental Declaration are based upon my personal knowledge. If called as a witness in this action, I could and would testify competently to the contents of this Supplemental Declaration.

2.   Attached hereto as Exhibit A is a true and correct copy of a printout of "Fair Use Principles for User Generated Video Content," which is publicly available on the website of the Electronic Frontier Foundation ("EFF"), www.eff.org/files/UGC_Fair_Use_Best_Practices_0.pdf.

3.   Attached hereto as Exhibit B is a true and correct copy of a printout of an article entitled, *Standing Up to Takedown Notices*, www.washingtonpost.com/wp-dyn/content/article/2007/10/18/AR2007101802453_pf.html.

4.   Attached hereto as Exhibit C is a true and correct copy of an article entitled, *The Home Video Prince Doesn't Want You to See*, http://abcnews.go.com/TheLaw/story?id=3777651.

5.   Attached hereto as Exhibit D is a true and correct copy of a printout of YouTube's "Copyright Tips," www.youtube.com/t/howto_copyright.

//
//
//
//
//
//
//
//
//

1   6. Attached hereto as Exhibit E is a true and correct copy of the printout of a page from YouTube that is generated when one clicks on the link for "Edenza's" videos, http://www.youtube.com/user/edenza.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed this third day of December 2007 at Los Angeles, California.

/s/
_____
KELLY M. KLAUS