# EXHIBIT D

Sign Up | My Account

| Videos | Categories | Channels | Community |

[Search]

## Copyright Tips

We've been receiving a lot of questions from members about what makes a video copyright infringing and ineligible for upl copyright-infringing content can lead to the termination of your account, and possibly monetary damages if a copyright own some guidelines to help you determine whether your video is eligible or whether it infringes someone else's copyright. You within our Help Center.

As a general matter, we at YouTube respect the rights of artists and creators, and hope you will work with us to keep our c positive experience for everyone, including artists and creators.

### How To Make Sure Your Video Does Not Infringe Someone Else's Copyrights

The way to ensure that your video doesn't infringe someone else's copyright is to use your skills and imagination to create could be as simple as taping some of your friends goofing around, and as complicated as filming your own short movie wit works. If it's all yours, you never have to worry about the copyright—you own it! Make sure to follow the other guidelines in

Be sure that all components of your video are your original creation—even the audio portion. For example, if you use an a owned by a record label without that record label's permission, your video is infringing the copyrights of others, and we will become aware of it.

### Commercial Content Is Copyrighted

The most common reason we take down videos for copyright infringement is that they are direct copies of copyrighted con copyrighted content have alerted us that their content is being used without their permission. Once we become aware of a remove the video promptly. That is the law.

Some examples of copyrighted content (although not all) are:

- TV shows
    - Including sitcoms, sports broadcasts, news broadcasts, comedy shows, cartoons, dramas, etc.
    - Includes network and cable TV, pay-per-view and on-demand TV
- Music videos, such as the ones you might find on music video channels
- Videos of live concerts, even if you captured the video yourself
    - Even if you took the video yourself, the performer controls the right to use his/her image in a video, the son song being performed, and sometimes the venue prohibits filming without permission, so this video is likely rights.
- Movies and movie trailers
- Commercials
- Slide shows that include photos or images owned by somebody else

### A Few Guiding Principles

- It doesn't matter how long or short the clip is, or exactly how it got to YouTube. If you taped it off cable, videotaped from some other website, it is still copyrighted, and requires the copyright owner's permission to distribute.

- It doesn't matter whether or not you give credit to the owner/author/songwriter—it is still copyrighted.
- It doesn't matter that you are not selling the video for money—it is still copyrighted.
- It doesn't matter whether or not the video contains a copyright notice—it is still copyrighted.
- It doesn't matter whether other similar videos appear on our site—it is still copyrighted.
- It doesn't matter if you created a video made of short clips of copyrighted content—even though you edited it togetl copyrighted.

## What Will Happen If You Upload Infringing Content

Anytime we become aware that a video or any part of a video on our site infringes the copyrights of a third party, we will ta required to do so by law. If you believe that a video on the site infringes your copyright, send us a copyright notice and we that we have removed a video that you uploaded in error and that you are the copyright owner or have permission, you cal know. If you repeatedly post infringing content, your account will be terminated. This is also a requirement of the law.

## Using Some Copyrighted Content in Your Videos

While videos that are direct copies of someone else's content are clear copyright violations, there are certain very limited c very short clips of a copyrighted video or song may be legal even without permission. This is known as the "fair use" princi

To determine whether a particular use of a short clip of a copyrighted video or song qualifies as a "fair use," you need to al are outlined in the U.S. copyright statute. Unfortunately, the weighing of these four factors is often quite subjective and con often difficult to determine whether a particular use is a "fair use." If the copyright owner disagrees with your interpretation may chose to resolve the dispute in court. If it turns out that your use is not a fair use, then you are infringing the copyright: liable for monetary damages.

If you would like to learn more about the principle of fair use, below are a few links to websites that discuss it. Please reme decision about whether and how to exercise your fair use rights is solely yours, and we at YouTube bear no responsibility 1

**Fair Use Links on the Web**

- http://www.copyright.gov/fls/fl102.html
- http://fairuse.stanford.edu/Copyright_and_Fair_Use_Overview/chapter9/
- http://www.copyrightwebsite.com/Info/Law/FairUse.aspx
- http://chillingeffects.org/fairuse/

DISCLAIMER: WE ARE NOT YOUR ATTORNEYS, AND THE INFORMATION WE PRESENT HERE IS NOT LEGAL ADV INFORMATION FOR INFORMATIONAL PURPOSES ONLY.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Your Account** | | | **Help & Info** | | **YouTube** | |
| Videos | Playlists | Subscriptions | Help Center | Safety Tips | Company Info | Terr |
| Favorites | Inbox | more... | Video Toolbox | Copyright Notices | TestTube | Priv |
| | | | Developer APIs | Community Guidelines | | |

© 2007 YouTube, LLC - Give Feedback

# EXHIBIT E



Videos | Categories | Channels | Community | Upload

Sign U

Videos | Favorites | Playlists | Groups | Friends | Subscribers | Subscripti



















