UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, December 19, 2007
**Case Number:** CV-07-3783-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | STEPHANIE LENZ   V.  UNIVERSAL MUSIC PUBLISHING, ET AL |
|---|---|
| | PLAINTIFF                              DEFENDANT |

Attorneys Present: Corynne McSherry        Attorneys Present: Kelly Klaus, Amy Tovar

PROCEEDINGS:
Hearing on Motion to Dismiss and to Strike held. Parties are present. The motion is taken under submission. The case management conference is not held.