**\*\*E-filed 4/15/08\*\***

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

**STEPHANIE LENZ,**

    Plaintiff,

     v.

**UNIVERSAL MUSIC,**

    Defendant.
_____

**No. C-07-3783-JF**

**Clerks's Notice**

**To: All Counsel and Parties in the above named action.**

**The Court has scheduled a Case Management Conference for Friday, May 23, 2008 at 10:30 AM.   The parties may appear by telephone by contacting Court Call at 866-582-6878 in advance of the hearing.**

**Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.**

**Dated: 4/15/08**
                                         For the Court,
                                         Richard W. Wieking, Clerk

                                         Diana Munz
                                         electronic signature
                                         Courtroom Deputy