1  KELLY M. KLAUS (SBN 161091)
   Kelly.Klaus@mto.com
2  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
3  Thirty-Fifth Floor
   Los Angeles, CA  90071-1560
4  Telephone:     (213) 683-9100
   Facsimile:     (213) 687-3702
5
   AMY C. TOVAR (SBN 230370)
6  Amy.Tovar@mto.com
   MUNGER, TOLLES & OLSON LLP
7  560 Mission Street
   Twenty-Seventh Floor
8  San Francisco, CA  94105-2907
   Telephone:     (415) 512-4000
9  Facsimile:     (415) 512-4077

10 Attorneys for Defendants
   UNIVERSAL MUSIC CORP.,
11 UNIVERSAL MUSIC PUBLISHING, INC.
   AND UNIVERSAL MUSIC PUBLISHING GROUP

12
13                        UNITED STATES DISTRICT COURT

14                       NORTHERN DISTRICT OF CALIFORNIA

15

16 | STEPHANIE LENZ,                                  | CASE NO.  CV-07-03783
   |                                                  |
17 |             Plaintiff,                           | STIPULATION AND [PROPOSED]
   |                                                  | ORDER REGARDING [1] TIME TO
18 |     vs.                                          | RESPOND TO SECOND AMENDED
   |                                                  | COMPLAINT AND BRIEFING
19 | UNIVERSAL MUSIC CORP.,                           | SCHEDULE FOR MOTION TO
   | UNIVERSAL MUSIC PUBLISHING, INC. and             | DISMISS AND [2] SCHEDULE FOR
20 | UNIVERSAL MUSIC PUBLISHING GROUP,                | CASE MANAGEMENT CONFERENCE
   |                                                  |
21 |             Defendants.                          | Date:     July 18, 2008
   |                                                  | Time:     9:00 a.m.
22 |                                                  | Judge:    Hon. Jeremy Fogel
   |                                                  | Dept:     3

23
24
25
26
27
28

4892086.1                                              STIPULATION AND [PROPOSED] ORDER
                                                       CASE NO. CV 07-03783

1  Plaintiff Stephanie Lenz and Defendants Universal Music Corp., Universal Music
2  Publishing, Inc., and Universal Musical Publishing Group, by and through their respective
3  counsel of record, hereby declare and stipulate as follows:
4  WHEREAS, Plaintiff filed a Second Amended Complaint on April 18, 2008;
5  WHEREAS, Defendants intend to file a Motion to Dismiss the Second Amended
6  Complaint (the "Motion to Dismiss");
7  WHEREAS, the Parties have met and conferred regarding Defendants' time to
8  respond to the Second Amended Complaint and a briefing schedule for the Motion to Dismiss,
9  Plaintiff's Opposition to the Motion to Dismiss, and Defendants' Reply in Support of the Motion
10 to Dismiss;
11 WHEREAS, the Parties have confirmed with the Courtroom Deputy that the first
12 available date to appear for the Motion to Dismiss is July 18, 2008 at 9:00 a.m. and that the
13 Parties may appear on that date;
14 WHEREAS, a Case Management Conference ("CMC") is set for May 23, 2008 at
15 10:30 a.m. pursuant to the Clerk's Notice entered April 15, 2008;
16 WHEREAS, the Parties believe that it would further the interests of efficiency and
17 conservation of resources to reset the CMC to the same date and time as the hearing on the
18 Motion to Dismiss;
19 WHEREAS, the Parties believe that the modifications to the schedule as set forth
20 herein will not materially affect the overall schedule for the case; and
21 WHEREAS, pursuant to Civil Local Rule 6-2(a)(2), the Parties disclose that there
22 have been three previous stipulated time modifications in this case (filed on August 20, 2007,
23 October 11, 2007, and November 16, 2007).  Those modifications all related to the briefing
24 schedule and hearing date for the Motion to Dismiss the Amended Complaint and/or the date for
25 the Initial Case Management Conference.
26 ACCORDINGLY, THE PARTIES STIPULATE AS FOLLOWS:
27 [1] Defendants shall file and serve the Motion to Dismiss on or before Friday,
28 May 23, 2008.

[2]    Plaintiff shall file and serve her Opposition to the Motion to Dismiss on or before Friday, June 20, 2008.

[3]    Defendants shall file and serve their Reply in Support of the Motion to Dismiss on or before Thursday, July 3, 2008.

[4]    The May 23, 2008 CMC date shall be reset to the date and time presently reserved for the hearing on the Motion to Dismiss, *i.e.*, July 18, 2008 at 9:00 a.m. The parties shall file their joint report by no later than July 8, 2008.

DATED: April 29, 2008                              ELECTRONIC FRONTIER FOUNDATION

By: _____/s/_____
    CORYNNE McSHERRY

Attorney for Plaintiff

DATED: April 29, 2008                              MUNGER, TOLLES & OLSON LLP

By: _____/s/_____
    AMY C. TOVAR

Attorney for Defendants

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:

_____
UNITED STATES DISTRICT JUDGE