1  KELLY M. KLAUS (SBN 161091)
   Kelly.Klaus@mto.com
2  AMY C. TOVAR (SBN 230370)
   Amy.Tovar@mto.com
3  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
4  Thirty-Fifth Floor
   Los Angeles, CA  90071-1560
5  Telephone:     (213) 683-9100
   Facsimile:      (213) 687-3702
6
   Attorneys for Defendants
7  UNIVERSAL MUSIC CORP.,
   UNIVERSAL MUSIC PUBLISHING, INC.,
8  and UNIVERSAL MUSIC PUBLISHING GROUP

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12
| STEPHANIE LENZ, | CASE NO.  CV 07-03783-JF |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT** |
| vs. | |
| UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP, | |
| Defendants. | DATE: July 18, 2008<br>TIME: 9:00 a.m.<br>CTRM: 3 (Honorable Jeremy Fogel) |

3663619.1                                            [PROPOSED] ORDER
                                                CASE NO. CV 07-03783-JF

1    The motion of Defendants Universal Music Corp., Universal Music Publishing, Inc. and Universal Music Publishing Group ("Defendants") for an Order Dismissing Plaintiff's Second Amended Complaint came on for hearing before the Court on July 18, 2008.

4    The Court, having considered all of the pleadings and argument of counsel submitted in support of and opposition to the Motion, and good cause appearing therefor, hereby ORDERS:

6    [1]    Defendants' Motion for an Order dismissing Plaintiff's Second Amended Complaint with prejudice is GRANTED.

8    [2]    Plaintiff's Second Amended Complaint is DISMISSED WITH PREJUDICE.

9    IT IS SO ORDERED.

11    DATED:

UNITED STATES DISTRICT JUDGE