Kurt Opsahl (SBN 191303)
*kurt@eff.org*
Michael Kwun (SBN 198945)
*michael@eff.org*
Corynne McSherry (SBN 221504)
*corynne@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Plaintiff
STEPHANIE LENZ

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ, <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., <br><br> and <br><br> UNIVERSAL MUSIC PUBLISHING GROUP, <br><br> Defendants. | No. C 07-03783-JF <br><br> **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS** <br><br> DATE: July 18, 2008 <br> TIME:  9:00 a.m. <br> CTRM: 3 (Hon. Jeremy Fogel) |

Plaintiff Stephanie Lenz requests that the Court take judicial notice of the attached hereto as Exhibit 1, which is a printout of a webpage on the YouTube website describing YouTube's Copyright Policy, available at http://www.youtube.com/t/dmca_policy.  The Court may take judicial notice of this document because it reflects facts (the contents of YouTube's Copyright Policy) that are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.  Fed. R. Evid. 201(b)(2); *O'Toole v. Northrop Grumman Corp.*, 499 F.3d 1218, 1225 (10th Cir. 2007) ("It is not uncommon for courts to take judicial notice of

1  factual information found on the world wide web."); *City of Monroe Employees Ret. Sys. v.*
2  *Bridgestone Corp.,* 399 F.3d 651, 655 n.1 (6th Cir. 2005); *The Missing Link v. eBay,* No. C 07-
3  04487 RMW, 2008 WL 1994886, at *4 (N.D. Cal. May 5, 2008) (taking judicial notice of eBay
4  help pages).

DATED: June 20, 2008

By _____/s/_____
Corynne McSherry, Esq.

ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA  94110
Telephone:  (415) 436-9333
Facsimile:  (415) 436-9993

Attorneys for Plaintiff
STEPHANIE LENZ

# EXHIBIT A

Sign Up | QuickList (0) | Help | Sign In | Site:

Home     Videos     Channels     Community

[Videos ▼] Search  advanced                    Upload

**About YouTube**

Company Blog
Company History
Press Room
Jobs

**Discover**

YouTube on Your Phone
YouTube on Your Site
YouTube RSS Feeds
Other Features...

**Reach Your Audience**

Nonprofit Program
Partner Programs
Advertising Programs
Developer Tools

**Help**

Help Center
YouTube Handbook
Contact Us

# Copyright Infringement Notification

To file a copyright infringement notification with us, you will need to send a written communication that includes substantially the following (please consult your legal counsel or see Section 512(c)(3) of the Copyright Act to confirm these requirements):

i. A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
ii. Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works at that site.
iii. Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit the service provider to locate the material. **Providing URLs in the body of an email is the best way to help us locate content quickly.**
iv. Information reasonably sufficient to permit the service provider to contact the complaining party, such as an address, telephone number, and, if available, an electronic mail address at which the complaining party may be contacted.
v. A statement that the complaining party has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.
vi. A statement that the information in the notification is accurate, and under penalty of perjury, that the complaining party is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

Such written notice should be sent to our designated agent as follows:

DMCA Complaints
YouTube, Inc.
901 Cherry Ave.
Second Floor
San Bruno, CA 94066
Fax: 650.872.8513
Email: copyright@youtube.com

To expedite our ability to process your request, complaints may now also be submitted online at http://www.youtube.com/copyright_complaint_form. You will need a YouTube account in order to utilize this tool.

Please also note that under Section 512(f) any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability.

If there are many videos to be removed, or you expect to have an ongoing need to remove potentially infringing content from YouTube, we suggest that you sign up for our Content Verification Program, which electronically notifies us, removing any room for error, and significantly increases the speed at which we are able to remove any infringing content.

## Counter-Notification

If you elect to send us a counter notice, please go to our Help Center to access the instructions.

Please note that under Section 512(f) of the Copyright Act, any person who knowingly materially misrepresents that material or activity was removed or disabled by mistake or misidentification may be subject to liability. Please also be advised that we enforce a policy that provides for the termination in appropriate circumstances of subscribers who are repeat infringers.

Add to iGoogle          [Videos ▼] Search              Face The Candidates

**Your Account**        **Help & Info**         **YouTube**
Videos      Inbox       Help Resources          Safety Tips         Company Info        Press
Favorites   Subscriptions   YouTube Handbook    Copyright Notices   TestTube            Contact
Playlists   more...     Developer APIs          Community Guidelines    Terms of Use    Blog
                        Advertising             YouTube On Your Site    Privacy Policy  Jobs

© 2008 YouTube, LLC

1 of 1                                                                              6/19/08 12:48 PM