1  KELLY M. KLAUS (SBN 161091)
   Kelly.Klaus@mto.com
2  AMY C. TOVAR (SBN 230370)
   Amy.Tovar@mto.com
3  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
4  Thirty-Fifth Floor
   Los Angeles, CA  90071-1560
5  Telephone:    (213) 683-9100
   Facsimile:     (213) 687-3702
6
   Attorneys for Defendants
7  UNIVERSAL MUSIC CORP.,
   UNIVERSAL MUSIC PUBLISHING, INC.,
8  and UNIVERSAL MUSIC PUBLISHING GROUP

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

| STEPHANIE LENZ, | CASE NO.  CV 07-03783 |
|---|---|
| Plaintiff, | **SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** |
| vs. | |
| UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP, | [Reply in Support of Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint filed concurrently herewith] |
| Defendants. | |
| | DATE: July 18, 2008<br>TIME:   9:00 a.m.<br>CTRM:  3 (Honorable Jeremy Fogel) |

5417854.1

SUPP. REQUEST FOR JUDICIAL NOTICE
CASE NO. CV 07-03783

**REQUEST FOR JUDICIAL NOTICE**

Defendants Universal Music Corp., Universal Music Publishing, Inc. and Universal Music Publishing Group ("Universal") respectfully request that the Court take judicial notice of an April 17, 2007 letter from Viacom Deputy General Counsel Mark C. Morril to Fred von Lohmann of the Electronic Frontier Foundation, available at http://www.eff.org/cases/moveon-brave-new-films-v-viacom. A printout of the letter is attached as Exhibit A to this request. The letter is judicially noticeable under Federal Rule of Evidence 201, because it is "not subject to reasonable dispute in that it is . . . capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). The Court may take judicial notice of this matter without converting Universal's motion to dismiss into a motion for summary judgment. *Mullis v. United States Bankruptcy Court,* 828 F.2d 1385, 1388 (9th Cir. 1987); *Intri-Plex Technologies, Inc. v. Crest Group, Inc.,* 499 F.3d 1048, 1052 (9th Cir. 2007).

DATED: July 3, 2008                    MUNGER, TOLLES & OLSON LLP


By:          */s/ Kelly M. Klaus*
                KELLY M. KLAUS

Attorneys for Defendants
UNIVERSAL MUSIC CORP.,
UNIVERSAL MUSIC PUBLISHING, INC.,
and UNIVERSAL MUSIC PUBLISHING GROUP

# EXHIBIT A

Case 5:07-cv-03783-JF    Document 41-2    Filed 07/03/2008    Page 3 of 4



BET Networks > Famous Music > MTV Networks > Paramount Pictures

Mark C. Morril
Senior Vice President
Deputy General Counsel

April 17, 2007

Fred von Lohmann, Esq.
Electronic Frontier Foundation
454 Shotwell Street
San Francisco CA 94110
fred@eff.org
Facsimile: (415) 436-9993

Dear Fred:

Further to our earlier correspondence and conversations, I wanted to let you know that in addition to the language described in Mike Fricklas' letter of April 11, Viacom expects to add the following language to the area of its corporate website addressing fair use:

"Regardless of the law of fair use, we have not generally challenged users of Viacom copyrighted material where the use or copy is occasional and is a creative, newsworthy or transformative use of a limited excerpt for non commercial purposes."

Again, thanks for your thoughtful input.

Best regards.

Sincerely,

Mark C. Morril