Kurt Opsahl (SBN 191303)
*kurt@eff.org*
Michael Kwun (SBN 198945)
*michael@eff.org*
Corynne McSherry (SBN 221504)
*corynne@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Plaintiff
STEPHANIE LENZ

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ, | No. C 07-03783-JF |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., | |
| and | |
| UNIVERSAL MUSIC PUBLISHING GROUP, | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, NOTICE IS HEREBY GIVEN THAT

> Michael Kwun (SBN 198945)
> *michael@eff.org*
> ELECTRONIC FRONTIER FOUNDATION
> 454 Shotwell Street
> San Francisco, CA 94110
> Telephone: (415) 436-9333
> Facsimile: (415) 436-9993

enters his appearance as attorney of record, in addition to the other listed attorneys of record, for Plaintiff Stephanie Lenz.

DATED: July 8, 2008

By       /s/
Michael Kwun
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Plaintiff
STEPHANIE LENZ