UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, July 18, 2008
**Case Number:** CV-07-3783-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | STEPHANIE LENZ    V.  UNIVERSAL MUSIC PUBLISHING, ET AL | |
|---|---|---|
| | PLAINTIFF | DEFENDANT |
| | Attorneys Present: Corynne McSherry, Michael Kwun | Attorneys Present: Kelly Klaus, Amy Tovar |

PROCEEDINGS:

Hearing on Motion to Dismiss held.  Parties are present. The motion is taken under submission.  The case management conference is not held.