**E-Filed 9/4/08**

KURT OPSAHL (SBN 191303)
*kurt@eff.org*
MICHAEL KWUN (SBN 198945)
*michael@eff.org*
CORYNNE McSHERRY (SBN 221504)
*corynne@eff.org*
MARCIA HOFFMANN (SBN 250087)
*marcia@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Plaintiff

KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
AMY C. TOVAR (SBN 230370)
Amy.Tovar@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE LENZ,<br><br>            Plaintiff,<br><br>    vs.<br><br>UNIVERSAL MUSIC CORP.,<br>UNIVERSAL MUSIC PUBLISHING, INC. and<br>UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>            Defendants. | CASE NO.  CV-07-03783-JF<br><br>**STIPULATION AND [PROPOSED]<br>ORDER REGARDING:**<br><br>**[1] SHORTENING TIME FOR<br>BRIEFING ON DEFENDANTS'<br>MOTION TO CERTIFY AUGUST 20,<br>2008 ORDER FOR § 1292(b) APPEAL<br>AND TO STAY PROCEEDINGS<br>PENDING APPEAL; AND**<br><br>**[2] EXTENDING DEFENDANTS'<br>TIME TO ANSWER**<br><br>**[Civil L.R. 6-2]**<br><br>Date:       N/A<br>Time:       N/A<br>Judge:      Honorable Jeremy Fogel<br>Courtroom:  3 |

1  Plaintiff Stephanie Lenz ("Plaintiff") and Defendants Universal Music Corp.,
2  Universal Music Publishing, Inc. and Universal Musical Publishing Group ("Defendants"), by
3  and through their respective counsel of record, hereby declare and stipulate as follows:

4  WHEREAS, by Order entered August 20, 2008, the Court denied Defendants'
5  Motion to Dismiss Plaintiff's Second Amended Complaint and ordered Defendants to file their
6  Answer within twenty (20) days, *i.e.*, on or before September 9, 2008;

7  WHEREAS, contemporaneous with the filing of this Stipulation, Defendants are
8  filing a motion for an Order [1] certifying the August 20, 2008 Order for interlocutory appeal
9  pursuant to 28 U.S.C. § 1292(b) and [2] staying proceeding in this case pending resolution of the
10 § 1292(b) appeal (hereinafter, "Defendants' Certification/Stay Motion" or "Motion");

11 WHEREAS, Plaintiff has indicated she will oppose the Motion but will stipulate to
12 the time modifications as set forth below;

13 WHEREAS, pursuant to Civil Local Rule 6-2(a)(1), the parties state that the time
14 modifications set forth below are requested for the following reasons:

15 First, the parties believe Defendants' Certification/Stay Motion can and should be
16 briefed and submitted expeditiously.  The parties have agreed to stipulate to a shortened briefing
17 schedule (as set forth below), under which briefing would be completed by September 16, 2008
18 and the Motion submitted as of that date (unless the Court would prefer to hear argument);

19 Second, in order to allow time for a possible ruling on the Motion before
20 Defendants have to file their Answer, Defendants have requested, and Plaintiff has agreed, that
21 Defendants' due date for filing their Answer may be extended to September 30, 2008;

22 WHEREAS, pursuant to Civil Local Rule 6-2(a)(2), the parties disclose that there
23 have been four previous stipulated time modifications in this case (August 20, 2007 [Docket No.
24 8], October 11, 2007 [Docket No. 19], November 16, 2007 [Docket No. 26], and April 30, 2008
25 [Docket No. 35]).  These modifications related to the briefing schedule and hearing date for the
26 prior Motions to Dismiss and/or the date for the Case Management Conference; and

27 WHEREAS, pursuant to Civil Local Rule 6-2(a)(3), the parties state that the only
28 effect the requested time modifications herein would have on the schedule for the case would be

1. to move the date for Defendants to file their Answer, from September 9 to September 30, 2008.

2.         ACCORDINGLY, THE PARTIES STIPULATE AS FOLLOWS:

3.       [1]    The briefing schedule on Defendants' Certification/Stay Motion shall be:

4.            [a]    Motion    August 29, 2008

5.            [b]    Opposition    September 9, 2008

6.            [c]    Reply    September 16, 2008

7.       The parties agree that upon the filing of the Reply, Defendants' Certification/Stay

8. Motion may be submitted on the papers, unless the Court would prefer to hear oral argument.

9.       [2]    Subject to further Order of the Court, the due date for Defendants' Answer

10. shall be extended from September 9, 2008 through and including September 30, 2008.

11. DATED: August 29, 2008    ELECTRONIC FRONTIER FOUNDATION

12.

13.     By:    */s/ Corynne McSherry\**
        CORYNNE McSHERRY

14. Attorneys for Plaintiff

15.

16. DATED: August 29, 2008    MUNGER, TOLLES & OLSON LLP

17.     By:    */s/ Kelly M. Klaus*
18.         KELLY M. KLAUS

19. Attorneys for Defendants

20.         ORDER

21.     PURSUANT TO STIPULATION, IT IS SO ORDERED.

22.

23. DATED: 9/4/08

24.         UNITED STATES DISTRICT JUDGE

25.

26. _____
\* Electronically signed by Defendants' counsel with concurrence of Plaintiff's counsel. N.D. Cal.
27. G.O. 45 ¶ X.B.

28.