```
 1  KELLY M. KLAUS (SBN 161091)
    Kelly.Klaus@mto.com
 2  L. ASHLEY AULL (SBN 257020)
    Ashley.Aull@mto.com
 3  MUNGER, TOLLES & OLSON LLP
    355 South Grand Avenue
 4  Thirty-Fifth Floor
    Los Angeles, CA  90071-1560
 5  Telephone:    (213) 683-9100
    Facsimile:    (213) 687-3702
 6
    Attorneys for Defendants
 7  UNIVERSAL MUSIC CORP.,
    UNIVERSAL MUSIC PUBLISHING, INC.
 8  and UNIVERSAL MUSIC PUBLISHING
    GROUP
 9
10
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>            Plaintiff,<br><br>    vs.<br><br>UNIVERSAL MUSIC CORP.,<br>UNIVERSAL MUSIC PUBLISHING, INC. and<br>UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>            Defendants. | CASE NO.  CV-07-03783<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>Judge:    Hon. Jeremy Fogel<br>Dept:     3 |

1   TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

2   Please enter my appearance as additional counsel for defendants in this case. I requests

3   that copies of all pleadings, papers, notices, and other documents be addressed to defendants'

4   counsel as follows:

5
KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
6   L. ASHLEY AULL (SBN 257020)
Ashley.Aull@mto.com
7   MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
8   Thirty-Fifth Floor
Los Angeles, CA  90071-1560
9   Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702
10

11   I certify that I am admitted to practice in this Court.

12

13

14   Dated: Jan. 20, 2009                                MUNGER, TOLLES & OLSON LLP

15

16                                                      By: /s/ L. Ashley Aull
                                                              L. Ashley Aull
17

18                                                      Attorneys for Defendants
                                                        UNIVERSAL MUSIC CORP.,
19                                                      UNIVERSAL MUSIC PUBLISHING, INC.
                                                        AND UNIVERSAL MUSIC PUBLISHING
20                                                      GROUP

21

22

23

24

25

26

27

28

- 1 -                          NOTICE OF APPEARANCE OF COUNSEL (AULL)