| | |
|---|---|
| 1 | KELLY M. KLAUS (SBN 161091) |
|   | Kelly.Klaus@mto.com |
| 2 | L. ASHLEY AULL (SBN 257020) |
|   | Ashley.Aull@mto.com |
| 3 | MUNGER, TOLLES & OLSON LLP |
|   | 355 South Grand Avenue |
| 4 | Thirty-Fifth Floor |
|   | Los Angeles, CA  90071-1560 |
| 5 | Telephone:    (213) 683-9100 |
|   | Facsimile:     (213) 687-3702 |
| 6 | |
|   | Attorneys for Defendants |
| 7 | UNIVERSAL MUSIC CORP., |
|   | UNIVERSAL MUSIC PUBLISHING, INC. |
| 8 | and UNIVERSAL MUSIC PUBLISHING |
|   | GROUP |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ, | CASE NO.  CV-07-03783 |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| vs. | Judge:    Hon. Jeremy Fogel |
| UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP, | Dept:      3 |
| Defendants. | |

1  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that defendants' counsel of record in this case are Kelly M.
3  Klaus and L. Ashley Aull of Munger, Tolles & Olson, LLP. Amy Tovar is no longer associated
4  with Munger, Tolles & Olson, LLP.

7  Dated: Jan. 20, 2009                    MUNGER, TOLLES & OLSON LLP

9  By: _____
                                                        L. ASHLEY AULL

11  Attorneys for Defendants
    UNIVERSAL MUSIC CORP.,
12  UNIVERSAL MUSIC PUBLISHING, INC.
    AND UNIVERSAL MUSIC PUBLISHING
13  GROUP

- 1 -    NOTICE OF WITHDRAWAL OF COUNSEL (TOVAR)