ELECTRONIC FRONTIER FOUNDATION
Michael Kwun (SBN 198945)
michael@eff.org
Corynne McSherry (SBN 221504)
corynne@eff.org
454 Shotwell Street
San Francisco, CA  94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

FOLGER LEVIN & KAHN LLP
Michael F. Kelleher (SBN 165493)
mkelleher@flk.com
Suzanne E. Rode (SBN 253830)
srode@flk.com
275 Battery Street, 23rd Floor
San Francisco, CA  94111
Telephone:  (415) 986-2800
Facsimile:  (415) 986-2827

Attorneys for Plaintiff STEPHANIE LENZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>                    Plaintiff,<br><br>     v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>                    Defendants. | Case No. C 07-03783-JF<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>Honorable Jeremy Fogel<br><br>Department 3 |

PLEASE TAKE NOTICE that Plaintiff Stephanie Lenz hereby designates Folger Levin & Kahn LLP as co-counsel to Electronic Frontier Foundation and requests that all pleadings, papers, notices and other documents be given and served upon the following:

Michael F. Kelleher
Folger Levin & Kahn LLP
275 Battery Street, 23rd Floor
San Francisco, CA  94111
Telephone:  (415) 986-2800
Facsimile:  (415) 986-2827
E-mail:  mkelleher@flk.com

and

Suzanne E. Rode
Folger Levin & Kahn LLP
275 Battery Street, 23rd Floor
San Francisco, CA  94111
Telephone:  (415) 986-2800
Facsimile:  (415) 986-2827
E-mail:  srode@flk.com

Dated: January  21, 2009                    FOLGER LEVIN & KAHN LLP


                                            By: _____/s/ Suzanne E. Rode_____
                                                    Suzanne E. Rode
                                                  Attorneys for Plaintiff
                                                  STEPHANIE LENZ

58074\2001\630331.1