| | |
|---|---|
| 1 | ELECTRONIC FRONTIER FOUNDATION |
| | FRED VON LOHMANN #192657 |
| 2 | KURT OPSAHL #191303 |
| | CORYNNE MCSHERRY #221504 |
| 3 | 454 Shotwell Street |
| | San Francisco, CA 94110 |
| 4 | Telephone: (415) 436-9333 |
| | Facsimile: (415) 436-9993 |
| 5 | Email: fred@eff.org; kurt@eff.org |
| | corynne@eff.org |
| 6 | |
| | FOLGER LEVIN & KAHN LLP |
| 7 | MICHAEL F. KELLEHER |
| | SUZANNE ELIZABETH RODE |
| 8 | 275 Battery Street, Suite 2300 |
| | San Francisco, CA 94111 |
| 9 | Telephone: (415) 986-2800 |
| | Facsimile: (415) 986-2827 |
| 10 | Email: mkelleher@flk.com; srode@flk.com |
| 11 | KEKER & VAN NEST, LLP |
| | ASHOK RAMANI - #200020 |
| 12 | MICHAEL S, KWUN -#198945 |
| | MELISSA J. MIKSCH - #249805 |
| 13 | 710 Sansome Street |
| | San Francisco, CA 94111-1704 |
| 14 | Telephone: (415) 391-5400 |
| | Facsimile: (415) 397-7188 |
| 15 | Email: aramani@kvn.com; mkwun@kvn.com |
| | mmiksch@kvn.com |
| 16 | |
| | Attorneys for Plaintiff |
| 17 | STEPHANIE LENZ |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ, | Case No. C 07-03783-JF |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | Date Comp. Filed: July 24, 2007 |
| UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP, | |
| Defendants. | |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the following counsel from Keker & Van Nest, LLP have been added to this case and will be appearing as co-counsel of record for plaintiff Stephanie Lenz:

> KEKER & VAN NEST, LLP
> ASHOK RAMANI - #200020
> MICHAEL S. KWUN -#198945
> MELISSA J. MIKSCH - #249805
> 710 Sansome Street
> San Francisco, CA  94111-1704
> Telephone:     (415) 391-5400
> Facsimile:     (415) 397-7188
> Email: aramani@kvn.com
> Email: mkwun@kvn.com
> Email: mmiksch@kvn.com

Dated:  March 4, 2009                                         KEKER & VAN NEST, LLP


                                                              By:     /s/ Melissa J. Miksch_____
                                                                      MELISSA J. MIKSCH
                                                                      Attorneys for Plaintiff
                                                                      STEPHANIE LENZ