| | |
|---|---|
| 1 | ELECTRONIC FRONTIER FOUNDATION |
| | FRED VON LOHMANN #192657 |
| 2 | KURT OPSAHL #191303 |
| | CORYNNE MCSHERRY #221504 |
| 3 | 454 Shotwell Street |
| | San Francisco, CA  94110 |
| 4 | Telephone:     (415) 436-9333 |
| | Facsimile:      (415) 436-9993 |
| 5 | Email: fred@eff.org; kurt@eff.org |
| |       corynne@eff.org |
| 6 | |
| | FOLGER LEVIN & KAHN LLP |
| 7 | MICHAEL F. KELLEHER |
| | SUZANNE ELIZABETH RODE |
| 8 | 275 Battery Street, Suite 2300 |
| | San Francisco, CA  94111 |
| 9 | Telephone:     (415) 986-2800 |
| | Facsimile:      (415) 986-2827 |
| 10 | Email: mkelleher@flk.com; srode@flk.com |
| 11 | KEKER & VAN NEST, LLP |
| | ASHOK RAMANI - #200020 |
| 12 | MICHAEL S, KWUN -#198945 |
| | MELISSA J. MIKSCH - #249805 |
| 13 | 710 Sansome Street |
| | San Francisco, CA  94111-1704 |
| 14 | Telephone:     (415) 391-5400 |
| | Facsimile:      (415) 397-7188 |
| 15 | Email: aramani@kvn.com; mkwun@kvn.com |
| |      mmiksch@kvn.com |
| 16 | |
| | Attorneys for Plaintiff |
| 17 | STEPHANIE LENZ |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ, | Case No. C 07-03783-JF |
| Plaintiff, | **NOTICE OF CHANGE OF FIRM AFFILIATION** |
| v. | Date Comp. Filed:     July 24, 2007 |
| UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP, | |
| Defendants. | |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that attorney Michael S. Kwun who was formerly affiliated with co-counsel for plaintiff, Electronic Frontier Foundation, is now affiliated with Keker & Van Nest, LLP co-counsel of record for plaintiff Stephanie Lenz.  Effective February 27, 2009, Mr. Kwun's address and contact information is as follows:

> KEKER & VAN NEST, LLP
> MICHAEL S. KWUN -#198945
> 710 Sansome Street
> San Francisco, CA  94111-1704
> Telephone:     (415) 391-5400
> Facsimile:     (415) 397-7188
> Email: mkwun@kvn.com

Dated:  March 4, 2009                                  KEKER & VAN NEST, LLP


                                              By:     /s/ Melissa J. Miksch
                                                      MELISSA J. MIKSCH
                                                      Attorneys for Plaintiff
                                                      STEPHANIE LENZ