ELECTRONIC FRONTIER FOUNDATION
FRED VON LOHMANN #192657
KURT OPSAHL #191303
CORYNNE MCSHERRY #221504
454 Shotwell Street
San Francisco, CA  94110
Telephone:    (415) 436-9333
Facsimile:    (415) 436-9993
Email: fred@eff.org; kurt@eff.org
       corynne@eff.org

KEKER & VAN NEST, LLP
ASHOK RAMANI - #200020
MICHAEL KWUN -#198945
MELISSA J. MIKSCH - #249805
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188
Email: aramani@kvn.com; mkwun@kvn.com
Email: mmiksch@kvn.com

FOLGER LEVIN & KAHN LLP
MICHAEL F. KELLEHER
SUZANNE ELIZABETH RODE
275 Battery Street, Suite 2300
San Francisco, CA  94111
Telephone:    (415) 986-2800
Facsimile:    (415) 986-2827
Email: mkelleher@flk.com; srode@flk.com

Attorneys for Plaintiff
STEPHANIE LENZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>                    Plaintiff,<br><br>     v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>                    Defendants. | Case No. C 07-03783-JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME ON BRIEFING SCHEDULE REGARDING PLAINTIFF'S MOTION FOR ENTRY OF A PROTECTIVE ORDER**<br><br>Date:      N/A<br>Time:      N/A<br>Judge:    The Hon. Richard G. Seeborg<br>Courtroom: 4 |

STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME ON BRIEFING SCHEDULE REGARDING
PLAINTIFF'S MOTION FOR ENTRY OF A PROTECTIVE ORDER
CASE NO. C 07-03783-JF

439476.02

1    Plaintiff Stephanie Lenz ("Plaintiff") and Defendants Universal Music Corp., Universal
2  Music Publishing, Inc. and Universal Musical Publishing Group ("Defendants"), by and through
3  their respective counsel of record, hereby declare and stipulate as follows:
4    WHEREAS, contemporaneous with the filing of this Stipulation, Plaintiff is filing a
5  Motion for Entry of a Protective Order ("Motion");
6    WHEREAS, Defendants have indicated that they will oppose the Motion but will
7  stipulate to the time modifications on the briefing schedule set by the Civil Local Rules as set
8  forth below;
9    WHEREAS, pursuant to Civil Local Rule 6-2(a)(1), the parties state that the time
10 modifications set forth below are requested for the following reason:
11   Plaintiff has requested, and Defendants have agreed, that Plaintiff's Motion for Entry of a
12 Protective Order can be briefed on a modified schedule.  The parties have agreed to stipulate to a
13 shortened briefing schedule (as set forth below), under which briefing would be completed by
14 Friday, April 25, 2009;
15   WHEREAS, pursuant to Civil Local Rule 6-2(a)(2), the parties disclose that there have
16 been five previous stipulated time modifications in this case (August 20, 2007 [Docket No. 8],
17 October 11, 2007 [Docket No. 19], November 16, 2007 [Docket No. 26], April 30, 2008 [Docket
18 No. 35], and August 29, 2008 [Docket No. 46]).  These modifications related to the briefing
19 schedules and hearing dates for the prior Motions to Dismiss and Motion to Certify, and/or the
20 date for the Case Management Conference; and
21   WHEREAS, pursuant to Civil Local Rule 6-2(a)(3), the parties state that the requested
22 time modifications herein would have no effect on the schedule for the case other than to shorten
23 the time for briefing on Plaintiff's Motion;
24   **ACCORDINGLY, THE PARTIES STIPULATE AS FOLLOWS:**
25   The briefing schedule for Plaintiff's Motion shall be:
26     [a] Motion:  Thursday, April 9, 2009
27     [b] Opposition:  Monday, April 20, 2009
28

1

STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME REGARDING PLAINTIFF'S MOTION FOR
ENTRY OF A PROTECTIVE ORDER
CASE NO. C 07-03783-JF

[c] Reply:  Friday, April 24, 2009

The Parties respectfully request that, upon the filing of the Reply, the Court set Plaintiff's Motion for argument on the Court's first available hearing date.  The Parties would be amenable to conducting argument in person or by telephone conference, as the Court prefers.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated:  April 9, 2009 | ELECTRONIC FRONTIER FOUNDATION |
| | KEKER & VAN NEST, LLP |
| | FOLGER LEVIN & KAHN LLP |
| | By:  _____*/s/ Melissa J. Miksch*_____<br>MELISSA J. MIKSCH<br>Attorneys for Plaintiff<br>STEPHANIE LENZ |
| Dated:  April 9, 2009 | MUNGER, TOLLES & OLSON LLP |
| | By:  _____*/s/ Kelly M. Klaus*\*_____<br>KELLY M. KLAUS<br>Attorneys for Defendants<br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April __, 2009          By: _____
                                   HON. RICHARD G. SEEBORG
                                   United States Magistrate Judge

---

\* Electronically signed by Plaintiff's counsel with the concurrence of Defendants' counsel. N.D. Cal. G.O. 45 ¶ X.B.