**United States District Court**
For the Northern District of California

1
2
3                                                    *E-FILED*
4                                              April 16, 2009
5
6
7
8                    UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
10
11   STEPHANIE LENZ                        No. 5:07 CV 3783 RS
12            Plaintiff,
                                           **CLERK'S NOTICE**
13            v.
14   UNIVERSAL MUSIC CORP., UNIVERSAL
     MUSIC PUBLISHING, INC., and
15   UNIVERSAL MUSIC PUBLISHING
     GROUP,
16
            Defendants.
17   _____/
18   TO ALL PARTIES AND COUNSEL OF RECORD:
19          Plaintiff's motion for entry of a protective order, docket [60] in the above-referenced case,
20   shall be heard before Magistrate Judge Richard Seeborg on **Wednesday, April 29, 2009, at 9:30**
21   **a.m.** in Courtroom 4, 5th Floor, United States Courthouse, 280 South First Street, San Jose,
22   California.
23
24   Dated:  April 16, 2009
25
26                                         For the Court,
27                                         RICHARD W. WEIKING, Clerk
28
                                           By:   /s/ Martha Parker Brown
                                                 Courtroom Deputy Clerk