**\*E-FILED\***
**April 16, 2009**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE LENZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>　　　　Defendants.<br>_____/ | No. 5:07 CV 3783 RS<br><br>**CLERK'S NOTICE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

　　　The hearing on plaintiff's motion for entry of a protective order, docket [60] in the above-referenced case, currently scheduled for Wednesday, April 29, 2009, is hereby re-scheduled for **Wednesday, May 6, 2009, at 9:30 A.M**. The motion shall be heard before Magistrate Judge Richard Seeborg in Courtroom 4, 5th Floor, United States Courthouse, 280 South First Street, San Jose, California.

Dated: April 16, 2009

　　　　　　　　　　　　　　　　　　　　　　For the Court,
　　　　　　　　　　　　　　　　　　　　　　RICHARD W. WEIKING, Clerk

　　　　　　　　　　　　　　　　　　　　　　By:　　/s/ Martha Parker Brown
　　　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk