ELECTRONIC FRONTIER FOUNDATION
FRED VON LOHMANN #192657
KURT OPSAHL #191303
CORYNNE MCSHERRY #221504
454 Shotwell Street
San Francisco, CA  94110
Telephone:    (415) 436-9333
Facsimile:    (415) 436-9993
Email: fred@eff.org; kurt@eff.org; corynne@eff.org

FOLGER LEVIN & KAHN LLP
MICHAEL F. KELLEHER
SUZANNE ELIZABETH RODE
275 Battery Street, Suite 2300
San Francisco, CA  94111
Telephone:    (415) 986-2800
Facsimile:    (415) 986-2827
Email: mkelleher@flk.com; srode@flk.com

KEKER & VAN NEST, LLP
ASHOK RAMANI - #200020
MICHAEL KWUN -#198945
MELISSA J. MIKSCH - #249805
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188
Email: aramani@kvn.com; mkwun@kvn.com, mmiksch@kvn.com

Attorneys for Plaintiff
STEPHANIE LENZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>                    Plaintiff,<br><br>     v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>                    Defendants. | Case No. C 07-03783-JF<br><br>**SUPPLEMENTAL DECLARATION OF MICHAEL KWUN IN SUPPORT OF REPLY TO MOTION FOR PROTECTIVE ORDER**<br><br>Date:    May 6, 2009<br>Time:    9:30 A.M.<br>Judge:   The Hon. Richard G. Seeborg<br>Courtroom: 4<br>Date Comp. Filed:   July 24, 2007<br><br>**[REPLY IN SUPPORT OF MOTION FOR ENTRY OF PROTECTIVE ORDER FILED HEREWITH]** |

I, MICHAEL KWUN, declare and state:

1. I am an attorney licensed to practice law in the State of California and am of counsel with Keker & Van Nest LLP, attorneys for plaintiff Stephanie Lenz ("Lenz") in the above-captioned action.

2. I have knowledge of the facts set forth herein, and if called upon as a witness thereto, I could do so competently under oath.

3. I have reviewed Universal's Opposition to Lenz's Motion for a Protective Order and the April 20, 2009 Declaration of Kelly Klaus in support thereof.

4. We have never "conceded" that there are any documents whatsoever that "only [Lenz's] lawyers, and not [Lenz] herself, should see," Opp. at 1, and that "should not be disclosed to [Lenz]," Opp. at 4.  What I stated during our March 24, 2009 meet and confer was that I did not expect to need to show to Lenz the agreement between Universal and YouTube about which Klaus had expressed concern, and that Lenz might be willing to stipulate to an Order precluding her from viewing that document as a compromise.

5. On Monday, November 10, 2008, co-counsel Corynne McSherry informed Klaus by email that Lenz's husband had been taken to the hospital that weekend with an illness that had not yet been identified but appeared to be quite serious.

6. It appears that Universal has reviewed Lenz's blog carefully.  Lenz has blogged repeatedly about her husband's initial hospital stay, including posts on November 16, 17 (3 posts), 18, 21, 22, 23 and 24, 2008.  On March 19, 2009, Lenz blogged about his follow-up surgery.  The March 21, 2008 post that is attached as Exhibit H to the Klaus Declaration also discusses Lenz's husband's follow-up surgery, noting that he was still in the hospital.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on April 24, 2009, in San Francisco, California.

                                            ___*/s/ Michael S. Kwun*____
                                            MICHAEL S. KWUN