| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION<br>FRED VON LOHMANN #192657<br>KURT OPSAHL #191303<br>CORYNNE MCSHERRY #221504<br>454 Shotwell Street<br>San Francisco, CA  94110<br>Telephone:     (415) 436-9333<br>Facsimile:      (415) 436-9993<br>Email: fred@eff.org; kurt@eff.org<br>          corynne@eff.org | MUNGER TOLLES & OLSON LLP<br>KELLY M. KLAUS #161091<br>ASHLEY AULL #257020<br>355 South Grand Avenue<br>Los Angeles, CA  90071-1560<br>Telephone:     (213) 683-9238<br>Facsimile:      (213) 683-4038<br>Email:           kelly.klaus@mto.com<br>                    Ashley.aull@mto.com |
| FOLGER LEVIN & KAHN LLP<br>MICHAEL F. KELLEHER<br>SUZANNE ELIZABETH RODE<br>275 Battery Street, Suite 2300<br>San Francisco, CA  94111<br>Telephone:     (415) 986-2800<br>Facsimile:      (415) 986-2827<br>Email: mkelleher@flk.com; srode@flk.com | Attorneys for Defendants UNIVERSAL<br>MUSIC CORP., UNIVERSAL MUSIC<br>PUBLISHING, INC., and UNIVERSAL<br>MUSIC PUBLISHING GROUP |

KEKER & VAN NEST LLP
ASHOK RAMANI - #200020
MICHAEL S. KWUN -#198945
MELISSA J. MIKSCH - #249805
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:     (415) 391-5400
Facsimile:      (415) 397-7188
Email: aramani@kvn.com; mkwun@kvn.com
Email: mmiksch@kvn.com

Attorneys for Plaintiff
STEPHANIE LENZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>                              Plaintiff,<br><br>     v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>                              Defendants. | Case No. C 07-03783-JF<br><br>**JOINT REQUEST FOR CASE MANAGEMENT CONFERENCE**<br><br>Date:           July 10, 2009<br>Time:<br>Dept:<br>Judge:          The Hon. Jeremy Fogel<br><br>Date Comp. Filed:     July 24, 2007<br>Trial Date:<br><br>**PROPOSED ORDER FILED HEREWITH** |

Plaintiff Stephanie Lenz ("Lenz") and Defendants Universal Music Corp., Universal Music Publishing, Inc. and Universal Musical Publishing Group ("Universal), by and through their respective counsel of record, jointly request that this Court schedule a Case Management Conference. The parties have not been before the Court since Universal's Motion to Dismiss was denied, and believe that it would be appropriate to have a Case Management Conference to discuss the pretrial schedule.f

The parties respectfully request that this Court schedule the Conference for July 10, 2009.

Dated: June 16, 2009                                KEKER & VAN NEST LLP


By: _____/s/ *Melissa Miksch*_____
    MELISSA J. MIKSCH
    Attorneys for Plaintiff
    STEPHANIE LENZ

Dated: June 16, 2009                                MUNGER, TOLLES & OLSON LLP


By: _____/s/ *Kelly M. Klaus*[*]_____
    KELLY M. KLAUS
    Attorneys for Defendants
    UNIVERSAL MUSIC CORP.,
    UNIVERSAL MUSIC PUBLISHING,
    INC. and UNIVERSAL MUSIC
    PUBLISHING GROUP

---

[*] Electronically signed by Plaintiff's counsel with the concurrence of Defendants' counsel. N.D. Cal. G.O. 45 ¶ X.B.