| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION<br>FRED VON LOHMANN #192657<br>KURT OPSAHL #191303<br>CORYNNE MCSHERRY #221504<br>454 Shotwell Street<br>San Francisco, CA  94110<br>Telephone:     (415) 436-9333<br>Facsimile:      (415) 436-9993<br>Email: fred@eff.org; kurt@eff.org<br>         corynne@eff.org | MUNGER TOLLES & OLSON LLP<br>KELLY M. KLAUS #161091<br>ASHLEY AULL #257020<br>355 South Grand Avenue<br>Los Angeles, CA  90071-1560<br>Telephone:     (213) 683-9238<br>Facsimile:      (213) 683-4038<br>Email:     kelly.klaus@mto.com<br>               Ashley.aull@mto.com |
| FOLGER LEVIN & KAHN LLP<br>MICHAEL F. KELLEHER<br>SUZANNE ELIZABETH RODE<br>275 Battery Street, Suite 2300<br>San Francisco, CA  94111<br>Telephone:     (415) 986-2800<br>Facsimile:      (415) 986-2827<br>Email: mkelleher@flk.com; srode@flk.com | Attorneys for Defendants UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP<br><br>**E-Filed 6/22/2009** |
| KEKER & VAN NEST LLP<br>ASHOK RAMANI - #200020<br>MICHAEL S. KWUN -#198945<br>MELISSA J. MIKSCH - #249805<br>710 Sansome Street<br>San Francisco, CA  94111-1704<br>Telephone:     (415) 391-5400<br>Facsimile:      (415) 397-7188<br>Email: aramani@kvn.com; mkwun@kvn.com<br>Email: mmiksch@kvn.com | |

Attorneys for Plaintiff
STEPHANIE LENZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>                           Plaintiff,<br><br>     v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>                           Defendants. | Case No. C 07-03783-JF<br>ORDER APPROVING<br>**JOINT REQUEST FOR CASE MANAGEMENT CONFERENCE**<br><br>Date:          July 10, 2009<br>Time:<br>Dept:<br>Judge:        The Hon. Jeremy Fogel<br><br>Date Comp. Filed:    July 24, 2007<br>Trial Date:<br><br>**PROPOSED ORDER FILED HEREWITH** |

1  Plaintiff Stephanie Lenz ("Lenz") and Defendants Universal Music Corp., Universal
2  Music Publishing, Inc. and Universal Musical Publishing Group ("Universal), by and through
3  their respective counsel of record, jointly request that this Court schedule a Case Management
4  Conference. The parties have not been before the Court since Universal's Motion to Dismiss
5  was denied, and believe that it would be appropriate to have a Case Management Conference to
6  discuss the pretrial schedule.f
7  The parties respectfully request that this Court schedule the Conference for July 10, 2009.

Dated:  June 16, 2009                               KEKER & VAN NEST LLP

By: _____/s/ *Melissa Miksch*_____
   MELISSA J. MIKSCH
   Attorneys for Plaintiff
   STEPHANIE LENZ

Dated:  June 16, 2009                               MUNGER, TOLLES & OLSON LLP

By: _____*/s/ Kelly M. Klaus*\*_____
   KELLY M. KLAUS
   Attorneys for Defendants
   UNIVERSAL MUSIC CORP.,
   UNIVERSAL MUSIC PUBLISHING,
   INC. and UNIVERSAL MUSIC
   PUBLISHING GROUP

IT IS SO ORDERED.

Dated: 6/17/2009

_____
JEREMY FOGEL
United Stated District Judge

---

\* Electronically signed by Plaintiff's counsel with the concurrence of Defendants' counsel. N.D. Cal. G.O. 45 ¶ X.B.

1

JOINT REQUEST FOR CASE MANAGEMENT CONFERENCE
CASE NO. C 07-03783-JF

443389.05