| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | KELLY M. KLAUS (SBN 161091)<br>Kelly.Klaus@mto.com<br>L. ASHLEY AULL (SBN 257020)<br>Ashley.Aull@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue<br>Thirty-Fifth Floor<br>Los Angeles, CA  90071-1560<br>Telephone:     (213) 683-9100<br>Facsimile:      (213) 687-3702<br><br>Attorneys for Defendants<br>UNIVERSAL MUSIC CORP.,<br>UNIVERSAL MUSIC PUBLISHING, INC.<br>and UNIVERSAL MUSIC PUBLISHING GROUP |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>                    Plaintiff,<br><br>      vs.<br><br>UNIVERSAL MUSIC CORP.,<br>UNIVERSAL MUSIC PUBLISHING, INC. and<br>UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>                    Defendants. | CASE NO.  CV-07-03783-JF (RS)<br><br>**DECLARATION OF KELLY M. KLAUS IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL THE PRODUCTION OF INITIAL DISCLOSURES AND DOCUMENTS RE: PLAINTIFF'S CLAIM OF DAMAGES**<br><br>Date:    August 5, 2009<br>Time:   9:30 a.m.<br>Judge:  Hon. Richard G. Seeborg<br>Courtroom: 4<br><br>[Notice of Motion and Motion, Memorandum of Points and Authorities, and [Proposed] Order filed concurrently]<br><br>**PUBLIC REDACTED VERSION** |

8223123.1

# DECLARATION OF KELLY M. KLAUS

I, Kelly M. Klaus, declare:

1. I am a partner of the law firm of Munger, Tolles & Olson LLP, counsel of record for Universal Music Corp., Universal Music Publishing, Inc., and Universal Music Publishing Group. I make this Declaration based upon my own personal knowledge, and if called upon to do so, I could and would testify competently to the matters stated herein.

2. Attached hereto as Exhibit A is a true and correct copy of pages 1 through 5 of the transcript of the hearing on Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint, which took place before Judge Fogel on July 18, 2008.

3. Attached hereto are true and correct copies of the following documents produced by Plaintiff in litigation:

- Exhibit B: email produced at P-E_000049 through 000055, sent by Stephanie Lenz to "Copyright Service" on June 7, 2007
- Exhibit C: email produced at P-E_000105, sent by Stephanie Lenz to copyright@youtube.com, and copied to marcia@eff.org and gbrown@google.com, sent on June 27, 2007
- Exhibit D: a credit card receipt, produced at P-E_0002956
- Exhibit E: a June 14, 2007 email message from Stephanie Lenz (edenza@gmail.com) to Linda Morgan, produced at P-E_0002685

4. Attached hereto are true and correct copies of the following discovery requests and responses:

- Exhibit F: Plaintiff's Initial Disclosures (Sept. 30, 2008)
- Exhibit G: Defendants' First Set of Requests for Production (Nov. 3, 2008)
- Exhibit H: Defendants' First Set of Requests for Admission (Dec. 10, 2008)
- Exhibit I: Defendants' First Set of Interrogatories (Dec. 10, 2008)
- Exhibit J: Plaintiff's Responses and Objections to Defendants' First Set of Requests for Production (Dec. 17, 2008)

1          ▪ Exhibit K: Plaintiff's Supplemental Responses and Objections to Defendants' First
2            Set of Interrogatories (Jun. 2, 2009)
3          ▪ Exhibit L: Plaintiff's Privilege Log (Jun. 12, 2009)
4     5.    Pursuant to Federal Rule of Civil Procedure 37 and Civil Local Rule 37-1(a), we
5  have conferred with Plaintiff's counsel for the purpose of attempting to resolve the dispute at
6  issue in this motion. After reviewing Plaintiff's Initial Disclosures regarding her claimed
7  damages (Exhibit F to this Declaration), as well as a number of Plaintiff's original and
8  supplemental discovery responses relating to the claim of damages, I set forth Universal's
9  position regarding the inadequacy of Plaintiff's Disclosures and responses in a letter to Plaintiff's
10 counsel dated June 4, 2009. A true and correct copy of that letter is attached to this Declaration
11 as Exhibit M.
12    6.    Plaintiff's counsel responded to Universal's meet-and-confer position on this issue
13 in letters dated June 2 and 11, 2009. True and correct copies of those letters are attached hereto
14 as Exhibits N and O, respectively. Specifically, in her letter of June 11, Plaintiff's counsel, Ms.
15 Miksch, stated that "[i]t is apparent that we have several differences of opinion" regarding
16 damages discovery, and that Plaintiff believed it was appropriate to bifurcate the issues of liability
17 from damages in the case. Upon receiving the June 11 letter, I emailed Ms. Miksch the same date
18 to ask what the claimed burden would be to Plaintiff to producing the amount (and related
19 documents) concerning Plaintiff's claim of damages of responding to Universal's notice to
20 YouTube. Ms. Miksch did not provide any explanation of burden, but rather reiterated that "our
21 position is that the discovery you seek should be deferred until after our client prevails on
22 liability." (Email from Melissa J. Miksch, June 11, 2009, 12:20 p.m.) Ms. Miksch and I
23 continued to discuss by email the scheduling of this motion to compel and a case management
24 conference before the District Court. A true and correct copy of this email chain is attached as
25 Exhibit P to this Declaration. As set forth in this paragraph and the preceding paragraph,
26 Universal's efforts to resolve this dispute through meet-and-confer efforts short of a formal
27 motion have not been successful.
28

8223123.1                                        - 2 -                          KLAUS DECL. ISO
                                                                       MOTION TO COMPEL RE: DAMAGES
                                                                              C 07-03783-JF (RS)

1       7.      Attached hereto as Exhibit Q is a true and correct copy of a June 12, 2009, email chain between Plaintiff's counsel (Melissa Miksch) and Defendants' counsel (L. Ashley Aull), Subject: Lenz: June 10 Letter Regarding Plaintiff's Discovery Responses

       8.      Attached hereto as Exhibit R is a true and correct copy of the Declaration of Stephanie Lenz In Support of Opposition to Motion to Dismiss and Special Motion to Strike, filed on November 13, 2007 (Docket No. 23)

I declare under penalty of perjury under the laws of the United States and California that the foregoing is true and correct and that this Declaration was executed this 1st day of July, 2009, in Los Angeles, California.

By: */s/ Kelly M. Klaus*
KELLY M. KLAUS