EXHIBIT A

1                UNITED STATES DISTRICT COURT

2               NORTHERN DISTRICT OF CALIFORNIA

3                     SAN JOSE DIVISION

4

    STEPHANIE LENZ,              )  CV-07-3783-JF
5                                )
                    PLAINTIFF,   )  SAN JOSE, CALIFORNIA
6                                )
            VS.                  )
7                                )  JULY 18, 2008
    UNIVERSAL MUSIC             )
8   PUBLISHING,                  )
                                 )  PAGES 1-24
9                   DEFENDANT.   )
    ─────────────────────────────

10

11             TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE JEREMY FOGEL
12            UNITED STATES DISTRICT JUDGE

13

    A P P E A R A N C E S:

14

15  FOR THE PLAINTIFF:  ELECTRONIC FRONTIER FOUNDATION
    STEPHANIE LENZ      BY:  CORYNNE MCSHERRY
16                           MICHAEL KWUN
                        454 SHOTWELL STREET
17                      SAN FRANCISCO, CA  94110

18

19

    FOR THE DEFENDANT:  MUNGER TOLLES & OLSON
20  UNIVERSAL           BY:  KELLY KLAUS
                        355 SOUTH GRAND AVE, 35TH FL
21                      LOS ANGELES, CA  90071

22

23        (APPEARANCES CONTINUED ON THE NEXT PAGE)

24

25  OFFICIAL COURT REPORTER: SUMMER CLANTON, CSR,
                             CERTIFICATE NUMBER 13185

                                                        1

```
1     FOR THE DEFENDANT:  MUNGER TOLLES & OLSON
      UNIVERSAL           BY:  AMY TOVAR
2                         560 MISSION ST., 27TH FL
                          SAN FRANCISCO, CA 94105
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1    SAN JOSE, CALIFORNIA            JULY 18, 2008

 2                 P R O C E E D I N G S

 3                 (WHEREUPON, COURT CONVENED AND THE

 4    FOLLOWING PROCEEDINGS WERE HELD:)

 5                 THE COURT:  GOOD MORNING.  PLEASE BE

 6    SEATED AND COME TO ORDER.

 7                 LAW AND MOTION.  THE FIRST MATTER I'D

 8    LIKE TO TAKE UP IS LENZ VERSUS UNIVERSAL MUSIC

 9    CORPORATION.

10                 MS. KLAUS:  GOOD MORNING.

11                 KELLY KLAUS AND AMY TOVAR FROM

12    MUNGER TOLLES & OLSON, FOR THE DEFENDANT.

13                 MS. MCSHERRY:  GOOD MORNING, YOUR HONOR.

14                 CORYNNE MCSHERRY AND MICHAEL KWUN FROM

15    THE ELECTRONIC FRONTIER FOUNDATION, FOR STEPHANIE

16    LENZ.

17                 THE COURT:  GOOD MORNING.

18                 LET ME FOCUS ON THE ISSUE THAT I HAVE THE

19    MOST CONCERN ABOUT WHICH IS THE DAMAGES ELEMENT OF

20    THIS CLAIM.

21                 LET'S ASSUME THAT NOTWITHSTANDING

22    UNIVERSAL'S PREDISTATION, THE ACTUAL INTENT WAS TO

23    USE THE DMCA.  AND LET'S ALSO ASSUME THAT YOU DON'T

24    LOSE YOUR RIGHT TO CLAIM THAT YOU DIDN'T INFRINGE

25    BY ASSERTING A FAIR USE DEFENSE.  WHAT ACTUAL
```

1    DAMAGES DID THE PLAINTIFF INCUR?

2            MS. MCSHERRY:  YOUR HONOR, WE'VE ALLEGED

3    THREE FORMS OF DAMAGE IN THIS COMPLAINT.

4    FIRST OF ALL, MY CLIENT LOST THE VALUE OF HER TIME

5    IN RESPONDING TO THE NOTICE, IN ASSESSING THE

6    NOTICE, FIGURING OUT IF SHE ACTUALLY WAS INFRINGING

7    OR NOT, TRYING DETERMINE THAT, TRYING TO DETERMINE

8    HOW TO RESPOND TO A COUNTER NOTICE WHICH --

9            THE COURT:  WHAT EVIDENCE IS THERE OF THE

10   VALUE OF THAT TIME?

11           MS. MCSHERRY:  WELL, AT THIS POINT,

12   YOUR HONOR, WE HAVEN'T ALLEGED ANYTHING AS TO THE

13   VALUE OF THAT TIME, BUT IT'S EARLY IN THE CASE,

14   YOUR HONOR.  WE ARE ONLY AT A NOTION DISMISS STAGE.

15   SHE SHOULD BE ABLE TO PLEAD JUST GENERAL DAMAGES AT

16   THIS STAGE.

17           SHE'S ALSO ALLEGED THE VALUE OF THE

18   SERVICES.  AND WHILE IT IS TRUE, AS UNIVERSAL

19   POINTS OUT, THAT SHE DIDN'T ACTUALLY PAY ANYONE

20   ELSE TO HOST THE VIDEO AT THE TIME; NEVERTHELESS,

21   THERE IS A VALUE TO THAT SERVICE.  IT'S ENOUGH OF A

22   VALUE OF SERVICE CONSIDERATION IN A CONTRACT, SO

23   THERE'S SOME VALUE THERE.

24           AND IN ADDITION, OF COURSE, MY CLIENTS

25   ALLEGE THAT DAMAGES INCLUDE ATTORNEYS FEES AND

4

1   COSTS AND HAVING TO RESPOND TO THE NOTICE.

2              THE PROVISION IS QUITE EXPLICIT ABOUT

3   THAT, IT SAYS ANY DAMAGES INCLUDING ATTORNEYS FEES.

4              THE COURT:  THAT WAS TRUE IN THE DIEBOLD

5   CASE, BUT WHAT -- AGAIN, AND I REALIZE WE ARE AT

6   THE MOTION TO DISMISS STAGE, BUT I DON'T BELIEVE

7   THERE WAS ANY ASSERTION THERE WERE ANY ATTORNEYS

8   FEES INVOLVED IN RESPONDING TO THE NOTICE.  THERE

9   ARE ATTORNEYS FEES INVOLVED IN BRINGING THE

10  LAWSUIT.

11             WERE THERE ATTORNEYS FEES -- IS THE

12  REPRESENTATION THAT PLAINTIFF ALLEGED SHE EXPENDED

13  ATTORNEYS FEES IN RESPONDING TO THE TAKE DOWN

14  NOTICE?

15             MS. MCSHERRY:  I HAVE TO BE A LITTLE

16  CAREFUL IN RESPONDING BECAUSE I DON'T WANT TO

17  REVEAL COMMUNICATIONS, BUT MY CLIENT DID NEED TO

18  SEEK LEGAL COUNSEL ALONG THE WAY IN DETERMINING HOW

19  TO RESPOND.

20             THE COURT:  THERE COULD, HYPOTHETICALLY,

21  BE AN ALLEGATION THAT A RESPONSE TO THE ORIGINAL

22  TAKE DOWN NOTICE INVOLVED AN ACTUAL EXPENSE TO GET

23  PROFESSIONAL SERVICES.

24             MS. MCSHERRY:  YES, YOUR HONOR.

25             THE COURT:  OKAY.

5

EXHIBIT B

| | |
|---|---|
| **From:** | Eden [edenza@gmail.com] |
| **Sent:** | Thursday, June 07, 2007 10:30 AM |
| **To:** | Copyright Service |
| **Subject:** | Re: [#156837552] Fwd: Video Removed: Copyright Infringement |

I am writing this as a counter notice. I do not believe that the video in question violated copyright or infringed on copyright in any way. It was a 30 second video of my children running around our kitchen, with my one year old son pausing to dance to the music that was playing, "Let's Go Crazy" by Prince. This music was not superimposed on the video but was merely, as I said, playing in the background during the action of the video.

I'm shocked that you allow videos on YouTube that constantly use copyrighted music and film snippets (videos and show taped off television, homemade videos of songs, remixed movie trailers, etc.) yet remove a video like mine – of two small children playing in their home – because of what music was playing in the background. I am appalled and disgusted that my video has been targeted and I feel that YouTube finds it easier to crack down on small users than larger, popular users. I firmly believe that if I had simply titled the video differently, it would never have been noticed.

In accordance with the other information you require:

"I hold a good faith belief that the material was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled."

"The subscriber's name, address, and telephone number"

Stephanie Lenz, 122 Shaft Rd, Gallitzin, PA 16641, 814.602.5588

I, Stephanie Lenz (username" edenza"), the subscriber consents to the
> jurisdiction of Federal District Court for the judicial district in which I
> reside, and that the subscriber will
>  accept service of process from the person who provided notification under
> subsection (c)(1)(C) or an agent of such person.

Sincerely,

Stephanie Lenz

On 6/7/07, **Copyright Service** <_copyright@youtube.com_> wrote:
Dear Stephanie,

Thank you for your cooperation, however, we need you to add your statement to the counter notice you sent us previously.

If you have anymore questions, please let us know.

Sincerely,

Heather
The YouTube Team

P-E_000049

Original Message Follows:
------------------------
From: Eden < edenza@gmail.com>
Subject: Re: [#156837552] Fwd: Video Removed: Copyright Infringement
Date: Thu, 7 Jun 2007 10:46:12 -0400

Thanks for the clarification. I was so stunned by the removal that it's been
hard for me to clarify & focus on what the various statements mean. I also
understand that YouTube is responding to a complaint and did not arbitrarily
pull the video.

I, Stephanie Lenz (username" edenza"), the subscriber consents to the
> jurisdiction of Federal District Court for the judicial district in which I
> reside, and that the subscriber will
>  accept service of process from the person who provided notification under
> subsection (c)(1)(C) or an agent of such person.



Thanks for your clarification.

Stephanie Lenz


On 6/7/07, Copyright Service <copyright@youtube.com> wrote:
>
> Dear Eden,
>
> We would not be filing an action against you. We would reinstate the
> material unless UMG told us that they have filed an action against you.
>
> Sincerely,
>
> Heather
> The YouTube Team
>
> Original Message Follows:
> ------------------------
> From: Eden <edenza@gmail.com>
> Subject: Re: [#156837552] Fwd: Video Removed: Copyright Infringement
> Date: Wed, 6 Jun 2007 13:21:55 -0400
>
> I'm asking if this statement means that I'm willing to be served/sued over
> this video ("service of process"). If so, would that come from YouTube or
> from Universal Music (the complainant)? Thanks for your clarification.
>
>
>
> On 6/6/07, Copyright Service <copyright@youtube.com> wrote:
> >

2

> > Dear Eden,
> >
> > The statement we need you to add to you counter is as follows: I, (your
> > name), the subscriber consents to the jurisdiction of Federal District
> Court
> > for the judicial district in which I reside, and that the subscriber
> will
> > accept service of process from the person who provided notification
> under
> > subsection (c)(1)(C) or an agent of such person.
> >
> > Sincerely,
> >
> > Heather
> > The YouTube Team
> >
> > Original Message Follows:
> > ------------------------
> > From: Eden < edenza@gmail.com>
> > Subject: Re: [#156837552] Fwd: Video Removed: Copyright Infringement
> > Date: Tue, 5 Jun 2007 18:12:55 -0400
> >
> > Put that statement in laymen's terms, please.
> >
> > On 6/5/07, Copyright Service <copyright@youtube.com> wrote:
> > >
> > > Dear Eden,
> > >
> > > We haven't been able to process your request with the information you
> > have
> > > provided us. In order for us to continue with the process of your
> > counter,
> > > please add the following statement to your counter notice and resend
> it
> > to
> > > me.
> > >
> > > - A statement that the subscriber consents to the jurisdiction of
> > Federal
> > > District Court for the judicial district in which the address is
> > located, or
> > > if the subscriber's address is outside of the United States, for any
> > > judicial district in which the service provider may be found, and that
> > the
> > > subscriber will accept service of process from the person who provided
> > > notification under subsection (c)(1)(C) or an agent of such person.
> > >
> > > For example: I, (your name), the subscriber consents to the
> jurisdiction
> > > of Federal District Court for the judicial district in which I reside,
> > and

3

P-E_000051

> > > that the subscriber will accept service of process from the person who
> > > provided notification under subsection (c)(1)(C) or an agent of such
> > person.
> > >
> > > Thank you for your cooperation. If you have any questions please let
> me
> > > know.
> > > Sincerely,
> > >
> > > Heather
> > > The YouTube Team
> > >
> > > Original Message Follows:
> > > ------------------------
> > > From: Eden <edenza@gmail.com >
> > > Subject: Fwd: Video Removed: Copyright Infringement
> > > Date: Tue, 5 Jun 2007 16:02:12 -0400
> > >
> > > I received this notice via e-mail on June 5, 2007:
> > >
> > > > Dear Member:
> > > >
> > > > This is to notify you that we have removed or disabled access to the
> > > > following material as a result of a third-party notification by
> > > Universal
> > > > Music Publishing Group claiming that this material is infringing:
> > > >
> > > > *"Let's Go Crazy" #1:* http://www.youtube.com/watch?v=N1KfJHFWlhQ
> > > >
> > > > *Please Note:* Repeat incidents of copyright infringement will
> result
> > in
> > > > the deletion of your account and all videos uploaded to that
> account.
> > In
> > > > order to avoid future strikes against your account, please delete
> any
> > > videos
> > > > to which you do not own the rights, and refrain from uploading
> > > additional
> > > > videos that infringe on the copyrights of others. For more
> information
> > > about
> > > > YouTube's copyright policy, please read the Copyright Tips<
> > > http://www.youtube.com/t/howto_copyright>guide.
> > > >
> > > > If you elect to send us a counter notice, please go to our Help
> > Center<
> > > http://www.google.com/support/youtube/bin/answer.py?answer=58127>to
> > access
> > > the instructions.

4

P-E_000052

> > > >
> > > > Please note that under Section 512(f) of the Copyright Act, any
> person
> > > who
> > > > knowingly materially misrepresents that material or activity was
> > removed
> > > or
> > > > disabled by mistake or misidentification may be subject to
> liability.
> > > >
> > > > Sincerely,
> > > > YouTube, Inc.
> > > >
> > > I am writing this as a counter notice. I do not believe that the video
> > in
> > > question violated copyright or infringed on copyright in any way. It
> was
> > a
> > > 30 second video of my children running around our kitchen, with my one
> > > year
> > > old son pausing to dance to the music that was playing, "Let's Go
> Crazy"
> > > by
> > > Prince. This music was not superimposed on the video but was merely,
> as
> > I
> > > said, playing in the background during the action of the video.
> > >
> > > I'm shocked that you allow videos on YouTube that constantly use
> > > copyrighted
> > > music and film snippets (videos and show taped off television,
> homemade
> > > videos of songs, remixed movie trailers, etc.) yet remove a video like
> > > mine
> > > – of two small children playing in their home – because of what music
> > was
> > > playing in the background. I am appalled and disgusted that my video
> has
> > > been targeted and I feel that YouTube finds it easier to crack down on
> > > small
> > > users than larger, popular users. I firmly believe that if I had
> simply
> > > titled the video differently, it would never have been noticed.
> > >
> > > In accordance with the other information you require:
> > >
> > > "I hold a good faith belief that the material was removed or disabled
> as
> > a
> > > result of mistake or misidentification of the material to be removed
> or

P-E_000053

> > > disabled."
> > >
> > > "The subscriber's name, address, and telephone number"
> > >
> > > Stephanie Lenz, 122 Shaft Rd, Gallitzin, PA 16641, 814.602.5588
> > >
> > > I will not include the statement which would allow me to be sued in
> your
> > > court jurisdiction over this video. That it was removed is utterly
> > > ridiculous. Whether you reinstate this video is up to you. That you
> > > removed
> > > it is just about the stupidest thing I've heard of YouTube doing since
> > its
> > > inception.
> > >
> > > Sincerely,
> > >
> > > Stephanie Lenz
> > >
> > > ---------- Forwarded message ----------
> > > From: DMCA Notice <no_reply@support.youtube.com>
> > > Date: Jun 5, 2007 1:46 PM
> > > Subject: Video Removed: Copyright Infringement
> > > To: edenza <eden@piggyhawk.net>
> > >
> > > YouTube | Broadcast Yourself™
> > > Dear Member:
> > >
> > > This is to notify you that we have removed or disabled access to the
> > > following material as a result of a third-party notification by
> > Universal
> > > Music Publishing Group claiming that this material is infringing:
> > >
> > > *"Let's Go Crazy" #1:* http://www.youtube.com/watch?v=N1KfJHIFWlhQ
> > >
> > > *Please Note:* Repeat incidents of copyright infringement will result
> in
> > > the
> > > deletion of your account and all videos uploaded to that account. In
> > order
> > > to avoid future strikes against your account, please delete any videos
> > to
> > > which you do not own the rights, and refrain from uploading additional
> > > videos that infringe on the copyrights of others. For more information
> > > about
> > > YouTube's copyright policy, please read the Copyright
> > > Tips< http://www.youtube.com/t/howto_copyright>guide.
> > >
> > > If you elect to send us a counter notice, please go to our Help
> > > Center<
> http://www.google.com/support/youtube/bin/answer.py?answer=58127

6

> > >to
> > > access the instructions.
> > >
> > > Please note that under Section 512(f) of the Copyright Act, any person
> > who
> > > knowingly materially misrepresents that material or activity was
> removed
> > > or
> > > disabled by mistake or misidentification may be subject to liability.
> > >
> > > Sincerely,
> > > YouTube, Inc.
> > >
> > > Copyright (c) 2007 YouTube, Inc.
> > >
> > >
> >
> >
>
>

7

EXHIBIT C

| From: | Eden [edenza@gmail.com] |
|---|---|
| Sent: | Wednesday, June 27, 2007 8:26 AM |
| To: | copyright@youtube.com |
| Cc: | marcia@eff.org; gbrown@google.com |
| Subject: | Counter-notice (June 27) |

Dear Designated Agent:

On June 6, 2007, YouTube informed me by email that Universal Music
Publishing Group ("UMPG") made a copyright notification under the
Digital Millennium Copyright Act claiming that my video "'Let's Go
Crazy' #1," located at http://www.youtube.com/watch?v=N1KfJHFWlhQ,
infringes the company's copyright.  Though I made a counter-notification
in response to UMPG's claim on June 7, I have learned that UMPG
considers my prior counter-notice defective.
Please be advised that this counter-notice satisfies all of YouTube's
counter-notification requirements.  As such, I request that you repost
my video within ten business days.

Under penalty of perjury, I affirm that I have a good faith belief that
"'Let's Go Crazy' #1" was removed or disabled as a result of mistake or
misidentification of the material removed or disabled.

My name, address, and telephone number are as follows:

Stephanie Lenz (YouTube username "edenza")
122 Shaft Rd
Gallitzin, PA 16641
(814) 602-5588

I consent to the jurisdiction of the federal district court for the
judicial district in which the above address is located, and I will
accept service of process from the person who provided notification
under 17 U.S.C. § 512(c)(1)(C) or an agent of such person.

I request that you please acknowledge receipt of this
counter-notification, and notify me when access to my video has been
reinstated.

Sincerely,

Stephanie Lenz

P-E_000105

EXHIBIT D

HIGHLY CONFIDENTIAL —
Filed Under Seal

EXHIBIT E

CONFIDENTIAL —
Filed Under Seal

EXHIBIT F

Michael Kwun (SBN 198945)
*michael@eff.org*
Corynne McSherry (SBN 221504)
*corynne@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Plaintiff
STEPHANIE LENZ

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| STEPHANIE LENZ,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>Defendants. | No. C 07-03783-JF<br><br>**PLAINTIFF'S INITIAL DISCLOSURES** |

Pursuant to Federal Rule of Civil Procedure 26(a), plaintiff Stephanie Lenz ("Lenz")

provides the following disclosures:

<u>INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION THAT LENZ
MAY USE TO SUPPORT HER CLAIMS:</u>

| Name/Address | Subject of Information |
|---|---|
| Stephanie Lenz c/o Electronic Frontier Foundation | The making and uploading of the Holden Video, restoration of |

-1-

| | |
|---|---|
| 454 Shotwell Street<br>San Francisco, CA 94110<br>(415) 436-9333 | the Holden Video, Damages. |
| Universal Music Group<br>2220 Colorado Ave,<br>Santa Monica, CA 90404 | The decision to cause the removal of the Holden Video from YouTube; policies and practices regarding unauthorized use of copyrighted material on the Internet; communications and contracts with YouTube regarding unauthorized use of copyrighted material on YouTube. |
| Universal Music Publishing Group<br>2440 Sepulveda Blvd.<br>Los Angeles, CA 90064 | The decision to cause the removal of the Holden Video from YouTube; policies and practices regarding unauthorized use of copyrighted material on the Internet; communications and contracts with YouTube regarding unauthorized use of copyrighted material on YouTube |
| Universal Music Publishing, Inc.<br>10 Universal City Plaza<br>Universal City, CA 91608 | The decision to cause the removal of the Holden Video from YouTube; policies and practices regarding unauthorized use of copyrighted material on the Internet; communications and contracts with YouTube regarding unauthorized use of copyrighted material on YouTube |
| Alina Moffat<br>Universal Music Publishing Group<br>2440 Sepulveda Blvd.<br>Los Angeles, CA 90064<br>(310) 235-4739 | The decision to cause the removal of the Holden Video from YouTube; policies and practices regarding unauthorized use of copyrighted material on the Internet; communications and contracts with YouTube regarding unauthorized use of copyrighted material on YouTube |
| David Benjamin<br>Universal Music Publishing Group<br>2440 Sepulveda Blvd.<br>Los Angeles, CA 90064<br>(310) 235-4700 | The decision to cause the removal of the Holden Video from YouTube; policies and practices regarding unauthorized use of copyrighted material on the Internet; communications and contracts with YouTube regarding unauthorized use of copyrighted material on YouTube |
| David Renzer<br>Universal Music Publishing Group<br>2440 Sepulveda Blvd.<br>Los Angeles, CA 90064<br>(310) 235-4700 | The decision to cause the removal of the Holden Video from YouTube; policies and practices regarding unauthorized use of copyrighted material on the Internet; communications and contracts with YouTube regarding unauthorized use of copyrighted material on YouTube |
| Sean Johnson<br>Universal Music Publishing Group<br>2440 Sepulveda Blvd.<br>Los Angeles, CA 90064<br>(310) 235-4700 | The decision to cause the removal of the Holden Video from YouTube; policies and practices regarding unauthorized use of copyrighted material on the Internet; communications and contracts with YouTube regarding unauthorized use of copyrighted material on YouTube |

| | |
|---|---|
| Robert Allen<br>Universal Music Publishing<br>Group<br>2440 Sepulveda Blvd.<br>Los Angeles, CA 90064<br>(310) 235-4700 | The decision to cause the removal of the Holden Video from YouTube; policies and practices regarding unauthorized use of copyrighted material on the Internet; communications and contracts with YouTube regarding unauthorized use of copyrighted material on YouTube |
| YouTube, LLC<br>901 Cherry Ave.<br>San Bruno, CA 94066<br>(650) 253-0000 | Policies and practices regarding the takedown and restoration of videos; the takedown and restoration of the Holden Video; contracts with Defendants regarding unauthorized use of copyrighted material on YouTube |
| Prince Rogers Nelson<br>c/o Paisley Park Studios<br>7801 Audubon Road<br>Chanhassen, MN<br>55317-8201 | Policies and practices with respect to unauthorized use of copyrighted materials online; communications with Defendants relating thereto. |
| John Giacobbi<br>Web Sheriff<br>'Argentum',<br>2 Queen Caroline Street,<br>London<br>W6 9DX | Policies and practices with respect to unauthorized use of copyrighted materials online; communications with Defendants relating thereto. |

Lenz's investigation is continuing and she reserves the right to supplement this list.

DESCRIPTION BY CATEGORY AND LOCATION OF ALL DOCUMENTS, DATA COMPILATIONS AND TANGIBLE THINGS IN LENZ'S POSSESSION, CUSTODY OR CONTROL THAT LENZ MAY USE TO SUPPORT HER CLAIMS:

Lenz possesses documents relating to the uploading of the Holden Video, the takedown and restoration of the Holden Video, and YouTube's Terms of Use. Lenz's investigation is continuing and she reserves the right to supplement this response.

DAMAGES

Lenz's investigation of damages is ongoing and will likely be subject to expert reports and testimony. Thus, no specific disclosures can be made at this time. When such information is available, Lenz will supplement these disclosures. Notwithstanding these reservations, Lenz's

1   damages include, but are not limited to, loss of access to YouTube's hosting services for the

2   Holden Video, time and resources expended in responding to Universal's takedown notice, and

3   attorneys' fees and costs related thereto.

4   <u>ANY INSURANCE AGREEMENTS UNDER WHICH ANY PERSON CARRYING ON</u>
5   <u>AN INSURANCE BUSINESS MAY BE LIABLE TO SATISFY PART OR ALL OF A</u>
    <u>JUDGMENT WHICH MAY BE ENTERED OR TO INDEMNIFY OR REIMBURSE FOR</u>
6   <u>PAYMENTS MADE TO SATISFY THE JUDGMENT:</u>

7           Lenz is not aware of any such agreement at this time.

8

9   DATED: September 30, 2008              By _____
                                             Corynne McSherry, Esq.
10
                                          ELECTRONIC FRONTIER FOUNDATION
11                                        454 Shotwell Street
                                          San Francisco, CA  94110
12                                        Telephone:  (415) 436-9333
                                          Facsimile:  (415) 436-9993
13
                                          Attorneys for Plaintiff
14                                        STEPHANIE LENZ

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I, Leticia Perez, declare:

I am employed in the City and County of San Francisco, California by Electronic Frontier Foundation at 454 Shotwell Street, San Francisco, California 94110. I am over the age of eighteen years and am not a party to the within cause.

On September 30, 2008, at the above-referenced address, I served the attached PLAINTIFF'S INITIAL DISCLOSURES and PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION on the interested parties in said cause by

\_\_\_ personal delivery by messenger service of the document(s) above to the person(s) at the address(es) set forth below:

_X_ placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in accordance with the firm's practice of collection and processing correspondence with the United States Postal Service, which in the normal course of business provides for the deposit of all correspondence and documents with the United States Postal Service on the same day they are collected and processed for mailing to the person(s) at the address(es) set forth below:

Kelly M. Klaus
Amy C. Tovar
MUNGER, TOLLES & OLSEN, LLP
355 South Grand Avenue
35th Floor
Los Angeles, California 90071-1560

\_\_\_ facsimile transmission pursuant to Rule 2008 of the California Rules of Court on this date before 5:00 p.m. (PST) of the document(s) listed above from sending facsimile machine telephone number (415) 436-9993, and which transmission was reported as complete and without error (copy of which is attached), to facsimile number(s) set forth below:

\_\_\_ consigning the document(s) listed above to an express delivery service for guaranteed delivery on the next business day to the person(s) at the address(es) set forth below:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: September 30, 2008

LETICIA PEREZ