1 KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
2 L. ASHLEY AULL (SBN 257020)
Ashley.Aull@mto.com
3 MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
4 Thirty-Fifth Floor
Los Angeles, CA 90071-1560
5 Telephone: (213) 683-9100
Facsimile: (213) 687-3702
6
Attorneys for Defendants
7 UNIVERSAL MUSIC CORP.,
UNIVERSAL MUSIC PUBLISHING, INC.
8 and UNIVERSAL MUSIC PUBLISHING
GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>        Plaintiff,<br><br>vs.<br><br>UNIVERSAL MUSIC CORP.,<br>UNIVERSAL MUSIC PUBLISHING, INC. and<br>UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>        Defendants. | CASE NO. CV-07-03783-JF (RS)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO COMPEL THE PRODUCTION OF INITIAL DISCLOSURES AND DOCUMENTS RE: PLAINTIFF'S CLAIM OF DAMAGES**<br><br>Date: August 5, 2009<br>Time: 9:30 a.m.<br>Judge: Hon. Richard G. Seeborg<br>Courtroom: 4<br><br>[Notice of Motion and Motion, Memorandum of Points and Authorities, and Declaration of Kelly M. Klaus filed concurrently] |

The motion of Defendants Universal Music Corp., Universal Music Publishing, Inc., and Universal Music Publishing Group ("Defendants") for an Order Compelling the Production of Initial Disclosures and Documents Supporting Plaintiff's Claim of Damages ("Motion") came on for hearing before the Court on August 5, 2009.

The Court, having considered all of the pleadings, evidence and argument of counsel submitted in support of and opposition to the Motion, and good cause appearing therefor, hereby ORDERS that:

[1]  Defendants' motion is GRANTED.

[2]  Plaintiff shall produce within five (5) days supplemental initial disclosures providing all non-privileged information relating to damages in accordance with Fed. R. Civ. P. 26(a)(1)(A)(iii), as well as all non-privileged documents and information responsive to Universal's Request for Production No. 23, Request for Admission Nos. 19-21, and Interrogatory No. 1, to the extent any of the same relate to damages alleged to have been incurred "as the result of" YouTube's reliance upon Univeral's notice of infringement.

IT IS SO ORDERED.

.

---
The Honorable Richard Seeborg
United States Magistrate Judge

Submitted by:

MUNGER, TOLLES & OLSON LLP


By: _____*/s/ Kelly M. Klaus*_____
         KELLY M. KLAUS

Attorneys for Defendants