1  KELLY M. KLAUS (SBN 161091)
   Kelly.Klaus@mto.com
2  L. ASHLEY AULL (SBN 257020)
   Ashley.Aull@mto.com
3  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
4  Thirty-Fifth Floor
   Los Angeles, CA  90071-1560
5  Telephone:    (213) 683-9100
   Facsimile:    (213) 687-3702
6
   Attorneys for Defendants
7  UNIVERSAL MUSIC CORP.,
   UNIVERSAL MUSIC PUBLISHING, INC.
8  and UNIVERSAL MUSIC PUBLISHING
   GROUP
9

10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                            SAN JOSE DIVISION

14

| | |
|---|---|
| STEPHANIE LENZ, | CASE NO.  CV-07-03783-JF (RS) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION TO COMPEL PLAINTIFFS' COMMUNICATIONS WITH NON-LAWYER THERYN FLEMING WITHHELD BASED ON A CLAIM OF ATTORNEY-CLIENT PRIVILEGE** |
| vs. | |
| UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP, | Date: August 5, 2009<br>Time: 9:30 a.m.<br>Judge: Hon. Richard G. Seeborg<br>Courtroom: 4 |
| Defendants. | [Notice of Motion and Motion, Memorandum of Points and Authorities, and Declaration of Kelly M. Klaus filed concurrently] |

8242539.1                                          [PROPOSED] ORDER GRANTING
                                        MOTION TO COMPEL RE: THERYN FLEMING
                                                       C 07-03783-JF (RS)

1   The motion of Defendants Universal Music Corp., Universal Music Publishing, Inc., and
2   Universal Music Publishing Group ("Defendants") for an Order Compelling Plaintiff's
3   Communications with Non-Lawyer Theryn Fleming Withheld Based on a Claim of Attorney-
4   Client Privilege ("Motion") came on for hearing before the Court on August 5, 2009.
5   The Court, having considered all of the pleadings, evidence and argument of counsel
6   submitted in support of and opposition to the Motion, and good cause appearing therefor, hereby
7   ORDERS that:
8   [1]   Defendants' motion is GRANTED.
9   [2]   Plaintiff's objections based on privilege to any communications including Theryn
10        Fleming are overruled.
11  [3]   Plaintiff shall immediately produce all communications involving Theryn Fleming
12        responsive to any of Universal's requests, including without limitation complete
13        copies of all documents identified at Entries No. 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 45, 46,
14        55 and 59 of Plaintiff's Privilege Log, and Entries No. 11, 12, and 13 of Plaintiff's
15        Redaction Log.
16  IT IS SO ORDERED.

_____
The Honorable Richard Seeborg
United States Magistrate Judge

Submitted by:

MUNGER, TOLLES & OLSON LLP


By:  */s/ Kelly M. Klaus*
        KELLY M. KLAUS

Attorneys for Defendants