KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
L. ASHLEY AULL (SBN 257020)
Ashley.Aull@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone:   (213) 683-9100
Facsimile:    (213) 687-3702

Attorneys for Defendants
UNIVERSAL MUSIC CORP.,
UNIVERSAL MUSIC PUBLISHING, INC.
and UNIVERSAL MUSIC PUBLISHING
GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>          Plaintiff,<br><br>     vs.<br><br>UNIVERSAL MUSIC CORP.,<br>UNIVERSAL MUSIC PUBLISHING, INC. and<br>UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>          Defendants. | CASE NO. CV-07-03783-JF (RS)<br><br>**APPLICATION TO SEAL CONFIDENTIAL MOTIONS TO COMPEL, CONFIDENTIAL SUPPORTING DECLARATIONS AND EXHIBITS**<br><br>Date:   August 5, 2009<br>Time:  9:30 a.m.<br>Judge: Hon. Richard G. Seeborg<br>Courtroom: 4 |

Pursuant to Civil Local Rule 7-11 and 79-5, Universal Music Corp.., Universal Music Publishing, Inc., and Universal Music Publishing Group (collectively "Universal") respectfully apply for an order sealing the confidential versions of the following documents:

(1) Confidential Notice of Motion and Motion to Compel the Production of Initial Disclosures and Documents Re: Plaintiff's Claim of Damages; Memorandum of Points and Authorities in Support Thereof;

(2) Confidential Declaration of Kelly Klaus In Support of Motion to Compel the Production of Initial Disclosures and Documents Re: Plaintiff's Claim of Damages, and Exhibits thereto;

(3) Confidential Notice of Motion and Motion to Compel Plaintiffs' Communications with Non-Lawyer Theryn Fleming Withheld on A Claim of Attorney-Client Privilege; Memorandum of Points and Authorities in Support Thereof;

(4) Confidential Declaration of Kelly M. Klaus In Support of Motion to Compel Plaintiffs' Communications with Non-Lawyer Theryn Fleming Withheld on A Claim of Attorney-Client Privilege, and Exhibits thereto.

A "compelling reason" exists to seal these documents. *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (holding that "[a] party seeking to seal a judicial record . . . bears the burden of overcoming the 'compelling reasons' standard"); *Foltz v. State Farm Mut. Auto. Ins. Co*., 331 F.3d 1122, 1135-36 (9th Cir. 2003). The confidential material at issue divulges the substance of communications designated by Plaintiff as "Confidential" or "Highly Confidential" pursuant to the protective order governing this litigation, and therefore includes what Plaintiff has represented is sensitive personal or business information of a party. Thus, this material is thus being manually filed under seal.

This Application to Seal is narrowly tailored to protect the public's interest in access to judicial records and the public policies favoring disclosure. *Kamakana*, 447 F.3d at 1178. The Studios have filed with the Court public redacted versions of the aforementioned documents.

1       For these reasons, the Court should grant the Application to Seal.

Dated: July 1, 2009             MUNGER, TOLLES & OLSON LLP

By:     */s/ Kelly M. Klaus*
         KELLY M. KLAUS

Attorneys for Defendants