1  KELLY M. KLAUS (SBN 161091)
   Kelly.Klaus@mto.com
2  L. ASHLEY AULL (SBN 257020)
   Ashley.Aull@mto.com
3  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
4  Thirty-Fifth Floor
   Los Angeles, CA  90071-1560
5  Telephone:    (213) 683-9100
   Facsimile:     (213) 687-3702
6
   Attorneys for Defendants
7  UNIVERSAL MUSIC CORP.,
   UNIVERSAL MUSIC PUBLISHING, INC.
8  and UNIVERSAL MUSIC PUBLISHING
   GROUP
9

10

11                        UNITED STATES DISTRICT COURT

12                       NORTHERN DISTRICT OF CALIFORNIA

13                                SAN JOSE DIVISION

14

| STEPHANIE LENZ, | CASE NO.  CV-07-03783-JF (RS) |
|---|---|
| Plaintiff, | **NOTICE OF MANUAL FILING** |
| vs. | Date:    August 5, 2009<br>Time:    9:30 a.m.<br>Judge:  Hon. Richard G. Seeborg<br>Courtroom:  4 |
| UNIVERSAL MUSIC CORP.,<br>UNIVERSAL MUSIC PUBLISHING, INC. and<br>UNIVERSAL MUSIC PUBLISHING GROUP, | |
| Defendants. | |

8230083.1                                                          NOTICE OF MANUAL FILING
                                                                   C 07-03783-JF (RS)

**NOTICE OF MANUAL FILING**

Regarding:

    (1)    Confidential Notice of Motion and Motion to Compel the Production of Initial Disclosures and Documents Re: Plaintiff's Claim of Damages; Memorandum of Points and Authorities in Support Thereof;

    (2)    Confidential Declaration of Kelly Klaus In Support of Motion to Compel the Production of Initial Disclosures and Documents Re: Plaintiff's Claim of Damages, and Exhibits thereto;

    (3)    Confidential Notice of Motion and Motion to Compel Plaintiffs' Communications with Non-Lawyer Theryn Fleming Withheld on A Claim of Attorney-Client Privilege; Memorandum of Points and Authorities in Support Thereof

    (4)    Confidential Declaration of Kelly M. Klaus In Support of Motion to Compel Plaintiffs' Communications with Non-Lawyer Theryn Fleming Withheld on A Claim of Attorney-Client Privilege, and Exhibits thereto.

    The foregoing documents are being filed under seal in paper form only and are being maintained in the case file in the Clerk's office. If you are a party in one or more of the above-captioned actions, these materials will be served on you shortly. For information on retrieving this filing directly from the Court, please see the Court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

    The manual filings are necessary because the documents are filed under seal.

Dated: July 1, 2009                              MUNGER, TOLLES & OLSON LLP

                                                    By:    */s/ Kelly M. Klaus*
                                                                KELLY M. KLAUS

                                                    Attorneys for Defendants