1  KELLY M. KLAUS (SBN 161091)
   Kelly.Klaus@mto.com
2  L. ASHLEY AULL (SBN 257020)
   Ashley.Aull@mto.com
3  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
4  Thirty-Fifth Floor
   Los Angeles, CA  90071-1560
5  Telephone:     (213) 683-9100
   Facsimile:     (213) 687-3702
6
   Attorneys for Defendants
7  UNIVERSAL MUSIC CORP.,
   UNIVERSAL MUSIC PUBLISHING, INC.
8  and UNIVERSAL MUSIC PUBLISHING
   GROUP
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>             Plaintiff,<br><br>     vs.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>             Defendants. | CASE NO.  CV-07-03783-JF (RS)<br><br>**PROOF OF SERVICE BY PERSONAL DELIVERY**<br><br>Date:     August 5, 2009<br>Time:    9:30 a.m.<br>Judge:   Hon. Richard G. Seeborg<br>Courtroom: 4 |

8246819.1                                                            PROOF OF SERVICE BY MANUAL DELIVERY
                                                                     C 07-03783-JF (RS)

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO:

I, the undersigned, declare that I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of San Francisco, State of California. My business address is 560 Mission Street, San Francisco, CA, 94105.

On July 1, 2009, I served upon the interested party(ies) in this action the foregoing document(s) described as:

(1) Confidential Notice of Motion and Motion to Compel the Production of Initial Disclosures and Documents Supporting Plaintiff's Claim of Damages; Memorandum of Points and Authorities in Support Thereof;

(2) Confidential Declaration of Kelly Klaus In Support of Motion to Compel the Production of Initial Disclosures and Documents Supporting Plaintiff's Claim of Damages, and Exhibits thereto;

(3) Confidential Notice of Motion and Motion to Compel Plaintiffs' Communications with Non-Lawyer Theryn Fleming Withheld on A Claim of Attorney-Client Privilege; Memorandum of Points and Authorities in Support Thereof;

(4) Confidential Declaration of Kelly M. Klaus In Support of Motion to Compel Plaintiffs' Communications with Non-Lawyer Theryn Fleming Withheld on A Claim of Attorney-Client Privilege, and Exhibits thereto

By placing them in an addressed, sealed envelope(s), clearly labeled to identify the person being served at the address(es) shown below/set forth on the attached service list and causing Wheels of Justice to deliver the envelope(s) by hand to the offices of the following addressee(s):

KEKER & VAN NEST, LLP
Ashok Ramani
Michael S. Kwun
Melissa J. Miksch
710 Sansome Street
San Francisco, CA 94111-1704

I then received confirmation by telephone that the package was delivered.

8246819.1

1  I declare under penalty of perjury that the foregoing is true and correct. Executed on July 1, 2009, at San Francisco, California.

/s/
Laurie Stoker

8246819.1

PROOF OF SERVICE BY MANUAL DELIVERY
C 07-03783-JF (RS)