ELECTRONIC FRONTIER FOUNDATION
FRED VON LOHMANN #192657
KURT OPSAHL #191303
CORYNNE MCSHERRY #221504
454 Shotwell Street
San Francisco, CA  94110
Telephone:   (415) 436-9333
Facsimile:   (415) 436-9993
Email: fred@eff.org; kurt@eff.org
       corynne@eff.org

FOLGER LEVIN & KAHN LLP
MICHAEL F. KELLEHER
SUZANNE ELIZABETH RODE
275 Battery Street, Suite 2300
San Francisco, CA  94111
Telephone:   (415) 986-2800
Facsimile:   (415) 986-2827
Email: mkelleher@flk.com; srode@flk.com

KEKER & VAN NEST, LLP
ASHOK RAMANI - #200020
MICHAEL S. KWUN -#198945
MELISSA J. MIKSCH - #249805
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:   (415) 391-5400
Facsimile:   (415) 397-7188
Email: aramani@kvn.com; mkwun@kvn.com
Email: mmiksch@kvn.com

Attorneys for Plaintiff
STEPHANIE LENZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>　　　　　　　　Defendants. | Case No. C 07-03783-JF<br><br>**APPLICATION TO FILE UNDER SEAL CONFIDENTIAL MOTION TO COMPEL, CONFIDENTIAL SUPPORTING DECLARATION AND EXHIBITS**<br><br>Date:　　　August 19, 2009<br>Time:　　　9:30 a.m.<br>Dept:　　　Courtroom 4<br>Judge:　　　Hon. Richard Seeborg<br><br>Date Comp. Filed:　　July 24, 2007 |

APPLICATION TO FILE UNDER SEAL CONFIDENTIAL MOTION TO COMPEL, CONFIDENTIAL
SUPPORTING DECLARATION AND EXHIBITS
CASE NO. C 07-03783-JF

444405.01

Plaintiff Stephanie Lenz ("Lenz") submits this Request under Civil Local Rules 7-11 and 79-5 for an Order sealing the confidential versions of:

1) Confidential Notice of Motion and Motion to Compel the Production of Documents and Brief in Support;

2) Confidential Declaration of Michael S. Kwun in Support of Plaintiff's Motion to Compel the Production of Documents, and Exhibits thereto.

For the purposes of a non-dispositive discovery motion (such as both motions at issue here), a party need only show "good cause" to seal confidential documents. *Kamakana v. Honolulu*, 447 F.3d 1172, 1179-80 (9th Cir. 2006).  There is good cause to seal these documents because Defendants have designated material in these documents as "Confidential" or "Highly Confidential" under the protective order governing this litigation, thereby representing that it contains sensitive personal or business information of a party.

For this reason, Lenz has manually filed these documents under seal.  Lenz has also filed with the Court public redacted versions of these documents.

Dated:  July 15, 2009                                                   KEKER & VAN NEST, LLP


By: _____*/s/ Melissa J. Miksch*_____
    MELISSA J. MIKSCH
    Attorneys for Plaintiff
    STEPHANIE LENZ

1
APPLICATION TO FILE UNDER SEAL CONFIDENTIAL MOTION TO COMPEL, CONFIDENTIAL SUPPORTING DECLARATION AND EXHIBITS
CASE NO. C 07-03783-JF

444405.01