ELECTRONIC FRONTIER FOUNDATION
FRED VON LOHMANN #192657
KURT OPSAHL #191303
CORYNNE MCSHERRY #221504
454 Shotwell Street
San Francisco, CA  94110
Telephone:   (415) 436-9333
Facsimile:   (415) 436-9993
Email: fred@eff.org; kurt@eff.org
         corynne@eff.org

FOLGER LEVIN & KAHN LLP
MICHAEL F. KELLEHER
SUZANNE ELIZABETH RODE
275 Battery Street, Suite 2300
San Francisco, CA  94111
Telephone:   (415) 986-2800
Facsimile:   (415) 986-2827
Email: mkelleher@flk.com; srode@flk.com

KEKER & VAN NEST, LLP
ASHOK RAMANI - #200020
MICHAEL S. KWUN -#198945
MELISSA J. MIKSCH - #249805
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:   (415) 391-5400
Facsimile:   (415) 397-7188
Email: aramani@kvn.com; mkwun@kvn.com
Email: mmiksch@kvn.com

Attorneys for Plaintiff
STEPHANIE LENZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>                  Plaintiff,<br><br>   v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>                 Defendants. | Case No. C 07-03783-JF<br><br>**[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL CONFIDENTIAL MOTION TO COMPEL, CONFIDENTIAL DECLARATION AND SUPPORTING EXHIBITS**<br><br>Date:     August 19, 2009<br>Time:    9:30 a.m.<br>Dept:     Courtroom 4<br>Judge:   Hon. Richard Seeborg<br>Date Comp. Filed:   July 24, 2007 |

[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL CONFIDENTIAL MOTION TO COMPEL, CONFIDENTIAL DECLARATION AND SUPPORTING EXHIBITS
CASE NO. C 07-03783-JF

445218.01

**[PROPOSED] ORDER GRANTING APPLICATION TO SEAL**

**UPON CONSIDERATION OF** Plaintiff Stephanie Lenz's application to file the following documents under seal, and GOOD CAUSE BEING SHOWN,

**IT IS HEREBY ORDERED** that the following documents be filed under seal:

1) Notice of Motion and Motion to Compel Production of Documents; and

2) Declaration of Michael S. Kwun in Support of Plaintiff's Motion to Compel Production of Documents.

**IT IS SO ORDERED**.

Dated:  July 15, 2009

By: _____
HON. RICHARD SEEBORG
United States Magistrate Judge

1
[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL CONFIDENTIAL MOTION TO COMPEL, CONFIDENTIAL DECLARATION AND SUPPORTING EXHIBITS
CASE NO. C 07-03783-JF

445218.01