ELECTRONIC FRONTIER FOUNDATION
FRED VON LOHMANN #192657
KURT OPSAHL #191303
CORYNNE MCSHERRY #221504
454 Shotwell Street
San Francisco, CA  94110
Telephone:     (415) 436-9333
Facsimile:     (415) 436-9993
Email: fred@eff.org; kurt@eff.org
         corynne@eff.org

FOLGER LEVIN & KAHN LLP
MICHAEL F. KELLEHER
SUZANNE ELIZABETH RODE
275 Battery Street, Suite 2300
San Francisco, CA  94111
Telephone:     (415) 986-2800
Facsimile:     (415) 986-2827
Email: mkelleher@flk.com; srode@flk.com

KEKER & VAN NEST, LLP
ASHOK RAMANI - #200020
MICHAEL S. KWUN -#198945
MELISSA J. MIKSCH - #249805
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188
Email: aramani@kvn.com; mkwun@kvn.com
Email: mmiksch@kvn.com

Attorneys for Plaintiff
STEPHANIE LENZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>            Plaintiff,<br><br>   v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>            Defendants. | Case No. C 07-03783-JF<br><br>**NOTICE OF MANUAL FILING RE: NOTICE OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND DECLARATION OF MICHAEL S. KWUN IN SUPPORT THEREOF**<br><br>Date:     August 19, 2009<br>Time:    9:30 a.m.<br>Dept:    Courtroom 4<br>Judge:   Hon. Richard Seeborg<br><br>Date Comp. Filed:     July 24, 2007 |

NOTICE OF MANUAL FILING RE:  NOTICE OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS
AND DECLARATION OF MICHAEL S. KWUN IN SUPPORT THEREOF
CASE NO. C 07-03783-JF

445222.01

The sealed version of (1) Confidential Notice of Motion and Motion to Compel the Production of Documents and Brief in Support; and (2) Confidential Declaration of Michael S. Kwun in Support of Plaintiff's Motion to Compel the Production of Documents, and Exhibits thereto were filed in hard copy form only and are being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

Dated: July 15, 2009                                KEKER & VAN NEST, LLP


                                                    By: _____/s/ Melissa J. Miksch_____
                                                        MELISSA J. MIKSCH
                                                        Attorneys for Plaintiff
                                                        STEPHANIE LENZ

---

1
NOTICE OF MANUAL FILING RE: NOTICE OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS
AND DECLARATION OF MICHAEL S. KWUN IN SUPPORT THEREOF
CASE NO. C 07-03783-JF

445222.01