1  ELECTRONIC FRONTIER FOUNDATION
   FRED VON LOHMANN #192657
2  KURT OPSAHL #191303
   CORYNNE MCSHERRY #221504
3  454 Shotwell Street
   San Francisco, CA 94110
4  Telephone:   (415) 436-9333
   Facsimile:   (415) 436-9993
5  Email: fred@eff.org; kurt@eff.org
          corynne@eff.org
6
   FOLGER LEVIN & KAHN LLP
7  MICHAEL F. KELLEHER
   SUZANNE ELIZABETH RODE
8  275 Battery Street, Suite 2300
   San Francisco, CA 94111
9  Telephone:   (415) 986-2800
   Facsimile:   (415) 986-2827
10 Email: mkelleher@flk.com; srode@flk.com

11 KEKER & VAN NEST, LLP
   ASHOK RAMANI - #200020
12 MICHAEL S. KWUN -#198945
   MELISSA J. MIKSCH - #249805
13 710 Sansome Street
   San Francisco, CA 94111-1704
14 Telephone:   (415) 391-5400
   Facsimile:   (415) 397-7188
15 Email: aramani@kvn.com; mkwun@kvn.com
   Email: mmiksch@kvn.com
16
   Attorneys for Plaintiff
17 STEPHANIE LENZ

18              UNITED STATES DISTRICT COURT
19              NORTHERN DISTRICT OF CALIFORNIA
20                   SAN JOSE DIVISION

21 | STEPHANIE LENZ,                              | Case No. C 07-03783-JF
22 |                            Plaintiff,        | **DECLARATION OF MELISSA J. MIKSCH IN SUPPORT OF OPPOSITION TO MOTION TO COMPEL COMMUNICATIONS WITH NON-LAWYER THERYN FLEMING**
23 | v.                                           |
24 | UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP, | 
25 |                                              | Date:    August 5, 2009
26 |                                              | Time:    9:30 a.m.
   |                                              | Dept:    4
27 |                            Defendants.       | Judge:   The Hon. Richard Seeborg
   |                                              | Date Comp. Filed:  July 24, 2007
28 |                                              | [Memorandum of Points and Authorities filed concurrently]

DECLARATION OF MELISSA J. MIKSCH IN SUPPORT OF OPPOSITION
TO MOTION TO COMPEL COMMUNICATIONS WITH NON-LAWYER THERYN FLEMING
CASE NO. C 07-03783-JF

445214.01

I, MELISSA J. MIKSCH, declare and state:

1. I am an attorney licensed to practice law in the State of California and am an associate with Keker & Van Nest LLP, attorneys for plaintiff Stephanie Lenz ("Lenz") in the above-captioned action.

2. I have knowledge of the facts set forth herein, and if called upon as a witness thereto, I could do so competently under oath.

3. I make this Declaration in Support of Plaintiff's Opposition to Motion to Compel Communications with Non-lawyer Theryn Fleming.

4. Attached hereto as Exhibit A is a true and correct copy of an email from Stephanie Lenz to Linda Morgan, bearing Bates Nos. P-E_002964-P-E_002965, produced by Stephanie Lenz in this litigation and designated as "Confidential" under the Protective Order in this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on July 15, 2009, in San Francisco, California.

By: /s/ Melissa J. Miksch
MELISSA J. MIKSCH

1

DECLARATION OF MELISSA J. MIKSCH IN SUPPORT OF OPPOSITION TO MOTION TO COMPEL COMMUNICATIONS WITH NON-LAWYER THERYN FLEMING
CASE NO. C 07-03783-JF

445214.01

# EXHIBIT "A"

| | |
|---|---|
| **From:** | Eden [edenza@gmail.com] |
| **Sent:** | Wednesday, June 06, 2007 8:34 AM |
| **To:** | Morgan, Linda |
| **Subject:** | Re: FW: Office |

Oh absolutely. It's a trap! ;) The second you start that, it will be "where did this go?" Box it & hide it but don't pitch anything. Or put it on Q's desk instead ;)

Yes, I've spoken w/ my friend who's a lawyer about this YouTube thing. I don't care if they put the video back in place or not but I won't let them or Universal Music bully me or sue me. I mean, I have videos on w/ TV shows in the background.

On 6/6/07, **Morgan, Linda** <LMorgan@geico.com> wrote:

Yeah - throw it away. Then get the 3rd degree - where is it? Why did you throw it away? I never told you to do that. Why did you do that?


Saw your blog about the UTube video. It could be that you used the name of the song in the title of your video - Let's Get Crazy. Otherwise, just the music playing in the background - that would be like me leaving a voicemail for someone and in the background they could hear the song that is playing on my radio.


*Reply From Linda*

---

**From:** Mills, Beverly
**Sent:** Wednesday, June 06, 2007 7:34 AM
**To:** Morgan, Linda
**Subject:** Office


You and I have got to get our workspaces cleaned up. If you need help, let me know. Since everything important has been filed, then we can probably just box up or throw out a lot of what is in your desk area.


**Beverly I. Mills**

*Law Office of Beverly I. Mills*

*6400 Canoga Avenue, Suite 203E*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                          P-E_002694

*Woodland Hills, California 91367*

*818-610-7700*

*Fax: 818-884-3435*

```
====================
This email/fax message is for the sole use of the intended
recipient(s) and may contain confidential and privileged information.
Any unauthorized review, use, disclosure or distribution of this

email/fax is prohibited. If you are not the intended recipient, please
destroy all paper and electronic copies of the original message.
```

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

P-E_002695