ELECTRONIC FRONTIER FOUNDATION
FRED VON LOHMANN #192657
KURT OPSAHL #191303
CORYNNE MCSHERRY #221504
454 Shotwell Street
San Francisco, CA  94110
Telephone:   (415) 436-9333
Facsimile:    (415) 436-9993
Email: fred@eff.org; kurt@eff.org, corynne@eff.org

FOLGER LEVIN & KAHN LLP
MICHAEL F. KELLEHER
SUZANNE ELIZABETH RODE
275 Battery Street, Suite 2300
San Francisco, CA  94111
Telephone:   (415) 986-2800
Facsimile:    (415) 986-2827
Email: mkelleher@flk.com; srode@flk.com

KEKER & VAN NEST, LLP
ASHOK RAMANI - #200020
MICHAEL S. KWUN -#198945
MELISSA J. MIKSCH - #249805
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:   (415) 391-5400
Facsimile:    (415) 397-7188
Email: aramani@kvn.com; mkwun@kvn.com
Email: mmiksch@kvn.com

Attorneys for Plaintiff
STEPHANIE LENZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>                              Plaintiff,<br><br>     v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>                              Defendants. | Case No. C 07-03783-JF<br><br>**DECLARATION OF MICHAEL S. KWUN IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Date:       August 19, 2009<br>Time:      9:30 a.m.<br>Dept:      Courtroom 4<br>Judge:    Hon. Richard Seeborg<br><br>[NOTICE OF MOTION AND MOTION, BRIEF IN SUPPORT, AND [PROPOSED] ORDER FILED HEREWITH]<br><br>**PUBLIC REDACTED VERSION** |

DECLARATION OF MICHAEL S. KWUN IN SUPPORT OF PLAINTIFF'S
MOTION TO COMPEL PRODUCTION OF DOCUMENTS
CASE NO. C 07-03783-JF

445375.01

I, MICHAEL S. KWUN, declare and state:

1. I am an attorney licensed to practice law in the State of California and am of counsel with Keker & Van Nest LLP, attorneys for plaintiff Stephanie Lenz ("Lenz") in the above-captioned action.

2. I have knowledge of the facts set forth herein, and if called upon as a witness thereto, I could do so competently under oath.

3. I make this Declaration in Support of Plaintiff's Motion to Compel Production of Documents.

4. Attached hereto are true and correct copies of the following documents:

   A. Exhibit A (also Exhibit A to Lenz's Second Amended Complaint): an email sent by Alina Mofatt of Universal to YouTube regarding alleged copyright infringement by Lenz's video, among others, produced as UMC-0000620-UMC-0000625.

   B. Exhibit B: Lenz's first set of Requests for Production, served on September 30, 2008.

   C. Exhibit C: Universal's responses and objections to Lenz's first set of Requests for Production, served on November 3, 2008.

   D. Exhibit D: a September 6, 2007 email from Robert Allen of Universal to "Harry" at YouTube, produced by YouTube on May 21, 2009. (Lenz has added Bates numbers to YouTube's production, since YouTube did not; Lenz assigned this document the number YT00001886 ).

   E. Exhibit E: a November 19, 2007 email from Robert Allen of Universal at YouTube, produced by YouTube on May 21, 2009. (Lenz assigned this document the number YT00003669).

   F. Exhibit F: emails between Raul Gonzalez and a member of YouTube's copyright team, produced by Universal on June 2, 2009, bearing beginning Bates numbers UMC-0000346, UMC-0000367, UMC-0000385, and UMC-0000425. Universal did not produce any documents reflecting any response to YouTube's inquiries.

   G. Exhibit G: emails between Universal's in-house attorney Raul Gonzalez and Prince (or individuals believed to be Prince's agents based on Universal's privilege log), as redacted by Universal, bearing beginning Bates numbers UMC-0000291, UMC-0000295, UMC-0000534, UMC-0000564, UMC-0000592, UMC-0000641]

   H. Exhibit H: page 2 of the results returned from a Google search for "'Ruth

1

DECLARATION OF MICHAEL S. KWUN IN SUPPORT OF PLAINTIFF'S
MOTION TO COMPEL PRODUCTION OF DOCUMENTS
CASE NO. C 07-03783-JF

445375.01

    Arzate' Prince."

 I. Exhibit I: a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Agreement between Universal and Google, bearing Bates numbers UMC-0000664-UMC-0000691.

 J. Exhibit J: an October 27, 2008 ABC News article (also Exhibit F to the Second Amended complaint).

 K. Exhibit K: Universal's Responses to Lenz's First Set of Interrogatories.

 L. Exhibit L:: Universal's privilege and redaction logs (highlighted by counsel for Lenz).

 M. Exhibit M: an Agreement between Prince and Universal, bearing Bates numbers UMC-0000729-UMC-0000752.

 N. Exhibit N: the Wikipedia.com entry for "Let's Go Crazy (song)," found at http://en.wikipedia.org/wiki/Let's_Go_Crazy.

 O. Exhibit O: a November 2008 (Circular No. 6) article from the United States Copyright Office, titled *Obtaining Access to and Copies of Copyright Office Records and Deposits.*"

 P. Exhibit P: a letter dated December 19, 2008, sent from me to Kelly Klaus, counsel for Universal.

 Q. Exhibit Q: a letter dated June 10, 2009, sent from my co-counsel Melissa Miksch to Klaus.

 R. Exhibit R: a letter dated June 11, 2009, sent from Miksch to Klaus.

 S. Exhibit S: a letter dated June 30, 2009, and the email sent from Klaus to Miksch and me attaching the letter.

5. In accordance with Federal Rule of Civil Procedure 37 and Civil Local Rule 37-1(a), we have conferred with counsel for Universal with respect to the issues raised in this motion and have been unable to resolve them.

6. On September 30, 2008, Lenz served her first set of Requests for Production on Universal (Exhibit B to this Declaration).

7. Universal served its first set of Requests for Production on November 3, 2008. Lenz served her responses and objections on December 17, 2008, and produced her first set of documents on that date.

8. Universal served its responses and objections to Lenz's requests on November 3,

2
DECLARATION OF MICHAEL S. KWUN IN SUPPORT OF PLAINTIFF'S
MOTION TO COMPEL PRODUCTION OF DOCUMENTS
CASE NO. C 07-03783-JF

445375.01

1  2008 (Exhibit C to this Declaration). In General Objection No. 4, Universal objected to the
2  requests "to the extent they seek documents that contain any confidential…material" and stated
3  that it would produce such documents "only upon the entry of, and in accordance with the terms
4  of, an appropriate protective order in this case."

5  9. On December 22, 2008, I received an email from Kelly Klaus, counsel for
6  Universal, indicating that "[w]e'll need to get a protective order in place before we produce any
7  more documents." The parties began to negotiate the terms of a protective order on January 19,
8  2008, when Klaus sent Universal's first draft of the proposed order to me and my co-counsel for
9  review.

10  10. On March 12, 2009, my co-counsel Corynne McSherry asked Klaus by email
11  whether we could agree to produce documents on an Attorneys Eyes Only basis while continuing
12  negotiations. Klaus responded that he was checking with his client. On March 17, 2009, I
13  emailed Klaus and again renewed that request, among other points. Klaus responded later that
14  day, stating that Universal wanted "a firm protective order in place before they start turning over
15  their confidential internal documents…."

16  11. The parties exchanged further drafts and emails until, on March 31, 2009, my co-
17  counsel Melissa Miksch told Klaus in an email that Lenz intended to move the Court for entry of
18  a protective order because the parties' negotiations had reached an impasse. Klaus agreed in an
19  email of that date that continuing negotiations would not be productive.

20  12. The parties agreed on, and jointly stipulated to, a briefing schedule under which
21  Lenz would file her motion on Thursday, April 9, 2009.

22  13. On April 6, 2009, I received a document production disc from Universal
23  containing documents bearing Bates numbers UMC000001-UMC0000178. I reviewed those
24  documents and they consist principally of entries from Lenz's blog, internet articles about this
25  case, and YouTube's terms of use. All of these documents are accessible to anyone with internet
26  access. Lenz had not received any documents from Universal (other than those attached to its
27  motions to dismiss) before this date.

28  14. Pursuant to this Court's ruling on Lenz's motion, the parties submitted a

3

445375.01

DECLARATION OF MICHAEL S. KWUN IN SUPPORT OF PLAINTIFF'S
MOTION TO COMPEL PRODUCTION OF DOCUMENTS
CASE NO. C 07-03783-JF

1. Stipulated Protective Order on May 5, 2009, which this Court entered on May 11, 2009.

15. In our first telephone call during the process of meeting and conferring regarding pending discovery, Klaus and I discussed the manner in which Universal planned to collect responsive documents. At that time, Klaus indicated that Universal intended to collect documents from Robert Allen and only a few other custodians. Klaus stated that Universal did not intend to collect documents from any other custodians because it believed that any responsive documents in their possession would be duplicative of those already being collected. I indicated that we would need to review Universal's document production to see whether that appeared to be reasonable.

16. On June 2, 2009, I received a document production disc from Universal containing 521 pages of documents bearing Bates Numbers UMC0000179-UMC0000663. Thereafter, I received a document production disc from Universal containing 37 pages of documents bearing Bates numbers UMC-0000692-UMC-0000728. My co-counsel and I reviewed all of these documents, finding that together, Universal has produced 752 pages of documents, only 574 of which are internal documents. We agree that Universal had not produced the documents at issue in this Motion.

17. On June 10 and 11, 2009, Miksch sent letters to Klaus by email outlining the deficiencies in Universal's production and asking Universal either to produce the missing documents or to confirm that it had none to produce (Exhibits Q and R, respectively). The issues Miksch raised included those at issue here.

18. Klaus did not respond to these letters until June 30, 2009 (Exhibit S).

19. Klaus also stated in this letter (Exhibit S) that Universal would produce its copy of its June 2007 Content License Agreement with YouTube and Google (Exhibit H, which it did produce, on July 7). The copy Universal produced (like the copy YouTube produced) omits Exhibit C–referenced as the list of "Restricted Composers" whose music may not appear on YouTube in any form. To date, Universal has not produced Exhibit C to that agreement. Klaus did not, however, say whether there are any other similar agreements between Universal and YouTube that Universal would not produce.

445375.01

DECLARATION OF MICHAEL S. KWUN IN SUPPORT OF PLAINTIFF'S
MOTION TO COMPEL PRODUCTION OF DOCUMENTS
CASE NO. C 07-03783-JF

20. Klaus also said in this letter (Exhibit S) that Universal had not "reviewed or produced" documents created after June 24, 2007, when Lenz first filed suit, and therefore had not produced the emails from Robert Allen that YouTube produced and that are attached as Exhibits D and E. Klaus said, "[a]s we discussed during our meet-and-confer, documents reflecting communications with YouTube after Lenz filed her lawsuit are not relevant to any issue in this case. You have never explained why such documents are relevant." In fact, I had pointed out in a letter of December 19, 2008 (Exhibit P), and also in a telephone call thereafter with Klaus and McSherry, that such documents are relevant because some allegations in Lenz's Second Amended Complaint specifically relate to post-lawsuit conduct by Prince and by Universal. I also explained that post-lawsuit communications with third parties could very well be relevant to those allegations and/or to the underlying question of what inspired Universal to send a takedown notice for Lenz's video.

21. On July 7, 2009, I received an additional document production disc from Universal containing two documents bearing Bates numbers UMC-0000664-UMC-0000691 and UMC-0000729-UMC0000752. I reviewed these documents and they constitute the two agreements Klaus referenced in his letter of June 30.

22. YouTube had previously produced a copy of the same agreement with Universal. It, like the copy produced by Universal (Exhibit I), ████████████████████████ ████████████

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on July 15, 2009, in San Francisco, California.

                                          /s/ Michael S. Kwun[*]
                                       MICHAEL S. KWUN

---

[*] Electronically signed by Melissa J. Miksch, counsel for Plaintiff, with the concurrence of Michael S. Kwun. N.D. Cal. G.O. 45 ¶ X.B.

5
DECLARATION OF MICHAEL S. KWUN IN SUPPORT OF PLAINTIFF'S
MOTION TO COMPEL PRODUCTION OF DOCUMENTS
CASE NO. C 07-03783-JF

445375.01