ELECTRONIC FRONTIER FOUNDATION
FRED VON LOHMANN #192657
KURT OPSAHL #191303
CORYNNE MCSHERRY #221504
454 Shotwell Street
San Francisco, CA  94110
Telephone:     (415) 436-9333
Facsimile:     (415) 436-9993
Email: fred@eff.org; kurt@eff.org
       corynne@eff.org

FOLGER LEVIN & KAHN LLP
MICHAEL F. KELLEHER
SUZANNE ELIZABETH RODE
275 Battery Street, Suite 2300
San Francisco, CA  94111
Telephone:     (415) 986-2800
Facsimile:     (415) 986-2827
Email: mkelleher@flk.com; srode@flk.com

KEKER & VAN NEST, LLP
ASHOK RAMANI - #200020
MICHAEL S. KWUN -#198945
MELISSA J. MIKSCH - #249805
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188
Email: aramani@kvn.com; mkwun@kvn.com
Email: mmiksch@kvn.com

Attorneys for Plaintiff
STEPHANIE LENZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>                    Plaintiff,<br><br>     v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>                    Defendants. | Case No. C 07-03783-JF<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Date:           August 19, 2009<br>Time:           9:30 a.m.<br>Dept:           Courtroom 4<br>Judge:          Hon. Richard Seeborg<br>Date Comp. Filed:     July 24, 2007<br><br>[NOTICE OF MOTION AND MOTION, BRIEF IN SUPPORT, AND DECLARATION OF MICHAEL S. KWUN FILED HEREWITH] |

Plaintiff Stephanie Lenz's Motion to Compel Production of Documents came on for hearing on August 19, 2009.

Having considered all of the pleadings, evidence, and arguments of counsel submitted in support of and opposition to this Motion, and finding good cause therefore, the Court hereby **ORDERS** that

1) Plaintiff's Motion is GRANTED.

2) Defendants' objections based on privilege to production of any communications with Prince Rogers Nelson (known professionally as "Prince") or his agents, including without limitation complete copies of all documents produced with beginning Bates numbers 291, 295, 534, 564, 592, and 641 or identified at Entries Nos. 4, 5, 6, 8, 9, 11, 12, 13, 15, 19, 20, 21, 22, 23, 24, 25, 27, 28, 30, 31, 32, 33, 34, 35, 37, 38, 39, 51, 65, 79, 80, 98, and 102 of Defendants' Privilege Log, are OVERRULED, and Defendants' shall produce these documents within 10 calendar days of the date of this Order without redacting communications between Universal and Prince, Kathy Adams, and/or Ruth Arzate.

3) Defendants' objections based on privilege to production of any documents distributed or made available to any Universal employee as instructions governing the issuance of takedown notices are OVERRULED, and Universal shall produce such documents within 10 calendar days of the date of this Order.

4) Defendants' objections based on relevance to the production of documents generated after Plaintiff initially filed her lawsuit on July 27, 2007, are OVERRULED, and Universal shall review such documents and produce any that are responsive to Plaintiff's requests within 10 calendar days of this Order.

5) Defendants shall (i) produce all documents responsive to Plaintiff's Requests for Production within 10 calendar days from the date of this order, and (ii) shall simultaneously provide to Plaintiff a sworn declaration setting forth the nature of Defendants' efforts to search for and collect responsive documents.

1    **IT IS SO ORDERED**.

2    Dated:  July _____, 2009

By: _____
    HON. RICHARD SEEBORG
    United States Magistrate Judge