ELECTRONIC FRONTIER FOUNDATION
FRED VON LOHMANN #192657
KURT OPSAHL #191303
CORYNNE MCSHERRY #221504
454 Shotwell Street
San Francisco, CA 94110
Telephone:   (415) 436-9333
Facsimile:   (415) 436-9993
Email: fred@eff.org; kurt@eff.org
         corynne@eff.org

FOLGER LEVIN & KAHN LLP
MICHAEL F. KELLEHER
SUZANNE ELIZABETH RODE
275 Battery Street, Suite 2300
San Francisco, CA 94111
Telephone:   (415) 986-2800
Facsimile:   (415) 986-2827
Email: mkelleher@flk.com; srode@flk.com

KEKER & VAN NEST, LLP
ASHOK RAMANI - #200020
MICHAEL S. KWUN -#198945
MELISSA J. MIKSCH - #249805
710 Sansome Street
San Francisco, CA 94111-1704
Telephone:   (415) 391-5400
Facsimile:   (415) 397-7188
Email: aramani@kvn.com; mkwun@kvn.com
Email: mmiksch@kvn.com

Attorneys for Plaintiff
STEPHANIE LENZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>                      Plaintiff,<br><br>       v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>                      Defendants. | Case No. C 07-03783-JF<br><br>**PROOF OF SERVICE**<br><br>Date:        August 19, 2009<br>Time:       9:30 a.m.<br>Dept:        Courtroom 4<br>Judge:      Hon. Richard Seeborg<br><br>Date Comp. Filed:   July 24, 2007 |

PROOF OF SERVICE
CASE NO. C 07-03783-JF

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On July 15, 2009, I served the following document(s):

> **NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS;**
>
> **DECLARATION OF MICHAEL S. KWUN IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS;**
>
> **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

by **FEDERAL EXPRESS**, by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for correspondence for delivery by FedEx Corporation. According to that practice, items are retrieved daily by a FedEx Corporation employee for overnight delivery.

by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

Kelly Klaus
L. Ashley Aull
Munger, Tolles & Olson, LLP
335 South Grand Avenue
35th Floor
Los Angeles, CA 90071-1560

Executed on July 15, 2009, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Diane Blais Miller*
DIANE BLAIS MILLER

437326.01

PROOF OF SERVICE
CASE NO. C 07-03783-JF