UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, July 10, 2009        Time: 14 mins
**Case Number:** CV-07-3783-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:            STEPHANIE LENZ   V.  UNIVERSAL MUSIC PUBLISHING, ET AL

                  PLAINTIFF                                    DEFENDANT


**Attorneys Present: Corynne McSherry, Michael Kwun**        **Attorneys Present: Kelly Klaus**
Michael Kwun, Melissa Miksch

PROCEEDINGS:

Case management conference held.  Parties are present. The Court adopts the proposed case management schedule, as modified; and sets the case for jury trial on 3/19/10 at 1:30 p.m. and pretrial conference on 3/5/10 at 11:00 a.m.