**\*E-Filed 7/20/09\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>    Plaintiff,<br><br>    v.<br><br>UNIVERSAL MUSIC PUBLISHING, INC.;<br>UNIVERSAL MUSIC PUBLISHING GROUP,<br>INC.; and UNIVERSAL MUSIC CORP.,<br><br>    Defendants.<br>_____/ | No. 5:07 CV 3783 JF (RS)<br><br>**CLERK'S NOTICE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

    The hearing for defendants' motion to compel the production of initial disclosures and documents re: plaintiff's claim of damages, docket [76] in the above-captioned matter, and defendants' motion to compel plaintiff's communications with non-lawyer Theryn Fleming withheld based on a claim of attorney-client privilege, docket [82], which were originally noticed for August 5, 2009, will be consolidated with the hearing on plaintiff's motion to compel production of documents, docket [96]. All three motions shall be heard before Judge Seeborg on **August 19, 2009, at 9:30 a.m.**

Dated:  July 20, 2009

For the Court,
RICHARD W. WEIKING, Clerk

By:   /s/ Martha Parker Brown
        Courtroom Deputy Clerk