| | |
|---|---|
| 1 | KELLY M. KLAUS (SBN 161091) |
| 2 | Kelly.Klaus@mto.com<br>L. ASHLEY AULL (SBN 257020) |
| 3 | Ashley.Aull@mto.com<br>MUNGER, TOLLES & OLSON LLP |
| 4 | 355 South Grand Avenue<br>Thirty-Fifth Floor |
| 5 | Los Angeles, CA  90071-1560<br>Telephone:     (213) 683-9100 |
| 6 | Facsimile:      (213) 687-3702 |
| 7 | Attorneys for Defendants<br>UNIVERSAL MUSIC CORP., |
| 8 | UNIVERSAL MUSIC PUBLISHING, INC.<br>and UNIVERSAL MUSIC PUBLISHING |
| 9 | GROUP |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ, | CASE NO.  CV-07-03783-JF (RS) |
| Plaintiff, | **SUPPLEMENTAL DECLARATION OF KELLY M. KLAUS PURSUANT TO L.R. 79-5(D) IN SUPPORT OF APPLICATION TO FILE UNDER SEAL CONFIDENTIAL MOTION TO COMPEL, CONFIDENTIAL SUPPORTING DECLARATION AND EXHIBITS** |
| vs. | |
| UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP, | |
| Defendants. | Date:    August 19, 2009<br>Time:    9:30 a.m.<br>Judge:   Hon. Richard G. Seeborg<br>Courtroom: 4 |

**SUPPLEMENTAL DECLARATION OF KELLY M. KLAUS**

I, Kelly M. Klaus, declare:

1. I am a partner of the law firm of Munger, Tolles & Olson LLP, counsel of record for Defendants Universal Music Corp., Universal Music Publishing, Inc., and Universal Music Publishing Group (collectively "Universal"). The purpose of this Supplemental Declaration is to correct an inadvertent error contained in my original Declaration, filed July 22, 2009, in support of Plaintiff's Application to File Under Seal Confidential Motion to Compel, Confidential Supporting Declaration and Exhibits (Doc. No. 106, hereinafter "Original Declaration"). I make this Supplemental Declaration based upon my own personal knowledge, and if called upon to do so, I could and would testify competently to the matters stated herein.

2. In Paragraph 11 of my Original Declaration, I stated that the document attached as Exhibit M to the Declaration of Michael Kwun in Support of Plaintiff's Motion to Compel Production of Documents ("Kwun Declaration") "is a copy of the agreement between Prince and Universal." Since filing my Original Declaration, I have learned that the agreement attached as Exhibit M to the Kwun Declaration is no longer in effect, and that it is not the current agreement between Universal and Prince. I now understand that the current agreement is an Administration Agreement made and entered into as of September 1, 2005, between Universal Music Corp. and Prince Rogers Nelson, professionally known as "Prince," individually, doing business as Controversy Music (ASCAP). Our firm has since obtained a copy of the September 1, 2005 Administration Agreement from our client, and on July 27, 2009, we produced a copy to Plaintiff's counsel, with the designation "Highly Confidential" under the Protective Order in the case.

3. I continue to believe that there is good cause to seal the agreement attached as Exhibit M to the Kwun Declaration. Although the agreement no longer is in effect, I understand that the agreement nevertheless contains highly confidential trade secrets and business terms of the parties thereto (including non-party Prince); that such terms have been and continue to be treated as confidential by the parties thereto; that the contents of that agreement are not publicly

known; and that public disclosure of such terms could cause competitive harm to one or more of the parties thereto.

I declare under penalty of perjury under the laws of the United States and California that the foregoing is true and correct and that this Declaration was executed this 28th day of July, 2009, at Los Angeles, California.

By: */s/ Kelly M. Klaus*
KELLY M. KLAUS