KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
L. ASHLEY AULL (SBN 257020)
Ashley.Aull@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone:   (213) 683-9100
Facsimile:    (213) 687-3702

Attorneys for Defendants
UNIVERSAL MUSIC CORP.,
UNIVERSAL MUSIC PUBLISHING, INC.
and UNIVERSAL MUSIC PUBLISHING
GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSAL MUSIC CORP.,<br>UNIVERSAL MUSIC PUBLISHING, INC. and<br>UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>Defendants. | CASE NO. CV-07-03783-JF (RS)<br><br>**DECLARATION OF PETER LOFRUMENTO IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Date:   August 19, 2009<br>Time:  9:30 a.m.<br>Judge: Hon. Richard G. Seeborg<br>Courtroom: 4<br><br>[Opposition to Plaintiff's Motion and Declarations of Kelly M. Klaus, Ed Arrow and Robert E. Allen filed concurrently] |

8413349.1

LOFRUMENTO DECL. ISO
OPP. TO PLTF'S MOTION TO COMPEL
C 07-03783-JF (RS)

I, Peter Lofrumento, declare:

1. I am Executive Vice President, Communications and Public Relations, Universal Music Group. I make this declaration in support of the Opposition of Defendants Universal Music Corp., Universal Music Publishing, Inc., and Universal Music Publishing Group (collectively, "Universal") to Plaintiff's Motion to Compel Production of Documents. The contents of this declaration are based upon my own personal knowledge. If called as a witness in this action, I could and would testify competently to the matters stated herein.

2. On or about October 26, 2007, the ABC News website posted an article entitled, "The Home Video Prince Doesn't Want You to See." The article includes the following statement::

> "Prince believes it is wrong for YouTube, or any other user-generated site, to appropriate his music without his consent," the company said in a statement released to ABC News Thursday. "That position has nothing to do with any particular video that uses his songs. It's simply a matter of principle. And legally, he has the right to have his music removed. We support him and this important principle. That's why, over the last few months, we have asked YouTube to remove thousands of different videos that use Prince music without his permission."

3. I made the foregoing statement to an ABC News reporter. I did so only by way of an oral communication, during a telephone conversation before the article was published.

4. I previously conducted a review my records for written communications regarding the foregoing statement. I provided the one email string that I located as a result of that search to legal counsel.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed this 24 day of July, 2009, at New York, New York.

_____
PETER LOFRUMENTO

8413349.1                            - 1 -                   LOFRUMENTO DECL. ISO
                                                          OPP. TO PLTF'S MOTION TO COMPEL
                                                                  C 07-03783-JF (RS)