KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
L. ASHLEY AULL (SBN 257020)
Ashley.Aull@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendants
UNIVERSAL MUSIC CORP.,
UNIVERSAL MUSIC PUBLISHING, INC.
and UNIVERSAL MUSIC PUBLISHING
GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNIVERSAL MUSIC CORP.,<br>UNIVERSAL MUSIC PUBLISHING, INC. and<br>UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>　　　　Defendants. | CASE NO. CV-07-03783-JF (RS)<br><br>**DECLARATION OF ROBERT E. ALLEN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Date: August 19, 2009<br>Time: 9:30 a.m.<br>Judge: Hon. Richard G. Seeborg<br>Courtroom: 4<br><br>[Opposition to Plaintiff's Motion and Declarations of Kelly M. Klaus, Ed Arrow and Peter Lofrumento filed concurrently] |

8421121.1

ALLEN DECL. ISO
OPP. TO PLTF'S MOTION TO COMPEL
C 07-03783-JF (RS)

I, Robert E. Allen, declare:

1. I am Senior Vice President, Business Affairs, Universal Music Publishing Group. I make this declaration in support of the Opposition of Defendants Universal Music Corp., Universal Music Publishing, Inc., and Universal Music Publishing Group (collectively, "Universal") to Plaintiff's Motion to Compel Production of Documents. Universal is engaged in the business of music publishing in, among other places, the United States. Except as to those matters stated on information and belief, the contents of this declaration are based upon my own personal knowledge. If called as a witness in this action, I could and would testify competently to the matters stated herein.

2. I am and since 1993 have been an attorney licensed to practice law in the State of California. My job responsibilities at Universal include advising on and coordinating a variety of business and legal matters concerning Universal's relationship with various songwriters whose rights Universal administers. In the course of my job responsibilities, I both provide legal advice to other Universal employees and receive and disseminate legal advice from other Universal attorneys.

3. One of the songwriters whose rights Universal administers is Prince Rogers Nelson, professionally known as "Prince." I am the person at Universal with overall responsibility for any legal or business issues that arise in the course of Universal's administration of Prince's rights in his copyrighted works. I also am the person at Universal with primary responsibility for communicating with Prince or his representatives regarding any issues that arise in the course of Universal's administration of those works.

4. I am assisted in my work by a staff of individuals. These persons have included Raul Gonzalez (who no longer works for Universal), Alina Moffat, and Sean Johnson. To the best of my knowledge, it is and has been the standard practice of these individuals to copy me on their written communications regarding any matters involving Universal's administration of Prince's rights.

5. Universal's administration of Prince's rights in his works is the subject of a written Administration Agreement, made as of September 1, 2005, by and between Universal Music Corp. on the one hand, and Prince Rogers Nelson, p/k/a/ Prince, d/b/a/ Controversy Music (on behalf of all other music publishing companies owned and/or controlled by Prince) on the other.

6. One of Universal's responsibilities as the administrator for Prince's copyrighted works is to take legal action regarding the enforcement and protection of Prince's rights in those works.

7. Universal does not have a written policy that describes the procedures or practices to be followed when sending notices to YouTube or other websites regarding the removal of or the blocking of access to materials making unauthorized uses of copyrighted works for which Universal administers rights.

8. Universal Music Publishing Group and YouTube entered into a written Content License Agreement in June 2007. This Agreement has an Exhibit C, entitled "Restricted Composer List." The copy of the Agreement that is in Universal's files has no other text on Exhibit C.

9. I understand that this matter arises from a notice that Universal sent to YouTube on or about June 4, 2007, that included a video posted by the Plaintiff. Prior to Universal having sent that notice, neither Prince nor any of his representatives had ever communicated with me or, to the best of my knowledge, anyone at Universal, regarding Plaintiff or her video posting.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed this 28 day of July, 2009, at Los Angeles, California.

ROBERT E. ALLEN

- 2 -

8421121.1

ALLEN DECL. ISO
OPP. TO PLTF'S MOTION TO COMPEL
C 07-03783-JF (RS)