KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
L. ASHLEY AULL (SBN 257020)
Ashley.Aull@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

Attorneys for Defendants
UNIVERSAL MUSIC CORP.,
UNIVERSAL MUSIC PUBLISHING, INC.
and UNIVERSAL MUSIC PUBLISHING
GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>UNIVERSAL MUSIC CORP.,<br>UNIVERSAL MUSIC PUBLISHING, INC. and<br>UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>　　　　　　　Defendants. | CASE NO. CV-07-03783-JF (RS)<br><br>**DECLARATION OF ED ARROW IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Date:   August 19, 2009<br>Time:   9:30 a.m.<br>Judge:  Hon. Richard G. Seeborg<br>Courtroom: 4<br><br>[Opposition to Plaintiff's Motion and Declarations of Kelly M. Klaus, Peter Lofrumento and Robert E. Allen filed concurrently] |

8413356.1

ARROW DECL. ISO
OPP. TO PLTF'S MOTION TO COMPEL
C 07-03783-JF (RS)

I, Ed Arrow, declare:

1. I am Vice President of Copyright, Universal Music Publishing Group. I make this declaration in support of the Opposition of Defendants Universal Music Corp., Universal Music Publishing, Inc., and Universal Music Publishing Group (collectively, "Universal") to Plaintiff's Motion to Compel Production of Documents. The contents of this declaration are based upon my own personal knowledge. If called as a witness in this action, I could and would testify competently to the matters stated herein.

2. In connection with my job responsibilities, I have access to the company's records of its filings with the United States Copyright Office.

3. I have reviewed the company's records for a copy of the "Let's Go Crazy" composition that was deposited with the Copyright Office when that work was registered. I did not find any such copy as a result of that search.

4. At the time "Let's Go Crazy" was registered with the Copyright Office, Universal was not the administrator for Prince's musical compositions.

5. To obtain a copy of the deposit copy of the "Let's Go Crazy" composition, we would have to hire someone to go to the Copyright Office and pay a fee to the Copyright Office for obtaining that copy.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed this 27th day of July, 2009, at Los Angeles, California.

ED ARROW