1 KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
2 L. ASHLEY AULL (SBN 257020)
Ashley.Aull@mto.com
3 MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
4 Thirty-Fifth Floor
Los Angeles, CA 90071-1560
5 Telephone: (213) 683-9100
Facsimile: (213) 687-3702
6
Attorneys for Defendants
7 UNIVERSAL MUSIC CORP.,
UNIVERSAL MUSIC PUBLISHING, INC.
8 and UNIVERSAL MUSIC PUBLISHING
GROUP
9

10

11 UNITED STATES DISTRICT COURT

12 NORTHERN DISTRICT OF CALIFORNIA

13 SAN JOSE DIVISION

14

| | |
|---|---|
| 15 STEPHANIE LENZ, | CASE NO. CV-07-03783-JF (RS) |
| 16 Plaintiff, | **APPLICATION TO SEAL CONFIDENTIAL OPPOSITION TO MOTION TO COMPEL, CONFIDENTIAL SUPPORTING DECLARATIONS AND EXHIBITS** |
| 17 vs. | |
| 18 | |
| 19 UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP, | Date: August 19, 2009<br>Time: 9:30 a.m.<br>Judge: Hon. Richard G. Seeborg<br>Courtroom: 4 |
| 20 | |
| 21 Defendants. | |
| 22 | |
| 23 | [Declaration of Kelly M. Klaus In Support of Application to Seal and [Proposed] Order filed concurrently] |
| 24 | |
| 25 | |
| 26 | |

27

28

8438376.1          APPLICATION TO SEAL
         C 07-03783-JF (RS)

Pursuant to Civil Local Rule 7-11 and 79-5, Universal Music Corp.., Universal Music Publishing, Inc., and Universal Music Publishing Group (collectively "Universal") respectfully apply for an order sealing the confidential versions of the following documents:

(1) Confidential Opposition to Plaintiff's Motion to Compel the Production of Documents;

(2) Confidential Declaration of Kelly Klaus In Support of Opposition to Plaintiff's Motion to Compel the Production of Documents, and Exhibits thereto.

A "compelling reason" exists to seal these documents. *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (holding that "[a] party seeking to seal a judicial record . . . bears the burden of overcoming the 'compelling reasons' standard"); *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135-36 (9th Cir. 2003). The confidential material at issue divulges the substance of communications designated by Plaintiff as "Confidential" or "Highly Confidential" pursuant to the protective order governing this litigation, and therefore includes what Plaintiff or Defendant has represented is sensitive personal or business information of a party. Thus, this material is thus being manually filed under seal.

This Application to Seal is narrowly tailored to protect the public's interest in access to judicial records and the public policies favoring disclosure. *Kamakana*, 447 F.3d at 1178. The Studios have filed with the Court public redacted versions of the aforementioned documents.

For these reasons, the Court should grant the Application to Seal.

Dated: July 29, 2009

MUNGER, TOLLES & OLSON LLP

By: */s/ Kelly M. Klaus*
      KELLY M. KLAUS

Attorneys for Defendants