KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
L. ASHLEY AULL (SBN 257020)
Ashley.Aull@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendants
UNIVERSAL MUSIC CORP.,
UNIVERSAL MUSIC PUBLISHING, INC.
and UNIVERSAL MUSIC PUBLISHING
GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSAL MUSIC CORP.,<br>UNIVERSAL MUSIC PUBLISHING, INC. and<br>UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>Defendants. | CASE NO. CV-07-03783-JF (RS)<br><br>**DECLARATION OF KELLY M. KLAUS PURSUANT TO LOCAL RULE 79-5(C)(1) IN SUPPORT OF APPLICATION TO FILE UNDER SEAL CONFIDENTIAL OPPOSITION TO MOTION TO COMPEL, CONFIDENTIAL SUPPORTING DECLARATION AND EXHIBITS**<br><br>Date: August 19, 2009<br>Time: 9:30 a.m.<br>Judge: Hon. Richard G. Seeborg<br>Courtroom: 4<br><br>[Application to Seal and [Proposed] Order filed concurrently] |

**DECLARATION OF KELLY M. KLAUS PURSUANT TO L.R. 79-5(C)(1)**

I, Kelly M. Klaus, declare:

1. I am a partner of the law firm of Munger, Tolles & Olson LLP, counsel of record for Defendants Universal Music Corp., Universal Music Publishing, Inc., and Universal Music Publishing Group (collectively "Universal"). I make this Declaration based upon my own personal knowledge, and if called upon to do so, I could and would testify competently to the matters stated herein.

2. In accordance with Local Rule 79-5(c)(1), I make this Declaration in support of Defendants' Application to File Under Seal Confidential Opposition to Motion to Compel, Confidential Supporting Declaration and Exhibits. The confidential material at issue in the Application, and addressed herein, is that which Universal produced in discovery and designated as "Confidential" or "Highly Confidential" under the Protective Order entered in this litigation..

3. Highly Confidential Exhibit E is a copy of the Administration Agreement between Prince and Universal. I believe there is good cause to seal this document because the terms of this agreement reflect highly confidential trade secrets of the parties thereto (including non-party Prince) that are not publicly known, that are treated as confidential by the parties thereto and that could cause competitive harm if publicly disclosed.

4. Confidential Exhibit H is a copy of Defendants' Second Supplemental Objections and Responses to Plaintiff's Interrogatories 6 and 7. I believe there is good cause to seal this document because it reflects the terms and existence of confidential license agreements between Universal and third parties regarding rights to compositions that Universal administers. These licenses are trade secrets of the parties thereto (including non-party Prince) that are not publicly known, that are treated as confidential by the parties thereto and that could cause competitive harm if publicly disclosed.

I declare under penalty of perjury under the laws of the United States and California that the foregoing is true and correct and that this Declaration was executed this 29th day of July, 2009, at Los Angeles, California.

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | By: | */s/ Kelly M. Klaus* |
| 5 | | KELLY M. KLAUS |