| | |
|---|---|
| 1 | KELLY M. KLAUS (SBN 161091) |
| 2 | Kelly.Klaus@mto.com |
|   | L. ASHLEY AULL (SBN 257020) |
| 3 | Ashley.Aull@mto.com |
|   | MUNGER, TOLLES & OLSON LLP |
| 4 | 355 South Grand Avenue |
|   | Thirty-Fifth Floor |
| 5 | Los Angeles, CA  90071-1560 |
|   | Telephone:    (213) 683-9100 |
| 6 | Facsimile:     (213) 687-3702 |

Attorneys for Defendants
UNIVERSAL MUSIC CORP.,
UNIVERSAL MUSIC PUBLISHING, INC.
and UNIVERSAL MUSIC PUBLISHING
GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ, | CASE NO.  CV-07-03783-JF (RS) |
| Plaintiff, | **NOTICE OF MANUAL FILING** |
| vs. | Date:   August 19, 2009 |
|  | Time:   9:30 a.m. |
| UNIVERSAL MUSIC CORP., | Judge:  Hon. Richard G. Seeborg |
| UNIVERSAL MUSIC PUBLISHING, INC. and | Courtroom: 4 |
| UNIVERSAL MUSIC PUBLISHING GROUP, | |
| Defendants. | |

| | |
|---|---|
| 1 | **NOTICE OF MANUAL FILING** |
| 2 | Regarding: |
| 3 | (1) Confidential Opposition to Plaintiff's Motion to Compel the Production of |
| 4 | Documents; |
| 5 | (2) Confidential Declaration of Kelly Klaus In Support of Opposition to Plaintiff's |
| 6 | Motion to Compel the Production of Documents, and Exhibits thereto. |

The foregoing documents are being filed under seal in paper form only and are being maintained in the case file in the Clerk's office. If you are a party in one or more of the above-captioned actions, these materials will be served on you shortly. For information on retrieving this filing directly from the Court, please see the Court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

The manual filings are necessary because the documents are filed under seal.

Dated: July 29, 2009               MUNGER, TOLLES & OLSON LLP

                                   By:      */s/ Kelly M. Klaus*
                                            KELLY M. KLAUS

                                   Attorneys for Defendants