ELECTRONIC FRONTIER FOUNDATION
FRED VON LOHMANN #192657
KURT OPSAHL #191303
CORYNNE MCSHERRY #221504
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993
Email: fred@eff.org; kurt@eff.org
corynne@eff.org

FOLGER LEVIN & KAHN LLP
MICHAEL F. KELLEHER
SUZANNE ELIZABETH RODE
275 Battery Street, Suite 2300
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827
Email: mkelleher@flk.com; srode@flk.com

KEKER & VAN NEST, LLP
ASHOK RAMANI - #200020
MICHAEL S. KWUN -#198945
MELISSA J. MIKSCH - #249805
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
Email: aramani@kvn.com; mkwun@kvn.com
Email: mmiksch@kvn.com

Attorneys for Plaintiff
STEPHANIE LENZ

*E-Filed 7/29/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| STEPHANIE LENZ,<br><br>                      Plaintiff,<br><br>   v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>                      Defendants. | Case No. C 07-03783-JF<br><br>**ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT; DECLARATION OF MICHAEL S. KWUN; STIPULATION; [~~PROPOSED~~] ORDER**<br><br>Judge: Hon. Richard G. Seeborg |
|---|---|

# ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT

Pursuant to Local Rule 7-11, Plaintiff Stephanie Lenz hereby seeks an order removing the publicly filed version of the Declaration of Michael S. Kwun in Support of Plaintiff's Motion to Compel Production of Documents that was filed on July 15, 2009 (Docket #98) (the "Kwun Declaration")[1]. In support of this motion for administrative relief, Plaintiff states the following:

1. Exhibit L to the Kwun Declaration is a privilege log produced by Defendants. Defendants designated this privilege log "Confidential" under the terms of the protective order, but it was inadvertently included in the publicly filed version of the Kwun Declaration.

2. Plaintiff discovered the inadvertent inclusion the privilege log in the publicly filed version of the Kwun Declaration when reviewing the Declaration of Kelly M. Klaus (Docket #106) filed on July 22, 2009 in support of Plaintiff's Application to Seal.

3. Plaintiff has filed a corrected version of the Kwun Declaration (Docket #107).

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this motion for administrative relief, and order that the document appearing at Docket #98 be removed.

Dated: July 28, 2009                                KEKER & VAN NEST, LLP


By: */s/ Michael S. Kwun*
MICHAEL S. KWUN
Attorneys for Plaintiff
STEPHANIE LENZ

# DECLARATION OF MICHAEL S. KWUN

I, MICHAEL S. KWUN, declare and state:

1. I am an attorney licensed to practice law in the State of California and am of counsel with Keker & Van Nest LLP, attorneys for plaintiff Stephanie Lenz in the above-captioned action. I have knowledge of the facts set forth herein, and if called upon as a witness thereto, I could do so competently under oath. I make this Declaration in Support of Plaintiff's

---
[1] The docket text for this entry is, "EXHIBITS re [96] Notice (Other) filed by Stephanie Lenz. (Attachments: # (1) Exhibit A-O, # (2) Exhibit P-S)(Related document(s)[96])."

Administrative Motion to Remove Incorrectly Filed Document.

    2.    The facts stated in the above motion are true and correct.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on July 28, 2009, in San Francisco, California.

                                                                    /s/ Michael S. Kwun
                                                                     MICHAEL S. KWUN

## STIPULATION

Defendants hereby stipulate to the relief requested by Plaintiff in the above motion.

Dated: July 28, 2009                                        MUNGER, TOLLES & OLSON LLP

                                                 By:     /s/ Kelly M. Klaus[*]
                                                         KELLY M. KLAUS
                                                         Attorneys for Defendants
                                                          UNIVERSAL MUSIC CORP.,
                                                          UNIVERSAL MUSIC PUBLISHING,
                                                          INC. and UNIVERSAL MUSIC
                                                          PUBLISHING GROUP

## [~~PROPOSED~~] ORDER

Good cause appearing, Plaintiff's Administrative Motion to Remove Incorrectly Filed Document is hereby GRANTED.

The Court Clerk is hereby directed to REMOVE the document appearing at Docket #98 in this action.

SO ORDERED.

Dated: 7/29/09                                                By: _____
                                                          HON. RICHARD G. SEEBORG
                                                          United States Magistrate Judge

---

[*] Electronically signed by Plaintiff's counsel with the concurrence of Defendants' counsel. N.D. Cal. G.O. 45 ¶ X.B.