| | |
|---|---|
| 1 | ELECTRONIC FRONTIER FOUNDATION |
| | FRED VON LOHMANN #192657 |
| 2 | KURT OPSAHL #191303 |
| | CORYNNE MCSHERRY #221504 |
| 3 | 454 Shotwell Street |
| | San Francisco, CA 94110 |
| 4 | Telephone: (415) 436-9333 |
| | Facsimile: (415) 436-9993 |
| 5 | Email: fred@eff.org; kurt@eff.org; corynne@eff.org |
| 6 | FOLGER LEVIN & KAHN LLP |
| | MICHAEL F. KELLEHER |
| 7 | SUZANNE ELIZABETH RODE |
| | 275 Battery Street, Suite 2300 |
| 8 | San Francisco, CA 94111 |
| | Telephone: (415) 986-2800 |
| 9 | Facsimile: (415) 986-2827 |
| | Email: mkelleher@flk.com; srode@flk.com |
| 10 | |
| | KEKER & VAN NEST LLP |
| 11 | ASHOK RAMANI - #200020 |
| | MICHAEL S. KWUN -#198945 |
| 12 | MELISSA J. MIKSCH - #249805 |
| | 710 Sansome Street |
| 13 | San Francisco, CA 94111-1704 |
| | Telephone: (415) 391-5400 |
| 14 | Facsimile: (415) 397-7188 |
| | Email: aramani@kvn.com; mkwun@kvn.com; mmiksch@kvn.com |
| 15 | |
| | Attorneys for Plaintiff |
| 16 | STEPHANIE LENZ |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>                Plaintiff,<br><br>v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>                Defendants. | Case No. C 07-03783-JF<br><br>**DECLARATION OF MELISSA J. MIKSCH IN SUPPORT OF DEFENDANTS' APPLICATION TO FILE UNDER SEAL CONFIDENTIAL VERSIONS OF OPPOSITION TO MOTION TO COMPEL, SUPPORTING DECLARATION, AND EXHIBITS**<br><br>Date: August 5, 2009<br>Time: 9:30 a.m.<br>Dept: Courtroom 4<br>Judge: Hon. Richard Seeborg<br><br>Date Comp. Filed: July 24, 2007<br>Trial Date: |

I, MELISSA J. MIKSCH, declare and state:

1. I am an attorney licensed to practice law in the State of California and am associated with Keker & Van Nest LLP, attorneys for plaintiff Stephanie Lenz in the above-captioned action.

2. I have knowledge of the facts set forth herein, and if called upon as a witness thereto, I could do so competently under oath.

3. In accordance with Local Rule 79-5(d), I make this Declaration in support of Defendants' Application to Seal Confidential Opposition to Plaintiff's Motion to Compel and Confidential Supporting Declarations and Exhibits. Some of the confidential material at issue in Defendants' Application is material Ms. Lenz has produced and designated as "Confidential" under the Protective Order governing this litigation.

4. The Confidential versions of each of these documents were received by the Clerk on July 29, 2009, per docket entries entered on July 30, 2009. The redacted versions of the Opposition and supporting Declaration are Docket Nos. 110 and 111, respectively.

5. I have reviewed both the Confidential and Redacted versions of Defendants' Opposition to Plaintiff's Motion to Compel and the supporting Declaration of Kelly M. Klaus and Exhibits thereto.

6. Exhibit B to the Klaus Declaration is an email from Ms. Lenz to her mother (Bates No. P-E002685). This email contains the name of Ms. Lenz's daughter, who is a minor. I therefore believe that there is good cause to seal this document under Fed. R. Civ. P. 5.2(a).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on August 5, 2009, in San Francisco, California.

                                               */s/ Melissa J. Miksch*
                                               MELISSA J. MIKSCH