| | |
|---|---|
| 1 | ELECTRONIC FRONTIER FOUNDATION |
| | FRED VON LOHMANN #192657 |
| 2 | KURT OPSAHL #191303 |
| | CORYNNE MCSHERRY #221504 |
| 3 | 454 Shotwell Street |
| | San Francisco, CA 94110 |
| 4 | Telephone: (415) 436-9333 |
| | Facsimile: (415) 436-9993 |
| 5 | Email: fred@eff.org; kurt@eff.org |
| | corynne@eff.org |
| 6 | |
| | FOLGER LEVIN & KAHN LLP |
| 7 | MICHAEL F. KELLEHER |
| | SUZANNE ELIZABETH RODE |
| 8 | 275 Battery Street, Suite 2300 |
| | San Francisco, CA 94111 |
| 9 | Telephone: (415) 986-2800 |
| | Facsimile: (415) 986-2827 |
| 10 | Email: mkelleher@flk.com; srode@flk.com |
| 11 | KEKER & VAN NEST LLP |
| | ASHOK RAMANI - #200020 |
| 12 | MICHAEL S. KWUN -#198945 |
| | MELISSA J. MIKSCH - #249805 |
| 13 | 710 Sansome Street |
| | San Francisco, CA 94111-1704 |
| 14 | Telephone: (415) 391-5400 |
| | Facsimile: (415) 397-7188 |
| 15 | Email: aramani@kvn.com; mkwun@kvn.com |
| | Email: mmiksch@kvn.com |
| 16 | |
| | Attorneys for Plaintiff |
| 17 | STEPHANIE LENZ |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>                      Plaintiff,<br><br>   v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>                      Defendants. | Case No. C 07-03783-JF<br><br>**APPLICATION TO FILE UNDER SEAL CONFIDENTIAL REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Date: August 19, 2009<br>Time: 9:30 a.m.<br>Dept: Courtroom 4<br>Judge: Hon. Richard Seeborg<br><br>Date Comp. Filed: July 24, 2007 |

448523.01

APPLICATION TO FILE UNDER SEAL CONFIDENTIAL REPLY IN SUPPORT OF PLAINTIFF'S
MOTION TO COMPEL PRODUCTION OF DOCUMENTS
CASE NO. C 07-03783-JF

Plaintiff Stephanie Lenz ("Lenz") submits this Request under Civil Local Rules 7-11 and 79-5 for an Order sealing the confidential version of:

    1) Reply in Support of Plaintiff's Motion to Compel Production of Documents

For the purposes of a non-dispositive discovery motion (such as both motions at issue here), a party need only show "good cause" to seal confidential documents. *Kamakana v. Honolulu*, 447 F.3d 1172, 1179-80 (9th Cir. 2006). There is good cause to seal this document because Defendants have designated material in this documents as "Confidential" or "Highly Confidential" under the protective order governing this litigation, thereby representing that it contains sensitive personal or business information of a party.

For this reason, Lenz has manually filed this document under seal. Lenz has also filed with the Court a public redacted version of this document.

Dated: August 5, 2009                        KEKER & VAN NEST LLP

                                          By:    */s/ Melissa J. Miksch*
                                                    MELISSA J. MIKSCH
                                                    Attorneys for Plaintiff
                                                    STEPHANIE LENZ

1
APPLICATION TO FILE UNDER SEAL CONFIDENTIAL REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS
CASE NO. C 07-03783-JF

448523.01