| | |
|---|---|
| 1 | ELECTRONIC FRONTIER FOUNDATION |
| | FRED VON LOHMANN #192657 |
| 2 | KURT OPSAHL #191303 |
| | CORYNNE MCSHERRY #221504 |
| 3 | 454 Shotwell Street |
| | San Francisco, CA 94110 |
| 4 | Telephone: (415) 436-9333 |
| | Facsimile: (415) 436-9993 |
| 5 | Email: fred@eff.org; kurt@eff.org |
| | corynne@eff.org |
| 6 | |
| | FOLGER LEVIN & KAHN LLP |
| 7 | MICHAEL F. KELLEHER |
| | SUZANNE ELIZABETH RODE |
| 8 | 275 Battery Street, Suite 2300 |
| | San Francisco, CA 94111 |
| 9 | Telephone: (415) 986-2800 |
| | Facsimile: (415) 986-2827 |
| 10 | Email: mkelleher@flk.com; srode@flk.com |
| 11 | KEKER & VAN NEST LLP |
| | ASHOK RAMANI - #200020 |
| 12 | MICHAEL S. KWUN -#198945 |
| | MELISSA J. MIKSCH - #249805 |
| 13 | 710 Sansome Street |
| | San Francisco, CA 94111-1704 |
| 14 | Telephone: (415) 391-5400 |
| | Facsimile: (415) 397-7188 |
| 15 | Email: aramani@kvn.com; mkwun@kvn.com |
| | Email: mmiksch@kvn.com |
| 16 | |
| | Attorneys for Plaintiff |
| 17 | STEPHANIE LENZ |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>    Plaintiff,<br><br>v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>    Defendants. | Case No. C 07-03783-JF<br><br>**[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL CONFIDENTIAL REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Date:    August 19, 2009<br>Time:    9:30 a.m.<br>Dept:    Courtroom 4<br>Judge:   Hon. Richard Seeborg<br>Date Comp. Filed:  July 24, 2007 |

[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL CONFIDENTIAL REPLY IN
SUPPORT OF PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS
CASE NO. C 07-03783-JF

448525.01

| | |
|---|---|
| 1 | **[PROPOSED] ORDER GRANTING APPLICATION TO SEAL** |
| 2 | **UPON CONSIDERATION OF** Plaintiff Stephanie Lenz's application to file the |
| 3 | following document under seal, and GOOD CAUSE BEING SHOWN, |
| 4 | **IT IS HEREBY ORDERED** that the following document be filed under seal: |
| 5 | Reply in Support of Plaintiff's Motion to Compel Production of Documents |
| 6 | |
| 7 | **IT IS SO ORDERED**. |
| 8 | Dated: |

By: _____
HON. RICHARD SEEBORG
United States Magistrate Judge

448525.01

1
[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL CONFIDENTIAL REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS
CASE NO. C 07-03783-JF