ELECTRONIC FRONTIER FOUNDATION
FRED VON LOHMANN #192657
KURT OPSAHL #191303
CORYNNE MCSHERRY #221504
454 Shotwell Street
San Francisco, CA  94110
Telephone:     (415) 436-9333
Facsimile:     (415) 436-9993
Email: fred@eff.org; kurt@eff.org
        corynne@eff.org

FOLGER LEVIN & KAHN LLP
MICHAEL F. KELLEHER
SUZANNE ELIZABETH RODE
275 Battery Street, Suite 2300
San Francisco, CA  94111
Telephone:     (415) 986-2800
Facsimile:     (415) 986-2827
Email: mkelleher@flk.com; srode@flk.com

KEKER & VAN NEST LLP
ASHOK RAMANI - #200020
MICHAEL S. KWUN -#198945
MELISSA J. MIKSCH - #249805
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188
Email: aramani@kvn.com; mkwun@kvn.com
Email: mmiksch@kvn.com

Attorneys for Plaintiff
STEPHANIE LENZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>                          Plaintiff,<br><br>     v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>                        Defendants. | Case No. C 07-03783-JF<br><br>**NOTICE OF MANUAL FILING OF REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Date:        August 19, 2009<br>Time:       9:30 a.m.<br>Dept:       Courtroom 4<br>Judge:     Hon. Richard Seeborg<br><br>Date Comp. Filed:    July 24, 2007 |

448528.01

NOTICE OF MANUAL FILING OF REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL
PRODUCTION OF DOCUMENTS
CASE NO. C 07-03783-JF

1  The sealed version of plaintiff Stephanie Lenz's Reply in Support of Plaintiff's Motion to

2  Compel Production of Documents was filed in hard copy form only and is being maintained in

3  the case file in the Clerk's office. If you are a participant in this case, this filing will be served in

4  hard-copy shortly. For information on retrieving this filing directly from the court, please see the

5  court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions

6  (FAQ).

7      This filing was not efiled for the following reason(s):

8      [_] Voluminous Document (PDF file size larger than the efiling system allows)

9      [_] Unable to Scan Documents

10     [_] Physical Object (description): _____

11     [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

12     [X] Item Under Seal

13     [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

14     [_] Other (description): _____

15

16 Dated: August 5, 2009                                    KEKER & VAN NEST LLP

17

18

19                                    By: _____ /s/ Melissa J. Miksch _____
                                             MELISSA J. MIKSCH
20                                           Attorneys for Plaintiff
                                             STEPHANIE LENZ

21

22

23

24

25

26

27

28

NOTICE OF MANUAL FILING OF REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL
PRODUCTION OF DOCUMENTS
CASE NO. C 07-03783-JF

448528.01