| | |
|---|---|
| 1 | ELECTRONIC FRONTIER FOUNDATION |
| | FRED VON LOHMANN #192657 |
| 2 | KURT OPSAHL #191303 |
| | CORYNNE MCSHERRY #221504 |
| 3 | 454 Shotwell Street |
| | San Francisco, CA 94110 |
| 4 | Telephone: (415) 436-9333 |
| | Facsimile: (415) 436-9993 |
| 5 | Email: fred@eff.org; kurt@eff.org, corynne@eff.org |
| 6 | FOLGER LEVIN & KAHN LLP |
| | MICHAEL F. KELLEHER |
| 7 | SUZANNE ELIZABETH RODE |
| | 275 Battery Street, Suite 2300 |
| 8 | San Francisco, CA 94111 |
| | Telephone: (415) 986-2800 |
| 9 | Facsimile: (415) 986-2827 |
| | Email: mkelleher@flk.com; srode@flk.com |
| 10 | |
| | KEKER & VAN NEST LLP |
| 11 | ASHOK RAMANI - #200020 |
| | MICHAEL S. KWUN -#198945 |
| 12 | MELISSA J. MIKSCH - #249805 |
| | 710 Sansome Street |
| 13 | San Francisco, CA 94111-1704 |
| | Telephone: (415) 391-5400 |
| 14 | Facsimile: (415) 397-7188 |
| | Email: aramani@kvn.com; mkwun@kvn.com |
| 15 | Email: mmiksch@kvn.com |
| 16 | Attorneys for Plaintiff |
| | STEPHANIE LENZ |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ, | Case No. C 07-03783-JF |
| Plaintiff, | **SUPPLEMENTAL DECLARATION OF MICHAEL S. KWUN IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS** |
| v. | |
| UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP, | Date: August 19, 2009<br>Time: 9:30 a.m.<br>Dept: Courtroom 4<br>Judge: Hon. Richard Seeborg |
| Defendants. | REPLY IN SUPPORT OF MOTION TO COMPEL FILED HEREWITH |

---

448532.01

SUPPLEMENTAL DECLARATION OF MICHAEL S. KWUN IN SUPPORT OF REPLY IN SUPPORT OF
PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS
CASE NO. C 07-03783-JF

I, MICHAEL S. KWUN, declare and state:

1. I am an attorney licensed to practice law in the State of California and am of counsel with Keker & Van Nest LLP, attorneys for plaintiff Stephanie Lenz ("Lenz") in the above-captioned action.

2. I have knowledge of the facts set forth herein, and if called upon as a witness thereto, I could do so competently under oath.

3. I make this Declaration in Support of Plaintiff's Reply in Support of Plaintiff's Motion to Compel Production of Documents.

4. During our February 2009 telephone call to meet and confer about various discovery issues, I reiterated the point, previously made in my December 19, 2008 letter to counsel for Defendants Kelly Klaus, that a refusal to produce documents collected after the filing of the lawsuit was inappropriate. I noted in particular that communications with third parties seemed unlikely to be privileged, and that Universal's assertion that post-lawsuit documents were irrelevant was plainly untrue, given the Court's discussion, in the order denying Universal's second motion to dismiss, of allegations relating to post-lawsuit conduct.

5. On or about March 24, 2009, I spoke with Kelly Klaus, counsel for Defendants, by telephone. In that call, I asked Klaus if he represented Prince, and Klaus stated that he did not.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on August 5, 2009, in San Francisco, California.

                                                    */s/ Michael S. Kwun*[*]
                                                    MICHAEL S. KWUN

---

[*] Electronically signed by Melissa J. Miksch, counsel for Plaintiff, with the concurrence of Michael S. Kwun. N.D. Cal. G.O. 45 ¶ X.B.

1
SUPPLEMENTAL DECLARATION OF MICHAEL S. KWUN IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS
CASE NO. C 07-03783-JF

448532.01