1

KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com

2

L. ASHLEY AULL (SBN 257020)
Ashley.Aull@mto.com

3

MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue

4

Thirty-Fifth Floor
Los Angeles, CA  90071-1560

5

Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

6

7

Attorneys for Defendants
UNIVERSAL MUSIC CORP.,
UNIVERSAL MUSIC PUBLISHING, INC.

8

and UNIVERSAL MUSIC PUBLISHING
GROUP

9

10

11

UNITED STATES DISTRICT COURT

12

NORTHERN DISTRICT OF CALIFORNIA

13

SAN JOSE DIVISION

14

15

STEPHANIE LENZ,

16

                    Plaintiff,

17

18

        vs.

19

UNIVERSAL MUSIC CORP.,

20

UNIVERSAL MUSIC PUBLISHING, INC. and
UNIVERSAL MUSIC PUBLISHING GROUP,

21

                    Defendants.

22

23

24

25

26

27

28

CASE NO.  CV-07-03783-JF (RS)

**NOTICE OF MANUAL FILING**

Date:    August 19, 2009
Time:   9:30 a.m.
Judge:  Hon. Richard G. Seeborg
Courtroom:  4

1

## <u>NOTICE OF MANUAL FILING</u>

2

Regarding:

3

    (1)    Confidential Reply in Support of Motion to Compel Plaintiff's Communications

4

             with Non-Lawyer Theryn Fleming Based on a Claim of Attorney-Client Privilege.

5

     The foregoing document is being filed under seal in paper form only and is being

6

maintained in the case file in the Clerk's office.  If you are a party in one or more of the above-

7

captioned actions, these materials will be served on you shortly.  For information on retrieving

8

this filing directly from the Court, please see the Court's main web site at

9

http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

10

     The manual filing is necessary because the document is filed under seal.

11

12

Dated: August 5, 2009              MUNGER, TOLLES & OLSON LLP

13

14

                      By:         */s/ Kelly M. Klaus*

15

                               KELLY M. KLAUS

16

                      Attorneys for Defendants

17

18

19

20

21

22

23

24

25

26

27

28