ELECTRONIC FRONTIER FOUNDATION
FRED VON LOHMANN #192657
KURT OPSAHL #191303
CORYNNE MCSHERRY #221504
454 Shotwell Street
San Francisco, CA  94110
Telephone:    (415) 436-9333
Facsimile:    (415) 436-9993
Email: fred@eff.org; kurt@eff.org
       corynne@eff.org

FOLGER LEVIN & KAHN LLP
MICHAEL F. KELLEHER
SUZANNE ELIZABETH RODE
275 Battery Street, Suite 2300
San Francisco, CA  94111
Telephone:    (415) 986-2800
Facsimile:    (415) 986-2827
Email: mkelleher@flk.com; srode@flk.com

KEKER & VAN NEST LLP
ASHOK RAMANI - #200020
MICHAEL S. KWUN -#198945
MELISSA J. MIKSCH - #249805
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188
Email: aramani@kvn.com; mkwun@kvn.com
Email: mmiksch@kvn.com

Attorneys for Plaintiff
STEPHANIE LENZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>　　　　　　　　　Defendants. | Case No. C 07-03783-JF<br><br>**ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT; DECLARATION OF MELISSA J. MIKSCH; STIPULATION; [PROPOSED] ORDER**<br><br>Judge:    Hon. Richard G. Seeborg |

**ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**

Pursuant to Local Rule 7-11, Plaintiff Stephanie Lenz hereby seeks an order removing the publicly filed version of the Public Redacted Version of Reply in Support of Plaintiff's Motion to Compel Production of Documents that was filed on August 5, 2009 (Docket No. 123) (the "Reply").  In support of this motion for administrative relief, Plaintiff states the following:

1. The publicly filed version of Plaintiff's Reply (Docket No. 123), filed on August 5, 2009, contains information that is disclosed on pages 6-8 of Defendants' Second Supplemental Responses to Plaintiff's Interrogatories Nos. 6 and 7 ("Supplemental Responses").  The first page of the Supplemental Responses included the legend "Confidential," although that legend does not appear on the subsequent pages.

2. On August 6, 2009, Plaintiff's counsel realized that Defendants' counsel had labeled the first page of the Supplemental Responses "Confidential," and after conferring with Defendants' counsel determined that the lack of a "Confidential" legend on pages 6 through 8 of the Supplemental Responses was inadvertent and that Defendants intended the entire document to be designated "Confidential."

3. Plaintiff has accordingly filed a corrected version of the Public Redacted Version of her Reply in Support of Plaintiff's Motion to Compel Production of Documents (Docket # 131), which redacts the information disclosed in the Supplemental Responses.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this motion for administrative relief and order that the document appearing at Docket No. 123 be removed.

Dated:  August 6, 2009                                                         KEKER & VAN NEST LLP


                                                                                                        By: /s/ Melissa J. Miksch
                                                                                                        MELISSA J. MIKSCH
                                                                                                        Attorneys for Plaintiff
                                                                                                        STEPHANIE LENZ

## DECLARATION OF MELISSA J. MIKSCH

I, MELISSA J. MIKSCH, declare and state:

1. I am an attorney licensed to practice law in the State of California and am an associate with Keker & Van Nest LLP, attorneys for plaintiff Stephanie Lenz in the above-captioned action. I have knowledge of the facts set forth herein, and if called upon as a witness thereto, I could do so competently under oath. I make this Declaration in Support of Plaintiff's Administrative Motion to Remove Incorrectly Filed Document.

2. The facts stated in the above motion are true and correct.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on August 6, 2009, in San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　　　　  /s/ Melissa J. Miksch
　　　　　　　　　　　　　　　　　　　　　　　　MELISSA J. MIKSCH

## STIPULATION

Defendants hereby stipulate to the relief requested by Plaintiff in the above motion.

Dated: August 6, 2009　　　　　　　　　　　　　　　MUNGER, TOLLES & OLSON LLP


　　　　　　　　　　　　　　　　　　　　By:　　　  /s/ Kelly M. Klaus*
　　　　　　　　　　　　　　　　　　　　　　　KELLY M. KLAUS
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　　　　UNIVERSAL MUSIC CORP.,
　　　　　　　　　　　　　　　　　　　　　　　UNIVERSAL MUSIC PUBLISHING,
　　　　　　　　　　　　　　　　　　　　　　　INC. and UNIVERSAL MUSIC
　　　　　　　　　　　　　　　　　　　　　　　PUBLISHING GROUP

---

* Electronically signed by Plaintiff's counsel with the concurrence of Defendants' counsel. N.D. Cal. G.O. 45 ¶ X.B.

**[PROPOSED] ORDER**

Good cause appearing, Plaintiff's Administrative Motion to Remove Incorrectly Filed Document is hereby GRANTED.

The Court Clerk is hereby directed to REMOVE the document appearing at Docket No. 123 in this action.

SO ORDERED.

Dated:                          By: _____
                                                   HON. RICHARD G. SEEBORG
                                                   United States Magistrate Judge