KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
L. ASHLEY AULL (SBN 257020)
Ashley.Aull@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

Attorneys for Defendants
UNIVERSAL MUSIC CORP.,
UNIVERSAL MUSIC PUBLISHING, INC.
and UNIVERSAL MUSIC PUBLISHING
GROUP

*E-Filed 8/7/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSAL MUSIC CORP.,<br>UNIVERSAL MUSIC PUBLISHING, INC. and<br>UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>Defendants. | CASE NO.  CV-07-03783-JF (RS)<br><br>**[~~PROPOSED~~] ORDER GRANTING APPLICATION TO SEAL CONFIDENTIAL MOTIONS TO COMPEL, CONFIDENTIAL SUPPORTING DECLARATIONS AND EXHIBITS**<br><br>Date:   August 5, 2009<br>Time:  9:30 a.m.<br>Judge: Hon. Richard G. Seeborg<br>Courtroom: 4 |

Case5:07-cv-03783-JF   Document134   Filed08/07/09   Page2 of 2

# [~~PROPOSED~~] ORDER GRANTING APPLICATION TO SEAL

Based on Universal's Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal:

(1) Confidential Notice of Motion and Motion to Compel the Production of Initial Disclosures and Documents Re: Plaintiff's Claim of Damages; Memorandum of Points and Authorities In Support Thereof;

(2) Confidential Declaration of Kelly Klaus In Support of Motion to Compel the Production of Initial Disclosures and Documents Re: Plaintiff's Claim of Damages, and Exhibits thereto;

(3) Confidential Notice of Motion and Motion to Compel Plaintiffs' Communications with Non-Lawyer Theryn Fleming Withheld on A Claim of Attorney-Client Privilege; Memorandum of Points and Authorities in Support Thereof;

(4) Confidential Declaration of Kelly M. Klaus In Support of Motion to Compel Plaintiffs' Communications with Non-Lawyer Theryn Fleming Withheld on A Claim of Attorney-Client Privilege, and Exhibits thereto.

IT IS SO ORDERED.

8/7/09

*[signature]*

The Honorable Richard Seeborg
United States District Court

Dated: July 1, 2009                MUNGER, TOLLES & OLSON LLP

By:     */s/ Kelly M. Klaus*
             KELLY M. KLAUS

Attorneys for Defendants

8230053.1                         - 1 -                [PROPOSED] ORDER GRANTING APPLICATION TO SEAL
C 07-03783-JF (RS)