| | |
|---|---|
| 1 | KELLY M. KLAUS (SBN 161091) |
| 2 | Kelly.Klaus@mto.com<br>L. ASHLEY AULL (SBN 257020) |
| 3 | Ashley.Aull@mto.com<br>MUNGER, TOLLES & OLSON LLP |
| 4 | 355 South Grand Avenue<br>Thirty-Fifth Floor |
| 5 | Los Angeles, CA  90071-1560<br>Telephone:    (213) 683-9100 |
| 6 | Facsimile:     (213) 687-3702 |
| 7 | Attorneys for Defendants<br>UNIVERSAL MUSIC CORP., |
| 8 | UNIVERSAL MUSIC PUBLISHING, INC.<br>and UNIVERSAL MUSIC PUBLISHING |
| 9 | GROUP |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>           Plaintiff,<br><br>vs.<br><br>UNIVERSAL MUSIC CORP.,<br>UNIVERSAL MUSIC PUBLISHING, INC. and<br>UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>           Defendants. | CASE NO.  CV-07-03783-JF (RS)<br><br>**[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL CONFIDENTIAL MOTION TO COMPEL, CONFIDENTIAL SUPPORTING DECLARATION AND EXHIBITS**<br><br>Date:    August 19, 2009<br>Time:   9:30 a.m.<br>Judge:  Hon. Richard G. Seeborg<br>Courtroom: 4 |

1 **[PROPOSED] ORDER GRANTING APPLICATION TO SEAL**

2 Upon consideration of Plaintiff Stephanie Lenz's application to file the following documents under seal and the supporting Declaration of Kelly M. Klaus pursuant to L.R. 79-5(D) in support of that application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal:

    (1) Notice of Motion to Compel Production of Documents; and

    (2) Declaration of Michael S. Kwun in Support of Plaintiff's Motion to Compel Production of Documents, and Exhibits thereto.

IT IS SO ORDERED.

_____
The Honorable Richard Seeborg
United States Magistrate Judge

Submitted by:
MUNGER, TOLLES & OLSON LLP

Dated: July 22, 2009

By:     */s/ Kelly M. Klaus*
        KELLY M. KLAUS

Attorneys for Defendants

8377629.1    - 1 -    [PROPOSED] ORDER GRANTING APPLICATION TO SEAL
C 07-03783-JF (RS)