KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
L. ASHLEY AULL (SBN 257020)
Ashley.Aull@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendants
UNIVERSAL MUSIC CORP.,
UNIVERSAL MUSIC PUBLISHING, INC.
and UNIVERSAL MUSIC PUBLISHING
GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSAL MUSIC CORP.,<br>UNIVERSAL MUSIC PUBLISHING, INC. and<br>UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>Defendants. | CASE NO. CV-07-03783-JF (RS)<br><br>**[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL CONFIDENTIAL MOTION TO COMPEL, CONFIDENTIAL SUPPORTING DECLARATION AND EXHIBITS**<br><br>Date: August 19, 2009<br>Time: 9:30 a.m.<br>Judge: Hon. Richard G. Seeborg<br>Courtroom: 4 |

8377629.1

[PROPOSED] ORDER GRANTING
APPLICATION TO SEAL
C 07-03783-JF (RS)

| | |
|---|---|
| 1 | **[~~PROPOSED~~] ORDER GRANTING APPLICATION TO SEAL** |
| 2 | Upon consideration of Plaintiff Stephanie Lenz's application to file the following |
| 3 | documents under seal and the supporting Declaration of Kelly M. Klaus pursuant to L.R. 79-5(D) |
| 4 | in support of that application, and good cause appearing for the entry thereof, IT IS HEREBY |
| 5 | ORDERED that the following documents be filed under seal: |
| 6 | (1) Notice of Motion to Compel Production of Documents; and |
| 7 | (2) Declaration of Michael S. Kwun in Support of Plaintiff's Motion to |
| 8 | Compel Production of Documents, and Exhibits thereto. |

IT IS SO ORDERED.

8/7/09

_____
The Honorable Richard Seeborg
United States Magistrate Judge

Submitted by:
MUNGER, TOLLES & OLSON LLP

Dated: July 22, 2009

By: */s/ Kelly M. Klaus*
   KELLY M. KLAUS

Attorneys for Defendants