KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
L. ASHLEY AULL (SBN 257020)
Ashley.Aull@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*E-Filed 8/7/09*

Attorneys for Defendants
UNIVERSAL MUSIC CORP.,
UNIVERSAL MUSIC PUBLISHING, INC.
and UNIVERSAL MUSIC PUBLISHING
GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

STEPHANIE LENZ,

Plaintiff,

vs.

UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP,

Defendants.

CASE NO. CV-07-03783-JF (RS)

**[~~PROPOSED~~] ORDER GRANTING APPLICATION TO SEAL CONFIDENTIAL OPPOSITION TO MOTION TO COMPEL, CONFIDENTIAL SUPPORTING DECLARATIONS AND EXHIBITS**

Date: August 19, 2009
Time: 9:30 a.m.
Judge: Hon. Richard G. Seeborg
Courtroom: 4

[Application to Seal and Declaration of Kelly M. Klaus In Support of Application to Seal filed concurrently]

**[~~PROPOSED~~] ORDER GRANTING APPLICATION TO SEAL**

Upon consideration of Defendants' application to file the following documents under seal and the supporting Declaration of Kelly M. Klaus pursuant to L.R. 79-5(C)(1) in support of that application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal:

(1) Confidential Opposition to Plaintiff's Motion to Compel the Production of Documents;

(2) Confidential Declaration of Kelly Klaus In Support of Opposition to Plaintiff's Motion to Compel the Production of Documents, and Exhibits thereto.

IT IS SO ORDERED.

______________________________
The Honorable Richard Seeborg
United States Magistrate Judge

Submitted by:
MUNGER, TOLLES & OLSON LLP

Dated: July 29, 2009

By: *\/s/ Kelly M. Klaus*
KELLY M. KLAUS

Attorneys for Defendants