| | |
|---|---|
| 1 | KELLY M. KLAUS (SBN 161091) |
| | Kelly.Klaus@mto.com |
| 2 | L. ASHLEY AULL (SBN 257020) |
| | Ashley.Aull@mto.com |
| 3 | MUNGER, TOLLES & OLSON LLP |
| | 355 South Grand Avenue |
| 4 | Thirty-Fifth Floor |
| | Los Angeles, CA  90071-1560 |
| 5 | Telephone:     (213) 683-9100 |
| | Facsimile:      (213) 687-3702 |
| 6 | |
| 7 | Attorneys for Defendants |
| | UNIVERSAL MUSIC CORP., |
| | UNIVERSAL MUSIC PUBLISHING, INC. |
| 8 | and UNIVERSAL MUSIC PUBLISHING |
| | GROUP |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| STEPHANIE LENZ, | CASE NO.  CV-07-03783 |
|---|---|
| Plaintiff, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| vs. | Judge:     Hon. Jeremy Fogel |
| UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP, | Dept:       3 |
| Defendants. | |

NOTICE OF WITHDRAWAL OF COUNSEL (AULL)

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that L. Ashley Aull hereby withdraws as counsel in the above-captioned matter.  As of Friday, August 14, 2009, Ms. Aull will no longer be associated with Munger, Tolles & Olson, LLP.

Dated: August 12, 2009                              MUNGER, TOLLES & OLSON LLP


By:          */s/ Kelly M. Klaus*
                    KELLY M. KLAUS


Attorneys for Defendants
UNIVERSAL MUSIC CORP.,
UNIVERSAL MUSIC PUBLISHING, INC.
AND UNIVERSAL MUSIC PUBLISHING
GROUP

- 1 -    NOTICE OF WITHDRAWAL OF COUNSEL (AULL)