UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*Civil Minute Order*

Time in Court: 56m

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR: __FTR__              DATE: __8/19/09__
COURTROOM DEPUTY: __MARTHA PARKER BROWN__
                                     CASE #: __C 07-03783 JF__

CASE TITLE: __LENZ__       VS.   __UNIVERSAL MUSIC CORP., ET AL__

**Appearances for Plaintiff(s)**          **Appearances for Defendant(s)**

__MELISSA J. MIKSCH__                     __KELLY M. KLAUS__

__CORYNNE MCSHERRY__


**TODAY'S PROCEEDINGS**

{ } SETTLEMENT CONF.   { } PRETRIAL CONF.   { X } MOTIONS LISTED BELOW:

Pltf.   Deft.   Cross Mot.
{ X }   {   }   {   }   1. __TO COMPEL__
{   }   { X }   {   }   2. __TO COMPEL (2)__
{   }   {   }   {   }   3. _____
{   }   {   }   {   }   4. _____

***DISPOSITION of TODAY'S PROCEEDINGS***

[ ] SETTLED     [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING

**MOTION DISPOSITION SHOWN BELOW:**

[   ] GRANTED       [   ] DENIED        [   ] SUBMITTED        [   ] DENIED/GRANTED in part


***[ ] BRIEFS TO BE FILED AS FOLLOWS:***

{   } Cont'd to _____ @ _____ For _____

**ORDER TO BE PREPARED BY:**    [ ]PLTF;    [ ]DEFT;    [ ]COURT
Additional Comments: __MOTIONS ARE ARGUED BY COUNSEL. THE COURT WILL ISSUE A WRITTEN ORDER.__