| | |
|---|---|
| 1 | KELLY M. KLAUS (SBN 161091) |
| | Kelly.Klaus@mto.com |
| 2 | MELINDA E. LEMOINE (SBN 235670) |
| | Melinda.LeMoine@mto.com |
| 3 | MUNGER, TOLLES & OLSON LLP |
| | 355 South Grand Avenue |
| 4 | Thirty-Fifth Floor |
| | Los Angeles, CA  90071-1560 |
| 5 | Telephone:    (213) 683-9100 |
| | Facsimile:     (213) 687-3702 |
| 6 | |
| | Attorneys for Defendants |
| 7 | UNIVERSAL MUSIC CORP., |
| | UNIVERSAL MUSIC PUBLISHING, INC. |
| 8 | AND UNIVERSAL MUSIC PUBLISHING GROUP |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE LENZ, | CASE NO.  CV-07-03783 |
| Plaintiff, | NOTICE OF APPEARANCE OF COUNSEL |
| vs. | Judge:    Hon. Jeremy Fogel |
| UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP, | Dept:      3 |
| Defendant. | |

8494834.1

NOTICE OF APPEARANCE OF COUNSEL
CASE NO. CV 07-03783

1  TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

2  Please enter my appearance as counsel in this case for Defendants Universal Music Corp., Universal Music Publishing, Inc. and Universal Music Publishing Group.   I request that copies of all pleadings, papers, notices and other documents be addressed to Defendants' counsel as follows:

```
KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
MELINDA E. LEMOINE (SBN 235670)
Melinda.LeMoine@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702
```

I certify that I am admitted to practice in this Court.

DATED: August 24, 2009                    Munger, Tolles & Olson LLP
                                          KELLY M. KLAUS
                                          MELINDA E. LEMOINE


                                          By:        /s/*Melinda E. LeMoine*
                                                   MELINDA E. LEMOINE

                                          Attorneys for Defendants
                                          UNIVERSAL MUSIC CORP.,
                                          UNIVERSAL MUSIC PUBLISHING, INC.
                                          AND UNIVERSAL MUSIC PUBLISHING
                                          GROUP