\*E-Filed 8/27/09\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

STEPHANIE LENZ,

    Plaintiff,

v.

UNIVERSAL MUSIC CORP., et al.

    Defendants.

NO. C 07-3783 JF (RS)

**ORDER DENYING MOTION TO SEAL**

With her motion to compel, Lenz filed an administrative motion to permit filing under seal certain "confidential" portions of her reply that quoted communications with non-lawyer Theryn Fleming. In light of the order de-designating communications with Fleming, nothing in the quoted portions in the reply warrant sealing. Sealing of the redacted portions of Lenz's reply brief is not necessary or appropriate. Lenz shall e-file an unredacted copy of her brief.

IT IS SO ORDERED.

Dated: 8/27/09

RICHARD SEEBORG
United States Magistrate Judge

1