KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
L. ASHLEY AULL (SBN 257020)
Ashley.Aull@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendants
UNIVERSAL MUSIC CORP.,
UNIVERSAL MUSIC PUBLISHING, INC.
and UNIVERSAL MUSIC PUBLISHING
GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>Defendants. | CASE NO. CV-07-03783-JF (RS)<br><br>**[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL CONFIDENTIAL REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Date: August 19, 2009<br>Time: 9:30 a.m.<br>Judge: Hon. Richard G. Seeborg<br>Courtroom: 4 |

# [~~PROPOSED~~] ORDER GRANTING APPLICATION TO SEAL

Upon consideration of Plaintiff Stephanie Lenz's application to file the following documents under seal and the supporting Declaration of Kelly M. Klaus pursuant to L.R. 79-5(D) in support of that application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal:

(1) Confidential Reply In Support of Plaintiff's Motion to Compel Production of Documents.

IT IS SO ORDERED.

_____
The Honorable Richard Seeborg
United States Magistrate Judge

Submitted by:
MUNGER, TOLLES & OLSON LLP

Dated: August 13, 2009

By: _____*/s/ Kelly M. Klaus*_____
      KELLY M. KLAUS

Attorneys for Defendants