1
2
3
4          **\*E-Filed 8/27/09\***
5
6
7          IN THE UNITED STATES DISTRICT COURT
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9          SAN JOSE DIVISION

10  STEPHANIE LENZ,                                    NO. C 07-3783 JF (RS)

11              Plaintiff,                             **CORRECTED**
                                                       **ORDER DENYING MOTION TO**
12      v.                                             **SEAL**

13  UNIVERSAL MUSIC CORP., et al.

14              Defendants.
15  _____/

16          With its motion to compel, Universal Music Corp. filed an administrative motion to permit

17  filing under seal certain "confidential" portions of its reply that quoted Lenz's communications with

18  non-lawyer Theryn Fleming.  In light of the order de-designating communications with Fleming,

19  nothing in the quoted portions in the reply warrant sealing.  Sealing of the redacted portions of

20  Universal's reply brief is not necessary or appropriate.  Universal shall e-file an unredacted copy of

21  its brief, if it has not already done so.

22          IT IS SO ORDERED.

23

24  Dated:        8/27/09
                                                       _____
25                                                     RICHARD SEEBORG
                                                       United States Magistrate Judge
26

27

28

1