| | |
|---|---|
| 1 | ELECTRONIC FRONTIER FOUNDATION |
| | FRED VON LOHMANN #192657 |
| 2 | KURT OPSAHL #191303 |
| | CORYNNE MCSHERRY #221504 |
| 3 | 454 Shotwell Street |
| | San Francisco, CA 94110 |
| 4 | Telephone: (415) 436-9333 |
| | Facsimile: (415) 436-9993 |
| 5 | Email: fred@eff.org; kurt@eff.org |
| | corynne@eff.org |
| 6 | |
| | FOLGER LEVIN & KAHN LLP |
| 7 | MICHAEL F. KELLEHER |
| | SUZANNE ELIZABETH RODE |
| 8 | 275 Battery Street, Suite 2300 |
| | San Francisco, CA 94111 |
| 9 | Telephone: (415) 986-2800 |
| | Facsimile: (415) 986-2827 |
| 10 | Email: mkelleher@flk.com; srode@flk.com |
| 11 | KEKER & VAN NEST, LLP |
| | ASHOK RAMANI - #200020 |
| 12 | MICHAEL S. KWUN -#198945 |
| | MELISSA J. MIKSCH - #249805 |
| 13 | 710 Sansome Street |
| | San Francisco, CA 94111-1704 |
| 14 | Telephone: (415) 391-5400 |
| | Facsimile: (415) 397-7188 |
| 15 | Email: aramani@kvn.com; mkwun@kvn.com |
| | Email: mmiksch@kvn.com |
| 16 | |
| | Attorneys for Plaintiff |
| 17 | STEPHANIE LENZ |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ, | Case No. C 07-03783-JF |
| Plaintiff, | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO MODIFY CASE MANAGEMENT SCHEDULE** |
| v. | |
| UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP, | [ADMINISTRATIVE MOTION AND SUPPORTING DECLARATION FILED HEREWITH] |
| Defendants. | Judge: The Hon. Jeremy Fogel<br>Date Comp. Filed: July 24, 2007<br>Trial Date: March 19, 2010 |

**[PROPOSED] ORDER GRANTING APPLICATION TO SEAL**

**UPON CONSIDERATION** of Plaintiff's Administrative Motion to Modify the Case Management Schedule, and GOOD CAUSE BEING SHOWN,

**IT IS HEREBY ORDERED** that the Case Management Schedule be modified as follows:

a) Fact discovery cutoff: October 23, 2009 (but no further written discovery will be propounded).

b) Designation of affirmative experts: November 5, 2009.

c) Designation of rebuttal experts: December 3, 2009.

d) Expert discovery cut-off: December 18, 2009.

e) Last day to file dispositive motions: January 14, 2010.

f) Pretrial conference: March 5, 2010.

g) Trial: March 19, 2010.

Dated:                        By: _____
                                                HON. JEREMY FOGEL
                                                United States District Judge