**\*E-Filed 9/1/09\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>    Plaintiff,<br><br>  v.<br><br>UNIVERSAL MUSIC CORP.; UNIVERSAL MUSIC PUBLISHING, INC.; and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>    Defendants.<br>_____ / | Case No. 5:07-CV-3783-JF (RS)<br><br>**ORDER REQUESTING RESPONSE TO DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |

THIS MATTER is before the Court on defendants' motion for leave to file a motion for reconsideration of the Court's Order of August 25, 2009.

Pursuant to Civil Local Rule 7-9(d), plaintiff is hereby ordered to respond to defendants' motion within ten days of this Order. Plaintiff's response should be ten pages or less, and no reply brief will be permitted.

IT IS SO ORDERED.

Dated:    9/1/09

_____
RICHARD SEEBORG
United States Magistrate Judge

United States District Court
For the Northern District of California

1