ELECTRONIC FRONTIER FOUNDATION
FRED VON LOHMANN #192657
KURT OPSAHL #191303
CORYNNE MCSHERRY #221504
454 Shotwell Street
San Francisco, CA  94110
Telephone:  (415) 436-9333
Facsimile:  (415) 436-9993
Email: fred@eff.org; kurt@eff.org
         corynne@eff.org

FOLGER LEVIN & KAHN LLP
MICHAEL F. KELLEHER
SUZANNE ELIZABETH RODE
275 Battery Street, Suite 2300
San Francisco, CA  94111
Telephone:  (415) 986-2800
Facsimile:  (415) 986-2827
Email: mkelleher@flk.com; srode@flk.com

KEKER & VAN NEST LLP
ASHOK RAMANI - #200020
MICHAEL S. KWUN -#198945
MELISSA J. MIKSCH - #249805
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188
Email: aramani@kvn.com; mkwun@kvn.com
Email: mmiksch@kvn.com

Attorneys for Plaintiff

KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
MELINDA E. LEMOINE (SBN 235670)
Melinda.LeMoine@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE LENZ,<br><br>        Plaintiff,<br><br>   vs.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>        Defendants. | CASE NO.  CV-07-03783-JF<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF'S ADMINISTRATIVE MOTION TO MODIFY CASE MANAGEMENT SCHEDULE** |

1    Plaintiff Stephanie Lenz ("Plaintiff") and Defendants Universal Music Corp., Universal
2 Music Publishing, Inc. and Universal Musical Publishing Group ("Defendants"), by and through
3 their respective counsel of record, hereby declare, stipulate and notify the Court as follows:
4    WHEREAS, Plaintiff on August 31, 2009, filed an Administrative Motion pursuant to
5 Civil L.R. 7-11 to Modify the Case Management Schedule in this case; and
6    WHEREAS, pursuant to Civil Local Rule 7-11(b), Defendants' Opposition to the
7 Administrative Motion otherwise would be due on September 3, 2009; and
8    WHEREAS, counsel for Plaintiff and Defendants are in discussions concerning a
9 Stipulation and [Proposed] Order that the parties expect will moot Plaintiff's Administrative
10 Motion and will render it unnecessary for the Court to resolve the motion;
11   ACCORDINGLY, THE PARTIES STIPULATE AS FOLLOWS:
12   [1]   Plaintiff's Administrative Motion, Universal's time for filing a response thereto
13 under Civil Local Rule 7-11(b), and the submission of the same pursuant to Civil Local Rule 7-
14 11(b) shall be held in abeyance until Friday, September 11, 2009;

[2]    If the parties submit a stipulation resolving the matters at issue in the Administrative Motion on or before September 11, 2009, the Administrative Motion shall be deemed withdrawn as moot.

DATED: September 3, 2009                          KEKER & VAN NEST LLP

                                                  By:    */s/ Melissa J. Miksch\**
                                                         MELISSA J. MIKSCH

                                                  Attorneys for Plaintiff

DATED: September 3, 2009                          MUNGER, TOLLES & OLSON LLP

                                                  By:    */s/ Kelly M. Klaus*
                                                         KELLY M. KLAUS

                                                  Attorneys for Defendants

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:

                                                  _____
                                                  HON. JEREMY FOGEL
                                                  UNITED STATES DISTRICT JUDGE

_____
* Electronically signed by Defendants' counsel with concurrence of Plaintiff's counsel. N.D. Cal. G.O. 45 ¶ X.B.

8741263.1                          - 2 -                    STIPULATION RE PLTF'S ADMIN. MOT.
                                                             CASE NO. CV 07-03783-JF