ELECTRONIC FRONTIER FOUNDATION
FRED VON LOHMANN #192657
KURT OPSAHL #191303
CORYNNE MCSHERRY #221504
454 Shotwell Street
San Francisco, CA  94110
Telephone:    (415) 436-9333
Facsimile:    (415) 436-9993
Email: fred@eff.org; kurt@eff.org
       corynne@eff.org

FOLGER LEVIN & KAHN LLP
MICHAEL F. KELLEHER
SUZANNE ELIZABETH RODE
275 Battery Street, Suite 2300
San Francisco, CA  94111
Telephone:    (415) 986-2800
Facsimile:    (415) 986-2827
Email: mkelleher@flk.com; srode@flk.com

KEKER & VAN NEST LLP
ASHOK RAMANI - #200020
MICHAEL S. KWUN -#198945
MELISSA J. MIKSCH - #249805
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188
Email: aramani@kvn.com; mkwun@kvn.com
Email: mmiksch@kvn.com

Attorneys for Plaintiff

KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
MELINDA E. LEMOINE (SBN 235670)
Melinda.LeMoine@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE LENZ,<br><br>                Plaintiff,<br><br>      vs.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>                Defendants. | CASE NO.  CV-07-03783-JF<br><br>**JOINT REPORT REGARDING SECTION II.C.5 OF THE COURT'S AUGUST 25, 2009 ORDER**<br><br>Hon. Richard Seeborg |

1   Pursuant to Section II.C.5 of the Court's August 25, 2009 Order (Doc. No. 150)
2   ("Order"), Plaintiff Stephanie Lenz ("Plaintiff" or "Lenz") and Defendants Universal Music
3   Corp., Universal Music Publishing, Inc. and Universal Musical Publishing Group ("Defendants"
4   or "Universal") respectfully submit this Joint Report regarding their meet-and-confer discussions
5   concerning that Section of the Court's Order.

6   Pursuant to Section II.C.5, Universal supplemented its privilege and redaction logs and
7   served the same on Plaintiff's counsel on September 1, 2009.  Plaintiff's counsel reviewed the
8   revised logs, and the parties have met and conferred in good faith regarding their disagreements
9   concerning the logs as of September 8, 2009.

10  The parties' meet-and-confer discussions have revealed that the parties have different
11  positions regarding the scope of the privilege and whether Universal's revised logs are sufficient.
12  Without waiving any of their rights regarding their respective positions, the parties agree that it
13  may be premature at this juncture for the parties to argue whether this Court should take further
14  action concerning the issues addressed in Section II.C.5 of the Order.  Universal has informed
15  Plaintiff that it will be filing tomorrow, September 9, an Objection to Section II.C.4 of the Order,
16  which concerns this Court's privilege and relevance rulings concerning communications between
17  Universal and Prince.[1]  Although that Objection does not deal directly with the subject of internal
18  Universal communications, it is possible that the Court's review of that Objection may result in
19  further rulings or guidance that could affect the parties' current disagreements regarding Section
20  II.C.5 of the Order.  The parties have agreed to defer several other discovery matters between
21  them pending the resolution of the Objection, and also this Court's resolution of Universal's
22  pending Motion for Leave to Seek Reconsideration regarding part of Section II.C.1 of the Order.[2]
23  The parties believe that it would be prudent, and would serve the interests of judicial economy,

---

[1] September 9 is 10 days following the entry and service of the Order, per the provisions of Fed. R. Civ. P. 6(a).

[2] In accordance with this agreement, the parties plan to file this week with Judge Fogel a stipulation and proposed order staying Section II.C.4. of this Court's order and modifying the case management schedule.  The parties' proposed modifications include a specification that no further written discovery will be propounded or depositions noticed, and that the parties will propose a schedule for deadlines after rulings on Universal's Objection and pending Motion that will parallel the time periods set forth in the current schedule.

450433.01 — - 1 - — JOINT REPORT
CASE NO. CV 07-03783-JF (RS)

for them to defer their final meet-and-confer discussions and any request for further action by this Court concerning Section II.C.5 pending the resolution of Universal's Objection.

For these reasons, the parties jointly request that the Court defer any further action regarding Section II.C.5 of the Order. The parties agree that, within one week of the Court's resolution of the Objection concerning Section II.C.4, the parties will meet and confer further to discuss whether either or both believe it would be appropriate for this Court to take further action regarding Section II.C.5 of the Order, and if so, what such action would be. The parties agree that, within two weeks from the date of the Court's resolution of the Objection concerning Section II.C.4, the parties will file with this Court a Joint Report setting forth their positions regarding Section II.C.5 of the Order.

DATED: September 8, 2009                KEKER & VAN NEST LLP

                                        By:  */s/ Melissa J. Miksch*
                                             MELISSA J. MIKSCH

                                        Attorneys for Plaintiff

DATED: September 8, 2009                MUNGER, TOLLES & OLSON LLP

                                        By:  */s/ Kelly M. Klaus*[*]
                                             KELLY M. KLAUS

                                        Attorneys for Defendants

---

[*] Electronically signed by Plaintiff's counsel with concurrence of Defendants' counsel. N.D. Cal. G.O. 45 ¶ X.B.