**E-Filed 9/9/2009**

ELECTRONIC FRONTIER FOUNDATION
FRED VON LOHMANN #192657
KURT OPSAHL #191303
CORYNNE MCSHERRY #221504
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993
Email: fred@eff.org; kurt@eff.org
       corynne@eff.org

FOLGER LEVIN & KAHN LLP
MICHAEL F. KELLEHER
SUZANNE ELIZABETH RODE
275 Battery Street, Suite 2300
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827
Email: mkelleher@flk.com; srode@flk.com

KEKER & VAN NEST LLP
ASHOK RAMANI - #200020
MICHAEL S. KWUN -#198945
MELISSA J. MIKSCH - #249805
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
Email: aramani@kvn.com; mkwun@kvn.com
Email: mmiksch@kvn.com

Attorneys for Plaintiff

KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
MELINDA E. LEMOINE (SBN 235670)
Melinda.LeMoine@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE LENZ,<br><br>        Plaintiff,<br><br>    vs.<br><br>UNIVERSAL MUSIC CORP.,<br>UNIVERSAL MUSIC PUBLISHING, INC. and<br>UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>        Defendants. | CASE NO. CV-07-03783-JF<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF'S ADMINISTRATIVE MOTION TO MODIFY CASE MANAGEMENT SCHEDULE** |

1   Plaintiff Stephanie Lenz ("Plaintiff") and Defendants Universal Music Corp., Universal Music Publishing, Inc. and Universal Musical Publishing Group ("Defendants"), by and through their respective counsel of record, hereby declare, stipulate and notify the Court as follows:

WHEREAS, Plaintiff on August 31, 2009, filed an Administrative Motion pursuant to Civil L.R. 7-11 to Modify the Case Management Schedule in this case; and

WHEREAS, pursuant to Civil Local Rule 7-11(b), Defendants' Opposition to the Administrative Motion otherwise would be due on September 3, 2009; and

WHEREAS, counsel for Plaintiff and Defendants are in discussions concerning a Stipulation and [Proposed] Order that the parties expect will moot Plaintiff's Administrative Motion and will render it unnecessary for the Court to resolve the motion;

ACCORDINGLY, THE PARTIES STIPULATE AS FOLLOWS:

[1]   Plaintiff's Administrative Motion, Universal's time for filing a response thereto under Civil Local Rule 7-11(b), and the submission of the same pursuant to Civil Local Rule 7-11(b) shall be held in abeyance until Friday, September 11, 2009;

8741263.1   - 1 -   STIPULATION RE PLTF'S ADMIN. MOT.
CASE NO. CV 07-03783-JF

1  [2] If the parties submit a stipulation resolving the matters at issue in the
2  Administrative Motion on or before September 11, 2009, the Administrative Motion shall be
3  deemed withdrawn as moot.

4  DATED: September 3, 2009                    KEKER & VAN NEST LLP

                                               By:   */s/ Melissa J. Miksch\**
                                                     MELISSA J. MIKSCH

                                               Attorneys for Plaintiff

   DATED: September 3, 2009                    MUNGER, TOLLES & OLSON LLP

                                               By:   */s/ Kelly M. Klaus*
                                                     KELLY M. KLAUS

                                               Attorneys for Defendants

                                    ORDER

              PURSUANT TO STIPULATION, IT IS SO ORDERED.

   DATED: 9/8/2009
                                               _____
                                               HON. JEREMY FOGEL
                                               UNITED STATES DISTRICT JUDGE

   _____
   * Electronically signed by Defendants' counsel with concurrence of Plaintiff's counsel. N.D. Cal. G.O. 45 ¶ X.B.