| | |
|---|---|
| 1 | KELLY M. KLAUS (SBN 161091) |
|   | Kelly.Klaus@mto.com |
| 2 | MELINDA E. LEMOINE (SBN 235670) |
|   | Melinda.LeMoine@mto.com |
| 3 | MUNGER, TOLLES & OLSON LLP |
|   | 355 South Grand Avenue |
| 4 | Thirty-Fifth Floor |
|   | Los Angeles, CA  90071-1560 |
| 5 | Telephone:     (213) 683-9100 |
|   | Facsimile:      (213) 687-3702 |
| 6 | |
| 7 | Attorneys for Defendants |
|   | UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC |
|   | PUBLISHING, INC. and UNIVERSAL MUSIC |
| 8 | PUBLISHING GROUP |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ, | CASE NO.  C 07-03783 JF (RS) |
| Plaintiff, | **NOTICE OF MANUAL FILING** |
| vs. | |
| UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP, | Judge:  Honorable Jeremy Fogel |
| Defendants. | |

8762027.1

NOTICE OF MANUAL FILING
CASE NO. CV-07-03783

**NOTICE OF MANUAL FILING**

Regarding:

(1) Confidential Objection to Magistrate Judge Seeborg's August 25, 2009 Order Granting Motion to Compel Production of Universal-Prince Communications as to Which Universal Asserts Privilege; Memorandum of Points and Authorities in Support Thereof;

(2) Confidential Declaration of Kelly Klaus In Support of Objection, and Exhibits thereto.

The foregoing documents are being filed under seal in paper form only and are being maintained in the case file in the Clerk's office. If you are a party in one or more of the above-captioned actions, these materials will be served on you shortly. For information on retrieving this filing directly from the Court, please see the Court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

The manual filings are necessary because the documents are filed under seal.

Dated: September 9, 2009                     MUNGER, TOLLES & OLSON LLP


By:       */s/ Kelly M. Klaus*
                KELLY M. KLAUS

Attorneys for Defendants

8762027.1

- 1 -

NOTICE OF MANUAL FILING
CASE NO. CV-07-03783