KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
MELINDA E. LEMOINE (SBN 235670)
Melinda.LeMoine@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

Attorneys for Defendants
UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>             Plaintiff,<br><br>      vs.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>             Defendants. | CASE NO.  C 07-03783 JF (RS)<br><br>**DECLARATION OF KELLY M. KLAUS PURSUANT TO LOCAL RULE 79-5(C)(1) IN SUPPORT OF APPLICATION TO FILE UNDER SEAL CONFIDENTIAL OBJECTION TO MAGISTRATE JUDGE'S ORDER, CONFIDENTIAL SUPPORTING DECLARATION AND EXHIBITS**<br><br>Judge:  Honorable Jeremy Fogel |

1  I, Kelly M. Klaus, declare:

2      1.    I am a partner in the law firm of Munger, Tolles & Olson LLP, counsel of record
3  for Defendants Universal Music Corp., Universal Music Publishing, Inc., and Universal Music
4  Publishing Group ("Defendants" or "Universal").  I make this Declaration based upon my own
5  personal knowledge, and if called upon to do so, I could and would testify competently to the
6  matters stated herein.

7      2.    In accordance with Local Rule 79-5(c)(1), I make this Declaration in support of
8  Defendants' Application to File Under Seal [1] Confidential Objection to Magistrate Judge
9  Seeborg's August 25, 2009 Order Granting Motion to Compel Production of Universal-Prince
10 Communications as to Which Universal Asserts Privilege, and [2] Confidential Supporting
11 Declaration and Exhibits.  The confidential material at issue in the Application, and addressed
12 herein, has been produced by Universal in discovery and designated as "Confidential" or "Highly
13 Confidential" under the Protective Order entered in this litigation (Doc. No. 73).

14     3.    Highly Confidential Exhibit B contains provisions from the September 1, 2005
15 Administration Agreement between Prince and Universal Music Corp.  I believe there is good
16 cause to seal this document because the terms of this agreement reflect highly confidential trade
17 secrets of the parties thereto (including Prince, who is not a party to this action) that are not
18 publicly known, that are treated as confidential by the parties thereto and that could cause
19 competitive harm if publicly disclosed.

20     4.    Confidential Exhibits D and contains, respectively, copies of Universal's original
21 and revised privilege and reaction logs.  I believe there is good cause to seal these Exhibits
22 because they disclose the names, roles and activities of Universal representatives related to anti-
23 piracy activities that in the ordinary course of business are not publicly disclosed.

8762131.1

- 1 -

KLAUS DECL. ISO APP. TO SEAL
CASE NO. CV-07-03783

5. The portions of the Public Version of the Objection to Magistrate Judge Seeborg's August 25, 2009 Order Granting Motion to Compel Production of Universal-Prince Communications as to Which Universal Asserts Privilege that are redacted either quote from or reflect the substance of the aforementioned Highly Confidential and Confidential Exhibits.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed this 9th day of September, 2009, at Los Angeles, California.

By: */s/ Kelly M. Klaus*
KELLY M. KLAUS

Attorneys for Defendants