| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION<br>FRED VON LOHMANN #192657<br>KURT OPSAHL #191303<br>CORYNNE MCSHERRY #221504<br>454 Shotwell Street<br>San Francisco, CA 94110<br>Telephone: (415) 436-9333<br>Facsimile: (415) 436-9993<br>Email: fred@eff.org; kurt@eff.org<br>       corynne@eff.org | KELLY M. KLAUS (SBN 161091)<br>Kelly.Klaus@mto.com<br>MELINDA E. LEMOINE (SBN 235670)<br>Melinda.LeMoine@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue<br>Thirty-Fifth Floor<br>Los Angeles, CA 90071-1560<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702 |
| FOLGER LEVIN & KAHN LLP<br>MICHAEL F. KELLEHER<br>SUZANNE ELIZABETH RODE<br>275 Battery Street, Suite 2300<br>San Francisco, CA 94111<br>Telephone: (415) 986-2800<br>Facsimile: (415) 986-2827<br>Email: mkelleher@flk.com; srode@flk.com | Attorneys for Defendants |
| KEKER & VAN NEST LLP<br>ASHOK RAMANI - #200020<br>MICHAEL S. KWUN -#198945<br>MELISSA J. MIKSCH - #249805<br>710 Sansome Street<br>San Francisco, CA 94111-1704<br>Telephone: (415) 391-5400<br>Facsimile: (415) 397-7188<br>Email: aramani@kvn.com; mkwun@kvn.com<br>Email: mmiksch@kvn.com | |
| Attorneys for Plaintiff | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>               Plaintiff,<br><br>     v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>               Defendants. | Case No. C 07-03783-JF<br><br>**STIPULATION AND [PROPOSED] ORDER RE [1] STAYING PART C.4 OF MAGISTRATE JUDGE SEEBORG'S AUGUST 25, 2009 ORDER, [2] DISCOVERY MATTERS, AND [3] MODIFYING THE CASE MANAGEMENT SCHEDULE**<br><br>Judge:   The Hon. Jeremy Fogel |

JOINT STIPULATION AND [PROPOSED] ORDER RE [1] STAYING PART C.4 OF MAGISTRATE JUDGE SEEBORG'S AUGUST 25, 2009 ORDER, [2] DISCOVERY MATTERS, AND [3] MODIFYING THE CASE MANAGEMENT SCHEDULE
CASE NO. C 07-03783-JF

450354.03

1    Plaintiff Stephanie Lenz ("Plaintiff") and Defendants Universal Music Corp., Universal
2 Music Publishing, Inc. and Universal Musical Publishing Group ("Defendants"), by and through
3 their respective counsel of record, hereby declare and stipulate as follows:

4    WHEREAS, on July 11, 2009, this Court adopted the following Case Management
5 Schedule:

6       a)  Fact discovery cutoff: September 24, 2009
7       b)  Designation of affirmative experts: October 15, 2009.
8       c)  Designation of rebuttal experts: November 16, 2009.
9       d)  Expert discovery cut-off: December 15, 2009.
10      e)  Last day to file dispositive motions: January 14, 2010.
11      f)  Pretrial conference: March 5, 2010.
12      g)  Trial: March 19, 2010;

13   WHEREAS Magistrate Judge Seeborg entered an order on August 25, 2009 (the
14 "Order"), ordering each party to produce additional documents within 20 days of the Order (i.e.
15 September 14, 2009);

16   WHEREAS Defendants on August 28, 2009 filed a motion before Magistrate Judge
17 Seeborg for leave to file a motion for reconsideration of the portion of the Order requiring them
18 to add Raul Gonzalez as an additional custodian for purposes of its document production (the
19 "Motion for Leave"), and Magistrate Judge Seeborg on September 1, 2009 ordered that Plaintiff
20 file a response to the Motion for Leave;

21   WHEREAS Defendants on September 9, 2009 filed before Judge Fogel objections to the
22 portion of the Order (Section II.C.4) that overruled their assertion of privilege over certain
23 communications between Defendants and Prince (the "Objections");

24   WHEREAS Plaintiff expects that the documents that are the subject of the Motion for
25 Leave and the Objections would, if produced, affect her preparation for the taking of the
26 depositions of Defendants' witnesses;

27   WHEREAS the parties have met and conferred about discovery scheduling in light of the
28

1

JOINT STIPULATION AND [PROPOSED] ORDER RE [1] STAYING PART C.4 OF MAGISTRATE JUDGE SEEBORG'S AUGUST 25, 2009 ORDER, [2] DISCOVERY MATTERS, AND [3] MODIFYING THE CASE MANAGEMENT SCHEDULE
CASE NO. C 07-03783-JF

450354.03

1  Order, the Motion for Leave, and the anticipated Objections;

2  WHEREAS, pursuant to Civil Local Rule 6-2(a)(1), the parties state that the time

3  modifications set forth below are requested for the following reason:

4  The parties have agreed to stipulate to modification of the Case Management Schedule

5  (as set forth below), in order to minimize the possible need to take depositions multiple times,

6  and/or to litigate over whether it is appropriate to re-open depositions;

7  WHEREAS, pursuant to Civil Local Rule 6-2(a)(2), the parties disclose that there have

8  been seven previous stipulated time modifications in this case (August 20, 2007 [Docket No. 8],

9  October 11, 2007 [Docket No. 19], November 16, 2007 [Docket No. 26], April 30, 2008 [Docket

10 No. 35], August 29, 2008 [Docket No. 46], April 15, 2009 [Docket No. 63], and September 3,

11 2009 [Docket No. 164]).  These modifications related to the briefing schedules and hearing dates

12 for the prior Motions to Dismiss and Motion to Certify, the briefing schedule for Plaintiff's

13 Motion for a Protective Order, the date for the July 18, 2008 Case Management Conference, and

14 the briefing schedule for Plaintiff's Administrative Motion to Modify the Case Management

15 Schedule; and

16 WHEREAS, pursuant to Civil Local Rule 6-2(a)(3), the parties state that the requested

17 time modifications herein may, depending on the timing of additional events, require

18 rescheduling of the trial date as well as several pre-trial deadlines;

19 **ACCORDINGLY, THE PARTIES STIPULATE AS FOLLOWS:**

20 (1) Section II.C.4 of Magistrate Judge Seeborg's August 25, 2009 Order is STAYED.  If

21 Judge Fogel vacates Section II.C.4 of that Order, the stay will terminate as moot.  Otherwise, the

22 stay will terminate at the latest of the following dates:

23     a) Twenty days after the deemed denial of the Objections pursuant to Local Rule

24        72-2;

25     b) Twenty days after an order denying all or part of the Objections; or

26     c) If the Court denies all or part of the Objections, such period longer than twenty

27        days that the Court may grant upon Universal's request (Plaintiff reserves the

28

2

JOINT STIPULATION AND [PROPOSED] ORDER RE [1] STAYING PART C.4 OF MAGISTRATE JUDGE
SEEBORG'S AUGUST 25, 2009 ORDER, [2] DISCOVERY MATTERS, AND [3] MODIFYING THE CASE
MANAGEMENT SCHEDULE
CASE NO. C 07-03783-JF

450354.03

right to object to a longer period)..

(2) The current Case Management Schedule is VACATED.  Upon resolution of the Motion for Leave and the anticipated Objections, the parties will meet and confer and submit a joint statement seeking entry of a new Case Management Schedule.  The parties now stipulate, and the new Case Management Schedule shall provide, that:

a) No further written fact discovery beyond that propounded prior to September 3, 2009 will be propounded, and absent leave of court, no fact depositions that were not noticed prior to September 3, 2009 will be taken;

b) A party may move for leave to take additional depositions, and the agreement in (a) shall not preclude a party from making such a motion; and

c) Insofar as is practical, the deadlines in the new case management schedule for deadlines after the close of fact discovery will roughly parallel the current schedule in terms of days allowed for each task.

(3) Plaintiff's pending Administrative Motion, filed August 31, 2009 (Doc. No. 160) is withdrawn as moot.

(4) The parties shall produce those documents that are subject to Magistrate Judge Seeborg's August 25, 2009 Order, and that are not the subject of Defendants' pending Motion for Leave or Defendants' Objections, by hand delivery or electronic transmission by noon on September 14, 2009.

(5) The deposition of Plaintiff Stephanie Lenz shall proceed, as noticed, on September 16, 2009, at 9:00 a.m., at the San Francisco office of Defendants' counsel.

3

JOINT STIPULATION AND [PROPOSED] ORDER RE [1] STAYING PART C.4 OF MAGISTRATE JUDGE SEEBORG'S AUGUST 25, 2009 ORDER, [2] DISCOVERY MATTERS, AND [3] MODIFYING THE CASE MANAGEMENT SCHEDULE
CASE NO. C 07-03783-JF

450354.03

**IT IS SO STIPULATED.**

Dated: September 10, 2009                              KEKER & VAN NEST LLP

By: _____/s/ Melissa J. Miksch_____
MELISSA J. MIKSCH
Attorneys for Plaintiff
STEPHANIE LENZ

Dated: September 10, 2009                              MUNGER, TOLLES & OLSON LLP

By: _____/s/ Kelly M. Klaus*_____
KELLY M. KLAUS
Attorneys for Defendants
UNIVERSAL MUSIC CORP.,
UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:                                                    By: _____
HON. JEREMY FOGEL
United States District Judge

---

* Electronically signed by Plaintiff's counsel with the concurrence of Defendants' counsel. N.D. Cal. G.O. 45 ¶ X.B.

4

JOINT STIPULATION AND [PROPOSED] ORDER RE [1] STAYING PART C.4 OF MAGISTRATE JUDGE SEEBORG'S AUGUST 25, 2009 ORDER, [2] DISCOVERY MATTERS, AND [3] MODIFYING THE CASE MANAGEMENT SCHEDULE
CASE NO. C 07-03783-JF

450354.03