ELECTRONIC FRONTIER FOUNDATION
FRED VON LOHMANN #192657
KURT OPSAHL #191303
CORYNNE MCSHERRY #221504
454 Shotwell Street
San Francisco, CA  94110
Telephone:    (415) 436-9333
Facsimile:     (415) 436-9993
Email: fred@eff.org; kurt@eff.org
        corynne@eff.org

FOLGER LEVIN & KAHN LLP
MICHAEL F. KELLEHER
SUZANNE ELIZABETH RODE
275 Battery Street, Suite 2300
San Francisco, CA  94111
Telephone:    (415) 986-2800
Facsimile:     (415) 986-2827
Email: mkelleher@flk.com; srode@flk.com

KEKER & VAN NEST LLP
ASHOK RAMANI - #200020
MICHAEL S. KWUN -#198945
MELISSA J. MIKSCH - #249805
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:    (415) 391-5400
Facsimile:     (415) 397-7188
Email: aramani@kvn.com; mkwun@kvn.com
Email: mmiksch@kvn.com

Attorneys for Plaintiff
STEPHANIE LENZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>　　　　　　　　　Defendants. | Case No. C 07-03783-JF<br><br>**DECLARATION OF MICHAEL S. KWUN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE AND MOTION FOR RECONSIDERATION REGARDING PORTION OF AUGUST 25, 2009 ORDER**<br><br>Date:　　N/A<br>Time:　　N/A<br>Judge:　　Hon. Richard G. Seeborg<br><br>**[OPPOSITION AND DECL. OF MELISSA J. MIKSCH FILED HEREWITH]** |

450527.01

DECLARATION OF MICHAEL S. KWUN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS'
MOTION FOR LEAVE AND MOTION FOR RECONSIDERATION
CASE NO. C 07-03783-JF

I, MICHAEL S. KWUN, declare and state:

1. I am an attorney licensed to practice law in the State of California and am of counsel with Keker & Van Nest LLP, attorneys for plaintiff Stephanie Lenz ("Lenz") in the above-captioned action.

2. I have knowledge of the facts set forth herein, and if called upon as a witness thereto, I could do so competently under oath.

3. I make this Declaration in Support of Plaintiff's Opposition to Universal's Motion for Leave to File Motion for Reconsideration Regarding Portion of August 25, 2009 Order.

4. Ms. Lenz's Interrogatory No. 12, served on December 5, 2008, asked Universal to "[d]escribe in detail the procedure YOU undertook that led to the sending of the JUNE 4 NOCI, including but not limited to all facts considered, all PERSONS involved, any steps taken to determine whether the [LENZ VIDEO] is a fair use, and the identity of any PERSON who reviewed the [LENZ] VIDEO prior to the sending of the JUNE 4 NOCI." In Universal's Response, served on January 27, 2009, Universal stated that "[f]ollowing his review, Mr. Johnson provided the link to the posting, along with others, to the attorney responsible for sending notifications of unauthorized uses to YouTube. That attorney was not at work on the day the June 4, 2001 notification was sent to YouTube." During the course of our meet and confer process, Kelly Klaus, Universal's lead counsel, informed me that Raul Gonzalez was the attorney referenced in that sentence.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on September 11, 2009, in San Francisco, California.

                                                 /s/ Michael S. Kwun[1]
                                                 MICHAEL S. KWUN

---

[1] Electronically signed by Melissa J. Miksch, counsel for Plaintiff, with the concurrence of Michael S. Kwun. N.D. Cal. G.O. 45 ¶ X.B.

1
DECLARATION OF MICHAEL S. KWUN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE AND MOTION FOR RECONSIDERATION
CASE NO. C 07-03783-JF

450527.01