ELECTRONIC FRONTIER FOUNDATION
FRED VON LOHMANN #192657
KURT OPSAHL #191303
CORYNNE MCSHERRY #221504
454 Shotwell Street
San Francisco, CA  94110
Telephone:    (415) 436-9333
Facsimile:     (415) 436-9993
Email: fred@eff.org; kurt@eff.org
         corynne@eff.org

FOLGER LEVIN & KAHN LLP
MICHAEL F. KELLEHER
SUZANNE ELIZABETH RODE
275 Battery Street, Suite 2300
San Francisco, CA  94111
Telephone:    (415) 986-2800
Facsimile:     (415) 986-2827
Email: mkelleher@flk.com; srode@flk.com

KEKER & VAN NEST LLP
ASHOK RAMANI - #200020
MICHAEL S. KWUN -#198945
MELISSA J. MIKSCH - #249805
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:    (415) 391-5400
Facsimile:     (415) 397-7188
Email: aramani@kvn.com; mkwun@kvn.com
Email: mmiksch@kvn.com

Attorneys for Plaintiff

KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
MELINDA E. LEMOINE (SBN 235670)
Melinda.LeMoine@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:    (213) 683-9100
Facsimile:     (213) 687-3702

Attorneys for Defendants

**E-Filed 9/14/2009**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>                              Plaintiff,<br><br>        v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>                              Defendants. | Case No. C 07-03783-JF<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE [1] STAYING PART C.4 OF MAGISTRATE JUDGE SEEBORG'S AUGUST 25, 2009 ORDER, [2] DISCOVERY MATTERS, AND [3] MODIFYING THE CASE MANAGEMENT SCHEDULE**<br><br>Judge:      The Hon. Jeremy Fogel |

1    Plaintiff Stephanie Lenz ("Plaintiff") and Defendants Universal Music Corp., Universal

2   Music Publishing, Inc. and Universal Musical Publishing Group ("Defendants"), by and through

3   their respective counsel of record, hereby declare and stipulate as follows:

4    WHEREAS, on July 11, 2009, this Court adopted the following Case Management

5   Schedule:

6        a) Fact discovery cutoff: September 24, 2009

7        b) Designation of affirmative experts: October 15, 2009.

8        c) Designation of rebuttal experts: November 16, 2009.

9        d) Expert discovery cut-off: December 15, 2009.

10        e) Last day to file dispositive motions: January 14, 2010.

11        f) Pretrial conference: March 5, 2010.

12        g) Trial: March 19, 2010;

13    WHEREAS Magistrate Judge Seeborg entered an order on August 25, 2009 (the

14   "Order"), ordering each party to produce additional documents within 20 days of the Order (i.e.

15   September 14, 2009);

16    WHEREAS Defendants on August 28, 2009 filed a motion before Magistrate Judge

17   Seeborg for leave to file a motion for reconsideration of the portion of the Order requiring them

18   to add Raul Gonzalez as an additional custodian for purposes of its document production (the

19   "Motion for Leave"), and Magistrate Judge Seeborg on September 1, 2009 ordered that Plaintiff

20   file a response to the Motion for Leave;

21    WHEREAS Defendants on September 9, 2009 filed before Judge Fogel objections to the

22   portion of the Order (Section II.C.4) that overruled their assertion of privilege over certain

23   communications between Defendants and Prince (the "Objections");

24    WHEREAS Plaintiff expects that the documents that are the subject of the Motion for

25   Leave and the Objections would, if produced, affect her preparation for the taking of the

26   depositions of Defendants' witnesses;

27    WHEREAS the parties have met and conferred about discovery scheduling in light of the

28

1

450354.03

Order, the Motion for Leave, and the anticipated Objections;

WHEREAS, pursuant to Civil Local Rule 6-2(a)(1), the parties state that the time modifications set forth below are requested for the following reason:

The parties have agreed to stipulate to modification of the Case Management Schedule (as set forth below), in order to minimize the possible need to take depositions multiple times, and/or to litigate over whether it is appropriate to re-open depositions;

WHEREAS, pursuant to Civil Local Rule 6-2(a)(2), the parties disclose that there have been seven previous stipulated time modifications in this case (August 20, 2007 [Docket No. 8], October 11, 2007 [Docket No. 19], November 16, 2007 [Docket No. 26], April 30, 2008 [Docket No. 35], August 29, 2008 [Docket No. 46], April 15, 2009 [Docket No. 63], and September 3, 2009 [Docket No. 164]).  These modifications related to the briefing schedules and hearing dates for the prior Motions to Dismiss and Motion to Certify, the briefing schedule for Plaintiff's Motion for a Protective Order, the date for the July 18, 2008 Case Management Conference, and the briefing schedule for Plaintiff's Administrative Motion to Modify the Case Management Schedule; and

WHEREAS, pursuant to Civil Local Rule 6-2(a)(3), the parties state that the requested time modifications herein may, depending on the timing of additional events, require rescheduling of the trial date as well as several pre-trial deadlines;

**ACCORDINGLY, THE PARTIES STIPULATE AS FOLLOWS:**

(1) Section II.C.4 of Magistrate Judge Seeborg's August 25, 2009 Order is STAYED.  If Judge Fogel vacates Section II.C.4 of that Order, the stay will terminate as moot.  Otherwise, the stay will terminate at the latest of the following dates:

    a)  Twenty days after the deemed denial of the Objections pursuant to Local Rule 72-2;

    b)  Twenty days after an order denying all or part of the Objections; or

    c)  If the Court denies all or part of the Objections, such period longer than twenty days that the Court may grant upon Universal's request (Plaintiff reserves the

2

450354.03

1    right to object to a longer period)..

2        (2)  The current Case Management Schedule is VACATED.  Upon resolution of the

3    Motion for Leave and the anticipated Objections, the parties will meet and confer and submit a

4    joint statement seeking entry of a new Case Management Schedule.  The parties now stipulate,

5    and the new Case Management Schedule shall provide, that:

6        a)  No further written fact discovery beyond that propounded prior to September 3,

7            2009 will be propounded, and absent leave of court, no fact depositions that were

8            not noticed prior to September 3, 2009 will be taken;

9        b)  A party may move for leave to take additional depositions, and the agreement in

10           (a) shall not preclude a party from making such a motion; and

11       c)  Insofar as is practical, the deadlines in the new case management schedule for

12           deadlines after the close of fact discovery will roughly parallel the current

13           schedule in terms of days allowed for each task.

14       (3)  Plaintiff's pending Administrative Motion, filed August 31, 2009 (Doc. No. 160) is

15   withdrawn as moot.

16       (4)  The parties shall produce those documents that are subject to Magistrate Judge

17   Seeborg's August 25, 2009 Order, and that are not the subject of Defendants' pending Motion

18   for Leave or Defendants' Objections, by hand delivery or electronic transmission by noon on

19   September 14, 2009.

20       (5)  The deposition of Plaintiff Stephanie Lenz shall proceed, as noticed, on September

21   16, 2009, at 9:00 a.m., at the San Francisco office of Defendants' counsel.

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER RE [1] STAYING PART C.4 OF MAGISTRATE JUDGE
SEEBORG'S AUGUST 25, 2009 ORDER, [2] DISCOVERY MATTERS, AND [3] MODIFYING THE CASE
MANAGEMENT SCHEDULE
CASE NO. C 07-03783-JF

450354.03

1    IT IS SO STIPULATED.

2

3    Dated:  September 10, 2009                    KEKER & VAN NEST LLP

4

5

6                                                 By: _____/s/ Melissa J. Miksch_____
                                                  MELISSA J. MIKSCH
7                                                 Attorneys for Plaintiff
                                                  STEPHANIE LENZ

8    Dated:  September 10, 2009                    MUNGER, TOLLES & OLSON LLP

9

10

11                                                By: _____/s/ Kelly M. Klaus*_____
                                                  KELLY M. KLAUS
12                                                Attorneys for Defendants
                                                  UNIVERSAL MUSIC CORP.,
13                                                UNIVERSAL MUSIC PUBLISHING,
                                                  INC. and UNIVERSAL MUSIC
14                                                PUBLISHING GROUP

15           PURSUANT TO STIPULATION, IT IS SO ORDERED.

16

17   Dated: 9/14/2009                             By: _____
                                                  HON. JEREMY FOGEL
18                                                United States District Judge

19

20

21

22

23

24

25

26

27   * Electronically signed by Plaintiff's counsel with the concurrence of Defendants' counsel. N.D.
     Cal. G.O. 45 ¶ X.B.

28                                           4
     JOINT STIPULATION AND [PROPOSED] ORDER RE [1] STAYING PART C.4 OF MAGISTRATE JUDGE
     SEEBORG'S AUGUST 25, 2009 ORDER, [2] DISCOVERY MATTERS, AND [3] MODIFYING THE CASE
                                   MANAGEMENT SCHEDULE
                               CASE NO. C 07-03783-JF

450354.03