UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*Civil Minute Order*

Time in Court:   20 min

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR: NOT REPORTED
COURTROOM DEPUTY: MARTHA PARKER BROWN

DATE:   9/14/09
CASE #:   C 07-03783JF

CASE TITLE:   STEPHANIE LENZ   VS.   UNIVERSAL MUSIC GROUP, INC., ET AL

**Appearances for Plaintiff(s)**

MELISSA J. MIKSCH

**Appearances for Defendant(s)**

KELLY M. KLAUS

**TODAY'S PROCEEDINGS**

{ } SETTLEMENT CONF.   {X} TELEPHONIC DISCOVERY CONF.   { } MOTIONS LISTED BELOW:

| Pltf. | Deft. | Cross Mot. | |
|---|---|---|---|
| { } | { } | { } | 1. |
| { } | { } | { } | 2. |
| { } | { } | { } | 3. |
| { } | { } | { } | 4. |

***DISPOSITION of TODAY'S PROCEEDINGS***

**[ ] SETTLED     [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[   ] GRANTED      [   ] DENIED      [   ] SUBMITTED      [   ] DENIED/GRANTED in part

***[  ] BRIEFS TO BE FILED AS FOLLOWS:***

{   } Cont'd to            @             For

**ORDER TO BE PREPARED BY:**      [ ]PLTF;      [ ]DEFT;      [ ]COURT
Additional Comments:   TELEPHONIC DISCOVERY CONFERENCE IS HELD.