**E-Filed 9/16/09**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL MUSIC CORP., et al.,<br><br>Defendants. | Case No. C 07-3783 JF (RS)<br><br>ORDER[1] REQUESTING RESPONSE TO OBJECTION TO DISCOVERY ORDER<br><br>[Re: Docket No. 170] |

Defendants have filed an objection to Magistrate Judge Seeborg's discovery order of August 25, 2009, compelling production of certain documents. Plaintiff shall file her response to the objection, if any, on or before September 30, 2009. Defendants may file a reply to Plaintiff's response, if any, on or before October 7, 2009. The matter thereafter will be taken under submission without oral argument.

//

//

---

[1] This disposition is not designated for publication in the official reports.

1    IT IS SO ORDERED.

3    DATED: September 16, 2009

_____
JEREMY FOGEL
United States District Judge

2

1
2
3  This Order has been served upon the following persons:
4  Ashok Ramani    axr@kvn.com, efiling@kvn.com, mls@kvn.com
5  Corynne McSherry    corynne@eff.org, lety@eff.org, michael@eff.org
6  Jason M. Schultz    jason@eff.org
7  Kelly Max Klaus    kelly.klaus@mto.com, marie.young@mto.com
8  Laura Ashley Aull    ashley.aull@mto.com
9  Marcia Clare Hofmann    marcia@eff.org, lety@eff.org
10 Melinda Eades LeMoine    melinda.lemoine@mto.com
11 Melissa Jeanne Miksch    mmiksch@kvn.com, dbm@kvn.com, efiling@kvn.com,
12 mkwun@kvn.com, rcirelli@kvn.com, sbrock@kvn.com
13 Michael F. Kelleher    mkelleher@flk.com
14 Michael Soonuk Kwun    mkwun@kvn.com
15 Suzanne Elizabeth Rode    srode@flk.com
16
17
18
19
20
21
22
23
24
25
26
27
28

3
Case No. C 07-3783 JF (RS)
ORDER REQUESTING RESPONSE TO OBJECTION TO DISCOVERY ORDER
(JFLC3)