1   KELLY M. KLAUS (SBN 161091)
    Kelly.Klaus@mto.com
2   MELINDA E. LEMOINE (SBN 235670)
    Melinda.LeMoine@mto.com
3   MUNGER, TOLLES & OLSON LLP
    355 South Grand Avenue
4   Thirty-Fifth Floor
    Los Angeles, CA  90071-1560
5   Telephone:     (213) 683-9100
    Facsimile:     (213) 687-3702
6
    Attorneys for Defendants
7   UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC
    PUBLISHING, INC. and UNIVERSAL MUSIC
8   PUBLISHING GROUP

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12  STEPHANIE LENZ,                        CASE NO.  C 07-03783 JF (RS)

13          Plaintiff,                     [PROPOSED] ORDER GRANTING
                                           APPLICATION TO SEAL
14      vs.                                [1] UNIVERSAL'S CONFIDENTIAL
                                           OBJECTION TO MAGISTRATE
15  UNIVERSAL MUSIC CORP., UNIVERSAL       JUDGE SEEBORG'S AUGUST 25,
    MUSIC PUBLISHING, INC. and UNIVERSAL   2009 ORDER GRANTING MOTION
16  MUSIC PUBLISHING GROUP,                TO COMPEL PRODUCTION OF
                                           UNIVERSAL-PRINCE
17          Defendants.                    COMMUNICATIONS AS TO
                                           WHICH UNIVERSAL ASSERTS
18                                         PRIVILEGE, [2] CONFIDENTIAL
                                           SUPPORTING DECLARATION AND
19                                         EXHIBITS

20                                         Judge:  Honorable Jeremy Fogel

21

22

23

24

25

26

27

28

8762082.1

                                           [PROPOSED] ORDER GRANTING
                                           APPLICATION TO SEAL
                                           CASE NO. CV-07-03783

**[PROPOSED] ORDER GRANTING APPLICATION TO SEAL**

Upon consideration of Defendants' application to file the following documents under seal and the supporting Declaration of Kelly M. Klaus pursuant to Civil L.R. 79-5(C)(1) in support of that application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal:

(1)     Confidential Objection to Magistrate Judge Seeborg's August 25, 2009 Order Granting Motion to Compel Production of Universal-Prince Communications as to Which Universal Asserts Privilege;

(2)     Confidential Declaration of Kelly Klaus in Support of Objection, and Exhibits thereto.

IT IS SO ORDERED.

DATED:  9/18/09

The Honorable Jeremy Fogel
United States District Judge

]
Submitted by:
MUNGER, TOLLES & OLSON LLP


By: _____*/s/ Kelly M. Klaus*_____
KELLY M. KLAUS

Attorneys for Defendants

8762082.1                                    - 1 -                [PROPOSED] ORDER GRANTING
                                                                 APPLICATION TO SEAL
                                                                 CASE NO. CV-07-03783