ELECTRONIC FRONTIER FOUNDATION
FRED VON LOHMANN #192657
KURT OPSAHL #191303
CORYNNE MCSHERRY #221504
454 Shotwell Street
San Francisco, CA  94110
Telephone:     (415) 436-9333
Facsimile:      (415) 436-9993
Email: fred@eff.org; kurt@eff.org
           corynne@eff.org

FOLGER LEVIN & KAHN LLP
MICHAEL F. KELLEHER
SUZANNE ELIZABETH RODE
275 Battery Street, Suite 2300
San Francisco, CA  94111
Telephone:     (415) 986-2800
Facsimile:      (415) 986-2827
Email: mkelleher@flk.com; srode@flk.com

KEKER & VAN NEST LLP
ASHOK RAMANI - #200020
MICHAEL S. KWUN -#198945
MELISSA J. MIKSCH - #249805
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:     (415) 391-5400
Facsimile:      (415) 397-7188
Email: aramani@kvn.com; mkwun@kvn.com
Email: mmiksch@kvn.com

Attorneys for Plaintiff
STEPHANIE LENZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>                        Plaintiff,<br><br>     v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>                        Defendants. | Case No. C 07-03783-JF<br><br>**NOTICE OF MANUAL FILING OF DECLARATION OF MELISSA J. MIKSCH IN SUPPORT OF PLAINTIFF'S OPPOSITION TO UNIVERSAL'S OBJECTION TO MAGISTRATE JUDGE SEEBORG'S AUGUST 25, 2009 ORDER**<br><br>Judge:     Hon. Jeremy Fogel<br>Date Comp. Filed:     July 24, 2007 |

451602.01

NOTICE OF MANUAL FILING OF DECLARATION OF MELISSA J. MIKSCH ISO PLAINTIFF'S
OPPOSITION TO MAGISTRATE JUDGE SEEBORG'S AUGUST 25, 2009 ORDER
CASE NO. C 07-03783-JF

1  The sealed version of the Declaration of Melissa J. Miksch in Support of Plaintiff's
2 Opposition to Universal's Objection to Magistrate Judge Seeborg's August 25, 2009 Order was
3 filed in hard copy form only and is being maintained in the case file in the Clerk's office.  If you
4 are a participant in this case, this filing will be served in hard-copy shortly.  For information on
5 retrieving this filing directly from the court, please see the court's main web site at
6 http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
7  This filing was not efiled for the following reason(s):
8  [_] Voluminous Document (PDF file size larger than the efiling system allows)
9  [_] Unable to Scan Documents
10  [_] Physical Object (description): _____
11  [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media
12  [X] Item Under Seal
13  [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).
14  [_] Other (description): _____
15
16 Dated:  September 30, 2009                                          KEKER & VAN NEST LLP
17
18
                                                                                  By: _____/s/ Melissa J. Miksch_____
19                                                                                       MELISSA J. MIKSCH
                                                                                         Attorneys for Plaintiff
20                                                                                       STEPHANIE LENZ

1
NOTICE OF MANUAL FILING OF DECLARATION OF MELISSA J. MIKSCH ISO PLAINTIFF'S
OPPOSITION TO MAGISTRATE JUDGE SEEBORG'S AUGUST 25, 2009 ORDER
CASE NO. C 07-03783-JF

451602.01