```
 1  ELECTRONIC FRONTIER FOUNDATION
    FRED VON LOHMANN #192657
 2  KURT OPSAHL #191303
    CORYNNE MCSHERRY #221504
 3  454 Shotwell Street
    San Francisco, CA  94110
 4  Telephone:    (415) 436-9333
    Facsimile:    (415) 436-9993
 5  Email: fred@eff.org; kurt@eff.org
           corynne@eff.org
 6
    FOLGER LEVIN & KAHN LLP
 7  MICHAEL F. KELLEHER
    SUZANNE ELIZABETH RODE
 8  275 Battery Street, Suite 2300
    San Francisco, CA  94111
 9  Telephone:    (415) 986-2800
    Facsimile:    (415) 986-2827
10  Email: mkelleher@flk.com; srode@flk.com

11  KEKER & VAN NEST LLP
    ASHOK RAMANI - #200020
12  MICHAEL S. KWUN -#198945
    MELISSA J. MIKSCH - #249805
13  710 Sansome Street
    San Francisco, CA  94111-1704
14  Telephone:    (415) 391-5400
    Facsimile:    (415) 397-7188
15  Email: aramani@kvn.com; mkwun@kvn.com
    Email: mmiksch@kvn.com
16
    Attorneys for Plaintiff
17  STEPHANIE LENZ
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>                        Plaintiff,<br><br>    v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>                        Defendants. | Case No. C 07-03783-JF<br><br>**PROOF OF SERVICE OF: PLAINTIFF'S OPPOSITION TO DEFENDANTS' OBJECTION TO MAGISTRATE JUDGE SEEBORG'S AUGUST 25, 2009 ORDER; and DECLARATION OF MELISSA J. MIKSCH IN SUPPORT OF PLAINTIFF'S OPPOSITION TO UNIVERSAL'S OBJECTION TO MAGISTRATE JUDGE SEEBORG'S AUGUST 25, 2009 ORDER**<br><br>Judge:         The Hon. Jeremy Fogel<br>Date Comp. Filed:    July 24, 2007 |

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On **September 30, 2009**, I served the following document(s):

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' OBJECTION TO MAGISTRATE JUDGE SEEBORG'S AUGUST 25, 2009 ORDER (CONFIDENTIAL-FILED UNDER SEAL)**

**DECLARATION OF MELISSA J. MIKSCH IN SUPPORT OF PLAINTIFF'S OPPOSITION TO UNIVERSAL'S OBJECTION TO MAGISTRATE JUDGE SEEBORG'S AUGUST 25, 2009 ORDER (CONFIDENTIAL-FILED UNDER SEAL)**

by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

by **FEDERAL EXPRESS**, by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for correspondence for delivery by FedEx Corporation. According to that practice, items are retrieved daily by a FedEx Corporation employee for overnight delivery.

Kelly M. Klaus
Melinda LeMoine
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560

Executed on **September 30, 2009**, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_Diane Blais Miller_
DIANE BLAIS MILLER