ELECTRONIC FRONTIER FOUNDATION
FRED VON LOHMANN #192657
KURT OPSAHL #191303
CORYNNE MCSHERRY #221504
454 Shotwell Street
San Francisco, CA  94110
Telephone:    (415) 436-9333
Facsimile:    (415) 436-9993
Email: fred@eff.org; kurt@eff.org,   corynne@eff.org

FOLGER LEVIN & KAHN LLP
MICHAEL F. KELLEHER
SUZANNE ELIZABETH RODE
275 Battery Street, Suite 2300
San Francisco, CA  94111
Telephone:    (415) 986-2800
Facsimile:    (415) 986-2827
Email: mkelleher@flk.com; srode@flk.com

KEKER & VAN NEST LLP
ASHOK RAMANI - #200020
MICHAEL S. KWUN -#198945
MELISSA J. MIKSCH - #249805
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188
Email: aramani@kvn.com; mkwun@kvn.com
Email: mmiksch@kvn.com

Attorneys for Plaintiff
STEPHANIE LENZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>                              Plaintiff,<br><br>          v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>                              Defendants. | Case No. C 07-03783-JF<br><br>**[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL CONFIDENTIAL OPPOSITION AND SUPPORTING DECLARATION TO DEFENDANTS' OBJECTION TO MAGISTRATE JUDGE SEEBORG'S AUGUST 25, 2009 ORDER**<br><br>Judge:       The Hon. Jeremy Fogel<br>Date Comp. Filed:     July 24, 2007<br><br>**[APPLICATION TO SEAL FILED HEREWITH]** |

[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL CONFIDENTIAL OPPOSITION AND SUPPORTING DECLARATION TO DEFENDANTS' OBJECTION TO MAGISTRATE JUDGE SEEBORG'S AUGUST 25, 2009 ORDER
CASE NO. C 07-03783-JF

451605.01

**[PROPOSED] ORDER GRANTING APPLICATION TO SEAL**

**UPON CONSIDERATION OF** Plaintiff Stephanie Lenz's application to file the following document under seal, and GOOD CAUSE BEING SHOWN,

**IT IS HEREBY ORDERED** that the following document be filed under seal:

1) Confidential Plaintiff's Opposition to Defendants' Objection to Magistrate Judge Seeborg's August 25, 2009 Order; and

2) Confidential Declaration of Melissa J. Miksch in Support of Plaintiff's Opposition to Defendants' Objection to Magistrate Judge Seeborg's August 25, 2009 Order and Exhibits thereto.

**IT IS SO ORDERED**.

Dated:  10/1/09

By: _____
HON. JEREMY FOGEL
United States District Court Judge

1

[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL CONFIDENTIAL OPPOSITION
AND SUPPORTING DECLARATION TO DEFENDANTS' OBJECTION TO MAGISTRATE JUDGE
SEEBORG'S AUGUST 25, 2009 ORDER
CASE NO. C 07-03783-JF

451605.01