ELECTRONIC FRONTIER FOUNDATION
FRED VON LOHMANN #192657
KURT OPSAHL #191303
CORYNNE MCSHERRY #221504
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993
Email: fred@eff.org; kurt@eff.org
corynne@eff.org

KEKER & VAN NEST LLP
ASHOK RAMANI - #200020
MICHAEL S. KWUN -#198945
MELISSA J. MIKSCH - #249805
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
Email: aramani@kvn.com; mkwun@kvn.com
Email: mmiksch@kvn.com

Attorneys for Plaintiff
STEPHANIE LENZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>　　　　　　Defendants. | Case No. C 07-03783-JF<br><br>**NOTICE OF MANUAL FILING OF:**<br><br>**[1] PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR PARTIAL JUDGMENT ON THE PLEADINGS,**<br><br>**[2] EXHIBITS TO AFFIDAVIT OF DARREN HUBBARD**<br><br>Date:　　　December 11, 2009<br>Time:　　　9 a.m..<br>Courtroom: 3<br>Judge:　　　Hon. Jeremy Fogel<br>Date Comp. Filed:　July 24, 2007 |

NOTICE OF MANUAL FILING OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT
AND EXHIBITS TO AFFIDAVIT OF DARREN HUBBARD
CASE NO. C 07-03783-JF

453754.01

1  The following documents are being filed under seal in paper form only and are being
2  maintained in the case file in the Clerk's office:
3       [1] Confidential Plaintiff's Motion for Partial Summary Judgment or, in the Alternative,
4           for Partial Judgment on the Pleadings; and
5       [2] Exhibits A-F and I-J to the Affidavit of Darren Hubbard.
6       If you are a participant in this case, this filing will be served in hard-copy shortly.  For
7  information on retrieving this filing directly from the court, please see the court's main web site
8  at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
9       This filing was not efiled for the following reason(s):
10      [_] Voluminous Document (PDF file size larger than the efiling system allows)
11      [_] Unable to Scan Documents
12      [_] Physical Object (description): _____
13      [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media
14      [X] Item Under Seal
15      [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).
16      [_] Other (description): _____
17
18  Dated:  October 30, 2009                             KEKER & VAN NEST LLP
19
20
                                                    By:  _____/s/ Melissa J. Miksch_____
21                                                       MELISSA J. MIKSCH
                                                         Attorneys for Plaintiff
22                                                       STEPHANIE LENZ
23
24
25
26
27
28

1
NOTICE OF MANUAL FILING OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND
EXHIBITS TO AFFIDAVIT OF DARREN HUBBARD
CASE NO. C 07-03783-JF

453754.01