ELECTRONIC FRONTIER FOUNDATION
FRED VON LOHMANN #192657
KURT OPSAHL #191303
CORYNNE MCSHERRY #221504
454 Shotwell Street
San Francisco, CA  94110
Telephone:  (415) 436-9333
Facsimile:   (415) 436-9993
Email:       fred@eff.org; kurt@eff.org
             corynne@eff.org

KEKER & VAN NEST LLP
ASHOK RAMANI - #200020
MICHAEL S. KWUN -#198945
MELISSA J. MIKSCH - #249805
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
Email: aramani@kvn.com; mkwun@kvn.com

Attorneys for Plaintiff STEPHANIE LENZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>              Plaintiff,<br><br>       v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>              Defendants. | Case No. C 07-03783-JF<br><br>**STIPULATION AND [PROPOSED] ORDER FOR WITHDRAWAL OF FOLGER LEVIN & KAHN LLP AS COUNSEL FOR STEPHANIE LENZ**<br><br>[Civil L.R. 11-5] |

Plaintiff Stephanie Lenz ("Plaintiff") and Defendants Universal Music Corp., Universal Music Publishing, Inc. and Universal Musical Publishing Group ("Defendants"), by and through their respective counsel of record, hereby declare and stipulate as follows:

WHEREAS, Plaintiff has been represented in this action by attorneys from Electronic Frontier Foundation, Keker & Van Nest LLP and Folger Levin & Kahn LLP;

WHEREAS, pursuant to Civil L.R. 11-5, Plaintiff and Folger Levin & Kahn LLP have requested that Folger Levin & Kahn LLP and its attorneys, Michael Kelleher and Suzanne Rode, be allowed to withdraw from further representation of Plaintiff in this action;

WHEREAS, Plaintiff will continue to be represented in this action by her attorneys at Electronic Frontier Foundation and Keker & Van Nest LLP;

WHEREAS, Defendants have been given notice of the proposed withdrawal of Folger Levin & Kahn LLP and have no objections to the withdrawal.

ACCORDINGLY, THE PARTIES STIPULATE AS FOLLOWS:

Pursuant to Civil L.R. 11-5, Michael Kelleher and Suzanne Rode of Folger Levin & Kahn LLP are hereby withdrawn as counsel for Plaintiff.

Dated: November 2, 2009                    ELECTRONIC FRONTIER FOUNDATION

By: */s/ Corynne McSherry*
CORYNNE McSHERRY
Attorneys for Plaintiff
STEPHANIE LENZ

Dated: November 2, 2009                    MUNGER, TOLLES & OLSON LLP

By: */s/ Kelly Klaus*
KELLY M. KLAUS
Attorneys for Defendants
UNIVERSAL MUSIC CORP., et al.

**GENERAL ORDER NO. 45(X) CERTIFICATION**

I attest that I have obtained the concurrence of Kelly M. Klaus in the filing of this document.

*/s/ Corynne McSherry*
Corynne McSherry

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November __, 2009

_____
HON. JUDGE FOGEL
UNITED STATES DISTRICT JUDGE