ELECTRONIC FRONTIER FOUNDATION
FRED VON LOHMANN #192657
KURT OPSAHL #191303
CORYNNE MCSHERRY #221504
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993
Email: fred@eff.org; kurt@eff.org
corynne@eff.org

KEKER & VAN NEST, LLP
ASHOK RAMANI - #200020
MICHAEL S. KWUN -#198945
MELISSA J. MIKSCH - #249805
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
Email: aramani@kvn.com; mkwun@kvn.com
Email: mmiksch@kvn.com

Attorneys for Plaintiff
STEPHANIE LENZ

**E-Filed 11/3/09**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>　　　　　　Defendants. | Case No. C 07-03783-JF<br><br>**[PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON DEFENDANTS' FIRST, SECOND, THIRD, FOURTH, FIFTH, AND SEVENTH AFFIRMATIVE DEFENSES**<br><br>**[L.R. 6-3 MOTION AND SUPPORTING DECLARATION FILED HEREWITH]**<br><br>Judge:　The Hon. Jeremy Fogel |

| | |
|---|---|
| 1 | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION** |
| 2 | **UPON CONSIDERATION** of Plaintiff's L.R. 6-3 Motion to Set Briefing Schedule for |
| 3 | Plaintiff's Motion for Summary Judgment on Defendants' First, Second, Third, Fourth, Fifth, |
| 4 | and Seventh Affirmative Defenses, and GOOD CAUSE BEING SHOWN, |
| 5 | **IT IS HEREBY ORDERED** that the following briefing schedule shall apply to |
| 6 | Plaintiff's Motion for Summary Judgment on Defendants' First, Second, Third, Fourth, Fifth, |
| 7 | and Seventh Affirmative Defenses: |
| 8 | Motion: Friday, October 30, 2009 |
| 9 | Opposition: Monday, November 16, 2009 |
| 10 | Reply: Tuesday, November 24, 2009 |
| 11 | Hearing: Friday, December 11, 2009 at 9:00 a.m. |
| 12 | |
| 13 | Dated: 11/3/09    By: _____ |
| | HON. JEREMY FOGEL |
| | United States District Judge |