ELECTRONIC FRONTIER FOUNDATION
FRED VON LOHMANN #192657
KURT OPSAHL #191303
CORYNNE MCSHERRY #221504
454 Shotwell Street
San Francisco, CA  94110
Telephone:   (415) 436-9333
Facsimile:   (415) 436-9993
Email: fred@eff.org; kurt@eff.org
       corynne@eff.org

KEKER & VAN NEST LLP
ASHOK RAMANI - #200020
MICHAEL S. KWUN -#198945
MELISSA J. MIKSCH - #249805
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:   (415) 391-5400
Facsimile:   (415) 397-7188
Email: aramani@kvn.com; mkwun@kvn.com
Email: mmiksch@kvn.com

Attorneys for Plaintiff
STEPHANIE LENZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>　　　　　　　　Defendants. | Case No. C 07-03783-JF<br><br>**ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS; DECLARATION OF MELISSA J. MIKSCH; STIPULATION; [PROPOSED] ORDER**<br><br>Judge:　　The Hon. Richard G. Seeborg<br><br>Date Comp. Filed:　　July 24, 2007 |

**ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS**

Pursuant to Local Rule 7-11, Plaintiff Stephanie Lenz hereby seeks an order removing the following publicly filed documents:

[1] Dkt. No. 131: Reply in Support of Plaintiff's Motion to Compel;

[2] Dkt. No. 186: Plaintiff's Opposition to Defendants' Objection to Magistrate Judge Seeborg's August 25, 2009 Order;

[3] Dkt. No. 187: Declaration of Melissa J. Miksch in Support of Plaintiff's Opposition to Defendants' Objection to Magistrate Judge Seeborg's August 25, 2009 Order and exhibits thereto.

In support of this motion for administrative relief, Plaintiff states the following:

1. The publicly filed versions of these documents contain redactions of material Defendants have designated as "Confidential" under the Protective Order governing this litigation, and which this Court has ordered to be filed under seal. *See* Order of August 27, 2009 (Dkt. No. 152), sealing material redacted from Dkt. No. 131; Order of October 8, 2009 (Dkt. No. 191), sealing material redacted from Dkt. Nos. 186 and 187.

2. At the time of filing, Plaintiff's counsel did not realize that the process used to make some of the redactions in these documents of sealed confidential material was not fully effective, in that it remains possible to access the confidential material through certain means. Plaintiff's counsel only recently realized this problem.

3. Plaintiff has accordingly filed corrected versions of each of these documents which effectively redact the confidential information:

[4] Dkt. No. 203: Reply in Support of Plaintiff's Motion to Compel;

[5] Dkt. No. 204: Plaintiff's Opposition to Defendants' Objection to Magistrate Judge Seeborg's August 25, 2009 Order;

[6] Dkt. No. 205: Declaration of Melissa J. Miksch in Support of Plaintiff's Opposition to Defendants' Objection to Magistrate Judge Seeborg's August 25, 2009 Order and exhibits thereto.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this motion for administrative relief and order that the documents appearing at Docket Nos. 131, 186, and 187 be removed.

Dated:  November 4, 2009                                    KEKER & VAN NEST LLP


                                                            By: */s/ Melissa J. Miksch*  _____
                                                                MELISSA J. MIKSCH
                                                                Attorneys for Plaintiff
                                                                STEPHANIE LENZ

**DECLARATION OF MELISSA J. MIKSCH**

I, MELISSA J. MIKSCH, declare and state:

1.     I am an attorney licensed to practice law in the State of California and am an associate with Keker & Van Nest LLP, attorneys for plaintiff Stephanie Lenz in the above-captioned action.  I have knowledge of the facts set forth herein, and if called upon as a witness thereto, I could do so competently under oath.  I make this Declaration in Support of Plaintiff's Administrative Motion to Remove Incorrectly Filed Document.

2.     The facts stated in the above motion are true and correct.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on November 4, 2009, in San Francisco, California.

                                                               ___*/s/ Melissa J. Miksch*____
                                                                  MELISSA J. MIKSCH

**STIPULATION**

Defendants hereby stipulate to the relief requested by Plaintiff in the above motion.

Dated: November 4, 2009                    MUNGER, TOLLES & OLSON LLP


By: _____*/s/ Kelly M. Klaus*[*]_____
KELLY M. KLAUS
Attorneys for Defendants
UNIVERSAL MUSIC CORP.,
UNIVERSAL MUSIC PUBLISHING,
INC. and UNIVERSAL MUSIC
PUBLISHING GROUP

---

[*] Electronically signed by Plaintiff's counsel with the concurrence of Defendants' counsel. N.D. Cal. G.O. 45 ¶ X.B.

**[PROPOSED] ORDER**

Good cause appearing, Plaintiff's Administrative Motion to Remove Incorrectly Filed Document is hereby GRANTED.

The Court Clerk is hereby directed to REMOVE the documents appearing at Docket Nos. 131, 186, and 187 in this action.

SO ORDERED.

Dated:                              By: _____
                                                      HON. RICHARD G. SEEBORG
                                                       United States Magistrate Judge