
```
 1  ELECTRONIC FRONTIER FOUNDATION
    FRED VON LOHMANN #192657
 2  KURT OPSAHL #191303                              *E-Filed 11/10/09*
    CORYNNE MCSHERRY #221504
 3  454 Shotwell Street
    San Francisco, CA  94110
 4  Telephone:    (415) 436-9333
    Facsimile:    (415) 436-9993
 5  Email: fred@eff.org; kurt@eff.org
           corynne@eff.org
 6
    KEKER & VAN NEST LLP
 7  ASHOK RAMANI - #200020
    MICHAEL S. KWUN -#198945
 8  MELISSA J. MIKSCH - #249805
    710 Sansome Street
 9  San Francisco, CA  94111-1704
    Telephone:    (415) 391-5400
10  Facsimile:    (415) 397-7188
    Email: aramani@kvn.com; mkwun@kvn.com
11  Email: mmiksch@kvn.com

12  Attorneys for Plaintiff
    STEPHANIE LENZ
13
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| STEPHANIE LENZ, | Case No. C 07-03783-JF |
|---|---|
| Plaintiff, | **ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS; DECLARATION OF MELISSA J. MIKSCH; STIPULATION; [PROPOSED] ORDER** |
| v. | |
| UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP, | Judge:    The Hon. Richard G. Seeborg |
| Defendants. | Date Comp. Filed:    July 24, 2007 |

**ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS**

Pursuant to Local Rule 7-11, Plaintiff Stephanie Lenz hereby seeks an order removing the following publicly filed documents:

[1] Dkt. No. 131: Reply in Support of Plaintiff's Motion to Compel;

[2] Dkt. No. 186: Plaintiff's Opposition to Defendants' Objection to Magistrate Judge Seeborg's August 25, 2009 Order;

[3] Dkt. No. 187: Declaration of Melissa J. Miksch in Support of Plaintiff's Opposition to Defendants' Objection to Magistrate Judge Seeborg's August 25, 2009 Order and exhibits thereto.

In support of this motion for administrative relief, Plaintiff states the following:

1. The publicly filed versions of these documents contain redactions of material Defendants have designated as "Confidential" under the Protective Order governing this litigation, and which this Court has ordered to be filed under seal. *See* Order of August 27, 2009 (Dkt. No. 152), sealing material redacted from Dkt. No. 131; Order of October 8, 2009 (Dkt. No. 191), sealing material redacted from Dkt. Nos. 186 and 187.

2. At the time of filing, Plaintiff's counsel did not realize that the process used to make some of the redactions in these documents of sealed confidential material was not fully effective, in that it remains possible to access the confidential material through certain means. Plaintiff's counsel only recently realized this problem.

3. Plaintiff has accordingly filed corrected versions of each of these documents which effectively redact the confidential information:

[4] Dkt. No. 203: Reply in Support of Plaintiff's Motion to Compel;

[5] Dkt. No. 204: Plaintiff's Opposition to Defendants' Objection to Magistrate Judge Seeborg's August 25, 2009 Order;

[6] Dkt. No. 205: Declaration of Melissa J. Miksch in Support of Plaintiff's Opposition to Defendants' Objection to Magistrate Judge Seeborg's August 25, 2009 Order and exhibits thereto.

1  For the foregoing reasons, Plaintiff respectfully requests that the Court grant this motion for administrative relief and order that the documents appearing at Docket Nos. 131, 186, and 187 be removed.

Dated: November 4, 2009　　　　　　　　　　　　　KEKER & VAN NEST LLP


By: */s/ Melissa J. Miksch*　　　　　　　　
　　MELISSA J. MIKSCH
　　Attorneys for Plaintiff
　　STEPHANIE LENZ

**DECLARATION OF MELISSA J. MIKSCH**

I, MELISSA J. MIKSCH, declare and state:

1. I am an attorney licensed to practice law in the State of California and am an associate with Keker & Van Nest LLP, attorneys for plaintiff Stephanie Lenz in the above-captioned action. I have knowledge of the facts set forth herein, and if called upon as a witness thereto, I could do so competently under oath. I make this Declaration in Support of Plaintiff's Administrative Motion to Remove Incorrectly Filed Document.

2. The facts stated in the above motion are true and correct.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on November 4, 2009, in San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Melissa J. Miksch*　　
　　　　　　　　　　　　　　　　　　　　　　　MELISSA J. MIKSCH

1 **STIPULATION**

2 Defendants hereby stipulate to the relief requested by Plaintiff in the above motion.

3 Dated: November 4, 2009                                     MUNGER, TOLLES & OLSON LLP

By: _____/s/ Kelly M. Klaus[*]_____
KELLY M. KLAUS
Attorneys for Defendants
UNIVERSAL MUSIC CORP.,
UNIVERSAL MUSIC PUBLISHING,
INC. and UNIVERSAL MUSIC
PUBLISHING GROUP

---

[*] Electronically signed by Plaintiff's counsel with the concurrence of Defendants' counsel. N.D. Cal. G.O. 45 ¶ X.B.

3

# [PROPOSED] ORDER

Good cause appearing, Plaintiff's Administrative Motion to Remove Incorrectly Filed Document is hereby GRANTED.

The Court Clerk is hereby directed to REMOVE the documents appearing at Docket Nos. 131, 186, and 187 in this action.

SO ORDERED.

Dated: 11/9/09

By: _____
HON. RICHARD G. SEEBORG
United States Magistrate Judge