1  ELECTRONIC FRONTIER FOUNDATION
   FRED VON LOHMANN #192657
2  KURT OPSAHL #191303
   CORYNNE MCSHERRY #221504
3  454 Shotwell Street
   San Francisco, CA  94110
4  Telephone:     (415) 436-9333
   Facsimile:     (415) 436-9993
5  Email: fred@eff.org; kurt@eff.org,   corynne@eff.org

6  KEKER & VAN NEST LLP
   ASHOK RAMANI - #200020
7  MICHAEL S. KWUN -#198945
   MELISSA J. MIKSCH - #249805
8  710 Sansome Street
   San Francisco, CA  94111-1704
9  Telephone:     (415) 391-5400
   Facsimile:     (415) 397-7188
10 Email: aramani@kvn.com; mkwun@kvn.com
   Email: mmiksch@kvn.com
11
   Attorneys for Plaintiff
12 STEPHANIE LENZ

13                 UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                     SAN JOSE DIVISION

16 STEPHANIE LENZ,                    | Case No. C 07-03783-JF

17                      Plaintiff,    | **[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL CONFIDENTIAL VERSIONS OF:**

18      v.                           |

19 UNIVERSAL MUSIC CORP., UNIVERSAL  | **[1] PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT OR PARTIAL JUDGMENT ON THE PLEADINGS;**
   MUSIC PUBLISHING, INC., and
20 UNIVERSAL MUSIC PUBLISHING
   GROUP,
21
                        Defendants.  | **[2] EXHIBITS A-F AND I-J TO AFFIDAVIT OF DARREN HUBBARD**
22

23

24                                    | Judge:    The Hon. Jeremy Fogel

25                                    | **[MOTION FOR SUMMARY JUDGMENT; SUPPORTING DECLARATION OF MELISSA J. MIKSCH; AFFIDAVIT OF DARREN HUBBARD; PROPOSED ORDER; APPLICATION TO SEAL FILED HEREWITH]**
26

27

28

1   **[PROPOSED] ORDER GRANTING APPLICATION TO SEAL**

2   **UPON CONSIDERATION OF** Plaintiff Stephanie Lenz's application to file the

3   following documents under seal, and GOOD CAUSE BEING SHOWN,

4   **IT IS HEREBY ORDERED** that the following documents be filed under seal:

5       1) Confidential Plaintiff's Motion for Partial Summary Judgment or, in the

6           Alternative, for Partial Judgment on the Pleadings; and

7       2) Confidential Exhibits A-F and I-J to the Affidavit of Darren Hubbard.

8

9   **IT IS SO ORDERED**.

10  Dated:  11/13/09

11

12  By: _____

13      HON. JEREMY FOGEL
        United States District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28