KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
MELINDA E. LEMOINE (SBN 235670)
Melinda.LeMoine@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:   (213) 683-9100
Facsimile:    (213) 687-3702

Attorneys for Defendants
UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>        Plaintiff,<br><br>vs.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>        Defendants. | CASE NO.  C 07-03783 JF (RS)<br><br>**DECLARATION OF KELLY M. KLAUS PURSUANT TO LOCAL RULE 79-5(C)(1) IN SUPPORT OF APPLICATION TO FILE UNDER SEAL CONFIDENTIAL [1] OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR PARTIAL JUDGMENT ON THE PLEADINGS AND [2] SUPPORTING DECLARATION**<br><br>**Date:    December 11, 2009**<br>**Time:   9:00 a.m.**<br>**Judge: Hon. Jeremy Fogel** |

I, Kelly M. Klaus, declare:

1. I am a partner in the law firm of Munger, Tolles & Olson LLP, counsel of record for Defendants Universal Music Corp., Universal Music Publishing, Inc., and Universal Music Publishing Group ("Defendants" or "Universal"). I make this Declaration based upon my own personal knowledge, and if called upon to do so, I could and would testify competently to the matters stated herein.

2. In accordance with Local Rule 79-5(c)(1), I make this Declaration in support of Defendants' Application to File Under Seal their [1] Confidential Opposition to Plaintiff's Motion for Partial Summary Judgment or, in the Alternative, for Partial Judgment on the Pleadings, and [2] Confidential Supporting Declaration and Exhibits. The material at issue in the Application, and addressed herein, was produced by Plaintiff and/or designated by her as "Confidential" under the Protective Order entered in this litigation (Doc. No. 73).

3. Confidential Exhibit P is Plaintiffs' Supplemental Responses to Defendants' First Set of Interrogatories, designated by Plaintiff as "Confidential" under the Protective Order.

4. Confidential Exhibit W is a document produced by Plaintiff on November 11, 2009 and designated by her as "Confidential" under the Protective Order.

5. Confidential Exhibit X is a document produced by Plaintiff on November 11, 2009 and designated by her as "Confidential" under the Protective Order.

1    6.    The portions of the Public Version of Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment or, in the Alternative, for Partial Judgment on the Pleadings that are redacted quote from the aforementioned Confidential Exhibits.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed this 16th day of November 2009, at Los Angeles, California.

By: */s/ Kelly M. Klaus*
KELLY M. KLAUS

Attorneys for Defendants