| | |
|---|---|
| 1 | KELLY M. KLAUS (SBN 161091) |
|   | Kelly.Klaus@mto.com |
| 2 | MELINDA E. LEMOINE (SBN 235670) |
|   | Melinda.LeMoine@mto.com |
| 3 | MUNGER, TOLLES & OLSON LLP |
|   | 355 South Grand Avenue |
| 4 | Thirty-Fifth Floor |
|   | Los Angeles, CA  90071-1560 |
| 5 | Telephone:     (213) 683-9100 |
|   | Facsimile:      (213) 687-3702 |

Attorneys for Defendants
UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>         Plaintiff,<br><br>  vs.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>         Defendants. | CASE NO.  C 07-03783 JF (RS)<br><br>**PROOF OF SERVICE OF [1] UNIVERSAL'S CONFIDENTIAL OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR PARTIAL JUDGMENT ON THE PLEADINGS, AND [2] CONFIDENTIAL DECLARATION OF KELLY M. KLAUS AND EXHIBITS THERETO**<br><br>**Date:**     December 11, 2009<br>**Time:**    9:00 a.m.<br>**Judge:**   Hon. Jeremy Fogel |

9297613.1

PROOF OF SERVICE
CASE NO. CV-07-03783

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, the undersigned, declare that I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California 90071-1560.

On November 16, 2009, I served upon the interested parties in this action the foregoing documents described as:

   **(1)** **UNIVERSAL'S CONFIDENTIAL OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR PARTIAL JUDGMENT ON THE PLEADINGS;**

   **(2)** **CONFIDENTIAL DECLARATION OF KELLY KLAUS IN SUPPORT OF UNIVERSAL'S OPPOSITION AND EXHIBITS THERETO**

☐ By placing ☐ the original ☐ a true and correct copy thereof, as set out below, in an addressed, sealed envelope(s) clearly labeled to identify the persons being served at the addresses set forth on the attached service list.

☐ **BY MAIL (AS INDICATED ON THE ATTACHED SERVICE LIST)** I caused such envelope(s) to be placed in interoffice mail for collection and deposit in the United States Postal Service at 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California, on that same date, following ordinary business practices. I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

☒ **BY E-MAIL (AS INDICATED ON ATTACHED SERVICE LIST)** By sending a copy of said document by email for instantaneous transmittal to the addressees on the attached service list.

☐ **(STATE)** I declare under penalty of perjury that the foregoing is true and correct.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 16, 2009, at Los Angeles, California.

                                             */s/ Kelly M. Klaus*
                                               Kelly M. Klaus

<u>Lenz v. Universal Music Corp, et al.</u>,
Case No. C 07-03783-JF
Service List

ELECTRONIC FRONTIER FOUNDATION
Fred Von Lohmann
Kurt Opsahl
Corynne McSherry
454 Shotwell Street
San Francisco, CA 94110
Tel: (415) 436-9333
Fax: (415) 436-9993
Email:  fred@eff.org; kurt@eff.org; corynne@eff.org

KEKER & VAN NEST, LLP
Ashok Ramani
Michael S. Kwun
Melissa J. Miksch
710 Sansome Street
San Francisco, CA 94111-1704
Tel: (415) 391-5400
Fax: (415) 397-7188
Email: aramani@kvn.com; mkwun@kvn.com; mmiksch@kvn.com

Attorneys for Plaintiff Stephanie Lenz

9297613.1