ELECTRONIC FRONTIER FOUNDATION
FRED VON LOHMANN #192657
KURT OPSAHL #191303
CORYNNE MCSHERRY #221504
454 Shotwell Street
San Francisco, CA  94110
Telephone:     (415) 436-9333
Facsimile:     (415) 436-9993
Email: fred@eff.org; kurt@eff.org
       corynne@eff.org

KEKER & VAN NEST LLP
ASHOK RAMANI - #200020
MICHAEL S. KWUN -#198945
MELISSA J. MIKSCH - #249805
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188
Email: aramani@kvn.com; mkwun@kvn.com
Email: mmiksch@kvn.com

Attorneys for Plaintiff
STEPHANIE LENZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>                Plaintiff,<br><br>   v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>                Defendants. | Case No. C 07-03783-JF<br><br>**[PROPOSED] ORDER GRANTING IN PART DEFENDANTS' APPLICATION TO SEAL [1] UNIVERSAL'S CONFIDENTIAL OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR PARTIAL JUDGMENT ON THE PLEADINGS, AND [2] CONFIDENTIAL DECLARATION OF KELLY M. KLAUS AND EXHIBITS THERETO** |

[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION TO SEAL [1] UNIVERSAL'S CONFIDENTIAL OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR PARTIAL JUDGMENT ON THE PLEADINGS, AND [2] CONFIDENTIAL DECLARATION OF KELLY M. KLAUS AND EXHIBITS THERETO
CASE NO. C 07-03783-JF

458976.01

Upon consideration of Defendants' application to file the following documents under seal and the Declaration of Stephanie Lenz pursuant to L.R. 79-5(D) in support of that application, and good cause appearing for entry thereof, IT IS HEREBY ORDERED as follows:

[1] Defendants' Confidential Opposition shall be filed in the public record; and

[2] the Confidential Declaration of Kelly M. Klaus and Exhibits thereto shall be filed under seal.

IT IS SO ORDERED.

Dated:                                             By: _____
                                                         HON. JEREMY FOGEL
                                                         United States District Judge

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR PARTIAL JUDGMENT ON THE PLEADINGS
CASE NO. C 07-03783-JF

458976.01