
| | |
|---|---|
| 1 | ELECTRONIC FRONTIER FOUNDATION<br>FRED VON LOHMANN #192657 |
| 2 | KURT OPSAHL #191303<br>CORYNNE MCSHERRY #221504 |
| 3 | 454 Shotwell Street<br>San Francisco, CA 94110 |
| 4 | Telephone: (415) 436-9333<br>Facsimile: (415) 436-9993 |
| 5 | Email: fred@eff.org; kurt@eff.org<br>corynne@eff.org |
| 6 | |
| 7 | KEKER & VAN NEST LLP<br>ASHOK RAMANI - #200020 |
| 8 | MICHAEL S. KWUN -#198945<br>MELISSA J. MIKSCH - #249805 |
| 9 | 710 Sansome Street<br>San Francisco, CA 94111-1704 |
| 10 | Telephone: (415) 391-5400<br>Facsimile: (415) 397-7188 |
| 11 | Email: aramani@kvn.com; mkwun@kvn.com<br>Email: mmiksch@kvn.com |
| 12 | Attorneys for Plaintiff<br>STEPHANIE LENZ |

**E-Filed 12/4/09**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>　　　　　　Defendants. | Case No. C 07-03783-JF<br><br>**[PROPOSED] ORDER GRANTING IN PART DEFENDANTS' APPLICATION TO SEAL [1] UNIVERSAL'S CONFIDENTIAL OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR PARTIAL JUDGMENT ON THE PLEADINGS, AND [2] CONFIDENTIAL DECLARATION OF KELLY M. KLAUS AND EXHIBITS THERETO** |

[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION TO SEAL [1] UNIVERSAL'S CONFIDENTIAL OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR PARTIAL JUDGMENT ON THE PLEADINGS, AND [2] CONFIDENTIAL DECLARATION OF KELLY M. KLAUS AND EXHIBITS THERETO
CASE NO. C 07-03783-JF

458976.01

1    Upon consideration of Defendants' application to file the following documents under seal
2    and the Declaration of Stephanie Lenz pursuant to L.R. 79-5(D) in support of that application,
3    and good cause appearing for entry thereof, IT IS HEREBY ORDERED as follows:
4           [1] Defendants' Confidential Opposition shall be filed in the public record; and
5           [2] the Confidential Declaration of Kelly M. Klaus and Exhibits thereto shall be
6               filed under seal.
7    IT IS SO ORDERED.

Dated:                                    By: _____
                                              HON. JEREMY FOGEL
                                              United States District Judge

1
[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR PARTIAL JUDGMENT ON THE PLEADINGS
CASE NO. C 07-03783-JF

458976.01