UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5™ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, December 11, 2009          Time: 27 mins
**Case Number:** CV-07-3783-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | STEPHANIE LENZ   V.  UNIVERSAL MUSIC PUBLISHING, ET AL |
|---|---|
| | PLAINTIFF                          DEFENDANT |

Attorneys Present: Corynne McSherry, Michael Kwun     Attorneys Present: Kelly Klaus

PROCEEDINGS:

Hearing on Motion for Summary Judgment held.  Parties are present. The motion is taken under submission.