| | |
|---|---|
| 1 | KELLY M. KLAUS (SBN 161091)<br>Kelly.Klaus@mto.com |
| 2 | MELINDA E. LEMOINE (SBN 235670)<br>Melinda.LeMoine@mto.com |
| 3 | MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue |
| 4 | Thirty-Fifth Floor<br>Los Angeles, CA  90071-1560 |
| 5 | Telephone:     (213) 683-9100<br>Facsimile:      (213) 687-3702 |
| 6 | |
| 7 | Attorneys for Defendants<br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC |
| 8 | PUBLISHING GROUP |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>          Plaintiff,<br><br>     vs.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>          Defendants. | CASE NO.  C 07-03783 JF (PVT)<br><br>**NOTICE OF MANUAL FILING OF CONFIDENTIAL DECLARATION OF KELLY M. KLAUS AND EXHIBITS THERETO**<br><br>**Date:     March 30, 2010**<br>**Time:    10:00 a.m.**<br>**Ctrm:    5**<br>**Judge:   Hon. Patricia V. Trumbull** |

1 **<u>NOTICE OF MANUAL FILING</u>**

2 Regarding:

3 Confidential Declaration of Kelly Klaus In Support of Universal's

4 Motion to Compel and Exhibits thereto.

5 The foregoing documents are being filed under seal in paper form only and are being

6 maintained in the case file in the Clerk's office. If you are a party in one or more of the above-

7 captioned actions, these materials will be served on you shortly. For information on retrieving

8 this filing directly from the Court, please see the Court's main web site at

9 http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

10 The manual filings are necessary because the documents are filed under seal.

11 DATED: February 9, 2010                MUNGER, TOLLES & OLSON LLP

13                                                                  By: _____*/s/ Kelly M. Klaus*_____
                                                                              KELLY M. KLAUS

15 Attorneys for Defendants