ELECTRONIC FRONTIER FOUNDATION
FRED VON LOHMANN #192657
KURT OPSAHL #191303
CORYNNE MCSHERRY #221504
454 Shotwell Street
San Francisco, CA  94110
Telephone:     (415) 436-9333
Facsimile:      (415) 436-9993
Email: fred@eff.org; kurt@eff.org
         corynne@eff.org

KEKER & VAN NEST LLP
ASHOK RAMANI - #200020
MICHAEL S. KWUN -#198945
MELISSA J. MIKSCH - #249805
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:     (415) 391-5400
Facsimile:      (415) 397-7188
Email: aramani@kvn.com; mkwun@kvn.com
Email: mmiksch@kvn.com

Attorneys for Plaintiff
STEPHANIE LENZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>　　　　　　　　　Plaintiff,<br><br>    v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>　　　　　　　　　Defendants. | Case No. C 07-03783-JF<br><br>**NOTICE OF MANUAL FILING OF:**<br><br>**[1] PLAINTIFF'S MOTION TO DETERMINE SUFFICIENCY OF RESPONSES TO REQUESTS FOR ADMISSIONS**<br><br>**[2] SUPPORTING DECLARATION OF MICHAEL S. KWUN AND EXHIBITS THERETO**<br><br>Date:　　　March 30, 2010<br>Time:　　　10:00 a.m.<br>Courtroom: 5<br>Judge:　　　Hon. Patricia V. Trumbull<br>Date Comp. Filed:     July 24, 2007 |

468118.01

NOTICE OF MANUAL FILING
CASE NO. C 07-03783-JF

The following documents are being filed under seal in paper form only and are being maintained in the case file in the Clerk's office:

[1] Plaintiff's Motion to Determine Sufficiency of Responses to Requests for Admissions; and

[2] Declaration of Michael S. Kwun in Support of Plaintiff's Motions and exhibits thereto.

If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

Dated: February 9, 2010                          KEKER & VAN NEST LLP


By: _____ */s/ Melissa J. Miksch*_____
MELISSA J. MIKSCH
Attorneys for Plaintiff
STEPHANIE LENZ

1
NOTICE OF MANUAL FILING
CASE NO. C 07-03783-JF