| | |
|---|---|
| 1 | KELLY M. KLAUS (SBN 161091) |
|   | Kelly.Klaus@mto.com |
| 2 | MELINDA E. LEMOINE (SBN 235670) |
|   | Melinda.LeMoine@mto.com |
| 3 | MUNGER, TOLLES & OLSON LLP |
|   | 355 South Grand Avenue |
| 4 | Thirty-Fifth Floor |
|   | Los Angeles, CA  90071-1560 |
| 5 | Telephone:    (213) 683-9100 |
|   | Facsimile:     (213) 687-3702 |

Attorneys for Defendants
UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ, | CASE NO.  C 07-03783 JF (PVT) |
| Plaintiff, | **DECLARATION OF KELLY M. KLAUS PURSUANT TO LOCAL RULE 79-5(C)(1) IN SUPPORT OF APPLICATION TO FILE UNDER SEAL CONFIDENTIAL SUPPORTING DECLARATION AND EXHIBITS THERETO** |
| vs. | |
| UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP, | |
| Defendants. | Date:    March 30, 2010 |
| | Time:    10:00 a.m. |
| | Ctrm:    5 |
| | Judge:   Hon. Patricia V. Trumbull |

9837623.1

KLAUS DECL. ISO APPLICATION TO SEAL
CASE NO. CV-07-03783

1  I, Kelly M. Klaus, declare:

2      1.    I am a partner in the law firm of Munger, Tolles & Olson LLP, counsel of record for Defendants Universal Music Corp., Universal Music Publishing, Inc., and Universal Music Publishing Group ("Defendants" or "Universal"). I make this Declaration based upon my own personal knowledge, and if called upon to do so, I could and would testify competently to the matters stated herein.

    2.    In accordance with Local Rule 79-5(c)(1), I make this Declaration in support of Defendants' Application to File Under Seal their Confidential Supporting Declaration and Exhibits. The material at issue in the Application, and addressed herein, was produced by Plaintiff and/or designated by her as "Confidential" under the Protective Order entered in this litigation (Doc. No. 73).

    3.    Confidential Exhibit N is a document produced by Plaintiff and designated by her as "Confidential" under the Protective Order.

    4.    Confidential Exhibit O is a document produced by Plaintiff and designated by her as "Confidential" under the Protective Order.

    5.    Confidential Exhibit P is a document produced by Plaintiff and designated by her as "Confidential" under the Protective Order.

    6.    Confidential Exhibit Q is a document produced by Plaintiff and designated by her as "Confidential" under the Protective Order.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed this 9th day of February 2010, at Los Angeles, California.

By: _____*/s/ Kelly M. Klaus*_____
       KELLY M. KLAUS

Attorneys for Defendants