# EXHIBIT A

```
 1               IN THE UNITED STATES DISTRICT COURT

 2             FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                        SAN JOSE DIVISION

 4
     LENZ,                        )  CV-07-3783-JF
 5                                )
                 PLAINTIFF,       )  SAN JOSE, CALIFORNIA
 6                                )
             VS.                  )
 7                                )  DECEMBER 11, 2009
     UNIVERSAL MUSIC GROUP,       )
 8   INC., ET AL,                 )
                                  )  PAGES 1-27
 9               DEFENDANT.       )
                 _____
10

11                   TRANSCRIPT OF PROCEEDINGS
                BEFORE THE HONORABLE JEREMY FOGEL
12                 UNITED STATES DISTRICT JUDGE

13

14   A P P E A R A N C E S:

15

16   FOR THE PLAINTIFF:  ELECTRONIC FRONTIER FOUNDATION
                         BY:  CORYNNE MCSHERRY
17                       454 SHOTWELL STREET
                         SAN FRANCISCO, CA  94110
18

19

20   FOR THE DEFENDANT:  MUNGER TOLLES & OLSON
                         BY:  KELLY KLAUS
21                       355 SOUTH GRAND AVE, 35TH FL
                         LOS ANGELES, CA  90071
22

23         (APPEARANCES CONTINUED ON THE NEXT PAGE)

24

25   OFFICIAL COURT REPORTER: SUMMER CLANTON, CSR, RPR
                              CERTIFICATE NUMBER 13185

                                                            1
```

```
 1     FOR THE PLAINTIFF:   KEKER & VAN NEST, LLP
                            BY:   MICHAEL KWUN
 2                          710 SANSOME STREET
                            SAN FRANCISCO, CA 94111
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1    SAN JOSE, CALIFORNIA            DECEMBER 11, 2009
 2                   P R O C E E D I N G S
 3              (WHEREUPON, COURT CONVENED AND THE
 4    FOLLOWING PROCEEDINGS WERE HELD:)
 5              THE COURT:  LENZ VERSUS UNIVERSAL MUSIC.
 6              MR. KLAUS:  GOOD MORNING, YOUR HONOR.
 7    KELLY KLAUS FROM MUNGER TOLLES & OLSON FOR
 8    UNIVERSAL.
 9              MR. KWUN:  GOOD MORNING, YOUR HONOR.
10    MICHAEL KWUN, KECKER & VAN NEST, FOR PLAINTIFF
11    STEPHANIE LENZ.
12              MS. MCSHERRY:  CORYNNE MCSHERRY,
13    ELECTRONIC FRONTIER FOUNDATION, FOR STEPHANIE LENZ.
14              THE COURT:  GOOD MORNING.
15              I WAS TRYING TO REMEMBER THE LAST TIME I
16    HAD A MOTION FOR SUMMARY JUDGEMENT ON AFFIRMATIVE
17    DEFENSES, IT'S BEEN A LONG, LONG TIME.  AND USUALLY
18    IT HAPPENS IN PATENT CASES, AND USUALLY IT'S HAVING
19    TO DO WITH SOME TECHNICAL TYPE OF THING.
20              AND MY SENSE OF WHAT HAPPENED HERE IS
21    THAT WHEN UNIVERSAL ANSWERED THE COMPLAINT, THAT IT
22    SIMPLY SET FORTH THE TYPICAL DEFENSES THAT MOST
23    DEFENDANTS DO, AND THAT FOR THE MOST PART THESE ARE
24    THINGS THAT CAN BE RESOLVED AND SHOULD BE RESOLVED
25    IN THE FACT FINDING PROCESS.
```

1                I THINK CERTAIN ASPECTS OF THE MOTION ARE

2     WELL TAKEN.  I THINK WHEN THE COURT DECIDED THE

3     12(B)(6) MOTION IT CONCLUDED THE CLAIM HAD BEEN

4     STATED.  SO I THINK THAT PARTICULAR DEFENSE IS MOOT

5     AT THIS POINT.  AND I ALSO THINK THAT WAIVER AND

6     ESTOPPEL ARE NOT IN PLAY IN THIS CASE ANYMORE BASED

7     ON WHAT'S IN THE RECORD.

8                THE ONE WHERE I THINK THERE ARE ISSUES

9     ARE THE ONES HAVING TO DO WITH BAD FAITH AND

10    UNCLEAN HANDS WHICH IN TURN GO TO THE QUESTION OF

11    WHETHER MS. LENZ SUFFERED ANY DAMAGES AND WHETHER

12    HER STATEMENTS THAT SHE DID WERE MADE IN GOOD FAITH

13    OR NOT.  I DON'T THINK THE COURT IS IN ANY POSITION

14    TO DECIDE THAT.

15               I THINK THE PLAINTIFFS CAN ARGUE WHAT HER

16    DAMAGES WERE AND DEFENDANTS ARE GOING TO SAY THOSE

17    DAMAGES AREN'T REAL.  AND THEN THE DEFENDANT HAS

18    THE ADDITIONAL RIGHT TO SAY THAT CLAIMS WERE NEVER

19    SUBSTANTIATED IN THE FIRST PLACE.  BUT THOSE THINGS

20    STRIKE ME AS BEING INHERENTLY FACTUAL.  AND I THINK

21    MY INCLINATION IS NOT TO GRANT SUMMARY JUDGEMENT IN

22    THAT DIRECTION ANY MORE THAN IT WOULD BE TO GRANT

23    THE OTHER WAY.

24               IT SEEMS TO ME PEOPLE'S STATE OF MIND IN

25    DOING THE THINGS THEY DID, WHICH IS VERY MUCH WHAT

| | |
|---|---|
| 1 | THIS CASE IS GOING TO COME DOWN TO, I THINK, IS |
| 2 | SOMETHING FOR A TRIER OF FACT TO DETERMINE. |
| 3 | SO I'M PREPARED TO GRANT THIS IN PART, |
| 4 | ALTHOUGH NOT ENTIRELY.  SO LET ME GIVE MOVING PARTY |
| 5 | AN OPPORTUNITY TO BE HEARD |
| 6 | MR. KWUN:  YOUR HONOR, DID YOU HAVE |
| 7 | PRELIMINARY FEELINGS ON THE NO DAMAGES? |
| 8 | THE COURT:  WELL, I THINK THAT THE NO |
| 9 | DAMAGES ARGUMENT IS, THE DEFENDANTS HAVE ASSERTED |
| 10 | THERE AREN'T ANY REAL DAMAGES.  SO I'M NOT PREPARED |
| 11 | TO SAY THAT THEY DON'T GET TO SAY THAT.  IT'S AN |
| 12 | ELEMENT THAT YOUR CLIENT HAS TO PROVE. |
| 13 | SHE HAS SAID REPEATEDLY, IN FACT THE |
| 14 | COURT ASKED ON THE MOTION TO DISMISS, CAN SHE MOVE |
| 15 | SHE SUFFERED DAMAGES BECAUSE THAT'S ONE THE |
| 16 | ELEMENTS UNDER DMCA, AND THE REPRESENTATION WAS |
| 17 | THAT SHE COULD.  AND DEFENDANT IS SAYING THAT |
| 18 | ACTUALLY SHE CAN'T.  AND NOT ONLY CAN SHE NOT SHOW |
| 19 | DAMAGES, BUT THE CLAIM SHE COULD WAS IN BAD FAITH. |
| 20 | I HAVE NO IDEA WHETHER THAT'S TRUE OR |
| 21 | NOT.  IT STRIKES ME AS BEING A FACTUAL INQUIRY |
| 22 | GOING TO STATE OF MIND AND WOULD BE INAPPROPRIATE |
| 23 | FOR SUMMARY JUDGEMENT. |
| 24 | THE ONES HAVING TO DO WITH WHETHER THEY |
| 25 | ARE DAMAGES, WHETHER THE DAMAGES CLAIMS WERE |

**CERTIFICATE OF REPORTER**

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED TRANSCRIPTION TO THE BEST OF MY ABILITY.

SUMMER A. CLANTON, CSR, CRR
CERTIFICATE NUMBER 13185