# EXHIBIT B

**From:** Melissa J. Miksch [MMiksch@kvn.com]
**Sent:** Wednesday, November 11, 2009 5:46 PM
**To:** Klaus, Kelly
**Cc:** LeMoine, Melinda; Michael S. Kwun; Corynne McSherry; Kurt Opsahl
**Subject:** Lenz v Universal - Document Production

Dear Kelly,

We've looked into your concerns about Facebook and text message communications between Ms. Morgan and Ms. Lenz, and our investigation indicates that there are no responsive documents in either place (with the possible exception of postings Ms. Lenz's facebook "wall," which we have previously explained to you is unreasonably burdensome to search).

But, we have identified some additional documents that may not already have been produced to you. Those documents will follow via FTP download shortly. Although we have previously produced a number of documents that post-date the filing of the SAC, in light of Judge Seeborg's order regarding Universal's document production responsibilities, we generally are limiting our production going forward to documents created on or before the filing of the SAC.

Best regards,
Melissa

**Melissa J. Miksch | Keker & Van Nest LLP** | 710 Sansome Street, San Francisco, CA 94111
tel: 415.391.5400 | fax: 415.397.7188 | email: mmiksch@kvn.com

This message is intended only for the use of the individual or entity to whom it is addressed. The message is confidential and may contain attorney-client information, attorney work product or other privileged information. If you are not the intended recipient, you are hereby notified that any use or dissemina ion of this message is strictly prohibited. If you received this message in error, please notify the sender by replying to the message. When complete, please delete the original message.