# EXHIBIT H

Case5:07-cv-03783-JF   Document238-8   Filed02/09/10   Page1 of 3

**From:** Eden [edenza@gmail.com]
**Sent:** Wednesday, July 25, 2007 8:46 AM
**To:** Theryn Fleming
**Subject:** Re: [So anyway...] Comment: "Mom Sues Universal Music for DMCA Abuse"

I have ;)

On 7/25/07, **Theryn Fleming** <CONFIDENTIAL> wrote:
Tee hee.

I love how you've been injured "substantially and irreparably." ;-)


On 7/25/07, **Eden** <edenza@gmail.com> wrote:
I should list it among the languages I can "get by" in.

On 7/24/07, **Theryn Fleming** <CONFIDENTIAL> wrote:
It's so funny, because I had actually thought about mentioning the EFF in that email as well and for whatever reason I ended up not. But it all seems to have worked out. Go you!

:)

P.S. Don't you just love lawyerese?


On 7/24/07, **Eden** <edenza@gmail.com> wrote:
And thanks again to you. B/c of you, I contacted Creative Commons, who turned me onto EFF. Were it not for you, this suit would not have been filed. You catalyst you.

On 7/24/07, **Theryn** <CONFIDENTIAL> wrote:

New comment on your post #162 "Mom Sues Universal Music for DMCA Abuse"
Author : Theryn (IP: CONFIDENTIAL)
E-mail : CONFIDENTIAL
URL    : http://theryn.wordpress.com/
Whois  : http://ws.arin.net/cgi-bin/whois.pl?queryinput=154.20.60.200
Comment:
Wow, you are teh awesomeness! (Who knew what would transpire when I told you to get a lawyer? Ok, this is *you* we're talking about. Guess I should have known ;-))

You can see all comments on this post here:
http://blog.piggyhawk.net/?p=162#comments

To delete this comment, visit: http://piggyhawk.net/blog/cgi-bin/wp-admin/comment.php?action=cdc&c=900

1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

EXHIBIT 28
Deponent Lenz
Date 9-16-09  Rptr: WA
WWW.DEPOBOOK.COM

P-E_002978-Redacted

To mark this comment as spam, visit: http://piggyhawk.net/blog/cgi-bin/wp-admin/comment.php?action=cdc&dt=spam&c=900

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

P-E_002979-Redacted