# EXHIBIT I

Case5:07-cv-03783-JF   Document238-9   Filed02/09/10   Page1 of 3

| | |
|---|---|
| From: | Eden [edenza@gmail.com] |
| Sent: | Sunday, July 29, 2007 2:01 PM |
| To: | Theryn Fleming; [CONFIDENTIAL] Venessa Tarbell; [CONFIDENTIAL] Karrie Welborn; Ensie |
| Subject: | video link and transcript |

I'm only going to leave this up on YouTube until Monday. Even though it's private, I don't want to take any chances of getting into some kind of trouble

http://www.youtube.com/watch?v=W-R4SADEQvE

It's private so you need to be my YouTube friend to see it. If you don't want to bother w/ that, here's a partial transcript:

Michelle: "A proud mother in Pennsylvania posted this video of her son on YouTube. (show video). But the Internet giant pulled the video claiming it violated a content agreement with Universal, the music label behind the Prince song "Let's Go Crazy." Stephanie Lenz has filed a lawsuit against label, saying it's preventing her from sharing her home video with family and friends. She joins us from Pittsburgh, along with her attorney in San Francisco, Corynne McSherry of the Electronic Frontier Foundation. So, Stephanie tell me about when you first got this notice. You must've been shocked. I mean, here you are, you've got this cute son, he's rocking out to "Let's go Crazy" and here comes this music industry giant trying to squash you."

Me: "My first reaction was I thought it was spam because I thought 'These are just my home movies. What could be copyright-infringing about them?' So I went to my YouTube account and sure enough it had been flagged for content. I didn't know what to do. Luckily YouTube had pages that I could go to that gave me information about filing a counternotice. Then I started to get scared. I've read the stories about RIAA going after people for downloading music and sharing songs and I thought 'What if they come after me for something I didn't even do?' So I spoke to a lawyer friend of mine and she turned me on to EFF. I spoke with the lawyers there and got some information and this is the conclusion that we've come to."

Michelle: Now when did you post the video and when did you get the takedown notice?

Me: I posted the video at the beginning of February. It wasn't long after the Superbowl. We had watched the Superbowl halftime show as a family, the kids loved the music so we started to play some Prince. And I didn't get the takedown notice until I believe it was about June 16th or so.

1

π EXHIBIT 2
Deponent Lenz
Date 9/16/09 Rptr. U-A
WWW.DEPOBOOK.COM

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

P-E_002818-Redacted

Michelle & Corynne talk about "what was Universal thinking" and didn't they learn their lesson after the kefluffle over Michelle's video? Corynne mentions that it's very easy to claim something's infringing even when it isn't. She asked what the lawyers are thinking. Michelle saying "It's just a cute baby dancing!" Corynne reiterates that this isn't even a close case.

Michelle: "I hope your son still likes Prince even after all this."

Me: "Oh he does. He loves his funk. He loves his R&B."

This is the part I didn't hear; I think what I did hear was that clip of Prince performing:

Michelle: "This is a drastic step, to file a lawsuit. Did you have to think about that?"

I did hear the last part of her question:

"And what message do you hope to send?"

Me: "What message do I hope to send with the lawsuit? It's basically that I'm tired of being bullied by the big music companies for sharing and enjoying their product. I have a lot of CDs at home, that I listen to in the privacy of my own home, (I laughed b/c the guy giving me a "wrap it up signal" made it go really fast) and I want to play their music for my kids. I don't want to feel afraid to play the music for my kids and I don't want to have to censor myself as to what's in the background."

Michelle said she hoped Universal listens.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

P-E_002819-Redacted