# EXHIBIT J

# So anyway...

- Home
- Fifty things
- Fish in the sky

Welcome to West Bumblef*ck Mr President
FO: Sherbet Cozy

April 21, 2008...7:13 pm

## Twerple pain

Jump to Comments

"Hey, Eden, what's going on with your lawsuit?"

Well I'm glad you asked.

When last we left The Dancing Baby Saga, our case was in front of a judge. Lawyers argued back and forth and the judge said, "Let me think about this for a while." And he did. That was in December or January (possibly both).

Then earlier this month, he announced what he'd decided: he dismissed parts of the suit but parts he basically said, "Fix this up and bring it back" to the rest.

So we dropped the state part of the suit and focused on the federal case and voila! Second amended complaint was filed on Friday, ten days after the order, b/c Corynne is that awesome (she's quoted in the current Entertainment Weekly as well; it was weird to be reading along and say "hey my lawyer's quoted in the EW"). Take that, big record company bullies.

The federal case is the false DMCA notice that Universal filed with YouTube. The state case was that Universal butted into my contract with YouTube. If you want more details, clarification, info, etc. you can read it in the legal documents or in my EFF/UMPG category at the old blog.

Anyway, the amended complaint zeroes in on His Purpleness as well. We found out about his personal *cough* interest in removing my video after we filed our suit and now, well, now we know he's just a little dick in a crushed velvet suit. I wonder if that will be admitted as evidence. Hrm.

BTW: Hello person at Universal whose job it is to monitor my weblog. That gig must either suck musty balls or be the bright spot in an otherwise boring day of scouring the web looking for evildoers and people who actually *do* infringe copyright. I hope the Sexography posts are perking up your day and that you donate if only for the purpose of snagging RAINN a matching corporate donation.

6 Comments

http://piggyhawk.wordpress.com/2008/04/21/twerple-pain/


π EXHIBIT 36
Deponent Lenz
Date 9-16-09  Rptr. WH
WWW.DEPOBOOK.COM

Page 1 of 12

P00167

Filed under Making a federal case

Tags: eff, lawsuit, prince

# 6 Comments



Melissa
April 22, 2008 at 8:58 am

When I hear Prince on the radio these days, I change the channel 😊



Joe the Troll
April 22, 2008 at 10:13 am

Hell, I ALWAYS did THAT.

As always, the best of luck with this. I'm glad I've found a way to legally stock my music collection beyond my wildest dreams without giving these record company bastards a single cent.



Eden
April 22, 2008 at 10:31 am

I hear they're working on a radio that would make you put in a quarter every time there's a new song.



Deb
April 23, 2008 at 1:36 am

Good luck, too. I'm thinking you will prevail.

Also, I think I read b/w the lines re: the Prince "personal interest." Ew, if so.

And a quick hello to the Universal minion.

- Spring renewal « So anyway...
  April 29, 2008 at 12:41 pm

[...] Spring renewal Jump to Comments Media coverage for my suit is picking up again. Not every outlet is reporting the whole story. Some are reporting that the judge "threw out" our case, which is inaccurate. Some are not reporting that we've refiled our federal case. Here's a pretty good story that explains things as they stand, in case I wasn't clear when I did. [...]

- eriepressible™ » Dream a Little Dream
  December 1, 2008 at 12:19 pm

  [...] and I were at a Prince* concert with some other friends. The concert was at Fenway Park but, as is common with [...]

## Leave a Reply

Name (required)

Mail (will not be published) (required)

Website

Submit Comment

- # Written by



edenza @ gmail . com

- 

April 2008
S M T W T F S
1 2 3 4 5