# EXHIBIT L

LAW OFFICES
# KEKER & VAN NEST
L.L.P.

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188

MELISSA J. MIKSCH
MMIKSCH@KVN.COM

December 3, 2009

**VIA PDF EMAIL**

Kelly M. Klaus
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560

Re:  Stephanie Lenz v. Universal Music Corp., et al.
Case No. C 07-03783-JF
Plaintiff's Supplemental Document Production of November 11, 2009

Dear Kelly:

     I write in response to your letter of November 19, 2009, regarding Plaintiff's supplemental production of documents on November 11, 2009.

     You asked about the circumstances of our collection and production of those documents, including those between Ms. Lenz and Ms. Fleming. We learned of these documents when it came to our attention during other work that there appeared to be a few documents that should have been produced, but weren't. We are not certain why these documents were not in our initial review set, but once we determined there was a problem and completed our investigation, collection and review on November 11th, we produced the documents to you. We are confident that we have located and produced all responsive, non-privilege documents dated before April 18, 2008.

     As for the inadvertent omission of P-E_002978, an exchange between Ms. Lenz and Ms. Fleming, from Plaintiff's original privilege log, that document is dated after July 24, 2007, the day Ms. Lenz filed her lawsuit. We did not log post-lawsuit communications with trial counsel (just as Universal has not). While Ms. Fleming obviously is not trial counsel, the July 24, 2007 document was inadvertently omitted from the log because it was misclassified.

     There is no good cause to reopen Ms. Lenz's deposition. If you have concerns about authenticating the documents, we would be happy to discuss an appropriate stipulation. As for their substance, we fail to see how the information in these documents is anything other than cumulative. If you disagree, please explain what additional questioning you believe is warranted.

459734.01

Kelly M. Klaus
December 3, 2009
Page 2

      We disagree that Defendants and Ms. Lenz are differently situated with respect to any cutoff for document production. Documents produced by Universal that post-date the filing of the second amended complaint could very well shed additional light on the issues in this case, for all of the reasons we explained in our motion to compel. That said, Judge Seeborg concluded that the burden of post-April 18, 2008 document discovery outweighs its likely benefit. If that is true for Universal, with all of its in-house legal and information technology teams, it can only be all the more true for Ms. Lenz, an individual.

      As discussed in our emails earlier today, we will discuss these issues with you by telephone next Monday when we meet and confer on the various outstanding discovery issues in this case.

Very truly yours,

Melissa J. Miksch

MJM
cc :   Melinda LeMoine

459734.01