# EXHIBIT M

| | |
|---|---|
| **From:** | Stephanie Lenz [stephanie.lenz@gmail.com] |
| **Sent:** | Friday, September 26, 2008 8:52 PM |
| **To:** | Steven Seidenberg |
| **Subject:** | Re: 2 quick follow-up questions from ABA Journal reporter |

Hi Steve.

(1) Yes, I took the video. I used my Kodak Z470 digital camera, which has a video feature. I was taking photos and switched to video so I could capture the dancing and how he would stop in front of the CD player, dance, then take off running again.

(2) The CD (*The Hits 1*) was playing on an under-counter mounted CD player in the kitchen. We usually have music in the house and we've always played music in the kitchen, moreso since the kids came along. We try to expose them to all kinds of music (classical to punk) and we had a variety of CDs to play for the kids. I chose that CD and that song b/c (1) the kids liked the Prince performance at the Superbowl a few days earlier and (2) it was a lively song for running around to and many of Prince's songs are slower or funkier. Plus I just like that song and it was fun.

If you need anything else, let me know :)

- Stephanie

On Thu, Sep 25, 2008 at 2:38 PM, Steven Seidenberg <steve_seidenberg@post.harvard.edu> wrote:
Hi Stephanie,

I enjoyed speaking with you last week about your legal battle with Universal Music Group. I have two quick follow-up questions. (They're just about some small specifics which will make the story more immediate.)

1) Who took the home movie that wound up on YouTube as "Let's Go Crazy #1"? Was it you?

2) Was the Prince song playing on CD player in your kitchen, or was it playing on a stereo in another room? (To be more inclusive: what device was the song playing on, and in what room was this device located?)

Thanks very much for your help on this!

Best regards,

Steve

Steven Seidenberg, Esq.
Independent Journalist
Member of the American Society of Journalists and Authors
Fanwood, NJ
direct dial: 908-322-6001

1