ELECTRONIC FRONTIER FOUNDATION
FRED VON LOHMANN - #192657
KURT OPSAHL – 191303
CORYNNE MCSHERRY - #221504
454 Shotwell Street
San Francisco, CA  94110
Telephone:     (415) 436-9333
Facsimile:     (415) 436-9993
Email: fred@eff.org;  kurt@eff.org
       corynne@eff.org

KEKER & VAN NEST LLP
ASHOK RAMANI - #200020
MICHAEL S. KWUN - #198945
MELISSA J. MIKSCH - #249805
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188
Email: aramani@kvn.com; mkwun@kvn.com
       mmiksch@kvn.com

Attorneys for Plaintiff
STEPHANIE LENZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>                      Plaintiff,<br><br>  v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>                      Defendants. | Case No. C-07-03783-JF<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO DETERMINE SUFFICIENCY OF RESPONSES TO REQUESTS FOR ADMISSIONS**<br><br>Judge: Hon. Patricia V. Trumbull |

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO DETERMINE
SUFFICIENCY OF RESPONSES TO REQUESTS FOR ADMISSIONS
CASE NO. C-07-03783-JF

468120.01

1   Plaintiff Stephanie Lenz's Motion to Determine Sufficiency of Responses to Requests for
2   Admissions came on for hearing on March 30, 2010.
3   Having considered all of the pleadings, evidence, and arguments of counsel submitted in
4   support of and opposition to this Motion, and finding good cause therefore, the Court hereby
5   ORDERS that Plaintiff's Motion is GRANTED.
6   IT IS SO ORDERED.
7   Dated:

By: _____
HON. PATRICIA V. TRUMBULL
Magistrate Judge of the United States
District Court

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO DETERMINE
SUFFICIENCY OF RESPONSES TO REQUESTS FOR ADMISSIONS
CASE NO. C-07-03783-JF

468120.01