| | |
|---|---|
| 1 | ELECTRONIC FRONTIER FOUNDATION |
|   | FRED VON LOHMANN #192657 |
| 2 | KURT OPSAHL #191303 |
|   | CORYNNE MCSHERRY #221504 |
| 3 | 454 Shotwell Street |
|   | San Francisco, CA  94110 |
| 4 | Telephone:   (415) 436-9333 |
|   | Facsimile:   (415) 436-9993 |
| 5 | Email: fred@eff.org; kurt@eff.org |
|   |          corynne@eff.org |
| 6 | |
|   | KEKER & VAN NEST LLP |
| 7 | ASHOK RAMANI - #200020 |
|   | MICHAEL S. KWUN -#198945 |
| 8 | MELISSA J. MIKSCH - #249805 |
|   | 710 Sansome Street |
| 9 | San Francisco, CA  94111-1704 |
|   | Telephone:   (415) 391-5400 |
| 10 | Facsimile:   (415) 397-7188 |
|   | Email: aramani@kvn.com; mkwun@kvn.com |
| 11 | Email: mmiksch@kvn.com |
| 12 | Attorneys for Plaintiff |
|    | STEPHANIE LENZ |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ, | Case No. C 07-03783-JF |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | Date:     March 30, 2010 |
|    | Time:     10:00 a.m. |
| UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP, | Dept:     5 |
|    | Judge:    Hon. Patricia V. Trumbull |
|    | Date Comp. Filed:     July 24, 2007 |
| Defendants. | |

445397.01

PROOF OF SERVICE
CASE NO. C 07-03783-JF

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest LLP, 710 Sansome Street, San Francisco, California 94111.

On February 9, 2010, I served the following document(s):

**PLAINTIFF'S MOTION TO DETERMINE SUFFICIENCY OF RESPONSES TO REQUESTS FOR ADMISSIONS**

**DECLARATION OF MICHAEL S. KWUN IN SUPPORT OF PLAINTIFF'S MOTIONS TO COMPEL ANSWER TO INTERROGATORY NO. 17 AND TO DETERMINE SUFFICIENCY OF RESPONSES TO REQUESTS FOR ADMISSION**

by **FEDERAL EXPRESS**, by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest LLP for correspondence for delivery by FedEx Corporation. According to that practice, items are retrieved daily by a FedEx Corporation employee for overnight delivery.

by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

Kelly Klaus
Melinda LeMoine
Munger, Tolles & Olson, LLP
335 South Grand Avenue
35th Floor
Los Angeles, CA  90071-1560

Executed on February 9, 2010, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_/s/ Diane Blais Miller_
DIANE BLAIS MILLER

445397.01

PROOF OF SERVICE
CASE NO. C 07-03783-JF