| | |
|---|---|
| 1 | KELLY M. KLAUS (SBN 161091) |
|  | Kelly.Klaus@mto.com |
| 2 | MELINDA E. LEMOINE (SBN 235670) |
|  | Melinda.LeMoine@mto.com |
| 3 | MUNGER, TOLLES & OLSON LLP |
|  | 355 South Grand Avenue |
| 4 | Thirty-Fifth Floor |
|  | Los Angeles, CA  90071-1560 |
| 5 | Telephone:     (213) 683-9100 |
|  | Facsimile:      (213) 687-3702 |
| 6 |  |
| 7 | Attorneys for Defendants |
|  | UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC |
|  | PUBLISHING, INC. and UNIVERSAL MUSIC |
| 8 | PUBLISHING GROUP |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ, | CASE NO.  C 07-03783 JF (PVT) |
| Plaintiff, | XXXXXXXXXXXXX ORDER GRANTING APPLICATION TO SEAL CONFIDENTIAL DECLARATION OF KELLY M. KLAUS AND EXHIBITS THERETO |
| vs. |  |
| UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP, | Date:     **March 30, 2010**<br>Time:    **10:00 a.m.**<br>Ctrm:    **5**<br>Judge:   **Hon. Patricia V. Trumbull** |
| Defendants. |  |

9837624.1

[PROPOSED] ORDER GRANTING APP TO SEAL
CASE NO. CV-07-03783

1  ~~XXXXXXXXXXXXX~~ **RDER GRANTING APPLICATION TO SEAL**

Upon consideration of Defendants' application to file the following documents under seal and the supporting Declaration of Kelly M. Klaus pursuant to Civil L.R. 79-5(C)(1) in support of that application, and in accordance with the terms of the Protective Order (Doc. No. 73), IT IS HEREBY ORDERED that the following documents be filed under seal:

Confidential Declaration of Kelly Klaus in Support of Universal's Motion to Compel and Exhibits thereto.

IT IS SO ORDERED.

DATED: February 11, 2010

_____
THE HONORABLE PATRICIA V. TRUMBULL
United States Magistrate Judge

Submitted by:

MUNGER, TOLLES & OLSON LLP


By:   */s/ Kelly M. Klaus*
          KELLY M. KLAUS

Attorneys for Defendants