| | |
|---|---|
| 1 | ELECTRONIC FRONTIER FOUNDATION |
| | FRED VON LOHMANN - #192657 |
| 2 | KURT OPSAHL – 191303 |
| | CORYNNE MCSHERRY - #221504 |
| 3 | 454 Shotwell Street |
| | San Francisco, CA 94110 |
| 4 | Telephone: (415) 436-9333 |
| | Facsimile: (415) 436-9993 |
| 5 | Email: fred@eff.org; kurt@eff.org |
| | corynne@eff.org |
| 6 | |
| | KEKER & VAN NEST LLP |
| 7 | ASHOK RAMANI - #200020 |
| | MICHAEL S. KWUN - #198945 |
| 8 | MELISSA J. MIKSCH - #249805 |
| | 710 Sansome Street |
| 9 | San Francisco, CA 94111-1704 |
| | Telephone: (415) 391-5400 |
| 10 | Facsimile: (415) 397-7188 |
| | Email: aramani@kvn.com; mkwun@kvn.com |
| 11 | mmiksch@kvn.com |
| 12 | Attorneys for Plaintiff |
| | STEPHANIE LENZ |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ, | Case No. C-07-03783-JF |
| Plaintiff, | xxxxxxxxxxx] **ORDER GRANTING PLAINTIFF'S APPLICATION TO SEAL MOTION TO DETERMINE THE SUFFICIENCY OF RESPONSES TO RFAS, SUPPORTING DECLARATION OF MICHAEL S. KWUN AND EXHIBITS THERETO** |
| v. | |
| UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP, | |
| Defendants. | Judge: Hon. Patricia V. Trumbull |

UPON CONSIDERATION OF Plaintiff Stephanie Lenz's application to file the following document under seal and the Declaration of Melissa J. Miksch in Partial Support thereof, and GOOD CAUSE BEING SHOWN,

IT IS HEREBY ORDERED that the following documents be filed under seal:

[1] Plaintiff's Motion to Determine the Sufficiency of Defendants' Responses to Requests for Admission; and

[2] Supporting Declaration of Michael S. Kwun and Exhibits thereto (specifically, Exhibits A (in part), B (in part), C, D, F, I, and 40).

IT IS SO ORDERED.

Dated: February 23, 2010

By: *Patricia V. Trumbull*
HON. PATRICIA V. TRUMBULL
Magistrate Judge of the United States District Court