ELECTRONIC FRONTIER FOUNDATION
FRED VON LOHMANN #192657
KURT OPSAHL #191303
CORYNNE MCSHERRY #221504
454 Shotwell Street
San Francisco, CA  94110
Telephone:     (415) 436-9333
Facsimile:      (415) 436-9993
Email: fred@eff.org; kurt@eff.org
          corynne@eff.org

KEKER & VAN NEST, LLP
ASHOK RAMANI - #200020
MICHAEL S. KWUN -#198945
MELISSA J. MIKSCH - #249805
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:     (415) 391-5400
Facsimile:      (415) 397-7188
Email: aramani@kvn.com; mkwun@kvn.com
Email: mmiksch@kvn.com

Attorneys for Plaintiff
STEPHANIE LENZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>                              Plaintiff,<br><br>    v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>                              Defendants. | Case No. C 07-03783-JF<br><br>**NOTICE OF MANUAL FILING OF DECLARATION OF MELISSA J. MIKSCH IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY PLAINTIFF POST-DATING SECOND AMENDED COMPLAINT**<br><br>Date:          March 30, 2010<br>Time:         10:00 a.m.<br>Courtroom: 5<br>Judge:        Hon. Patricia V. Trumbull<br><br>Date Comp. Filed:     July 24, 2007 |

445012.01

NOTICE OF MANUAL FILING OF DECLARATION OF MELISSA J. MIKSCH ISO PLF'S OPPOSITION TO MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY PLF POST-DATING SAC
CASE NO. C 07-03783-JF

1   The sealed version of the Declaration of Melissa J. Miksch in Support of Plaintiff's
2   Opposition to Motion to Compel Production of Documents by Plaintiff Post-Dating Second
3   Amended Complaint, and Exhibits thereto, were filed in hard copy form only and are being
4   maintained in the case file in the Clerk's office.  If you are a participant in this case, this filing
5   will be served in hard-copy shortly.  For information on retrieving this filing directly from the
6   court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently
7   Asked Questions (FAQ).
8       This filing was not efiled for the following reason(s):
9   [_] Voluminous Document (PDF file size larger than the efiling system allows)
10  [_] Unable to Scan Documents
11  [_] Physical Object (description): _____
12  [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media
13  [X] Item Under Seal
14  [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).
15  [_] Other (description): _____
16
17  Dated:  March 2, 2010                                                    KEKER & VAN NEST, LLP
18
19
20                                           By: _____/s/ Melissa J. Miksch_____
                                                    MELISSA J. MIKSCH
21                                                  Attorneys for Plaintiff
                                                    STEPHANIE LENZ

---

1

NOTICE OF MANUAL FILING OF DECLARATION OF MELISSA J. MIKSCH ISO PLF'S OPPOSITION TO
MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY PLF POST-DATING SAC
CASE NO. C 07-03783-JF

445012.01