1  ELECTRONIC FRONTIER FOUNDATION
   FRED VON LOHMANN - #192657
2  KURT OPSAHL – 191303
   CORYNNE MCSHERRY - #221504
3  454 Shotwell Street
   San Francisco, CA  94110
4  Telephone:     (415) 436-9333
   Facsimile:     (415) 436-9993
5  Email: fred@eff.org;  kurt@eff.org
          corynne@eff.org
6
   KEKER & VAN NEST LLP
7  ASHOK RAMANI - #200020
   MICHAEL S. KWUN - #198945
8  MELISSA J. MIKSCH - #249805
   710 Sansome Street
9  San Francisco, CA  94111-1704
   Telephone:     (415) 391-5400
10 Facsimile:     (415) 397-7188
   Email: aramani@kvn.com; mkwun@kvn.com
11        mmiksch@kvn.com

12 Attorneys for Plaintiff
   STEPHANIE LENZ
13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>                Plaintiff,<br><br>   v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>                Defendants. | Case No. C-07-03783-JF<br><br>**PLAINTIFF'S APPLICATION TO FILE UNDER SEAL CONFIDENTIAL VERSION OF DECLARATION OF MELISSA J. MIKSCH IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY PLAINTIFF POST-DATING SECOND AMENDED COMPLAINT**<br><br>Date:    March 30, 2010<br>Time:   10:00 a.m.<br>Dept:    5<br>Judge:  Hon. Patricia V. Trumbull<br><br>**[SUPPORTING DECLARATION OF MELISSA J. MIKSCH AND PROPOSED ORDER FILED HEREWITH]** |

1    Plaintiff Stephanie Lenz ("Ms. Lenz") submits this Application under Civil Local
2 Rules 7-11 and 79-5 for an Order sealing the confidential version of the Declaration of Melissa J.
3 Miksch in Support of Plaintiff's Opposition to Defendants' Motion to Compel Production of
4 Documents Post-Dating the Second Amended Complaint and Exhibits thereto ("Miksch
5 Declaration.").

6    The subject of this Application is Exhibit G to the confidential version of the Miksch
7 Declaration.  Exhibit G is a true and correct copy of the confidential version of Defendant's
8 Notice of Motion and Motion to Compel Plaintiffs' Communications with Non-Lawyer Theryn
9 Fleming Withheld Based on a Claim of Attorney-Client Privilege ("Fleming Motion"), which
10 was filed on July 1, 2009.

11   On August 7, 2009, Judge Seeborg granted a motion to seal, among other things, the
12 confidential version of the Fleming Motion.  *See* Declaration of Melissa J. Miksch in Support of
13 Plaintiff's Application to Seal, Exh. A.  As explained in the declaration Ms. Lenz submitted in
14 support of that motion, the Fleming Motion discloses private conversations between Ms. Lenz
15 and her friend that are not relevant to issues in this case.  *Id*. Exh. B at ¶¶ 9-10.

16   Ms. Lenz submits that Judge Seeborg's Order, and the reasons articulated in the
17 previously submitted declaration, constitute "compelling reason" to keep the sealed version of
18 the Fleming Motion under seal.  *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172,
19 1178 (9th Cir. 2006) ("[a] party seeking to seal a judicial record . . . bears the burden of
20 overcoming the 'compelling reasons' standard"); *see also* Fed. R. Civ. P. 26(c)(1) (a court may
21 enter a protective order "to protect a party or person from…embarrassment."); *Nichols v. Phila.*
22 *Tribune Co.*, 22 F.R.D. 89, 92 (E.D. Pa. 1958) (sealing interrogatory answers calling for "very
23 personal" information about the plaintiff).

24
25
26
27
28

1  This Application is narrowly tailored to protect the public's interest in access to judicial
2 records and the public policies favoring disclosure. *Kamakana*, 447 F.3d at 1178. Ms. Lenz
3 does not ask this Court to seal any material beyond that already sealed by Judge Seeborg, and has
4 attached filed the publicly filed, redacted version of the Fleming Motion (Dkt. No. 82) as
5 Exhibit G to the public version of the Miksch Declaration.

7 Dated: March 2, 2010                              ]KEKER & VAN NEST LLP

                                              By:   */s/Melissa J. Miksch*
                                                    MELISSA J. MIKSCH
                                                    Attorneys for Plaintiff
                                                    STEPHANIE LENZ