1  ELECTRONIC FRONTIER FOUNDATION
   FRED VON LOHMANN #192657
2  KURT OPSAHL #191303
   CORYNNE MCSHERRY #221504
3  454 Shotwell Street
   San Francisco, CA 94110
4  Telephone:    (415) 436-9333
   Facsimile:    (415) 436-9993
5  Email: fred@eff.org; kurt@eff.org
        corynne@eff.org
6
   KEKER & VAN NEST LLP
7  ASHOK RAMANI - #200020
   MICHAEL S. KWUN -#198945
8  MELISSA J. MIKSCH - #249805
   710 Sansome Street
9  San Francisco, CA 94111-1704
   Telephone:    (415) 391-5400
10 Facsimile:    (415) 397-7188
   Email: aramani@kvn.com; mkwun@kvn.com
11 Email: mmiksch@kvn.com
12 Attorneys for Plaintiff
   STEPHANIE LENZ

**Filed**

MAR 0 2 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

13
14              UNITED STATES DISTRICT COURT
15             NORTHERN DISTRICT OF CALIFORNIA
16                    SAN JOSE DIVISION

17  STEPHANIE LENZ,                          Case No. C 07-03783-JF

18                        Plaintiff,         **PROOF OF SERVICE**
                                             *(Declaration of Melissa J. Miksch in Support of*
19       v.                                  *Plaintiff's Opposition to Motion to Compel*
                                             *Production of Documents by Plaintiff Post-*
20  UNIVERSAL MUSIC CORP., UNIVERSAL         *Dating Second Amended Complaint*
    MUSIC PUBLISHING, INC., and             *(Confidential-Filed Under Seal)*
21  UNIVERSAL MUSIC PUBLISHING
    GROUP,                                   Date:    March 30, 2010
22                                           Time:    10:00 a.m.
                          Defendants.        Dept:    5
23                                           Judge:   Hon. Patricia V. Trumbull
24                                           Date Comp. Filed:   July 24, 2007
25
26
27
28

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest LLP, 710 Sansome Street, San Francisco, California 94111.

On March 2, 2010, I served the following document(s):

**DECLARATION OF MELISSA J. MIKSCH IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY PLAINTIFF POST-DATING SECOND AMENDED COMPLAINT (CONFIDENTIAL—FILED UNDER SEAL)**

by **FEDERAL EXPRESS**, by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest LLP for correspondence for delivery by FedEx Corporation. According to that practice, items are retrieved daily by a FedEx Corporation employee for overnight delivery.

Kelly Klaus
Melinda LeMoine
Munger, Tolles & Olson, LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1592

Executed on March 2, 2010, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

ROSEANN CIRELLI

445397.01

PROOF OF SERVICE
CASE NO. C 07-03783-JF