ELECTRONIC FRONTIER FOUNDATION
FRED VON LOHMANN - #192657
KURT OPSAHL – 191303
CORYNNE MCSHERRY - #221504
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993
Email: fred@eff.org; kurt@eff.org
corynne@eff.org

KEKER & VAN NEST LLP
ASHOK RAMANI - #200020
MICHAEL S. KWUN - #198945
MELISSA J. MIKSCH - #249805
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
Email: aramani@kvn.com; mkwun@kvn.com
mmiksch@kvn.com

Attorneys for Plaintiff
STEPHANIE LENZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>　　　　　　　　Defendants. | Case No. C-07-03783-JF<br><br>xxxxxxxxxxxx **ORDER GRANTING PLAINTIFF'S APPLICATION TO SEAL DECLARATION OF MELISSA J. MIKSCH IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS POST-DATING SECOND AMENDED COMPLAINT AND EXHIBITS THERETO**<br><br>Judge: Hon. Patricia V. Trumbull |

**UPON CONSIDERATION OF** Plaintiff Stephanie Lenz's application to file the following document under seal and the Declaration of Melissa J. Miksch Support thereof, and

**GOOD CAUSE BEING SHOWN**,

    IT IS HEREBY ORDERED that the following document be filed under seal:

[1] Confidential version of the Declaration of Melissa J. Miksch in Support of Plaintiff's Opposition to Defendants' Motion to Compel Production of Documents Post-Dating the Second Amended Complaint and Exhibits thereto.

    **IT IS SO ORDERED**.

Dated: March 5, 2010

By: *Patricia V. Trumbull*
HON. PATRICIA V. TRUMBULL
Magistrate Judge of the United States
District Court