ELECTRONIC FRONTIER FOUNDATION
FRED VON LOHMANN #192657
KURT OPSAHL #191303
CORYNNE MCSHERRY #221504
454 Shotwell Street
San Francisco, CA  94110
Telephone:     (415) 436-9333
Facsimile:     (415) 436-9993
Email: fred@eff.org; kurt@eff.org
        corynne@eff.org

KEKER & VAN NEST, LLP
ASHOK RAMANI - #200020
MICHAEL S. KWUN -#198945
MELISSA J. MIKSCH - #249805
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188
Email: aramani@kvn.com; mkwun@kvn.com
Email: mmiksch@kvn.com

Attorneys for Plaintiff
STEPHANIE LENZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>                    Plaintiff,<br><br>     v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>                    Defendants. | Case No. C 07-03783-JF<br><br>**NOTICE OF MANUAL FILING OF:**<br><br>**[1] PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO DETERMINE SUFFICIENCY OF RESPONSES TO REQUESTS FOR ADMISSION;**<br><br>**[2] PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO COMPEL DESIGNATION OF WITNESSES PURSUANT TO FED. R. CIV. P. 30(B)(6);**<br><br>**[3] SUPPLEMENTAL DECLARATION OF MELISSA J. MIKSCH IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO COMPEL DESIGNATION OF WITNESSES PURSUANT TO FED. R. CIV. P. 30(B)(6)**<br><br>Date:       March 30, 2010<br>Time:      10:00 a.m.<br>Courtroom: 5<br>Judge:     Hon. Patricia V. Trumbull |

Regarding:

[1] Plaintiff's Reply in Support of Motion to Determine Sufficiency of Responses to Requests for Admission;

[2] Plaintiff's Reply in Support of Motion to Compel Designation of Witnesses Pursuant to Fed. R. Civ. P. 30(B)(6); and

[3] Supplemental Declaration of Melissa J. Miksch in Support of Plaintiff's Reply in Support of Motion to Compel Designation of Witnesses Pursuant to Fed. R. Civ. P. 30(B)(6).

These pleadings were filed in hard copy form only and are being maintained in the case file in the Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

Dated:  March 16, 2010                                             KEKER & VAN NEST, LLP


By: _____/s/ Melissa J. Miksch_____
    MELISSA J. MIKSCH
    Attorneys for Plaintiff
    STEPHANIE LENZ