| | |
|---|---|
| 1 | ELECTRONIC FRONTIER FOUNDATION |
| | FRED VON LOHMANN #192657 |
| 2 | KURT OPSAHL #191303 |
| | CORYNNE MCSHERRY #221504 |
| 3 | 454 Shotwell Street |
| | San Francisco, CA  94110 |
| 4 | Telephone:     (415) 436-9333 |
| | Facsimile:      (415) 436-9993 |
| 5 | Email: fred@eff.org; kurt@eff.org |
| | corynne@eff.org |
| 6 | |
| | KEKER & VAN NEST LLP |
| 7 | ASHOK RAMANI - #200020 |
| | MICHAEL S. KWUN -#198945 |
| 8 | MELISSA J. MIKSCH - #249805 |
| | 710 Sansome Street |
| 9 | San Francisco, CA  94111-1704 |
| | Telephone:     (415) 391-5400 |
| 10 | Facsimile:      (415) 397-7188 |
| | Email: aramani@kvn.com; mkwun@kvn.com |
| 11 | Email: mmiksch@kvn.com |
| 12 | Attorneys for Plaintiff |
| | STEPHANIE LENZ |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ, | Case No. C 07-03783-JF |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | [1] PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO DETERMINE SUFFICIENCY; |
| UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP, | [2] PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO COMPEL DESIGNATION OF WITNESSES PURSUANT TO FED. R. CIV. P. 30(b)(6) |
| Defendants. | [3] SUPPLEMENTAL DECLARATION OF MELISSA J. MIKSCH IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO COMPEL DESIGNATION OF WITNESSES PURSUANT TO FED. R. CIV. P. 30(B)(6) |
| | Date:     March 30, 2010 |
| | Time:    10:00 a.m. |
| | Dept:    5 |
| | Judge:   Hon. Patricia V. Trumbull |

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest LLP, 710 Sansome Street, San Francisco, California 94111.

On March 16, 2010, I served the following document(s):

[1] PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO DETERMINE SUFFICIENCY (CONFIDENTIAL—FILED UNDER SEAL);

[2] PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO COMPEL DESIGNATION OF WITNESSES PURSUANT TO FED. R. CIV. P. 30(B)(6) (CONFIDENTIAL—FILED UNDER SEAL); and

[3] SUPPLEMENTAL DECLARATION OF MELISSA J. MIKSCH IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO COMPEL DESIGNATION OF WITNESSES PURSUANT TO FED. R. CIV. P. 30(B)(6) (CONFIDENTIAL—FILED UNDER SEAL)

by **FEDERAL EXPRESS**, by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest LLP for correspondence for delivery by FedEx Corporation. According to that practice, items are retrieved daily by a FedEx Corporation employee for overnight delivery.

Kelly Klaus
Melinda LeMoine
Munger, Tolles & Olson, LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1592

Executed on March 16, 2010, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
DIANE BLAIS MILLER

445397.01

PROOF OF SERVICE
CASE NO. C 07-03783-JF