ELECTRONIC FRONTIER FOUNDATION
FRED VON LOHMANN - #192657
KURT OPSAHL–#191303
CORYNNE MCSHERRY - #221504
454 Shotwell Street
San Francisco, CA  94110
Telephone:     (415) 436-9333
Facsimile:      (415) 436-9993
Email: fred@eff.org;  kurt@eff.org
        corynne@eff.org

KEKER & VAN NEST LLP
ASHOK RAMANI - #200020
MICHAEL S. KWUN - #198945
MELISSA J. MIKSCH - #249805
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:     (415) 391-5400
Facsimile:      (415) 397-7188
Email: aramani@kvn.com; mkwun@kvn.com
        mmiksch@kvn.com

Attorneys for Plaintiff
STEPHANIE LENZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>                    Plaintiff,<br><br>     v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>                    Defendants. | Case No. C-07-03783-JF<br><br>**SUPPLEMENTAL DECLARATION OF MELISSA J. MIKSCH IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO COMPEL DESIGNATION OF WITNESSES PURSUANT TO FED. R. CIV. P. 30(B)(6)**<br><br>Date:      March 30, 2010<br>Time:     10:00 a.m.<br>Ctrm:     5<br>Judge:    Hon. Patricia V. Trumbull<br><br>Date Comp. Filed:     July 24, 2007<br><br>**PUBLIC REDACTED VERSION**<br><br>**REPLY FILED HEREWITH** |

I, MELISSA J. MIKSCH, declare and state:

1. I am an attorney licensed to practice law in the State of California and associated with Keker & Van Nest LLP, attorneys for plaintiff Stephanie Lenz ("Ms. Lenz") in the above-captioned action.

2. I have knowledge of the facts set forth herein, and if called upon as a witness thereto, I could do so competently under oath.

3. I make this Declaration in Support of Plaintiff's Opposition to Defendants' Motion to Compel Production of Documents by Plaintiff Post-Dating Second Amended Complaint.

4. Attached hereto as Exhibit A is a true and correct copy of excerpts from the deposition of Sean Johnson in this case, taken on January 28, 2010.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on March 16, 2010, in San Francisco, California.

                                                                    */s/ Melissa J. Miksch*
                                                                    MELISSA J. MIKSCH