1   ELECTRONIC FRONTIER FOUNDATION
    FRED VON LOHMANN - #192657
2   KURT OPSAHL – 191303
    CORYNNE MCSHERRY - #221504
3   454 Shotwell Street
    San Francisco, CA  94110
4   Telephone:    (415) 436-9333
    Facsimile:     (415) 436-9993
5   Email: fred@eff.org;  kurt@eff.org
                corynne@eff.org
6
    KEKER & VAN NEST LLP
7   ASHOK RAMANI - #200020
    MICHAEL S. KWUN - #198945
8   MELISSA J. MIKSCH - #249805
    710 Sansome Street
9   San Francisco, CA  94111-1704
    Telephone:    (415) 391-5400
10  Facsimile:     (415) 397-7188
    Email: aramani@kvn.com; mkwun@kvn.com
11          mmiksch@kvn.com

12  Attorneys for Plaintiff
    STEPHANIE LENZ

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                          SAN JOSE DIVISION

17

18  STEPHANIE LENZ,                       Case No. C-07-03783-JF

19                          Plaintiff,    xxxxxxxxxxxx **ORDER GRANTING
                                          PLAINTIFF'S APPLICATION TO SEAL:**
20          v.
                                              **[1] Plaintiff's Reply in Support of Motion
21  UNIVERSAL MUSIC CORP., UNIVERSAL             to Determine Sufficiency of Responses
    MUSIC PUBLISHING, INC. and                   to Requests for Admission;
22  UNIVERSAL MUSIC PUBLISHING               [2] Plaintiff's Reply in Support of Motion
    GROUP,                                        to Compel Designation of Witnesses
23                                                Pursuant to Fed. R. Civ. P. 30(B)(6);
                            Defendants.           and
24                                            [3] Supplemental Declaration of Melissa J.
                                                  Miksch in Support of Plaintiff's Reply
25                                                in Support of Motion to Compel
                                                  Designation of Witnesses Pursuant to
26                                                Fed. R. Civ. P. 30(B)(6).**

27                                        Judge:     Hon. Patricia V. Trumbull

28

470838.01

1    **UPON CONSIDERATION OF** Plaintiff Stephanie Lenz's application to file the

2    following document under seal, and **GOOD CAUSE BEING SHOWN**,

3    IT IS HEREBY ORDERED that the following documents be filed under seal:

4    [4] Requests for Admission;

5    [5] Plaintiff's Reply in Support of Motion to Compel Designation of Witnesses Pursuant

6    to Fed. R. Civ. P. 30(B)(6); and

7    [6] Supplemental Declaration of Melissa J. Miksch in Support of Plaintiff's Reply in

8    Support of Motion to Compel Designation of Witnesses Pursuant to Fed. R. Civ. P.

9    30(B)(6).

10

11    **IT IS SO ORDERED**.

12    Dated:    March 24, 2010

13

14    By: _____

15    HON. PATRICIA V. TRUMBULL
      Magistrate Judge of the United States

16    District Court

17

18

19

20

21

22

23

24

25

26

27

28

1