UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br>　　　　Plaintiff(s)<br><br>UNIVERSAL MUSIC CORPORATION, ET AL,<br>　　　　Defendant(s). | C 07-03783 JF<br><br>**CLERK'S NOTICE RESCHEDULING MOTION HEARING** |

PLEASE TAKE NOTICE that the motions in the above-entitled case currently scheduled for Tuesday, March 30, 2010 have been **rescheduled for Tuesday, April 13, 2010 at 10:00 a.m.** The parties are to appear before Magistrate Patricia V. Trumbull in Courtroom #5, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

Dated: 3/25/10

/s/ Martha Parker Brown
_____
Martha Parker Brown
DEPUTY CLERK