UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br>  Plaintiff(s)<br><br>NORMAN WRIGHT MECHANICAL EQUIPMENT CORP, ET AL,<br>  Defendant(s). | C 07-03783 JW<br><br>**CLERK'S NOTICE CONTINUING MOTION HEARING** |

Based upon the verbal stipulation of the parties in a phone call today to the undersigned, the Motions currently set before Magistrate Trumbull on April 13, 2010 at 10:00 a.m. have been continued to **April 20, 2010 at 10:00 a.m.**

Dated: 4/2/10

/s/ Martha Parker Brown
_____
Martha Parker Brown
DEPUTY CLERK