IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>    Plaintiff,<br><br>  v.<br><br>UNIVERSAL MUSIC CORP,<br>UNIVERSAL MUSIC PUBLISHING, INC.<br>AND UNIVERSAL MUSIC PUBLISHING<br>GROUP,<br><br>    Defendants.<br>_____/ | Case No. C 07-03783 JF (PVT)<br><br>**ORDER VACATING HEARING AND SUBMITTING MOTIONS** |

   Plaintiff Stephanie Lenz filed the following motions: (1) a motion to compel further response to interrogatory no. 17 (Docket No. 236); (2) a motion to compel designation of witnesses pursuant to Rule 30(b)(6) (Docket No. 240); and (3) a motion to determine the sufficiency of responses to requests for admissions (Docket No. 242).  Defendants Universal Music Corporation, Universal Music Publishing, Inc. and Universal Music Publishing Group opposed the motions.  Having reviewed the papers submitted by the parties, the court finds it appropriate to issue this order without oral argument.  Therefore,

   IT IS HEREBY ORDERED that the hearing on the foregoing motions is VACATED, and the matters are deemed submitted on the papers.

Dated: *4/19/10*

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge