ELECTRONIC FRONTIER FOUNDATION
KURT OPSAHL #191303
CORYNNE MCSHERRY #221504
454 Shotwell Street
San Francisco, CA 94110
Telephone:   (415) 436-9333
Facsimile:   (415) 436-9993
Email: kurt@eff.org; corynne@eff.org

KEKER & VAN NEST LLP
ASHOK RAMANI - #200020
MICHAEL S. KWUN -#198945
MELISSA J. MIKSCH - #249805
710 Sansome Street
San Francisco, CA 94111-1704
Telephone:   (415) 391-5400
Facsimile:   (415) 397-7188
Email: aramani@kvn.com; mkwun@kvn.com
Email: mmiksch@kvn.com

Attorneys for Plaintiff

KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
MELINDA E. LEMOINE (SBN 235670)
Melinda.LeMoine@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>                    Plaintiff,<br><br>       v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>                    Defendants. | Case No. C 07-03783-JF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT SCHEDULE**<br><br>Judge:   The Hon. Jeremy Fogel |

Plaintiff Stephanie Lenz ("Plaintiff") and Defendants Universal Music Corp., Universal Music Publishing, Inc. and Universal Musical Publishing Group ("Defendants"), by and through their respective counsel of record, hereby declare and stipulate as follows:

WHEREAS, on July 10, 2009, this Court adopted the following Case Management Schedule:

    a) Fact discovery cutoff: September 24, 2009

    b) Designation of affirmative experts: October 15, 2009

    c) Designation of rebuttal experts: November 16, 2009

    d) Expert discovery cut-off: December 15, 2009

    e) Last day to file dispositive motions: January 14, 2010

    f) Pretrial conference: March 5, 2010

    g) Trial: March 19, 2010;

WHEREAS, on September 14, 2009, pursuant to stipulation, the Court VACATED the Case Management Schedule adopted on July 10, 2009, and ORDERED that, *inter alia*, upon resolution of then-pending motions, the parties would meet and confer and submit a joint statement seeking entry of a new Case Management Schedule, which would provide that:

    a) No further written fact discovery beyond that propounded prior to September 3, 2009 will be propounded, and absent leave of court, no fact depositions that were not noticed prior to September 3, 2009 will be taken;

    b) A party may move for leave to take additional depositions, and the agreement in (a) shall not preclude a party from making such a motion; and

    c) Insofar as is practical, the deadlines in the new case management schedule for deadlines after the close of fact discovery will roughly parallel the current schedule in terms of days allowed for each task;

WHEREAS the parties have met and conferred about discovery scheduling in light of the completion of all noticed depositions and of the Court's September 14, 2009 Order,

WHEREAS, pursuant to Civil Local Rule 6-2(a)(1), the parties state that the time

1

JOINT STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT SCHEDULE
CASE NO. C 07-03783-JF

504214.01

modifications set forth below are requested for the purpose of establishing new deadlines in the case to replace the deadlines that were vacated pursuant to stipulation by the Court's September 14, 2009 Order,

WHEREAS, pursuant to Civil Local Rule 6-2(a)(2), the parties disclose that there have been eleven previous time modifications in this case (August 20, 2007 [Docket No. 8], October 11, 2007 [Docket No. 19], November 16, 2007 [Docket No. 26], April 30, 2008 [Docket No. 35], August 29, 2008 [Docket No. 46], April 15, 2009 [Docket No. 63], September 9, 2009 [Docket No. 166], September 14, 2009 [Docket No. 176], November 3, 2009 [Docket No. 206], March 25, 2009 [Docket No. 282], and April 2, 2010 [Docket No. 283]).  These modifications related to the briefing schedules and hearing dates for the prior Motions to Dismiss and Motion to Certify, the briefing schedule for Plaintiff's Motion for a Protective Order, the date for the July 18, 2008 Case Management Conference, the briefing schedule for Plaintiff's Administrative Motion to Modify the Case Management Schedule, the jointly stipulated modifications to the original Case Management Schedule, the briefing schedule on Plaintiff's Motion for Summary Judgment, and the hearing date on the parties' cross-motions to compel discovery,

WHEREAS, pursuant to Civil Local Rule 6-2(a)(3), the parties state that the requested time modifications will have no effect on the current schedule for the case, because there currently are no scheduled deadlines in the case,

**ACCORDINGLY, THE PARTIES STIPULATE AS FOLLOWS:**

[1] The following Case Management Schedule shall be entered:

    a) Fact discovery cutoff: Monday, July 19, 2010, subject to the following:

        i. No further written fact discovery beyond that propounded prior to September 3, 2009 will be propounded, and absent leave of court, no fact depositions that were not noticed prior to September 3, 2009 will be taken;

        ii. A party may move for leave to take additional depositions, and the agreement in (a)(i) shall not preclude a party from making such a motion;

        iii. Paragraphs [2] and [3] below.

b) Designation of affirmative experts: Monday, August 2, 2010

c) Designation of rebuttal experts: Tuesday, September 7, 2010

d) Expert discovery cutoff: Thursday, September 30, 2010

e) Last day to file dispositive motions: Monday, October 18, 2010

f) Last day to file oppositions to dispositive motions: Monday, November 8, 2010

g) Last day to file replies in support of dispositive motions: Monday, November 22, 2010

h) Hearing on dispositive motions: Friday, December 10, 2010

i) Trial: On or after May 9, 2011, as set by the Court

[2] Entry of this stipulated Case Management Schedule shall be without prejudice to either party's right to seek modification of the entered Schedule based on good cause shown, including but not limited to modifications based on any further discovery that may be ordered by the Court.

[3] Each party reserves its right to contest any request for modification of the Schedule entered in [1], including but not limiting to arguing, if appropriate, that any further discovery ordered by the Court does not constitute good cause for modifying the entered Case Management Schedule.

**IT IS SO STIPULATED.**

Dated:  July 15, 2010                                KEKER & VAN NEST LLP


                                                    By:  _____*/s/ Melissa J. Miksch*_____
                                                         MELISSA J. MIKSCH
                                                         Attorneys for Plaintiff
                                                         STEPHANIE LENZ

Dated: July 15, 2010                              MUNGER, TOLLES & OLSON LLP

                                                  By: _____/s/ Kelly M. Klaus*_____
                                                      KELLY M. KLAUS
                                                      Attorneys for Defendants
                                                      UNIVERSAL MUSIC CORP.,
                                                      UNIVERSAL MUSIC PUBLISHING,
                                                      INC. and UNIVERSAL MUSIC
                                                      PUBLISHING GROUP

**PURSUANT TO STIPULATION, IT IS SO ORDERED. TRIAL IS SET TO BEGIN ON _____.**

Dated:                                            By: _____
                                                      HON. JEREMY FOGEL
                                                      United States District Judge

---

* Electronically signed by Plaintiff's counsel with the concurrence of Defendants' counsel. N.D. Cal. G.O. 45 ¶ X.B.