| | |
|---|---|
| 1 | KELLY M. KLAUS (SBN 161091) |
| | Kelly.Klaus@mto.com |
| 2 | MELINDA E. LEMOINE (SBN 235670) |
| | Melinda.LeMoine@mto.com |
| 3 | MUNGER, TOLLES & OLSON LLP |
| | 355 South Grand Avenue |
| 4 | Thirty-Fifth Floor |
| | Los Angeles, CA  90071-1560 |
| 5 | Telephone:    (213) 683-9100 |
| | Facsimile:     (213) 687-3702 |
| 6 | |
| 7 | Attorneys for Defendants |
| | UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC |
| | PUBLISHING, INC. and UNIVERSAL MUSIC |
| 8 | PUBLISHING GROUP |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ, | CASE NO.  C 07-03783 JF (PVT) |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | Date:     **August 31, 2010** |
| UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP, | Time:    10:00 a.m. |
| | **Ctrm:**    5 |
| | **Judge:**   Hon. Patricia V. Trumball |
| Defendants. | |

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, the undersigned, declare that I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of San Francisco, State of California. My business address is 560 Mission Street, 27th Floor, San Francisco, California 94105.

On July 26, 2010, I served upon the interested parties in this action the foregoing documents described as:

(1) ADMINISTRATIVE MOTION TO SEAL CONFIDENTIAL DECLARATION OF KELLY M. KLAUS IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TESTIMONY WITHHELD ON THE BASIS OF WAIVED CLAIM OF ATTORNEY-CLIENT PRIVILEGE AND EXHIBITS;

(2) DECLARATION OF MELINDA E. LEMOINE PURSUANT TO LOCAL RULE 79-5(C)(1) IN SUPPORT OF APPLICATION TO FILE UNDER SEAL CONFIDENTIAL EXHIBITS IN SUPPORT OF MOTION TO COMPEL;

(3) [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO SEAL CONFIDENTIAL DECLARATION IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TESTIMONY WITHHELD ON THE BASIS OF WAIVED CLAIM OF ATTORNEY-CLIENT PRIVILEGE AND EXHIBITS;

(4) NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TESTIMONY WITHHELD ON THE BASIS OF WAIVED CLAIM OF ATTORNEY-CLIENT PRIVILEGE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;

(5) PUBLIC VERSION: DECLARATION OF KELLY M. KLAUS IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TESTIMONY WITHHELD ON THE BASIS OF WAIVED CLAIM OF ATTORNEY-CLIENT PRIVILEGE;

(6) CONFIDENTIAL - FILED UNDER SEAL: DECLARATION OF KELLY M. KLAUS IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TESTIMONY WITHHELD ON THE BASIS OF WAIVED CLAIM OF ATTORNEY-CLIENT PRIVILEGE

(7) [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TESTIMONY WITHHELD ON THE BASIS OF WAIVED CLAIM OF ATTORNEY-CLIENT PRIVILEGE

[X] By placing ☐ the original [X] a true and correct copy thereof, as set out below, in an addressed, sealed envelope(s) clearly labeled to identify the persons being served at the addresses set forth on the attached service list.

[X] **BY HAND DELIVERY.** On July 26, 2010, I served a true copy of the attached document by placing it in an addressed, sealed envelope(s), clearly labeled to identify the person being served at the address(es) shown below/set forth on the attached service list and I caused the envelope(s) to be delivered by hand to the offices of the addressee(s).

10069816.1                                    - 1 -                              PROOF OF SERVICE
                                                                                 CASE NO. CV-07-03783

| | |
|---|---|
| 1 | ☐ **(STATE)** I declare under penalty of perjury that the foregoing is true and correct. |
| 2 | |
| 3 | ☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. |
| 4 | Executed on July 26, 2010, at Los Angeles, California. |

                                                                                /s/ *Rachel J. Mullinax*
                                                                                   Rachel J. Mullinax

<u>Lenz v. Universal Music Corp, et al.</u>,
Case No. C 07-03783-JF
Service List

ELECTRONIC FRONTIER FOUNDATION
Fred Von Lohmann
Kurt Opsahl
Corynne McSherry
454 Shotwell Street
San Francisco, CA 94110
Tel: (415) 436-9333
Fax: (415) 436-9993
Email:  fred@eff.org; kurt@eff.org; corynne@eff.org

KEKER & VAN NEST, LLP
Ashok Ramani
Michael S. Kwun
Melissa J. Miksch
710 Sansome Street
San Francisco, CA 94111-1704
Tel: (415) 391-5400
Fax: (415) 397-7188
Email: aramani@kvn.com; mkwun@kvn.com; mmiksch@kvn.com

Attorneys for Plaintiff Stephanie Lenz