KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
MELINDA E. LEMOINE (SBN 235670)
Melinda.LeMoine@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

Attorneys for Defendants
UNIVERSAL MUSIC CORP.,
UNIVERSAL MUSIC PUBLISHING, INC.
and UNIVERSAL MUSIC PUBLISHING GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>Defendants. | CASE NO.  CV-07-03783-JF (RS)<br><br>XXXXXXXXXXX] **ORDER GRANTING DEFENDANTS' MOTION TO SEAL CONFIDENTIAL DECLARATION IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TESTIMONY WITHHELD ON THE BASIS OF WAIVED CLAIM OF ATTORNEY-CLIENT PRIVILEGE AND EXHIBITS**<br><br>Judge:  Honorable Patricia V. Trumbull |

# **[PROPOSED] ORDER GRANTING MOTION TO SEAL**

Upon consideration of Defendants' Motion to file the following documents under seal and the supporting Declarations of Defendants and Plaintiff pursuant to L.R 79.5(d) in support of that Motion, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal:

>Confidential Declaration of Kelly M. Klaus in support of Motion to Compel Production of Documents and Testimony Withheld on the Basis of Waived Claim of Attorney-Client Privilege; and Exhibits 5, 12 and 13

IT IS SO ORDERED.

DATED: July 27, 2010

_____
The Honorable Patricia V. Trumbull
United States Magistrate Judge

Submitted by:
MUNGER, TOLLES & OLSON LLP

By: */s/ Melinda E. LeMoine*
MELINDA E. LeMOINE

Attorneys for Defendants