1  ELECTRONIC FRONTIER FOUNDATION
   KURT OPSAHL – #191303
2  CORYNNE MCSHERRY - #221504
   454 Shotwell Street
3  San Francisco, CA  94110
   Telephone:     (415) 436-9333
4  Facsimile:      (415) 436-9993
   Email: kurt@eff.org
5          corynne@eff.org

6  KEKER & VAN NEST LLP
   ASHOK RAMANI - #200020
7  MICHAEL S. KWUN - #198945
   MELISSA J. MIKSCH - #249805
8  710 Sansome Street
   San Francisco, CA  94111-1704
9  Telephone:     (415) 391-5400
   Facsimile:      (415) 397-7188
10 Email: aramani@kvn.com; mkwun@kvn.com
           mmiksch@kvn.com
11
   Attorneys for Plaintiff
12 STEPHANIE LENZ

13

14                    UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16                         SAN JOSE DIVISION

17

18 STEPHANIE LENZ,                        Case No. C-07-03783-JF (PVT)

19                   Plaintiff,           **APPLICATION TO FILE UNDER SEAL
                                          CONFIDENTIAL OPPOSITION TO
20      v.                                MOTION TO COMPEL AND
                                          CONFIDENTIAL EXHIBITS TO
21 UNIVERSAL MUSIC CORP., UNIVERSAL       SUPPORTING DECLARATION**
   MUSIC PUBLISHING, INC. and
22 UNIVERSAL MUSIC PUBLISHING             Date:        August 31, 2010
   GROUP,                                 Time:        10:00 a.m.
23                                        Crtrm:       5 (Hon. Patricia V. Trumbull)
                   Defendants.
24                                        Date Comp. Filed:     July 24, 2007

25                                        [SUPPORTING DECLARATION AND PROPOSED ORDER FILED
                                          HEREWITH]
26

27

28

507361.01
       APPL. TO FILE UNDER SEAL CONFIDENTIAL OPP. TO MOT. COMPEL AND CONFIDENTIAL EXHIBITS
                                CASE NO. C-07-03783-JF

1    Plaintiff Stephanie Lenz ("Ms. Lenz") submits this Application under Civil Local Rules

2  7-11 and 79-5, and General Order 62, for an Order sealing the following documents:

3          1)  Confidential Opposition to Defendants' Motion to Compel the Production of

4              Privileged Documents and Testimony (Dkt. No. 297);

5          2)  Confidential Exhibits D, H, and J to the Declaration of Michael S. Kwun in

6              Support of Plaintiff's Opposition to Defendants' Motion to Compel the

7              Production of Privileged Documents and Testimony (Dkt. No. 297).

8      For the purposes of a non-dispositive discovery motion (such as both motions at issue

9  here), a party need only show "good cause" to seal confidential documents. *Kamakana v.*

10 *Honolulu*, 447 F.3d 1172, 1179-80 (9th Cir. 2006).  There is good cause to seal these documents

11 because Defendants have designated material in these documents as "Confidential" under the

12 protective order governing this litigation (Dkt. No. 73), thereby representing that it contains

13 sensitive personal or business information of a party.

14      For this reason, Ms. Lenz has lodged these documents, as well as proposed redacted

15 versions, with the Clerk pending the Court's ruling on this Application.

16

17

18 Dated:  August 10, 2010                    KEKER & VAN NEST LLP

19

20

                                        By:  */s/ Melissa J. Miksch*
21                                            ASHOK RAMANI
                                             MICHAEL S. KWUN
22                                            MELISSA J. MIKSCH
                                             Attorneys for Plaintiff
23                                            STEPHANIE LENZ

24

25

26

27

28

1

507361.01