KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
MELINDA E. LEMOINE (SBN 235670)
Melinda.LeMoine@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

Attorneys for Defendants
UNIVERSAL MUSIC CORP.,
UNIVERSAL MUSIC PUBLISHING, INC.
and UNIVERSAL MUSIC PUBLISHING
GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>        Plaintiff,<br><br>vs.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>        Defendants. | CASE NO.  CV-07-03783-JF (RS)<br><br>**DECLARATION OF MELINDA LEMOINE PURSUANT TO L.R. 79-5(D) IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL**<br><br>Date:   August 31, 2010<br>Time:   10:00 AM<br>Judge: Hon. Patricia Trumbull<br>Courtroom:  5 |

**DECLARATION OF MELINDA E. LeMOINE**

I, Melinda E. LeMoine, declare:

1. I am a lawyer with the law firm of Munger, Tolles & Olson LLP, counsel of record for Defendants Universal Music Corp., Universal Music Publishing, Inc., and Universal Music Publishing Group (collectively "Universal"). I make this Declaration based upon my own personal knowledge, and if called upon to do so, I could and would testify competently to the matters stated herein.

2. In accordance with Local Rule 79-5(d), I make this Declaration in support of Plaintiff's Application to Seal the Confidential Opposition to Defendant's Motion to Compel ("Opposition"), and Confidential Exhibits H and J to the Supporting Declaration of Michael Kwun ("Kwun Declaration").

3. I have reviewed both the Confidential and Redacted versions of the Opposition. I have also reviewed the selected Exhibits Plaintiff submitted under seal, specifically Exhibits D, H, and J.

4. The Opposition incorporates material produced by Universal in discovery that has been designated "Confidential" or "Highly Confidential" under the Protective Order entered in this litigation. *See* Doc. No. 73. Specifically, the Opposition incorporates material included in Confidential Exhibits H and J to the Kwun Declaration.

5. Confidential Exhibits H and J are communications between Universal and YouTube – a non-party here – of a type that is normally kept private. The communications are exchanged in accordance with a Highly Confidential agreement between Universal and YouTube that is confidential between the parties thereto, contains trade secrets, and could cause competitive harm if publicly known. Indeed, YouTube itself produced a version of Exhbits H and J with the "Highly Confidential" designation.

6. For these reasons, the Court has already found "good cause" exists to seal Exhibits H and J when these documents were submitted in connection with other motions. *See, e.g.,* Doc. No's 210 (sealing Exs. C and D to the Affidavit of Darren Hubbard, the YouTube-produced

1  versions of Exs. H and J);  Doc. No. 236 (sealing confidential exhibits to Kwun Declaration,
2  which include the same document as Ex. H here).
3       7.     Universal no longer seeks confidential treatment of Exhibit D to the Kwun
4  Declaration.
5      I declare under penalty of perjury under the laws of the United States and California that
6  the foregoing is true and correct and that this Declaration was executed this 17th day of August,
7  2010, at Los Angeles, California.

                             By:   */s/ Melinda E. LeMoine*
                                  MELINDA E. LeMOINE