1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

12
13
14
15
16
17

| STEPHANIE LENZ, | ) | Case No.C 07-03783 JF (PVT) |
|---|---|---|
| Plaintiff, | ) | **ORDER VACATING AUGUST 31, 2010 HEARING** |
| v. | ) | |
| UNIVERSAL MUSIC CORP., ET AL, | ) | **[Docket No. 292]** |
| Defendants. | ) | |

18   Defendants Universal Music Corporation, Universal Music Publishing, Inc. and

19 Universal Music Publishing Group move to compel production of documents and testimony

20 withheld on the basis of waived claim of attorney-client privilege. (collectively "defendants").

21 Plaintiff Stephanie Lenz opposes the motion. Pursuant to Civ. L.R. 7-1(b), the motion is taken

22 under submission and the hearing scheduled to be held on August 31, 2010 is vacated.

23   IT IS SO ORDERED.

24 Dated:   August 27, 2010

25                                                         _____
                                                                 PATRICIA V. TRUMBULL
26                                                               United States Magistrate Judge

27
28

ORDER, *page 1*