ELECTRONIC FRONTIER FOUNDATION
KURT OPSAHL #191303
CORYNNE MCSHERRY #221504
JULIE SAMUELS (*pro hac vice*)
454 Shotwell Street
San Francisco, CA  94110
Telephone:   (415) 436-9333
Facsimile:   (415) 436-9993
Email:  kurt@eff.org; corynne@eff.org; julie@eff.org

KEKER & VAN NEST, LLP
ASHOK RAMANI - #200020
MICHAEL KWUN -#198945
MELISSA J. MIKSCH - #249805
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:   (415) 391-5400
Facsimile:   (415) 397-7188
Email: aramani@kvn.com; mkwun@kvn.com; mmiksch@kvn.com

Attorneys for Plaintiff
STEPHANIE LENZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>                             Plaintiff,<br><br>      v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>                             Defendants. | Case No. C 07-03783-JF<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:         December 10, 2009<br>Time:         9:00 a.m.<br>Courtroom: 3, 5th Floor<br>Judge:        The Hon. Jeremy Fogel |

**[PROPOSED] ORDER**

Plaintiff Stephanie Lenz ("Plaintiff") has moved for summary judgment pursuant to Federal Rule of Civil Procedure 56 and Northern District of California Civil Local Rule 56-1.

The Court has reviewed the moving, opposition, and reply papers and, on December 10, 2010, held a hearing on the motion. After considering the submissions and arguments, the Court finds that there is no genuine dispute of material fact about the following:

[1] Plaintiff is entitled to summary judgment on her complaint;

[2] Plaintiff is entitled to damages of $1,337.50, plus nominal damages for the harm to her speech rights and her expenditure of personal resources in connection with ensuring restoration of the Video on YouTube.

Plaintiff's motion for summary judgment is, therefore, **GRANTED**. The Clerk is directed to enter Judgment in Plaintiff's favor, consistent with this Order.

Dated:                          By: _____
                                                       HON. JEREMY FOGEL
                                                       United States District Judge