ELECTRONIC FRONTIER FOUNDATION
KURT OPSAHL #191303
CORYNNE MCSHERRY #221504
JULIE SAMUELS (*pro hac vice*)
454 Shotwell Street
San Francisco, CA  94110
Telephone:   (415) 436-9333
Facsimile:    (415) 436-9993
Email:  kurt@eff.org; corynne@eff.org; julie@eff.org

KEKER & VAN NEST, LLP
ASHOK RAMANI - #200020
MICHAEL KWUN -#198945
MELISSA J. MIKSCH - #249805
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:   (415) 391-5400
Facsimile:    (415) 397-7188
Email: aramani@kvn.com; mkwun@kvn.com; mmiksch@kvn.com

Attorneys for Plaintiff
STEPHANIE LENZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>　　　　　　　　　　Defendants. | Case No. C 07-03783-JF<br><br>**NOTICE OF MANUAL FILING OF:**<br><br>**DECLARATION OF MICHAEL KWUN IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (VOLUME I)**<br><br>Date:　　　　December 10, 2010<br>Time:　　　　9:00 a.m.<br>Courtroom:　3, 5th Floor<br>Judge:　　　Hon. Jeremy Fogel |

Regarding the Declaration of Michael Kwun in Support of Plaintiff's Motion for Summary Judgment (Volume I):

This pleading was filed in hard copy form only and are being maintained in the case file in the Clerk's office.  If you are a participant in this case, this filing will be served electronically, per the agreement of the parties, with a hard-copy to follow by overnight delivery.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled because it attaches a non-graphic/text computer video file.


Dated:  October 18, 2010                                        KEKER & VAN NEST, LLP



                                                                By:  */s/ Michael Kwun*
                                                                     MICHAEL KWUN
                                                                     Attorneys for Plaintiff
                                                                     STEPHANIE LENZ