ELECTRONIC FRONTIER FOUNDATION
KURT OPSAHL #191303
CORYNNE MCSHERRY #221504
454 Shotwell Street
San Francisco, CA 94110
Telephone:    (415) 436-9333
Facsimile:    (415) 436-9993
Email: kurt@eff.org;  corynne@eff.org

KEKER & VAN NEST LLP
ASHOK RAMANI - #200020
MICHAEL S. KWUN -#198945
MELISSA J. MIKSCH - #249805
710 Sansome Street
San Francisco, CA 94111-1704
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188
Email: aramani@kvn.com; mkwun@kvn.com
Email: mmiksch@kvn.com

Attorneys for Plaintiff
STEPHANIE LENZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>                                  Plaintiff,<br><br>    v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>                                  Defendants. | Case No. C 07-03783-JF (PVT)<br><br>**PROOF OF SERVICE** |

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest LLP, 710 Sansome Street, San Francisco, California 94111.

On October 18, 2010, I served the following document(s):

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**

**DECLARATION OF MICHAEL KWUN IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (VOLS. I & III)**

by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

—and—

**DECLARATION OF MICHAEL KWUN IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (VOLUME I)**

by **FEDERAL EXPRESS**, by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest LLP for correspondence for delivery by FedEx Corporation. According to that practice, items are retrieved daily by a FedEx Corporation employee for overnight delivery.

Kelly Klaus  
Melinda LeMoine  
Munger, Tolles & Olson, LLP  
355 South Grand Avenue, 35th Floor  
Los Angeles, CA 90071-1592  

Emails:

Kelly.klaus@mto.com  
Melinda.LeMoine@mto.com  

Executed on October 18, 2010, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Roseann Cirelli*
ROSEANN CIRELLI