KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
MELINDA E. LEMOINE (SBN 235670)
Melinda.LeMoine@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

Attorneys for Defendants
UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>              Plaintiff,<br><br>       vs.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>              Defendants. | CASE NO.  C 07-03783 JF (PVT)<br><br>**DECLARATION OF KELLY M. KLAUS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:    December 10, 2010<br>Time:   9:00 a.m.<br>Ctrm:   3, Fifth Floor<br>Judge: Hon. Jeremy Fogel<br><br>[Notice of Motion and Motion, Memorandum of Points and Authorities, Declarations of Robert E. Allen and Benjamin Edelman and Request for Judicial Notice filed concurrently] |

I, Kelly M. Klaus, declare:

1. I am a partner in the law firm of Munger, Tolles & Olson LLP, counsel of record for Defendants Universal Music Corp., Universal Music Publishing, Inc., and Universal Music Publishing Group (collectively "Universal" or "Defendants"). I make this Declaration in support of Universal's Motion for Summary Judgment ("Motion"). The contents of this Declaration are based upon my own personal knowledge, and if called upon to do so, I could and would testify competently to the matters stated herein.

2. Attached as Exhibit 1 is a true and correct screenshot copy of the Electronic Frontier Foundation's webpage called "Fair Use Principles for User Generated Video Content."

3. Attached as Exhibit 2 is a true and correct copy of a document produced by Plaintiff in this litigation, and authenticated and marked at her deposition on September 16, 2009 as Exhibit 34 (*see* Ex. 14 at 277:14-20).

4. Attached as Exhibit 3 is a true and correct copy of a document produced by Plaintiff in this litigation, and authenticated and marked at her deposition on September 16, 2009 as Exhibit 29 (*see* Ex. 14 at 244:4-13).

5. Attached as Exhibit 4 is a true and correct copy of a document produced by Plaintiff in this litigation, and authenticated and marked in her deposition on September 16, 2009 as Exhibit 41 (*see* Ex. 14 at 321:15-23).

6. Attached as Exhibit 5 is a true and correct screenshot copy of YouTube's Partnerships webpage, printed from YouTube's website at my direction the week of October 11, 2010.

7. Attached as Exhibit 6A is a true and correct copy of non-confidential excerpts from the Certified Transcript of the Deposition of Robert E. Allen taken on April 1, 2010 in this action.

8. Attached as Exhibit 6B is a true and correct copy of confidential excerpts from the Certified Transcript of the Deposition of Robert E. Allen taken on April 1, 2010 in this action.

9. Exhibit 7 is a CD containing seven videos from YouTube.com, including Plaintiff's video entitled "Let's Go Crazy #1". These videos were captured using a webcapture

software at my direction on October 15, 2010. Universal is submitting the CD to the Court under separate cover.

10. Attached as Exhibit 8A is a true and correct copy of non-confidential excerpts from the Certified Transcript of the Deposition of Sean Johnson taken on January 28, 2010 in this action.

11. Attached as Exhibit 8B is a true and correct copy of confidential excerpts from the Certified Transcript of the Deposition of Sean Johnson taken on January 28, 2010 in this action.

12. Attached as Exhibit 9 is a true and correct copy of a document produced by Defendants in this litigation, and authenticated and marked at Sean Johnson's deposition on January 28, 2010 as Exhibit 70 (*see* Ex. 8A at 33:2-11).

13. Attached as Exhibit 10 is a true and correct copy of excerpts from the Certified Transcript of the Deposition of Alina Moffat taken on March 31, 2010 in this action.

14. Attached as Exhibit 11 is a true and correct copy of a document produced by Plaintiff in this litigation, and authenticated and marked in her deposition on September 16, 2009 as Exhibit 9 (*see* Ex. 14 at 110:1-6).

15. Attached as Exhibit 12 is a true and correct copy of a document produced by Plaintiff in this litigation, and authenticated and marked in her deposition on September 16, 2009 as Exhibit 11 (*see* Ex. 14 at 116:9-16).

16. Attached as Exhibit 13 is a true and correct screenshot copy of Plaintiff's blog website http://blog.piggyhawk.net/?=81, authenticated and marked at her deposition on September 16, 2009 as Exhibit 12 (*see* Ex. 14 at 129:5-11).

17. Attached as Exhibit 14 is a true and correct copy of excerpts from the Certified Transcript of the Deposition of Plaintiff Stephanie Lenz, which I took on September 16, 2009 in this action.

18. Attached as Exhibit 15 is a true and correct screenshot copy of Plaintiff's "'Let's Go Crazy' #1" YouTube webpage, which was printed the week of October 11, 2010 at my direction.

11977747.1 - 2 - KLAUS DECL. ISO MTN SUMM JUDGMENT
CASE NO. CV-07-03783

1    19.  Attached as Exhibit 16 is a true and correct copy of a document produced by
2   Plaintiff in this litigation, and authenticated and marked in her deposition on September 16, 2009
3   as Exhibit 7 (*see* Ex. 14 at 99:11-18).

4    20.  Attached as Exhibit 17 is a true and correct copy of excerpts from the Certified
5   Transcript of the Deposition of Linda Morgan taken on October 21, 2009 in this action.

6    21.  Attached as Exhibit 18 is a true and correct screenshot copy of YouTube's Terms
7   of Use webpage, which I printed from YouTube's website on or about September 19, 2007. This
8   document was marked at Plaintiff's deposition on September 16, 2009 as Exhibit 5 (*see* Ex. 14 at
9   51:12-23).

10    22.  Attached as Exhibit 19 is a true and correct screenshot copy of YouTube's Help
11  Center webpage as of February 2007, which I printed from the website www.archive.org on or
12  about September 10, 2009. This document was marked at Plaintiff's deposition on September 16,
13  2009 as Exhibit 10 (*see* Ex. 14 at 113:24-116:8).

14    23.  Attached as Exhibit 20 is a true and correct copy of a document produced by
15  Plaintiff in this litigation, and authenticated and marked at her deposition on September 16, 2009
16  as Exhibit 16 (*see* Ex. 14 at 174:13-18).

17    24.  Attached as Exhibit 21 is a true and correct copy of Plaintiff's Third Supplemental
18  Rule 26(a) Disclosures, dated April 30, 2010.

1      25. Attached as Exhibit 22 is a true and correct copy of a document produced by
2  Plaintiff in this litigation, and authenticated and marked in her deposition on September 16, 2009
3  as Exhibit 23 (*see* Ex. 14 at 216:4-215:24).

4      I declare under penalty of perjury under the laws of the United States that the foregoing is
5  true and correct and that this Declaration was executed this 18th day of October, 2010, at Los
6  Angeles, California.

                              */s/ Kelly M. Klaus*
                              KELLY M. KLAUS