1 | KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
2 | MELINDA E. LEMOINE (SBN 235670)
Melinda.LeMoine@mto.com
3 | MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
4 | Thirty-Fifth Floor
Los Angeles, CA  90071-1560
5 | Telephone:    (213) 683-9100
Facsimile:     (213) 687-3702
6
Attorneys for Defendants
7 | UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC
PUBLISHING, INC. and UNIVERSAL MUSIC
8 | PUBLISHING GROUP

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN JOSE DIVISION

| STEPHANIE LENZ, | CASE NO.  C 07-03783 JF (PVT) |
|---|---|
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP, | |
| Defendants. | |

11980919.1

PROOF OF SERVICE
CASE NO. CV-07-03783

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, the undersigned, declare that I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California 90071-1560.

On October 18, 2010, I served upon the interested parties in this action the foregoing documents described as:

(1) Notice of Motion and Motion for Summary Judgment

(2) Declaration of Robert E. Allen In Support of Defendants' Motion for Summary Judgment

(3) Confidential Exhibits 1-8 to the Declaration of Robert E. Allen In Support of Defendants' Motion for Summary Judgment

(4) Declaration of Benjamin Edelman and accompanying exhibits

(5) Declaration of Kelly M. Klaus and accompanying exhibits, including Exhibit 7 and Confidential Exhibits 6B, 8B and 22.

(6) Administrative Motion to Seal, Declaration of Melinda E. LeMoine in Support of Administrative Motion to Seal, and Proposed Order

(7) Proposed Order Granting Defendants' Motion for Summary Judgment

☐ **BY E-MAIL (AS INDICATED ON ATTACHED SERVICE LIST)** By sending a copy of said document by email for instantaneous transmittal to the addressees on the attached service list.

☒ **FTP (AS INDICATED ON ATTACHED SERVICE LIST)** per agreement of the parties on October 15, 2010. The publicly available documents were also electronically filed and served pursuant to the Court's ECF system.

☐ **(STATE)** I declare under penalty of perjury that the foregoing is true and correct.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 18, 2010, at Los Angeles, California.

*/s/ Melinda E. LeMoine*
Melinda E. LeMoine

11980919.1

PROOF OF SERVICE
CASE NO. CV-07-03783

Lenz v. Universal Music Corp, et al.,
Case No. C 07-03783-JF
Service List

ELECTRONIC FRONTIER FOUNDATION
Kurt Opsahl
Corynne McSherry
Julie Samuels
454 Shotwell Street
San Francisco, CA 94110
Tel: (415) 436-9333
Fax: (415) 436-9993
Email: kurt@eff.org; corynne@eff.org; julie@eff.org

KEKER & VAN NEST, LLP
Michael S. Kwun
Melissa J. Miksch
710 Sansome Street
San Francisco, CA 94111-1704
Tel: (415) 391-5400
Fax: (415) 397-7188
Email: rcirelli@kvn.com; mkwun@kvn.com; mmiksch@kvn.com; costergard@kvn.com

Attorneys for Plaintiff Stephanie Lenz