ELECTRONIC FRONTIER FOUNDATION
KURT OPSAHL #191303
CORYNNE MCSHERRY #221504
JULIE SAMUELS (*pro hac vice*)
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993
Email: kurt@eff.org; corynne@eff.org; julie@eff.org


KEKER & VAN NEST, LLP
ASHOK RAMANI #200020
MICHAEL KWUN #198945
MELISSA J. MIKSCH #249805
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
Email: aramani@kvn.com; mkwun@kvn.com; mmiksch@kvn.com

Attorneys for Plaintiff
STEPHANIE LENZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>Defendants. | Case No. C 07-03783-JF<br><br>**DECLARATION OF MARCIA HOFMANN IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: Dec. 10, 2010<br>Time: 9:00 am<br>Courtroom: 3, 5th Floor<br>Judge: The Hon. Jeremy Fogel<br><br>**AMENDED TO ATTACH EXHIBIT** |

I, Marcia Hofmann, declare as follows:

1. I am a Senior Staff Attorney at the Electronic Frontier Foundation. I have personal knowledge of the items set forth in this declaration, and would testify as to the same if called upon to do so.

2. In mid-2007, I counseled Plaintiff Stephanie Lenz about the takedown notice she

1  received from YouTube regarding her video entitled "Let's Go Crazy #1" (the "Video").

2      3.    I have reviewed my records reflecting the time I spent on this matter prior to the filing of the complaint on July 24, 2007. I understand that those records have been produced in redacted form in this case as P-E 003012.

    4.    I attach as Exhibit A a true and correct copy of those time records as produced at P-E 003012, annotated with asterisks next to time entries that reflect the time spent before the filing of the suit in connection with the restoration of Ms. Lenz's video to YouTube.

    5.    My total time for the annotated entries is 4.25 hours.

    6.    My billing rate in 2007 was $300/hour.

    7.    My total fees for the time spent pursuant to paragraph 4, *supra,* was therefore $1275.

I declare under penalty of perjury that the foregoing is true and correct and that this document was executed on October 12, 2010 in San Francisco, California.

By _____
MARCIA HOFMANN

# Exhibit A

**Marcia Hoffman - Lenz v Universal**

| Date | Task | Hours |
|---|---|---|
| 6/12/2007 | Consulted with co-counsel concerning | 0.25 |
| 6/13/2007 | Initial contact with Lenz. | 0.25 |
| 6/14/2007 | Intake phone call with Lenz. | 1.5 |
| 6/14/2007 | Reviewed | 0.25 |
| 6/14/2007 | Conferred with co-counsel re: strategy. | 0.75 |
| 6/14/2007 | Drafted | 0.75 |
| 6/16/2007 | Drafted t. | 1.5 |
| 6/17/2007 | Reviewed with Lenz. | 0.5 |
| 6/18/2007 | Edited | 1.25 |
| 6/19/2007 | Conferred with Lenz about | 0.5 |
| 6/20/2007 | Conferred with Lenz and co-counsel about strategy. | 1 |
| 6/20/2007 | Reviewed, edited | 0.5 |
| 6/21/2007 | Edited | 0.5 |
| 6/22/2007 | Revised ; sent to Lenz for review and comment. | 0.25 |
| 6/22/2007 | Conferred with Lenz about strategy. | 0.75 |
| 6/26/2007 | Conferred with co-counsel re: strategy. | 0.75 |
| 6/26/2007 | Conferred with YouTube re: counternotice. | 1 |
| 6/26/2007 | Drafted ; conferred with Lenz re: . | 0.75 |
| 7/9/2007 | Reviewed YouTube correspondence re: takedown request; conferred with co-counsel. | 0.75 |
| 7/11/2007 | Conferred with Lenz re: | 0.5 |
| 7/16/2007 | Conferred with co-counsel re: | 0.75 |
| 7/16/2007 | Edited | 1 |
| 7/17/2007 | Reviewed, edited ; conferred with co-counsel and client re: | 1.75 |
| 7/17/2007 | Reviewed, edited conferred with co-counsel and client re: | 1.25 |
| 7/18/2007 | Conferred with client re: strategy. | 0.5 |
| 7/18/2007 | Researched, conferred with co-counsel re: . | 1.5 |
| 7/18/2007 | Conferred with Lenz re: strategy. | 0.25 |
| 7/22/2007 | Conferred with co-counsel re: strategy. | 1 |
| 7/23/2007 | Conferred with co-counsel re: strategy. | 1.5 |

Total hours through July 23, 2007    23.75

Total Fees through July 23, 2007 ($300/hr)    $7,125.00

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

P-E 003012