ELECTRONIC FRONTIER FOUNDATION
KURT OPSAHL #191303
CORYNNE MCSHERRY #221504
JULIE SAMUELS (*pro hac vice*)
454 Shotwell Street
San Francisco, CA 94110
Telephone:  (415) 436-9333
Facsimile:  (415) 436-9993
Email:  kurt@eff.org; corynne@eff.org; julie@eff.org

KEKER & VAN NEST, LLP
ASHOK RAMANI - #200020
MICHAEL KWUN -#198945
MELISSA J. MIKSCH - #249805
710 Sansome Street
San Francisco, CA 94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188
Email: aramani@kvn.com; mkwun@kvn.com; mmiksch@kvn.com

Attorneys for Plaintiff
STEPHANIE LENZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>　　　　Defendants. | Case No. C-07-03783-JF (PVT)<br><br>**DECLARATION OF MICHAEL KWUN IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (VOLUME I)**<br><br>Date:　　　　December 10, 2010<br>Time:　　　　9:00 a.m.<br>Courtroom:　3, 5th Floor<br>Judge:　　　Hon. Jeremy Fogel<br><br>**MANUALLY FILED** |

FILED
OCT 18 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I, MICHAEL S. KWUN, declare and state:

1. I am an attorney licensed to practice law in the State of California and am of counsel at Keker & Van Nest LLP, attorneys for plaintiff Stephanie Lenz in the above-captioned action.

2. I have knowledge of the facts set forth herein, and if called upon as a witness, I could testify to them competently under oath.

3. Attached hereto as **Exhibit A** is an electronic video file with the filename "ExhA-DepoExh2.mov". This file is a true and correct copy (except for the filename, which has been changed) of the electronic video file that was on the CD-ROM that was marked as deposition exhibit 2. This electronic video file was produced in discovery by Ms. Lenz with the designation P-E_001977. For purposes of manual filing, this Exhibit is contained on a CD-ROM.

Executed this 18th day of October, 2010 at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

MICHAEL KWUN