ELECTRONIC FRONTIER FOUNDATION
KURT OPSAHL #191303
CORYNNE MCSHERRY #221504
JULIE SAMUELS (*pro hac vice*)
454 Shotwell Street
San Francisco, CA  94110
Telephone:    (415) 436-9333
Facsimile:    (415) 436-9993
Email:  kurt@eff.org; corynne@eff.org; julie@eff.org

KEKER & VAN NEST, LLP
ASHOK RAMANI - #200020
MICHAEL S. KWUN -#198945
MELISSA J. MIKSCH - #249805
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188
Email: aramani@kvn.com; mkwun@kvn.com; mmiksch@kvn.com

Attorneys for Plaintiff
STEPHANIE LENZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>                    Plaintiff,<br><br>     v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>                    Defendants. | Case No. C-07-03783-JF (PVT)<br><br>**DECLARATION OF MICHAEL S. KWUN REGARDING UNIVERSAL'S ADMINISTRATIVE MOTION TO SEAL CONFIDENTIAL MATERIAL IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:           December 10, 2010<br>Time:          9:00 a.m.<br>Courtroom:  3, 5th Floor<br>Judge:         Hon. Jeremy Fogel |

I, MICHAEL S. KWUN, declare and state:

1. I am an attorney licensed to practice law in the State of California and am of counsel at Keker & Van Nest LLP, attorneys for plaintiff Stephanie Lenz in the above-captioned action.

2. I have knowledge of the facts set forth herein, and if called upon as a witness, I could testify to them competently under oath.

3. Plaintiff Stephanie Lenz has no objection to the filing in the public record of Exhibit 22 to the October 18, 2010 Declaration of Kelly Klaus in Support of Defendants' Motion for Summary Judgment (or of the material regarding this document that was redacted in the public version of Defendants' motion, *see* Dkt. #323 at 24:26). Ms. Lenz previously publicly filed this document as Exhibit E to the October 30, 2009 Declaration of Melissa J. Miksch in Support of Plaintiff's Motion for Partial Summary Judgment or Partial Judgment on the Pleadings (Dkt. #200).

Executed this 22nd day of October, 2010 at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/ Michael S. Kwun
MICHAEL S. KWUN

---

515952.01

1

DECL. OF MICHAEL S. KWUN RE UNIVERSAL'S ADMIN. MOTION TO SEAL
CASE NO. C-07-03783-JF (PVT)