| | |
|---|---|
| 1 | KELLY M. KLAUS (SBN 161091) |
| 2 | Kelly.Klaus@mto.com<br>MELINDA E. LEMOINE (SBN 235670) |
| 3 | Melinda.LeMoine@mto.com<br>MUNGER, TOLLES & OLSON LLP |
| 4 | 355 South Grand Avenue<br>Thirty-Fifth Floor |
| 5 | Los Angeles, CA  90071-1560<br>Telephone:    (213) 683-9100 |
| 6 | Facsimile:     (213) 687-3702 |
| 7 | Attorneys for Defendants<br>UNIVERSAL MUSIC CORP., |
| 8 | UNIVERSAL MUSIC PUBLISHING, INC.<br>and UNIVERSAL MUSIC PUBLISHING |
| 9 | GROUP |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>           Plaintiff,<br><br>    vs.<br><br>UNIVERSAL MUSIC CORP.,<br>UNIVERSAL MUSIC PUBLISHING, INC. and<br>UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>           Defendants. | CASE NO.  CV-07-03783-JF (PVT)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL CONFIDENTIAL MATERIAL IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  December 10, 2010<br>Time:  9:00 a.m.<br>Ctrm:  3, Fifth Floor<br>Judge:  Hon. Jeremy Fogel |

11979441.1

[PROPOSED] ORDER GRANTING
MOTION TO SEAL
C 07-03783-JF

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL**

Upon consideration of Defendants' Administrative Motion to file the following documents under seal and the supporting Declarations of Defendants and Plaintiff pursuant to L.R. 79.5 in support of that Motion, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal:

- Confidential Memorandum of Law in Support of Defendants' Motion for Summary Judgment
- Confidential Exhibits 6B, 8B and 22 to the Declaration of Kelly M. Klaus
- Confidential Declaration of Robert E. Allen
- Confidential Exhibits 1-8 to the Declaration of Robert E. Allen

IT IS SO ORDERED.

DATED: 10/25/10

_____
The Honorable Jeremy Fogel
United States District Judge

Submitted by:
MUNGER, TOLLES & OLSON LLP

By:  */s/ Kelly M. Klaus*
          KELLY M. KLAUS

Attorneys for Defendants

11979441.1 — - 1 - — [PROPOSED] ORDER GRANTING MOTION TO SEAL
C 07-03783-JF