1  ELECTRONIC FRONTIER FOUNDATION
   KURT OPSAHL #191303
2  CORYNNE MCSHERRY #221504
   JULIE SAMUELS (*pro hac vice*)
3  454 Shotwell Street
   San Francisco, CA  94110
4  Telephone:    (415) 436-9333
   Facsimile:     (415) 436-9993
5  Email: kurt@eff.org; corynne@eff.org
   Email: julie@eff.org
6
   KEKER & VAN NEST LLP
7  ASHOK RAMANI - #200020
   MICHAEL S. KWUN -#198945
8  MELISSA J. MIKSCH - #249805
   710 Sansome Street
9  San Francisco, CA  94111-1704
   Telephone:    (415) 391-5400
10 Facsimile:     (415) 397-7188
   Email: aramani@kvn.com; mkwun@kvn.com
11 Email: mmiksch@kvn.com

12 Attorneys for Plaintiff

KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
MELINDA E. LEMOINE (SBN 235670)
Melinda.LeMoine@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:    (213) 683-9100
Facsimile:     (213) 687-3702

Attorneys for Defendants

13            UNITED STATES DISTRICT COURT

14           NORTHERN DISTRICT OF CALIFORNIA

15                 SAN JOSE DIVISION

16 STEPHANIE LENZ,                          Case No. C 07-03783-JF

17                          Plaintiff,      **JOINT STIPULATION AND**
                                            **[PROPOSED] ORDER RE CASE**
18      v.                                  **MANAGEMENT SCHEDULE**

19 UNIVERSAL MUSIC CORP., UNIVERSAL         Judge:      The Hon. Jeremy Fogel
   MUSIC PUBLISHING, INC., and
20 UNIVERSAL MUSIC PUBLISHING
   GROUP,
21
22                          Defendants.

23

24

25

26

27

28

1      Plaintiff Stephanie Lenz ("Plaintiff") and Defendants Universal Music Corp., Universal

2  Music Publishing, Inc. and Universal Musical Publishing Group ("Universal"), by and through

3  their respective counsel of record, hereby declare and stipulate as follows:

4      WHEREAS, the parties are currently briefing motions for summary judgment, with

5  oppositions due on November 8, 2010, replies on November 22, 2010, and a hearing set for

6  December 10, 2010;

7      WHEREAS, Magistrate Judge Trumbull on October 22, 2010 issued an order directing

8  Plaintiff to produce certain documents by November 8, 2010 and appear for further deposition on

9  by December 1, 2010, which documents and testimony had been previously withheld under a

10  claim of privilege that Universal argued Plaintiff had waived;

11      WHEREAS, Universal expects that the documents and deposition testimony ordered by

12  Magistrate Judge Trumbull will need to be incorporated into the briefing on the pending motions

13  for summary judgment;

14      WHEREAS, Universal believes that Magistrate Judge Trumbull's October 22, 2010

15  Order was correct;

16      WHEREAS, Plaintiff disagrees and intends to file a Motion for Relief from a Non-

17  Dispositive Pretrial Order ("Motion for Relief"), pursuant to Civil L.R. 72-2,  arguing for

18  reversal of Magistrate Judge Trumbull's order;

19      WHEREAS, the parties have met and conferred on their respective positions and have

20  reached an agreement as to an orderly schedule for resolution of Plaintiff's Objections and their

21  respective motions for summary judgment;

22      **ACCORDINGLY, THE PARTIES STIPULATE AS FOLLOWS:**

23      [1] Plaintiff shall file her Motion for Relief from Magistrate Judge Trumbull's October

24          22, 2010 Order by **Tuesday, November 2, 2010;**

25      [2] Pending resolution of Plaintiff's Motion for Relief, Magistrate Judge Trumbull's

26          October 22, 2010 Order is **stayed;**

27      [3] The briefing schedule and December 10, 2010 hearing on the parties' respective

28          motions for summary judgment, filed on October 18, 2010, are **vacated;**

[4] Upon resolution of Plaintiff's Motion for Relief, if Magistrate Judge Trumbull's Order is upheld, the parties will **meet and confer** regarding an appropriate schedule for the required discovery, with a presumptive schedule of ten days for document production and a deposition to follow within the next ten days, but subject to reasonable adjustments to accommodate the holidays, and the schedules of counsel and the parties;

[5] Upon resolution of Plaintiff's Motion for Relief, the parties will **meet and confer** regarding an appropriate schedule for concluding the briefing of their respective motions for summary judgment, with a presumptive schedule that oppositions will be due two weeks after the additional discovery is complete, or two weeks after resolution of the Motion for Relief if no further discovery is required, with replies due two weeks after oppositions and a hearing set as soon as possible thereafter, but subject to reasonable adjustments to accommodate the holidays, and the schedules of counsel and the parties; and

**IN SUPPORT OF SAID STIPULATION,**

a) Pursuant to Civil Local Rule 6-2(a)(1), the parties state that the time modifications set forth above are requested for the purpose of setting an orderly schedule for resolution of Plaintiff's Motion for Relief and their respective motions for summary judgment;

b) Pursuant to Civil Local Rule 6-2(a)(2), the parties disclose the following previous time modifications in this case:

(1) August 20, 2007 (Docket No. 8), time to respond to first amended complaint;

(2) October 11, 2007 (Docket No. 19), briefing schedule on Universal's motion to dismiss and special motion to strike;

(3) November 16, 2007 (Docket No. 26), briefing schedule on Universal's motion to dismiss and special motion to strike;

(4) April 30, 2008 (Docket No. 35), time to respond to second amended

1      complaint;

2           (5)    August 29, 2008 (Docket No. 46), time to respond to second amended

3                  complaint and briefing schedule for motion for to certify for interlocutory

4                  appeal;

5           (6)    April 15, 2009 (Docket No. 63), briefing schedule for motion for protective

6                  order;

7           (7)    September 9, 2009 (Docket No. 166), briefing schedule for administrative

8                  motion;

9           (8)    September 14, 2009 (Docket No. 176), modifications to case management

10                 schedule;

11          (9)    November 3, 2009 (Docket No. 206), briefing schedule on Plaintiff's

12                 motion for summary judgment on certain of Universal's affirmative

13                 defenses; and

14          (10)   July 16, 2010 (Docket No. 291), modifications to case management

15                 schedule;

16    c)    Pursuant to Civil Local Rule 6-2(a)(3), the parties state that the requested time

17          modifications will affect the briefing schedule for and hearing on the parties

18          motions for summary judgment.  The parties do not currently anticipate that this

19          will affect any other dates in the current schedule.

20    **IT IS SO STIPULATED.**

21    Dated:  October 28, 2010                          KEKER & VAN NEST LLP

22

23                                        By: _____ */s/ Michael S. Kwun*_____

24                                              MICHAEL S. KWUN
                                                Attorneys for Plaintiff
25                                              STEPHANIE LENZ

26

27

28

3

JOINT STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT SCHEDULE
CASE NO. C 07-03783-JF

1   Dated:  October 28, 2010                    MUNGER, TOLLES & OLSON LLP

2

3                                        By:  _____/s/ Kelly M. Klaus*_____
                                             KELLY M. KLAUS
4                                            Attorneys for Defendants
                                             UNIVERSAL MUSIC CORP.,
5                                            UNIVERSAL MUSIC PUBLISHING,
                                             INC. and UNIVERSAL MUSIC
6                                            PUBLISHING GROUP

7

         **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
8

9

10  Dated:                          _____
                                             HON. JEREMY FOGEL
11                                           United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  _____

28  * Electronically signed by Plaintiff's counsel with the concurrence of Defendants' counsel. N.D.
    Cal. G.O. 45 ¶ X.B.

JOINT STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT SCHEDULE
CASE NO. C 07-03783-JF