ELECTRONIC FRONTIER FOUNDATION
KURT OPSAHL #191303
CORYNNE MCSHERRY #221504
JULIE SAMUELS (*pro hac vice*)
454 Shotwell Street
San Francisco, CA  94110
Telephone:    (415) 436-9333
Facsimile:     (415) 436-9993
Email:  kurt@eff.org; corynne@eff.org; julie@eff.org

KEKER & VAN NEST, LLP
ASHOK RAMANI - #200020
MICHAEL KWUN -#198945
MELISSA J. MIKSCH - #249805
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:    (415) 391-5400
Facsimile:     (415) 397-7188
Email: aramani@kvn.com; mkwun@kvn.com; mmiksch@kvn.com

Attorneys for Plaintiff
STEPHANIE LENZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>              Plaintiff,<br><br>v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>              Defendants. | Case No. C-07-03783-JF (PVT)<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE UNDER SEAL (1) PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT; AND (2) DECLARATION OF MICHAEL KWUN IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (VOLUME III)<br><br>Date:         December 10, 2010<br>Time:        9:00 a.m.<br>Courtroom:  3, 5th Floor<br>Judge:       Hon. Jeremy Fogel |

## [~~PROPOSED~~] ORDER GRANTING APPLICATION TO SEAL

**UPON CONSIDERATION OF** Plaintiff Stephanie Lenz's application to file the following documents under seal, and GOOD CAUSE BEING SHOWN,

**IT IS HEREBY ORDERED** that the following documents be filed under seal:

1) Plaintiff's Notice of Motion and Motion for Summary Judgment; and

2) Volume III of the Declaration of Michael Kwun in Support of Plaintiff's Motion for Summary Judgment.

**IT IS SO ORDERED.**

Dated: 10/27, 2010

HON. JEREMY FOGEL
United States District Judge

---

1

[PROPOSED] ORDER GRANTING APPL. TO SEAL PLF'S MOT. FOR SUMM. J. AND SUPP. DECL.
CASE NO. C-07-03783-JF

516104.01