ELECTRONIC FRONTIER FOUNDATION
KURT OPSAHL #191303
CORYNNE MCSHERRY #221504
JULIE SAMUELS (*pro hac vice*)
454 Shotwell Street
San Francisco, CA 94110
Telephone:   (415) 436-9333
Facsimile:    (415) 436-9993
Email: kurt@eff.org; corynne@eff.org; julie@eff.org

KEKER & VAN NEST, LLP
ASHOK RAMANI - #200020
MICHAEL KWUN -#198945
MELISSA J. MIKSCH - #249805
710 Sansome Street
San Francisco, CA 94111-1704
Telephone:   (415) 391-5400
Facsimile:    (415) 397-7188
Email: aramani@kvn.com; mkwun@kvn.com; mmiksch@kvn.com

Attorneys for Plaintiff
STEPHANIE LENZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>                    Plaintiff,<br><br>    v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>                    Defendants. | Case No. C-07-03783-JF (PVT)<br><br>**DECLARATION OF MICHAEL S. KWUN IN SUPPORT OF PLAINTIFF'S MOTION FOR RELIEF FROM MAGISTRATE JUDGE TRUMBULL'S OCTOBER 22, 2010 ORDER** |

I, MICHAEL S. KWUN, declare and state:

1. I am an attorney licensed to practice law in the State of California and am of counsel at Keker & Van Nest LLP, attorneys for plaintiff Stephanie Lenz in the above-captioned action.

2. I have knowledge of the facts set forth herein, and if called upon as a witness, I could testify to them competently under oath.

3. Attached hereto are true and correct copies of the following documents:

**The Order for Which Review is Sought**

i) *Exhibit A:* Magistrate Judge Trumbull's October 22, 2010 Order Granting in Part and Denying in Part Defendants' Motion to Compel Production of Privileged Documents and Testimony

**The Briefing for the Motion to Compel**

ii) *Exhibit B:* Defendants' Notice of Motion and Motion to Compel

iii) *Exhibit C:* the redacted version of Plaintiff's Opposition to Defendants' Motion to Compel

iv) *Exhibit D:* the Reply in Support Defendants' Motion to Compel

**Evidence Submitted in Support of the Motion to Compel**

v) *Exhibit E:* Exhibit 2 to the Declaration of Kelly Klaus in Support of Defendants' Motion to Compel ("Klaus Decl."), containing excerpts from the transcript of Plaintiff's deposition

vi) *Exhibit F:* Exhibit 3 to the Klaus Decl.

vii) *Exhibit G:* Exhibit 4 to the Klaus Decl.

viii) *Exhibit H:* Exhibit 5 to the Klaus Decl.

ix) *Exhibit I:* Exhibit 6 to the Klaus Decl.

x) *Exhibit J:* Exhibit 7 to the Klaus Decl.

xi) *Exhibit K:* Exhibit 9 to the Klaus Decl.

xii) *Exhibit L:* Exhibit 10 to the Klaus Decl.

xiii) *Exhibit M:* Exhibit 11 to the Klaus Decl.

524435.01

DECLARATION OF MICHAEL S. KWUN IN SUPPORT OF PLAINTIFF'S MOTION FOR RELIEF
CASE NO. C-07-03783-JF (PVT)

**Other Filings Cited in the Motion for Relief**

xiv) **Exhibit N:** the Court's February 25, 2010 Order Granting Partial Summary Judgment

xv) **Exhibit O:** Plaintiff's Opposition to Defendants' Motion to Dismiss the First Amended Complaint

xvi) **Exhibit P:** Plaintiff's Opposition to Defendants' Motion to Dismiss the Second Amended Complaint

xvii) **Exhibit Q:** Plaintiff's Second Amended Complaint (without exhibits)

Executed this 2nd day of November, 2010 at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

　　　　　　　　　　　　　　　　　　　　　　　_s/Michael S. Kwun_
　　　　　　　　　　　　　　　　　　　　　　　MICHAEL S. KWUN