# EXHIBIT 3

Case5:07-cv-03783-JF Document293-6 Filed07/26/10 Page1 of 2

**From:** Eden [edenza@gmail.com]
**Sent:** Thursday, June 14, 2007 12:12 PM
**To:** Theryn Fleming
**Subject:** Re: thanks again

It doesn't remember my info either. I hate that. I'm going to be meeting fredlet, who helped me set it up, and I'll ask her about it.

I'm about to get my 50th comment on it. I get a TON of spam there. I delete about 10 spam comments off that post a day. Just did one about dark chocolate. Wha huh? Oh and this is the story that won't die. I get law offices in Atlanta and Denver hitting it now. I'm like "Look all you want but there's nothing to see here."

I had a 40 minute phone call this morning and mentioned my "friend who's a lawyer in Canada" when she asked how I knew to contact EFF. They are very, very interested in the case. I imagine so. I've never heard of anything like it. She said that Universal Music Group is creating a trend of just going all over the web claiming copyright infringement left & right & that they're breaking laws & such to do it. So EFF is pretty well salivating over getting their teeth into UMG yet again.

And I'm holding out for Nancy Grace.

On 6/14/07, **Theryn Fleming** < CONFIDENTIAL > wrote:
Hey,

Glad to see you're getting some assistance with the copyright thing.

Hard to believe you're still getting comments on "I want in on this action"! (Is that story even still on the news? I thought it had been usurped by PH and Larry King's exclusive interview with Dannielynn! harhar)

So anyway (to steal a phrase--have you copyrighted it yet? Snerk.)... For whatever reason your new blog doesn't remember my info, so I have to type it in every time, so that's cut down on my commenting, because I'm lazy like that. Just fyi. Not that you need comments from me now that you have both Fans and Trolls. You need a T-shirt: Famous on teh interwebs. ;-)

-me



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

P-E_002975-Redacted