# EXHIBIT 4

**From:** Eden [edenza@gmail.com]
**Sent:** Thursday, June 14, 2007 7:34 AM
**To:** Morgan, Linda
**Subject:** Good morning

Another lovely day at work?

I spoke w/ a lawyer from EFF today about the YouTube/ Universal thing. I can't say much but there may be a publicity blitz and/or a lawsuit against Universal. Any lawyer fees would come out of the settlement.

We went to a baseball game last night & the kids had fun. Both are playing right now.

I should get my photos today & I'll be able to bundle them up w/ that CD and send this weekend, I hope.

I was up early today to take my phone call so I'm kinda loopy. I made coffee but I didn't drink it. Zoe sipped it when it was cool and said it was "yucky,' which it was.



Δπ EXHIBIT 20
Deponent Lenz
Date 9-16-09 Both 9-09
WWW.DEPOBOOK.COM

1
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                        P-E 002685