# EXHIBIT 5 FILED UNDER SEAL

June 18, 2007

Stephanie Lenz
122 Shaft Rd
Gallitzin, PA 16641

### CLIENT RETAINER AGREEMENT

Dear Ms. Lenz:

We are pleased that you have decided to retain the Electronic Frontier Foundation ("EFF") to represent you without charge for our legal services (*pro bono publico*) in the matter referenced below. California law and good legal practices require that we have a signed, written agreement between us laying out the basis upon which we will provide services.

1. THE PARTIES

Ms. Lenz ("Client" or "you") hereby authorizes EFF and any EFF cooperating attorneys (for the rest of this agreement, EFF and all cooperating attorneys are collectively referred to as the "Attorneys") to represent you for all purposes related to complaints filed against you by Universal Music Group with regard to the video "'Let's Go Crazy' #1," which was posted on YouTube. (For the rest of this agreement, this description of the representation will be referred to as the "Matter.") This Agreement refers to you and the Attorneys collectively as "Parties."

This Agreement shall take effect as of June 13, 2007.

2. SCOPE OF AGREEMENT

The Attorneys only represent you with regard to the Matter mentioned above and only to the extent of our resources as nonprofit corporations giving free legal services. The Attorneys do not represent you in any other claims, disputes or proceedings, even if related, or in any separate stage of this litigation, such as an appeal, unless we enter into a separate written agreement with you to do so.

3. RESPONSIBILITIES OF ATTORNEYS

The Attorneys shall perform legal services called for under this Agreement, including

- reasonably consulting with you concerning the extent, timing, and expenses associated with such services;
- keeping you informed of case progress and developments;
- responding with reasonable diligence to your inquiries and communications; and
- timely making any payments required by this Agreement.

The Attorneys will use their best judgment in the pursuit of your case in reasonable consultation with you. All services to be provided to you by the Attorneys shall be of a quality consistent with



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

P-E_003005

the applicable standards of the California State Bar and of the local legal community. You authorize the Attorneys to undertake any actions that, in their professional opinion after consultation with you, may be desirable to protect or promote your interests, including but not limited to undertaking prudent or necessary negotiations; preparing, signing and filing pleadings, arguments and other legal papers; retaining witnesses and consultants; speaking on behalf of you in connection with any legal proceedings, publicity or in documents related to the subject matter of this Agreement; taking evidence through discovery; accepting payments and all other activities and services reasonably and customarily performed by attorneys on behalf of clients.

4. RESPONSIBILITIES OF CLIENTS

Throughout the Matter the Attorneys will need your help. By signing this Agreement you agree to cooperate with the Attorneys and to abide by their reasonable decisions to the extent such decisions are consistent with the Attorneys' duties under applicable rules of professional conduct. You agree to provide truthful and complete information to comply with discovery and other obligations in the case. This may include providing documents and written answers under oath and appearing to testify at depositions or at trial. There will be strict deadlines for supplying this information and you will need to meet them. You agree to perform on time all requirements of any court order, rule, or directive, or by any agreements between or among litigants, except in instances where the Attorneys expressly advise you otherwise.

You agree to inform the Attorneys of any relevant developments, including changes in the material facts of the Matter, and changes in your address, telephone number or whereabouts. In addition, you agree to make decisions about the strategy for the Matter in light of our advice, including whether to make or withdraw various claims or defenses. Please note that the Attorneys have an independent obligation as lawyers to use their best judgment about whether claims or arguments are justified, so the Attorneys may not be able to present or withhold all the arguments you wish them to.

5. ATTORNEYS' FEES AND LITIGATION EXPENSES

Attorneys' fees and payment for the expenses of litigation are not set by law but are negotiable between attorney and client. Because of the importance of this matter in the promotion of civil liberties on the Internet, and because of the Attorneys' institutional mission, purpose, and commitment to *pro bono* public service, the Attorneys have agreed to handle this case without payment by the Client for their legal services, with the full amount of the Attorneys' legal fees deferred in the event of a fee award or a negotiated settlement. Therefore in this Matter, the Client will not be charged attorneys' fees, but if fees are paid out of an award, verdict, settlement, by a third party, or otherwise, the Attorneys will receive an interest in them, as explained below.

EFF will also pay all costs, unless the Client has agreed to pay some or all of them. ("Costs" may include both court costs such as filing fees, transcript costs, copies of pleadings; and out-of-pocket costs such as travel, postage, copying and facsimile transmissions, experts, consultants and other contractor services.) Costs may be also advanced by non-EFF attorneys and reimbursed by EFF. All costs advanced by any Party shall be billed at the actual incurred cost or rate paid, without any markup for overhead.

2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

P-E_003006

a. Assignment of Attorneys' Fees

If you prevail in this action, a court order may require that some or all of the litigation expenses and attorneys' fees are to be paid by an adverse litigant or litigants. Alternately, the Attorneys may make a claim for all fees and expenses incurred from the adverse litigants, or such fees may be paid pursuant to a settlement or by a third party. The Attorneys believe and have advised you that such recovery is unlikely in this matter.

You hereby assign any recovery of fees and expenses received by any means listed above to the Attorneys. This assignment is binding on you as well as your agents and legal successors. If no amount or an inadequate amount of fees and expenses are recovered, you also assign to the Attorneys all right, title, and interest you may have to the recovery of any monetary damages by way of any legal claim, counterclaim, or cross-claim against anyone related to the Matter, up to and including the full amount of any fees (pursuant to the hourly rates below) and expenses incurred by the Attorneys that are not fully reimbursed from other sources. You also agree to act in good faith in order not to impair, impede, delay or waive in whole or in part any entitlement to recovery of attorneys' fees, except that you remain free to settle this Matter upon such terms as you may wish, as provided in paragraph 8, below.

b. Distribution of Fees and Other Funds

Any recovery of attorneys' fees and/or expenses shall be applied in the following order:

- First, to reimburse any Party to this agreement who has paid or incurred any indebtedness for any expenses;
- Second, to pay any fees incurred by the Attorneys;
- Any excess or residue shall be paid to the Client, except that the Client may voluntarily elect in lieu of such recovery to pay all or part of her share of such recovery to EFF to allow it to continue providing *pro bono* services to others.

The above payment schedule is for attorneys' fees and expenses only. Any other monetary award to the Client is the Client's alone.

c. Hourly Rates

For purposes of fee awards, reimbursements, settlements, and other relevant situations, the hourly rates of the attorneys as of the date of this agreement are:

EFF: Cindy Cohn, Legal Director ($500); Lee Tien, Senior Staff Attorney ($500); Fred von Lohmann, Senior Intellectual Property Attorney ($450); Kurt Opsahl, Staff Attorney ($425); Gwen Hinze and Jason Schultz, Staff Attorneys ($400); Matthew Zimmerman, Staff Attorney ($375); Kevin Bankston and Corynne McSherry, Staff Attorneys ($350); Marcia Hofmann, Staff Attorney ($300).

Cooperating Attorneys: hourly rates for any cooperating attorneys will be at their customary billing rates for equivalent matters.

3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

6.  FEE CLAIMS BY DEFENDANT

If you do not prevail in the Matter, there is a possibility that the court might order you to pay all or some portion of an adverse party's court costs and/or attorneys' fees and litigation expenses. The Attorneys will oppose any such court order. However, you, and not your Attorneys, have sole responsibility to pay such an award, unless such costs are based on a written finding by the Court of deliberate and intentional misconduct on the part of the Attorneys. The Attorneys shall have the right to appeal any such finding at their own expense.

7.  TERMINATION

Each Party (including the Client and the Attorneys) retains the right to terminate this Agreement for any lawful reason, after giving reasonable notice. This includes an inability to reach agreement about strategy decisions, a failure to pay promised amounts, or a breakdown in the trust and cooperation needed for a successful attorney/client relationship. The Attorneys will follow the rules of professional conduct applicable to them in withdrawing from representation of you.

Termination by the Parties or any of them shall not affect, waive or diminish the Attorneys' right to collect any reimbursement for expenses paid, or for attorneys' fees, from any source referenced above. Whether done by you or by the Attorneys, any termination of this agreement shall in no way terminate any obligation or duty (including any financial obligation or indebtedness) incurred by you prior to notice of such termination.

8.  SETTLEMENT

Under no circumstances shall this Matter be settled without your consent. You alone have the power to approve any settlement of the Matter.

9.  NO GUARANTEE AS TO RESULT

Legal disputes are, by nature, unpredictable. The Attorneys can make no representations, guarantees or promises as to the result or probable outcome, the response of any opposing parties or the amount of or type of recovery, if any, that may be awarded, for the claims or the decision of any court.

10. MEDIA

The Parties agree to discuss with one another a media strategy for this case and to keep their respective remarks within that strategy. Parties shall, to the extent possible, allow all other Parties adequate time to review and comment upon any press releases or other documents presented to the press or the general public about the case before such documents are released.

11. RECORDS RETENTION

The Attorneys shall keep and maintain, either in their offices or in off-site storage, all Client files for a period of a least five (5) years after the conclusion of the Matter to which the files relate.

4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

P-E_003008