# EXHIBIT 7

Case5:07-cv-03783-JF Document247-70 Filed07/26/10 Page1 of 3

Gmail - Chat with The Bellman



Stephanie Lenz <edenza@gmail.com>

# Chat with The Bellman

**The Bellman** CONFIDENTIAL                                     Fri, Apr 11, 2008 at 2:49 PM
To: edenza@gmail.com

12:10 PM  **Jam**: Ok, still stumped. I'm pretty sure none of the answers are right, though--they miss one line or another.
·54 minutes
1:04 PM   **me**: Just got off phone w/ EFF lawyer
          what happened was the judge dismissed parts of our case w/ leave to ammend
1:05 PM   so we're ammendeding, focusing on teh federal charge, which was that UMPG filed a false DMCA 512f notice w/ YouTube
          **Jam**: what's that mean in terms of the case?
1:06 PM   **me**: that we're going back to the same judge wth more facts, more case law and strengthening the federal aspect. WE're dropping the state charge, which was that they violated my contract w/ YouTube
          **Jam**: k
          **me**: this way their threat of sitting me with a SLAPP suit ("pay our lawyers") is dust
          sitting = hitting
1:07 PM   **Jam**: WHy's that?
          I'd think they would do it anyway, given what they do.
          **me**: b/c the SLAPP statute is a state thing, not a federal. If I make no state claim, they can't respond with the SLAPP allegation
1:08 PM   there's no federal law in place that says the same thing
          **Jam**: kewl
1:10 PM   **me**: thing is, they're fighting YouTube over the federal thing right now too
          YouTube saying "What you're filing are DMCA notices" and Universal say "No, we're just telling you about a possible copyrightviolation."
1:11 PM   so in my case it's like "pick a federal law you're accusing me of breaking"
          it's lose-lose for them on that front but they can't admit publicly that they're filing DMCA notices b/c that would obliterate the YouTube fight they're having
          **Jam**: nodnod
1:12 PM   **me**: so that's where it stands
          and Mari hasn't written me back ;) I don't think she'll want to discuss the book anymore
          **Jam**: sounds like it might be promising. I do hope you smash 'em.
          Just tell her "It's a vampire book--where's the Jello?
1:13 PM   **me**: I hope so too. I told Corynne that since pursuing the federal portion of the case achieves the ends I have in mind, that's fine to drop the state portion (that they filed a false DMCA notice, tha they're accusing me of copyright infringement and that a ruling in our case could clarify a cloudy decision known as "Rossi")
          and the sporks
1:16 PM   **Jam**: nah, vampires don't need sporks.
1:17 PM   **me**: how about butterknives?
1:19 PM   **Jam**: Ok, I'll grant you butterknives.
·47 minutes
2:06 PM   **me**: btw: I asked Mari about the WC on those anthology stories & they upped it to 10k, which means I have room to even out the pace & clarify more about my story now
2:07 PM   **Jam**: nodnod. Was this before or after Hamlet got the Jello? ;)
2:09 PM   **me**: Hamlet got the Jello
          he was carving it with a butter knife and it kept rejoining, like the plum pudding
2:10 PM   **Jam**: or the black pudding.
2:13 PM   **me**: LOL
2:14 PM   I have an odd question for you
          hard to phrase...
          **Jam**: SFW?
          (I know you ;))
2:15 PM                                   CONFIDENTIAL

EXHIBIT 30
Deponent Lenz
Date 9-16-05  Rptr. CP
WWW.DEPOBOOK.COM

oh it's SFW ;)

2:16 PM

2:17 PM

CONFIDENTIAL

2:18 PM

2:19 PM

2:20 PM

2:21 PM

2:22 PM **me**: I know what you mean
I think most fiction is some kind of therapy, whether it's intended or not. The shouting tips you off though ;)
**Jam**: I understand that. I just don't want to KNOW FOR SURE it's therapy ;)
**me**: I think if it's not something personal or deeply felt, it's not interesting
did you ever read... **blanking on the title** Oh! Prince of Tides? Or see the movie?
**Jam**: Like you rambling on for pages and pages as you are working your way through this issue via your character.
2:23 PM no
**me**: well I've seen some of the movie and it's basically a big therapy session
I'm like "Who would want to read this?" But apparently people did
**Jam**: It's ok if it's the character's therapy, maybe. But some books scream that they are the author's therapy.
2:24 PM I'm not talking memoir or even faux memoir here.
**me**: Then I see something like Affliction (in my "to read" pile) and I'm like, "Here's a similar story, same actor even, but it's so much more interesting. No one's in therapy!"
**Jam**: They preach everything they did at you.
**me**: but I meant it's literally therapy and it screams at you whereas the other one has similar issues and is just a fascinating story
**Jam**: "I worked through my sexual abuse by discovering paganism, and you can too!" was the plot of one book I read.
2:25 PM I mean, not the nominal plot, the actual plot.
Right. It feels like you are sitting in on a fantasy the author is spinning specially for his/her shrink.
Rather than reading a story.
2:26 PM **me**: yeah
-6 minutes
2:32 PM **me**: FOCL. Tawny is replying to an e-mail we sent her in January 2007
2:37 PM **Jam**: dies
-1 minutes
2:49 PM **Jam**: Ok, off for home.
You take care.

http://mail.google.com/...&ik=3a623a7b0a&view=pt&cat=Chats%20for%20Production&search=cat&msg=1193f76905a42a7a[5/29/2009 3:34:55 PM]
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

P-E_002883-Redacted