# EXHIBIT 9

Case5:07-cv-03783-JF Document297-91 Filed07/26/10 Page1 of 6



Stephanie Lenz <edenza@gmail.com>

# Chat with The Bellman

The Bellman < CONFIDENTIAL >   Wed, Apr 16, 2008 at 9:04 PM
To: edenza@gmail.com

| | | |
|---|---|---|
| 7:11 PM | **Jam**: wahahaha | |
| 7:12 PM | **me**: I used them in a blog entry ;) | |
| | **Jam**: How's the debate? | |
| | **me**: I have a picture of Holden watching the debate | |
| | over | |
| | I flipped over to AI once I realized they weren't saying anything new. WTAE is doing a dissection of teh debate | |
| | but P has on MTV | |
| 7:13 PM | I prefer to read about that stuff | |
| | **Jam**: Do I dare get sucked into HuffPo? | |
| | **me**: I also thought it was... a bit inappropriate ... that George Stephanopoulous was hosting it | |
| 7:14 PM | when Charlie Gibson was there. Ithinking, So Charlie is on Obama's side? | |
| | **Jam**: You thought something was inappropriate?? | |
| | **me**: well Hhillary didn't tell me what to think so I was confused | |
| | I was clutching my gun and my Bible | |
| | **Jam**: She didn't?? She let you flounder in the sea of ignorance? | |
| 7:15 PM | How unpresidential of her! | |
| | **me**: I was adrift | |
| | **Jam**: I'm sure Obama set you straight, though? | |
| | **me**: I felt like I was calling the White House at 3 a.m. | |
| | he has a gentle touch, like a lover | |
| | **Jam**: <peers at HuffPo headline>Hmmm. Wonder who in charge has been "having a chat" with our gal Hil. | |
| | **me**: he said something at one point & I thought, "If I could put that in a blender, I'd drink it." | |
| 7:16 PM | she was restrained | |
| | even gracious at times, also seemed to target McCain instead of Obama | |
| | **Jam**: I bet Obama is like Chuck Norris. He won't blend ;) | |
| | **me**: FOCL | |
| | I didn't even think of that! | |
| | you're in my subconscious! | |
| 7:17 PM | **Jam**: THe HuffPo headline, btw, is Barbara Brooks Wallace | |
| | **me**: oh P tells me from work that her sending Chelsea in J-town yesterday served to piss people off even more | |
| | **Jam**: er, no. | |
| | that was something else. | |
| | Headline is, hopefully, Clinton emphatically says Obama can win White House | |
| | **me**: the Bumblfuckians are turning tide | |
| | **Jam**: yay bumblefuck!! | |
| | (Sorry, I do hate them both so. I always have.) | |
| | **me**: thing is, there are a lot of old folks between Philly & Bpgh and they all vote | |
| 7:18 PM | **Jam**: (I could NOT bring myself to vote for HIM the first two times. I tried, and I just couldn't.) | |
| | **me**: and they're all comin in to bitch at their doctors about Hillary Clinton ;) | |
| | **Jam**: Vurrry interesting. | |
| | They are also bitching in the Trib comments. | |
| | A lot of them say stuff similar to what you've been saying. | |
| 7:19 PM | **me**: well no one has ever paid a bit of attention to our primaries before so this is all new to Pennsylvanians and | |
| | people are really seizing on the opportunity to be heard for once | |
| | I voted absentee for Bill in 1992 (was at school) | |
| 7:20 PM | I was thinking the other day that people are saying about Obama what they said about Bill in 1992 (meager | |
| | beginnings, outsider, charismatic) and I remembered working tables at FSU for College Democrats | |
| | the president o the CDs tried to bone me too ;) | |
| | The: Vurrry interesting. | |
| | They are also bitching in the Trib comments. | |



EXHIBIT 35
Deponent Lenz
Date 9-16-09 Rptr. WA
WWW.DEPOBOOK.COM

A lot of them say stuff similar to what you've been saying.

S/E: well no one has ever paid a bit of attention to our primaries before so this is all new to Pennsylvanians and people are really seizing on the opportunity to be heard for once
I voted absentee for Bill in 1992 (was at school)
I was thinking the other day that people are saying about Obama what they said about Bill in 1992 (meager beginnings, outsider, charismatic) and I remembered working tables at FSU for College Democrats
the president o the CDs tried to bone me too ;)
all caught up now ;)

7:21 PM  Jam: Ah, but that was when you were a naive, easily fooled youngster....
Or so Bill would like you to think now.
me: you know, I'd forgotten about that until just now
7:22 PM  I had all these ideas and I was really enthusiastic and I was going to "meetings" and it dawned on me "There are other people at the tables in teh student union square but there's no one else at these 'meetings'."
7:23 PM  Then he started calling me and would start to talk about some event and it would turn all very personal...
I'm like, "Dude, ask me out or back off. You're getting creepy."
I don't think anything happened. I don't remember if it did.
7:24 PM  Jam: Was he a groper?
me: yes
he was not gay

-6 minutes

7:29 PM  Jam: Must be other kinds of men. Mind you, I can't think of any....
7:30 PM  me: well there are the glazy-eyed ones who don't do anything
they're latent gropers
7:32 PM  Jam: HuffPo comment; The next debate should be moderated by Colbert, Stewart, and Black. That way it will at least be hysterical in a good way.
7:33 PM  me: yes
I concur
7:34 PM  Jam: The comments on ABCs sites are intriguing. http://abcnews.go.com/Politics/DemocraticDebate/comments?type=story&id=4666956
7:36 PM  me: Hillary's own comments about rural voters--"Screw them?" What?
Jam: Back when they voted in Gingrich and his crowd, yeah.
Not recently.
me: I hadn't heard that one
40 minutes of gossip and innuendo.
which is why I put on Fox
Jam: http://www.huffingtonpost.com/2008/04/16/hillary-clinton-on-workin_n_97017.html
7:37 PM  me: b/c they're much better ;) LOL
hrm, well I'd say that sounds more like something you say to your friend to make him feel better
7:38 PM  not wise but somewhat out of context
"A spokesperson for Clinton said the quote was taken out of context and did not reflect her true political philosophy. ""
gobble gobble one of us
Jam: It's a non-issue, but hey, gotta drum up something or someone might talk about issues.
7:42 PM  me: I think since I've been trying to get into this story for 20 minutes, it might be a "no"
Jam: The link?
me: a TC sub
Jam: Oh, yeah.
7:43 PM  me: line: She hated the noiseless dying sound they made
how is a sound noiseless?
Jam: If I reread the first paragraph more than once, it's ano.
me: well I have tumbling children screaming, P playing MTV... I put on my headphones
Jam: (In the "oh, yeah, I already read that paragraph" sense)
me: yes that's how this story is
seeing as I was giving everything a "yes" this afternoon...
7:44 PM  all I heard during a quiet lull in my music was " I need the holy hand grendae of Antioch." I don't know if I want to know
7:45 PM  Jam: Oh, the holy hand grenade!
me: yes

|  |  |
|---|---|
|  | **Jam**: THou must not count to two, unless immediately followed by three. |
|  | **me**: not two shalt thou count unless thou then proceedest to three |
| 7:46 PM | LOL |
|  | **Jam**: eh, well, it's been a while ;) |
|  | **me**: you know, if we end up roomies in Buffalo, we'll just speak in shorthand all night ;) |
|  | **Jam**: Funny we went for the same line though. |
|  | **me**: it's very us |
|  | hey, we should show up & say we're Erin's friends the lesbian couple |
|  | **Jam**: Or maybe I am indeed tapping into your subconscious tonight. |
|  | heheheh |
| 7:47 PM | **me**: I think you are. I think you're smelling my brains |
|  | so what're you doing other than reading debate recaps & comments? |
| 7:49 PM | and question is: does the Holy Hand Grenade blend? |
|  | **Jam**: I bet it's somewhere in the "don't try this at home" category.... |

**Jam**: I bet it's somewhere in the "don't try this at home" category....
From the ABC site: To ABC news - thank you for standing up for journalism for once during these debates. Do not be fooled by the number of posts by Obama supporters - they are prolific bloggers and swamp any site that may not pander to their candidate. The people of this country need fair reporting and you will gain a lot more viewers if you lead the way and become the news outlet that people turn to for real information and not spin.
Um.
**me**: hehehe
**Jam**: How about we care about non-fluff? ever think of that?

7:50 PM **me**: frankly, I didn't feel the need to talk about the campaign at all until recently
and you can vouch for the fact that I was not Obama-lovin'
I wasn't going to jump into his camp b/c Oprah told me to ;)

7:51 PM **Jam**: I know it.
I actually would've prefer Kucinich, but he didn't make it as far as IL.

7:52 PM I'm not blindly in love w/ Obama myself.
**me**: he has good idea but no one takes him seriously
he's also frank & people don't like that
**Jam**: BUt damn, I'm tired of the moronbots.
**me**: then there's the alien thing... ;)

7:53 PM **Jam**: THe moronbots runnng our country into the ground.
Oh, hang on, speaking of the alien thing...

7:55 PM http://www.jamasu.com/test/hmm.html
**me**: FOCL
I have to go pee now ;)

7:56 PM **Jam**: When he gave the speech at the convention, I was watching him, wondering why his face disturbed me so much. Then I thought OMG, it's a Changeling! He looks like Odo.

7:57 PM You can tell by the eyes ;)

7:59 PM **me**: you're weird
P took H to bed so I got to turn down the TV for Z

8:00 PM **Jam**: Well, if I disappear suddenly, you'll know it's because I stumbled on the Truth ;)
I think Kerry is a Dominion spy.
**me**: and as I say that, he comes back out. He never said he was dumping H off -shrug-
he's the fifth cylon

8:03 PM I liked the story by the editor of this: http://www.footwearnews.com/site/contact.php
just finished it

8:05 PM **Jam**: I haven't started reading yet.
Note to ABC: Hire real journalists who can ask objective questions about issues that voters care about. This debate was a gross misuse of airtime. Seriously, didn't you have an episode of "Supper Nanny" or a "Wife Swap" that you could have run?
**me**: I have a lot of yeses and T has a lot of nos
LOL

8:06 PM Supernanny was on last week during Idol Gives Back, I know
I think they should have at least flashed codes for free music downloads as incentive to stay tuned
**Jam**: To Idol, you mean?

8:07 PM **me**: for the debate
Idol, gak, if there's a penny to be made, they'll make it
oh, you'll love the brief my lawyer wrote up, once it's a finished public document
**Jam**: oh?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

P-E_002888-Redacted.TIF

|  |  |
|---|---|
| 8:08 PM | **me**: she's really going after UMPG & now Prince is the villain as well<br>our lawsuit was filed before we knew he had a hand in it<br>now she's kind of hinting that they're doing this b/c Prince bullied them into it and that there's been ample public proof that he wants everyone targeted, no matter whether they're actually guilty of anything |
| 8:09 PM | it's delicious |
| 8:10 PM | **Jam**: oooooh :) |
|  | **me**: it's really going to be something |
| 8:11 PM | now that she's concentrating on that federal charge, it's very specific, cery cutting<br>and I'm digging this TC sub story that no one else will like<br>probably b/c I've been addicted to John Addams for eight weeks ;) |
|  | **Jam**: :) |
| 8:13 PM | **me**: damn, it exceeds the WC<br>it felt too long |
| 8:17 PM | **Jam**: What's our limit? |
|  | **me**: 5k<br>this is 5219 |
|  | **Jam**: Eh, no one will notice ;) |
| 8:18 PM | **me**: it felt long |
|  | **Jam**: Look! A flag lapel pin! (shoves story on site while your head is turned) |
|  | **me**: we let one guy in, then anotehr and then it's anarchy!<br>FOCL<br>how about the "someone else knows the bible?" comment?<br>I felt like saying "It's a popular book" |
| 8:20 PM | **Jam**: Which comment was that? |
|  | **me**: on the synopsis<br>she said it was based on the story of Joseph<br>so I pointed out a couple of missing elements, stuff that would jive, etc<br>her response was (see above) |
| 8:21 PM | I was like "you idiot"<br>I said something like 'yah and I'm a pagan too" |
| 8:23 PM | either we're getting really good subs or I'm feeling generous |
| 8:25 PM | **Jam**: There's a great C.K. Chesterton quote about someone else's bible. |
|  | **me**: I'd like to read it |
|  | **Jam**: Oh, you're generous, except when I'm channeling my "I hate this story" into you ;) |
| 8:26 PM | **me**: which you could do tonight, I bet<br>I only have 3 subs left to read<br>they're going to have to work hard to meet the last one<br>I usually ignore the bios but I saw that the dude who wrote the last one was a Pushcart nom. I finished & went "I see why" |
| 8:27 PM | I love TC |
|  | **Jam**: "Sir Arthur St. Clare, as I have already said, was a man who read his Bible. That was what was the matter with him. When will people understand that it is useless for a man to read his Bible unless he also reads everybody else's Bible? |
| 8:28 PM | (As long as I'm introducing you to mystery stories, this is one of my favorite Father Brown stories.<br>http://www.fullbooks.com/The-Innocence-of-Father-Brown-by-G-K5.html |
| 8:29 PM | **me**: Another too long. This one's 6889. |
|  | **Jam**: Now that you can't hide. |
|  | **me**: no you'd have to give me a pony to distract me |
|  | **Jam**: 200 words, maybe. 2000 not so much. |
| 8:30 PM | **me**: thing is, we DQed him last time b/c he didn't use "submission" in the subject line |
|  | **Jam**: The link is to a short story, btw, not a book.<br>Oh, is he one of the bitchers. |
|  | **me**: I'm like, "Doesn't he read?" Maybe we should make them put a WC in the cover<br>bookmarked ;) I'll read that sometime |
| 8:31 PM | I like the opening. I had to stop myself |
| 8:34 PM | **Jam**: Oh, wait, it's not from the beginning... I didn't realize. (Thought they were breaking them up by story)<br>http://www.fullbooks.com/The-Innocence-of-Father-Brown-by-G-K4.html |
|  | **me**: http://www.fullbooks.com/The-Innocence-of-Father-Brown-by-G-K1.html first page? |
|  | **Jam**: Start with The Sign of the Broken Sword |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

P-E_002889-Redacted.TIF

Gmail - Chat with The Bellman

| | |
|---|---|
| 8:35 PM | **me**: okay |
| | **Jam**: You can, but that's the start of the book. Sign is near the bottom of part 4 |
| | **me**: gotcha |
| | **Jam**: That's the one w/ the bible quote in it. I love that quote. |
| | **me**: :) |
| | **Jam**: And it's one of my favorite stories of his. |
| 8:36 PM | **me**: that Pratchett book we got (wit & Wisom) has snippets from each book in it |
| |    Granny says of Magrat: We taught her everything she knows |
| |    Nanny says: Oughtn't we have taught everything we know? |
| | **Jam**: heheheh |
| | **me**: that made me LOL today |
| | **Jam**: yap |
| ·27 minutes | |
| 9:04 PM | **me**: going to bed :) |
| | **Jam**: Sounds like a plan :) |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

P-E_002890-Redacted