# EXHIBIT 10



**Stephanie Lenz &lt;edenza@gmail.com&gt;**

# Chat with The Bellman

The Bellman &lt; CONFIDENTIAL &gt;    Thu, Nov 8, 2007 at 1:16 PM
To: edenza@gmail.com

12:41 PM  **Jam**: Your new best friend! http://yro.slashdot.org/article.pl?sid=07/11/08/151220&from=rss
-17 minutes
12:59 PM  **Jam**: You're mentioned about a 1/3 to half way down in the article it links to, btw.
-5 minutes
1:04 PM  **me**: Just had call w/ lawyers
they're LOVING all this w/ prince
**Jam**: I believe it :)
1:05 PM  **me**: Sohn advocates punishing copyright holders who 'knowingly or recklessly' send out false takedown notices,
protecting the manufacturer of a technology from liability for the infringing activity of others if the technology has substantial non-infringing uses
uh huh :)
**Jam**: His speech mentions you at least twice. Check it out.
1:06 PM  **me**: comment: Am I the only one that gets annoyed when someone presents some obscure reference that I'm supposed to know about to the point that they need no link? Look, you want me to know about the "The Let's Go Crazy Baby" case then dammit, link to a Wikipedia article [wikipedia.org] about it. Hmmm... "No page with that title exists". That said, I agree with the author about his point even though it was extremely retarded to expect me to know about "lets go crazy baby". If it isn't in Wikipedia it must be pretty damned obscure.
**Jam**: It sounded to me like he showed the video at the speech. It's a transcript.
1:07 PM  **me**: ah now I found the speech. I looked at his site first
**Jam**: Oh, it's the first link in the slashdot article.
1:08 PM  **me**: I'm just poking around ;) Reading it now
Corynne sais that she's enjoyed writing this brief btw ;)
"What a courageous woman!" That got me
-sniff-
I'd love to see a video of this
**Jam**: Do you have a court date? (Yeah, I thought it would)
1:09 PM  **me**: our reply to their reply is due Tuesday. Our first hearing Dec 7, I think
I asked if she thought they were holding out to the last minute to settle & she thinks that b/c it's Prince, they have to fight
1:10 PM  **Jam**: Would you take a settlement?
**me**: no
**Jam**: I didn't think so.
**me**: b/c that would allow them to continue breaking the law
but P asked me & I was like, I hadn't even thought about that
**Jam**: You think Prince is forcing them to fight it out instead of trying to settle?
1:11 PM  **me**: I think that's what Corynne thinks
1:12 PM  the ABC article did a nice amount of digging to bring that out
and now he's turning on his fanbase as well... he can keep doing it all he wants
1:13 PM  **Jam**: He's nuts.
**me**: that's our consensus ;)
**Jam**: BTW, my friend thinks comment 45 in the prince thread is one of the ones aimed at her...
1:14 PM  Sounded like random internet moron to me, but what do I know ;)
**me**: LOL I have to go see. At Perez Hilton, right?
1:15 PM  **Jam**: yeah
1:16 PM  I think it was 45. It's the one in text speak that is near there anyway.
**me**: oh those... I hate those
I want to put them through Bablefish
1:19 PM  **Jam**: find it?

EXHIBIT 31
Deponent Lenz
Date 5-16-09 Rptr LuA
WWW.DEPOBOOK.COM

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

P-E_002840-Redacted