# EXHIBIT 11

**From:** holliston@zerogossip.com
**Sent:** Tuesday, October 30, 2007 8:42 AM
**To:** Eden
**Subject:** RE: your YouTube message

Thanks for this. Your story is now posted on zerogossip.com.

Holliston
zerogossip.com

All interviews are done via messenger service. This allows you to spend the time needed at your convenience.
AIM: Holliston2007
Yahoo: Holliston2007
MSN: Holliston2007@hotmail.com


-------- Original Message --------
Subject: Re: your YouTube message
From: Eden <edenza@gmail.com>
Date: Sun, October 28, 2007 11:38 pm
To: "holliston@zerogossip.com" <holliston@zerogossip.com>

1. You shot a home movie of your 18 month old son Holden back in February. Describe that day.

Holden had recently learned to walk and his sister was overjoyed to find a new way to play with him. When I would work in the kitchen, we would play music and the kids would run around our center island. Zoë, who was three and a half, would push a play baby stroller and Holden would push a walking toy. When he came in front of the CD player, he would stop to dance before continuing his lap. The video is just one of those times he paused to dance. I also took some still photos, as I often did when they played this way.

2. Then you posted the video on YouTube for friends and family to see. What reactions did you get? Any messages from people you didn't know?

Actually the only comment before the video was pulled was "lol" from someone I don't know. It had 28 hits, some from friends and family and some from people who just came across it, when UMPG sent YouTube their claim that I had infringed copyright.

3. Then you got a message from YouTube. What did it say?

It was a form letter that said one of my videos had been flagged for copyright infringement. It was addressed "dear member" and I knew that all my YouTube videos were short home movies so I assumed it was a phishing

1



P-E 001214

scam. I went to my YouTube account to see and sure enough this video had been flagged and removed by YouTube.

4. How did you react? What went through your mind?

When I saw who had filed the complaint, my honest first reaction was that their next step would be to sue me. I knew I hadn't done what they'd accused me of but I know the reputation that the recording industry has and I was afraid. As I've said in other interviews, the more afraid I was, the angrier I was for being made to feel afraid when I knew I hadn't done what I was accused of doing.

5. What did your family and friends think when you told them?

My husband's reaction was the same as mine. He thought that the recording industry would come after us, tie us up in court and bankrupt us. My friends, some of whom were familiar with the video, were stunned. Some of them said that they had similar videos at YouTube and elsewhere online and they were afraid that it could happen to them. We were extremely anxious.

6. What made you decide to file a counter-notice?

I filed a counter-notice because I knew I hadn't violated anyone's copyright. I wanted my video back on YouTube. I didn't think anyone would want to see it much but some of my friends and family might. There was no reason for the removal and I didn't like that someone seeing my YouTube videos would see that something I'd posted had been removed due to a complaint of copyright infringement.

7. How did YouTube respond?

YouTube reinstated my video approximately six weeks after I filed my counternotice.

8. How did word of this get out to the public?

When we filed the lawsuit in July, EFF released a press release. It was picked up more on European and Australian wires than by North American media. I know that it's made its way through blogging circles since then. It was a combination of a *Washington Post* article and a "Good Morning America" segment that the interest in the case has skyrocketed recently.

9. The video "views" went up dramatically. What do you think of that?

P-F 001215

I thought it might go up to a couple hundred. When it broke 100,000, I was pretty surprised. As I write this, there are over 280,000 views. Remarkable for a little video I shot so my mom in California and my friends around the world could see the baby walking and dancing.

10. You contacted the Electronic Frontier Foundation. What are you hoping for?

When I contacted EFF, I did so at the suggestion of a friend of mine who's a lawyer in Canada. I wanted to know my rights, how to protect myself in case UMPG sued me and in what way (if any) I had infringed copyright. In discussing the situation with one of the EFF laywers, we came to the conclusion that I did not infringe the copyright and eventually we decided to file this lawsuit.

11. When you shoot and post videos now, are you more conscious of what music is playing in the background?

Always. I haven't uploaded any more videos to YouTube since I received the takedown notice but I do find myself muting the TV, turning down the CD player or computer. I'm constantly looking at the toys in the frame, the characters on my children's clothing, etc. no matter what my intention for the video I'm making. I've found that I record far less than I used to before this occurred, be it with my digital camera's video feature or our camcorder. I wanted to post a video from my daughter's fourth birthday party but it included our friends & family singing "Happy Birthday," which is a copyrighted song.

12. It's been said Prince checks the internet personally looking for "rights infringement violations". What do you think of that?

I think artists have every right to be paid for the products they produce: books, music, etc. I paid for that music and I used it in the manner it for which it was intended. I find it hard to believe that Prince sits in front of his computer personally checking for copyright infringement. I barely have time to check my e-mail.

13. What kind of music does Holden like now?

Holden is currently into everything from "Blue's Clues" and "The Backyardigans" to the new Bruce Springsteen album (Magic), the 1960's music from The Beach Boys, some of The Clash, some Brian Setzer, some Elvis and any Danny Elfman-composed soundtrack. He also likes the Rockabye Baby collections; we have two of them. He also sings the theme from Star Wars and the "Imperial March."

14. What did you think of Prince before all this?

I was a Prince fan but not a fanatic. I enjoyed his music in the mid and late 1980s. When my husband and I began dating, I was pleasantly surprised to see the Purple Rain soundtrack in his vast CD collection (he's more a classic and hard rock fan). I enjoyed his work, I was always interested in how he could view things in new ways and I appreciated the respect he had for his art.

3

15. What do you think of him now?

I was surprised to learn that he supposedly had a hand in the removal of the video. I don't want to speculate on why he would take such a personal interest in a video that didn't infringe his copyright when there are so many illegal uses of his work online and offline. I can say that I find the bit about him in *An Evening With Kevin Smith* even funnier now.

> Can you give me a paragraph about yourself? I understand you are also a blogger and a writer so tell me all about yourself. I just want to give readers some background on you...also where you live, your family etc.

I do write a blog, "So anyway..." (http://blog.piggyhawk.net/) under the pseudonym "Eden." I'm a cofounder and editor of the writing community Toasted Cheese (http://www.toasted-cheese.com/). I write and publish fiction and articles on writing for Toasted Cheese. We live in Gallitzin, Pennsylvania, which is one of the most beautiful parts of the state and is a warm, close-knit community. My husband & I just celebrated our tenth anniversary (the family went to Disney World). We have two children, Zoë and Holden, and a black cat named Minerva. Our collective favorite family band is The Beatles and we have about 1000 CDs, including two by Prince. ;)

Let me know if you have any follow-ups. Thanks for the opportunity.
 - Stephanie
==================================================

On 10/27/07, **holliston@zerogossip.com** < holliston@zerogossip.com> wrote:
Hi Stephanie,
Here are the questions.  Thanks for doing this!

1.  You shot a home movie of your 18 month old son Holden back in February.  Describe that day.

2.  Then you posted the video on YouTube for friends and family to see.  What reactions did you get?  Any messages from people you didn't know?

3.  Then you got a message from YouTube.  What did it say?

4.  How did you react?  What went through your mind?

5.  What did your family and friends think when you told them?

6.  What made you decide to file a counter-notice?

7.  How did YouTube respond?

8.  How did word of this get out to the public?

9.  The video "views" went up dramatically.  What do you think of that?

4

10. You contacted the Electronic Frontier Foundation. What are you hoping for?

11. When you shoot and post videos now, are you more conscious of what music is playing in the background?

12. It's been said Prince checks the internet personally looking for "rights infringement violations". What do you think of that?

13. What kind of music does Holden like now?

14. What did you think of Prince before all this?

15. What do you think of him now?

Can you give me a paragraph about yourself? I understand you are also a blogger and a writer so tell me all about yourself. I just want to give readers some background on you...also where you live, your family etc. Thanks!

Holliston
zerogossip.com

All interviews are done via messenger service. This allows you to spend the time needed at your convenience.
AIM: Holliston2007
Yahoo: Holliston2007
MSN: Holliston2007@hotmail.com


-------- Original Message --------
Subject: your YouTube message
From: Eden < edenza@gmail.com>
Date: Sat, October 27, 2007 9:51 pm
To: Holliston@zerogossip.com

Hi. I went to reply to your YouTube-sent message and accidentally hit "Delete" instead of "Send" so I hope I'm getting the right site.

I'd be happy to do an interview for your blog. Just send me teh questions and I'll get back to you w/ answers ASAP.

~ Stephanie Lenz

5