ELECTRONIC FRONTIER FOUNDATION
KURT OPSAHL #191303
CORYNNE MCSHERRY #221504
JULIE SAMUELS (*pro hac vice*)
454 Shotwell Street
San Francisco, CA 94110
Telephone:   (415) 436-9333
Facsimile:    (415) 436-9993
Email: kurt@eff.org; corynne@eff.org; julie@eff.org

KEKER & VAN NEST, LLP
ASHOK RAMANI - #200020
MICHAEL KWUN -#198945
MELISSA J. MIKSCH - #249805
710 Sansome Street
San Francisco, CA 94111-1704
Telephone:   (415) 391-5400
Facsimile:    (415) 397-7188
Email: aramani@kvn.com; mkwun@kvn.com; mmiksch@kvn.com

Attorneys for Plaintiff
STEPHANIE LENZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>   Plaintiff,<br><br>v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>   Defendants. | Case No. C-07-03783-JF (PVT)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR RELIEF FROM MAGISTRATE JUDGE TRUMBULL'S OCTOBER 22, 2010 ORDER** |

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR RELIEF FROM MAGISTRATE JUDGE TRUMBULL'S OCTOBER 22, 2010 ORDER
CASE NO. C-07-03783-JF (PVT)

524785.01

1  UPON CONSIDERATION of all of the pleadings and evidence submitted in support of
2  Plaintiff's Motion for Relief from Magistrate Judge Trumbull's October 22, 2010 Order,
3  IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED. The October 22, 2010
4  Order is vacated. No further document production or deposition is necessary.
5  IT IS SO ORDERED.

7  Dated: _____, 2010

10  HON. JEREMY FOGEL
    UNITED STATES DISTRICT COURT
    NORTHERN DISTRICT OF
    CALIFORNIA

---

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR RELIEF FROM MAGISTRATE JUDGE
TRUMBULL'S OCTOBER 22, 2010 ORDER
CASE NO. C-07-03783-JF (PVT)

524785.01