**E-Filed 11/4/2010**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION<br>KURT OPSAHL #191303<br>CORYNNE MCSHERRY #221504<br>JULIE SAMUELS (*pro hac vice*)<br>454 Shotwell Street<br>San Francisco, CA 94110<br>Telephone: (415) 436-9333<br>Facsimile: (415) 436-9993<br>Email: kurt@eff.org; corynne@eff.org<br>Email: julie@eff.org<br><br>KEKER & VAN NEST LLP<br>ASHOK RAMANI - #200020<br>MICHAEL S. KWUN -#198945<br>MELISSA J. MIKSCH - #249805<br>710 Sansome Street<br>San Francisco, CA 94111-1704<br>Telephone: (415) 391-5400<br>Facsimile: (415) 397-7188<br>Email: aramani@kvn.com; mkwun@kvn.com<br>Email: mmiksch@kvn.com<br><br>Attorneys for Plaintiff | KELLY M. KLAUS (SBN 161091)<br>Kelly.Klaus@mto.com<br>MELINDA E. LEMOINE (SBN 235670)<br>Melinda.LeMoine@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue<br>Thirty-Fifth Floor<br>Los Angeles, CA 90071-1560<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702<br><br>Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>   Plaintiff,<br><br>v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>   Defendants. | Case No. C 07-03783-JF<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER RE CASE MANAGEMENT SCHEDULE**<br><br>Judge:   The Hon. Jeremy Fogel |

Plaintiff Stephanie Lenz ("Plaintiff") and Defendants Universal Music Corp., Universal Music Publishing, Inc. and Universal Musical Publishing Group ("Universal"), by and through their respective counsel of record, hereby declare and stipulate as follows:

WHEREAS, the parties are currently briefing motions for summary judgment, with oppositions due on November 8, 2010, replies on November 22, 2010, and a hearing set for December 10, 2010;

WHEREAS, Magistrate Judge Trumbull on October 22, 2010 issued an order directing Plaintiff to produce certain documents by November 8, 2010 and appear for further deposition on by December 1, 2010, which documents and testimony had been previously withheld under a claim of privilege that Universal argued Plaintiff had waived;

WHEREAS, Universal expects that the documents and deposition testimony ordered by Magistrate Judge Trumbull will need to be incorporated into the briefing on the pending motions for summary judgment;

WHEREAS, Universal believes that Magistrate Judge Trumbull's October 22, 2010 Order was correct;

WHEREAS, Plaintiff disagrees and intends to file a Motion for Relief from a Non-Dispositive Pretrial Order ("Motion for Relief"), pursuant to Civil L.R. 72-2, arguing for reversal of Magistrate Judge Trumbull's order;

WHEREAS, the parties have met and conferred on their respective positions and have reached an agreement as to an orderly schedule for resolution of Plaintiff's Objections and their respective motions for summary judgment;

**ACCORDINGLY, THE PARTIES STIPULATE AS FOLLOWS:**

[1] Plaintiff shall file her Motion for Relief from Magistrate Judge Trumbull's October 22, 2010 Order by **Tuesday, November 2, 2010;**

[2] Pending resolution of Plaintiff's Motion for Relief, Magistrate Judge Trumbull's October 22, 2010 Order is **stayed;**

[3] The briefing schedule and December 10, 2010 hearing on the parties' respective motions for summary judgment, filed on October 18, 2010, are **vacated;**

[4] Upon resolution of Plaintiff's Motion for Relief, if Magistrate Judge Trumbull's Order is upheld, the parties will **meet and confer** regarding an appropriate schedule for the required discovery, with a presumptive schedule of ten days for document production and a deposition to follow within the next ten days, but subject to reasonable adjustments to accommodate the holidays, and the schedules of counsel and the parties;

[5] Upon resolution of Plaintiff's Motion for Relief, the parties will **meet and confer** regarding an appropriate schedule for concluding the briefing of their respective motions for summary judgment, with a presumptive schedule that oppositions will be due two weeks after the additional discovery is complete, or two weeks after resolution of the Motion for Relief if no further discovery is required, with replies due two weeks after oppositions and a hearing set as soon as possible thereafter, but subject to reasonable adjustments to accommodate the holidays, and the schedules of counsel and the parties; and

**IN SUPPORT OF SAID STIPULATION,**

a) Pursuant to Civil Local Rule 6-2(a)(1), the parties state that the time modifications set forth above are requested for the purpose of setting an orderly schedule for resolution of Plaintiff's Motion for Relief and their respective motions for summary judgment;

b) Pursuant to Civil Local Rule 6-2(a)(2), the parties disclose the following previous time modifications in this case:

(1) August 20, 2007 (Docket No. 8), time to respond to first amended complaint;

(2) October 11, 2007 (Docket No. 19), briefing schedule on Universal's motion to dismiss and special motion to strike;

(3) November 16, 2007 (Docket No. 26), briefing schedule on Universal's motion to dismiss and special motion to strike;

(4) April 30, 2008 (Docket No. 35), time to respond to second amended

complaint;

(5) August 29, 2008 (Docket No. 46), time to respond to second amended complaint and briefing schedule for motion for to certify for interlocutory appeal;

(6) April 15, 2009 (Docket No. 63), briefing schedule for motion for protective order;

(7) September 9, 2009 (Docket No. 166), briefing schedule for administrative motion;

(8) September 14, 2009 (Docket No. 176), modifications to case management schedule;

(9) November 3, 2009 (Docket No. 206), briefing schedule on Plaintiff's motion for summary judgment on certain of Universal's affirmative defenses; and

(10) July 16, 2010 (Docket No. 291), modifications to case management schedule;

c) Pursuant to Civil Local Rule 6-2(a)(3), the parties state that the requested time modifications will affect the briefing schedule for and hearing on the parties motions for summary judgment. The parties do not currently anticipate that this will affect any other dates in the current schedule.

**IT IS SO STIPULATED.**

Dated: October 28, 2010                                    KEKER & VAN NEST LLP


                                                  By:      /s/ Michael S. Kwun
                                                           MICHAEL S. KWUN
                                                           Attorneys for Plaintiff
                                                           STEPHANIE LENZ

| | | |
|---|---|---|
| 1 | Dated: October 28, 2010 | MUNGER, TOLLES & OLSON LLP |
| 2 | | |
| 3 | | By: _____/s/ Kelly M. Klaus*_____ |
| 4 | | KELLY M. KLAUS |
| | | Attorneys for Defendants |
| 5 | | UNIVERSAL MUSIC CORP., |
| | | UNIVERSAL MUSIC PUBLISHING, |
| 6 | | INC. and UNIVERSAL MUSIC |
| | | PUBLISHING GROUP |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/4/2010

_____
HON. JEREMY FOGEL
United States District Judge

---

* Electronically signed by Plaintiff's counsel with the concurrence of Defendants' counsel. N.D. Cal. G.O. 45 ¶ X.B.