**E-Filed 11/16/2010**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>    Plaintiff,<br><br>  v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. And UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>    Defendants. | Case No. 5:07-cv-03783 JF (PVT)<br><br>ORDER[1] RE OBJECTIONS TO DISCOVERY ORDER |

Pursuant to Local Rule 72-2, Plaintiff Stephanie Lenz seeks relief from an order issued by Magistrate Judge Trumbull compelling certain discovery. The matter is under submission and a written ruling will be issued in the near future. The objection will not be deemed overruled by operation of Local Rule 72-2.

DATED: November 16, 2010

_____
JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication in the official reports.

Case No. 5:09-cv-00176-RMW (PVT)
ORDER RE OBJECTIONS TO DISCOVERY ORDER
(JFLC3)