

**FILED**

DEC 10 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>UNIVERSAL MUSIC PUBLISHING, INC., ET AL.,<br><br>　　　　　Defendants. | Case No.: C-07-03783 JF (PSG)<br><br>**ORDER OF RECUSAL** |

　　　I hereby recuse myself from hearing or determining any matters in the above-entitled action. The Clerk of Court shall randomly reassign this case.

　　　IT IS SO ORDERED.

Dated:   December 10, 2010

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER, *page 1*