| | |
|---|---|
| 1 | KELLY M. KLAUS (SBN 161091) |
|   | Kelly.Klaus@mto.com |
| 2 | MELINDA E. LEMOINE (SBN 235670) |
|   | Melinda.LeMoine@mto.com |
| 3 | MUNGER, TOLLES & OLSON LLP |
|   | 355 South Grand Avenue |
| 4 | Thirty-Fifth Floor |
|   | Los Angeles, CA  90071-1560 |
| 5 | Telephone:     (213) 683-9100 |
|   | Facsimile:      (213) 687-3702 |

Attorneys for Defendants
UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>       Plaintiff,<br><br>       vs.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>       Defendants. | CASE NO.  C 07-03783 JF (HRL)<br><br>**APPLICATION TO FILE UNDER SEAL CONFIDENTIAL MOTION AND EXHIBITS IN SUPPORT OF MOTION TO FIND PLAINTIFF IN CONTEMPT FOR VIOLATION OF OCTOBER 22, 2010 ORDER, TO COMPEL COMPLIANCE AND IN CAMERA REVIEW, AND FOR SANCTIONS**<br><br>Date:     January 25, 2011<br>Time:    10:00 a.m.<br>Ctrm:    2, Fifth Floor<br>Judge:   Hon. Howard R. Lloyd |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Universal Music Corp., Universal Music Publishing, Inc., and Universal Music Publishing Group ("Defendants" or "Universal") respectfully apply for an order sealing the confidential version of the following documents:

- Confidential Motion to Find Plaintiff in Contempt for Violation of October 22, 2010 Order, to Compel Compliance and In Camera Review, and For Sanctions
- Exhibits 9–15 of the Declaration of Kelly Klaus In Support of Defendants' Motion to Find Plaintiff in Contempt for Violation of October 22, 2010 Order, to Compel Compliance and In Camera Review, and For Sanctions.

Under the Protective Order (Doc. No. 73) and Local Rules, at this juncture, there exists a "compelling reason" exists to seal these documents. *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (holding that "[a] party seeking to seal a judicial record . . . bears the burden of overcoming . . . the 'compelling reasons' standard"); *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135-36 (9th Cir. 2003). The confidential material at issue has been designated by Plaintiff as "Confidential" pursuant to the Protective Order. Under the terms of the Protective Order, Defendants are required to file this material manually under seal.

Defendants have lodged with the Court a proposed public redacted version of Defendants' Motion.

DATED: December 17, 2010   MUNGER, TOLLES & OLSON LLP

By: _____*/s/ Kelly M. Klaus*_____
　　　　KELLY M. KLAUS

Attorneys for Defendants