KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
MELINDA E. LEMOINE (SBN 235670)
Melinda.LeMoine@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendants
UNIVERSAL MUSIC CORP.,
UNIVERSAL MUSIC PUBLISHING, INC.
and UNIVERSAL MUSIC PUBLISHING
GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>        Plaintiff,<br><br>vs.<br><br>UNIVERSAL MUSIC CORP.,<br>UNIVERSAL MUSIC PUBLISHING, INC. and<br>UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>        Defendants. | CASE NO. C 07-03783 JF (HRL)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO FIND PLAINTIFF IN CONTEMPT FOR VIOLATION OF OCTOBER 22, 2010 ORDER, TO COMPEL COMPLIANCE AND IN CAMERA REVIEW, AND FOR SANCTIONS**<br><br>Date: January 25, 2011<br>Time: 10:00 a.m.<br>Ctrm: 2, Fifth Floor<br>Judge: Hon. Howard R. Lloyd |

1   The motion of Defendants Universal Music Corp., Universal Music Publishing, Inc., and
2   Universal Music Publishing Group ("Defendants") for an Order Finding Plaintiff in Contempt for
3   Violation of October 22, 2010 Order, to Compel Compliance and *In Camera* Review, and For
4   Sanctions came on for hearing before the Court on January 25, 2010.
5       The Court, having considered all of the pleadings, evidence and argument of counsel
6   submitted in support of and opposition to the Motion, and good cause appearing therefor, hereby
7   ORDERS that:
8
9       [1]   Defendants' motion is GRANTED.
10      [2]   The Court finds and holds Plaintiff in contempt of Court for violating the Court's
11            October 22, 2010 Order.
12      [3]   The Court orders Plaintiff to comply immediately with the Court's October, 22,
13            2010 Order. Specifically, within seven (7) calendar days, Plaintiff shall:
14            [a]   Have completed a search of all of her counsel's files for all documents
15                  responsive to all categories within this Court's October 22, 2010 Order.
16            [b]   Produce all documents, whether in counsel's files or Plaintiff's, relating to
17                  communications between Plaintiff and her counsel regarding the
18                  motivations of either or both for the pursuit of this suit, including all
19                  documents regarding publicity about this lawsuit or Plaintiff's allegations.
20            [c]   Produce all documents, whether in counsel's files or Plaintiff's, relating to
21                  communications regarding whether Plaintiff's use of "Let's Go Crazy" was
22                  or was not infringing of copyright, and what type of claims Plaintiff may or
23                  may not have in connection with this matter, including without limitation
24                  communications regarding whether Plaintiff has any type of "fair use"
25                  claim.
26            [d]   Plaintiff's production of documents shall be without limitation as to date.
27      [4]   Plaintiff shall within ten (10) days of this order, after completing the above
28            productions, produce to the Court for *in camera* review all documents she

| | | |
|---|---|---|
| 1 | | continues to withhold on a claim of privilege, including all documents redacted |
| 2 | | based on a claim of privilege. |
| 3 | [5] | The Court orders Plaintiff to pay all of Defendants' reasonable expenses relating to |
| 4 | | its efforts to obtain compliance with the October 22, 2010 Order, including but not |
| 5 | | limited to attorneys' fees expended in meeting and conferring and motion practice. |
| 6 | | Defendants shall submit an application detailing the fees and costs they seek |
| 7 | | within seven (7) days of the entry of this Order. |

IT IS SO ORDERED.

_____
The Honorable Howard R. Lloyd
United States Magistrate Judge

Submitted by:

MUNGER, TOLLES & OLSON LLP


By: _____*/s/ Kelly M. Klaus*_____
         KELLY M. KLAUS

Attorneys for Defendants