| | |
|---|---|
| 1 | KELLY M. KLAUS (SBN 161091) |
| | Kelly.Klaus@mto.com |
| 2 | MELINDA E. LEMOINE (SBN 235670) |
| | Melinda.LeMoine@mto.com |
| 3 | MUNGER, TOLLES & OLSON LLP |
| | 355 South Grand Avenue |
| 4 | Thirty-Fifth Floor |
| | Los Angeles, CA  90071-1560 |
| 5 | Telephone:     (213) 683-9100 |
| | Facsimile:      (213) 687-3702 |

Attorneys for Defendants
UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ, | CASE NO.  C 07-03783 JF (HRL) |
| Plaintiff, | **NOTICE OF MANUAL FILING** |
| vs. | Date:     January 25, 2011 |
| UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP, | Time:     10:00 a.m. |
| | Ctrm:    2, Fifth Floor |
| | Judge:    Hon. Howard R. Lloyd |
| Defendants. | |

12565889.1

NOTICE OF MANUAL FILING
CASE NO. CV-07-03783

1 **NOTICE OF MANUAL FILING**

2 Regarding:

3 - Confidential Motion to Find Plaintiff in Contempt for Violation of October 22, 2010
4 Order, to Compel Compliance and In Camera Review, and For Sanctions
5 - Exhibits 9–15 of the Declaration of Kelly Klaus In Support of Defendants' Motion to Find
6 Plaintiff in Contempt for Violation of October 22, 2010 Order, to Compel Compliance and
7 In Camera Review, and For Sanctions.

8 The foregoing documents are being filed under seal in paper form only and are being
9 maintained in the case file in the Clerk's office. If you are a party in one or more of the above-
10 captioned actions, these materials will be served on you shortly. For information on retrieving
11 this filing directly from the Court, please see the Court's main web site at
12 http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

13 The manual filings are necessary because the documents are filed under seal.

14 DATED: December 17, 2010                MUNGER, TOLLES & OLSON LLP

16                                         By: _____*/s/ Kelly M. Klaus*_____
17                                                    KELLY M. KLAUS

18                                         Attorneys for Defendants