\*\* **E-filed December 22, 2010** \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>    Plaintiff,<br>v.<br><br>UNIVERSAL MUSIC CORP., et al.,<br><br>    Defendants. | No. C07-03783 JF (HRL)<br><br>**ORDER GRANTING DEFENDANTS' APPLICATION TO FILE UNDER SEAL**<br><br>**[Re: Docket No. 353]** |

On December 17, 2010, Defendants filed an application for leave to file under seal the following documents:

- Confidential Motion to Find Plaintiff in Contempt for Violation of October 22, 2010 Order, to Compel Compliance and In Camera Review, and For Sanctions; and

- Exhibits 9-15 of the Declaration of Kelly Klaus in Support of Defendants' Motion to Find Plaintiff in Contempt for Violation of October 22, 2010 Order, to Compel Compliance and In Camera Review, and For Sanctions.

Docket No. 353. Good cause being shown, Defendants' shall file these documents under seal in accordance with the procedures set forth in Civil Local Rule 79-5 and General Order 62.

**IT IS SO ORDERED.**

Dated: December 22, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C07-03783 JF (HRL) Notice will be electronically mailed to:**

| | |
|---|---|
| Ashok Ramani | axr@kvn.com, efiling@kvn.com, mls@kvn.com |
| Corynne McSherry | corynne@eff.org, kurt@eff.org, lety@eff.org, michael@eff.org |
| Jason M. Schultz | jschultz@law.berkeley.edu |
| Julie P. Samuels | julie@eff.org |
| Kelly Max Klaus | kelly.klaus@mto.com, jillian.song@mto.com, shari.lorand@mto.com |
| Laura Ashley Aull | ashley.aull@mto.com |
| Marcia Clare Hofmann | marcia@eff.org, lety@eff.org |
| Melinda Eades LeMoine | melinda.lemoine@mto.com |
| Melissa Jeanne Miksch | mmiksch@kvn.com, efiling@kvn.com, jwinars@kvn.com |
| Michael Soonuk Kwun | mkwun@kvn.com, rcirelli@kvn.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**