| | |
|---|---|
| 1 | KELLY M. KLAUS (SBN 161091) |
| | Kelly.Klaus@mto.com |
| 2 | MELINDA E. LEMOINE (SBN 235670) |
| | Melinda.LeMoine@mto.com |
| 3 | MUNGER, TOLLES & OLSON LLP |
| | 355 South Grand Avenue |
| 4 | Thirty-Fifth Floor |
| | Los Angeles, CA  90071-1560 |
| 5 | Telephone:    (213) 683-9100 |
| | Facsimile:    (213) 687-3702 |
| 6 | |
| | Attorneys for Defendants |
| 7 | UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC |
| | PUBLISHING, INC. and UNIVERSAL MUSIC |
| 8 | PUBLISHING GROUP |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ, | CASE NO.  C 07-03783 JF (RS) |
| Plaintiff, | **PROOF OF SERVICE OF MOTION TO FIND PLAINTIFF IN CONTEMPT FOR VIOLATION OF OCTOBER 22, 2010 ORDER** |
| vs. | |
| UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP, | |
| Defendants. | Date:     January 25, 2011<br>Time:    10:00 a.m.<br>Crtrm:   2, Fifth Floor<br>             (Hon. Howard R. Lloyd) |

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO:

I, the undersigned, declare that I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the City and County of San Francisco, California. My business address is 560 Mission Street, Twenty-Seventh Floor, San Francisco, CA 94803.

On December 22, 2010, I served upon the interested parties in this action the foregoing documents described as:

**NOTICE OF MOTION AND MOTION TO FIND PLAINTIFF IN CONTEMPT FOR VIOLATION OF OCTOBER 22, 2010 ORDER, TO COMPEL COMPLIANCE AND IN CAMERA REVIEW, AND FOR SANCTIONS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF (LODGED UNDER SEAL)**

**DECLARATION OF KELLY M. KLAUS IN SUPPORT OF DEFENDANTS' MOTION TO FIND PLAINTIFF IN CONTEMPT FOR VIOLATION OF OCTOBER 22, 2010 ORDER, TO COMPEL COMPLIANCE AND IN CAMERA REVIEW, AND FOR SANCTIONS (LODGED UNDER (SEAL**

[X] By placing "☐ the original [X] a true and correct copy thereof, as set out below, in an addressed, sealed envelope(s) clearly labeled to identify the persons being served at the addresses set forth on the attached service list.

[ ] **BY MAIL (AS INDICATED ON THE ATTACHED SERVICE LIST)** I caused such envelope(s) to be placed in interoffice mail for collection and deposit in the United States Postal Service at 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California, on that same date, following ordinary business practices. I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

[ ] **BY FEDERAL EXPRESS PRIORITY OVERNIGHT DELIVERY (AS INDICATED ON ATTACHED SERVICE LIST)** I delivered the sealed Federal Express envelope(s) to an employee authorized by Federal Express to receive documents, with delivery fees paid or provided for.

[ ] **BY E-MAIL (AS INDICATED ON ATTACHED SERVICE LIST)** By sending a copy of said document by email for instantaneous transmittal to the addressees on the attached service list.

[X] **BY HAND (AS INDICATED ON ATTACHED SERVICE LIST)** I caused such document to be placed in addressed, sealed envelope(s), clearly labeled to identify the person being served at the address(es) and to be delivered by hand to the offices on the attached service list.

[ ] **(STATE)** I declare under penalty of perjury that the foregoing is true and correct.

12603281.1

| | |
|---|---|
| 1 | |
| 2 | ☒   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. |
| 3 | Executed on December 22, 2010, at San Francisco, California. |
| 4 | |

*(signature)*
Milvi Giesinger

12603281.1

- 2 -

<u>Lenz v. Universal Music Corp, et al.</u>,
Case No. C 07-03783-JF
Service List

KEKER & VAN NEST, LLP
Michael S. Kwun
Melissa J. Miksch
710 Sansome Street
San Francisco, CA 94111-1704
Tel: (415) 391-5400
Fax: (415) 397-7188
Email: mkwun@kvn.com; mmiksch@kvn.com

Attorneys for Plaintiff Stephanie Lenz

12603281.1

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| KELLY M. KLAUS, ESQ. (161091)<br>MUNGER TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor<br>San Francisco, California 94105 | (415) 512-4000 | |
| Attorneys for: DEFENDANTS | Ref. No. Or File No.<br>W2570201 | |

Insert name of court, judicial district and branch court, if any:
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Plaintiff: **STEPHANIE LENZ**

Defendant: **UNIVERSAL MUSIC**

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C 07-3783 JF (RS) |
|---|---|---|---|---|

I, Shane Cantrell, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SEALED ENVELOPE

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

| | |
|---|---|
| Opposing Counsel | : MICHAEL S. KWUN<br>MELISSA J. MIKSCH |
| By Serving | : THAI PEANG, Mailroom |
| Address | : 710 Sansome St., San Francisco, CA 94111-1704 |
| Date & Time | : Friday, December 17, 2010 @ 3:10 p.m. |
| Witness fees were | : Not applicable. |

Person serving:
Shane Cantrell
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 1136
   (3) County: San Francisco
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 17, 2010          Signature: _____
                                              Shane Cantrell


Printed on recycled paper