ELECTRONIC FRONTIER FOUNDATION
CORYNNE MCSHERRY – #221504
KURT OPSAHL – #191303
JULIE SAMUELS – *pro hac vice*
454 Shotwell Street
San Francisco, CA  94110
Telephone:     (415) 436-9333
Facsimile:      (415) 436-9993
Email: kurt@eff.org;  corynne@eff.org; julie@eff.org

KEKER & VAN NEST LLP
ASHOK RAMANI - #200020
MICHAEL S. KWUN - #198945
ANDREW F. DAWSON - #264421
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:     (415) 391-5400
Facsimile:      (415) 397-7188
Email: aramani@kvn.com; mkwun@kvn.com
            adawson@kvn.com

Attorneys for Plaintiff
STEPHANIE LENZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>                    Plaintiff,<br><br>       v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>                    Defendants. | Case No. C 07-3783-JF (HRL)<br><br>**NOTICE OF APPEARANCE** |

1  **TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS**
2  **OF RECORD:**
3      **PLEASE TAKE NOTICE THAT** Andrew F. Dawson of Keker & Van Nest LLP
4  hereby enters his appearance as counsel on behalf of Plaintiff Stephanie Lenz.
5  Dated: December 29, 2010          KEKER & VAN NEST LLP

By:   */s/Andrew F. Dawson*
     ANDREW F. DAWSON

Attorneys for Plaintiff
STEPHANIE LENZ

1
NOTICE OF APPEARANCE
CASE NO. C 07-3783-JF (HRL)

536508.01