| | |
|---|---|
| 1 | KELLY M. KLAUS (SBN 161091) |
| | Kelly.Klaus@mto.com |
| 2 | MELINDA E. LEMOINE (SBN 235670) |
| | Melinda.LeMoine@mto.com |
| 3 | L. ASHLEY AULL (SBN 257020) |
| | Ashley.Aull@mto.com |
| 4 | MUNGER, TOLLES & OLSON LLP |
| | 355 South Grand Avenue |
| 5 | Thirty-Fifth Floor |
| | Los Angeles, CA  90071-1560 |
| 6 | Telephone:    (213) 683-9100 |
| | Facsimile:     (213) 687-3702 |
| 7 | |
| | Attorneys for Defendants |
| 8 | UNIVERSAL MUSIC CORP., |
| | UNIVERSAL MUSIC PUBLISHING, INC. |
| 9 | and UNIVERSAL MUSIC PUBLISHING |
| | GROUP |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ, | CASE NO.  CV-07-03783 |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL** |
| vs. | |
| UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP, | |
| Defendants. | |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as additional counsel for defendants in this case. I request that copies of all pleadings, papers, notices, and other documents be addressed to defendants' counsel as follows:

> KELLY M. KLAUS (SBN 161091)
> Kelly.Klaus@mto.com
> MELINDA E. LEMOINE (SBN 235670)
> Melinda.LeMoine@mto.com
> L. ASHLEY AULL (SBN 257020)
> Ashley.Aull@mto.com
> MUNGER, TOLLES & OLSON LLP
> 355 South Grand Avenue
> Thirty-Fifth Floor
> Los Angeles, CA  90071-1560
> Telephone:     (213) 683-9100
> Facsimile:     (213) 687-3702

I certify that I am admitted to practice in this Court.

Dated: Dec. 29, 2010                         MUNGER, TOLLES & OLSON LLP


By:_____ */s/ L. Ashley Aull* _____
                     L. Ashley Aull

Attorneys for Defendants
UNIVERSAL MUSIC CORP.,
UNIVERSAL MUSIC PUBLISHING, INC.
AND UNIVERSAL MUSIC PUBLISHING
GROUP

---

- 1 -                          NOTICE OF APPEARANCE OF COUNSEL (AULL)