ELECTRONIC FRONTIER FOUNDATION
CINDY COHN – #145997
CORYNNE MCSHERRY – #221504
KURT OPSAHL – #191303
JULIE SAMUELS – *pro hac vice*
454 Shotwell Street
San Francisco, CA  94110
Telephone:     (415) 436-9333
Facsimile:      (415) 436-9993
Email: kurt@eff.org;  corynne@eff.org; julie@eff.org

KEKER & VAN NEST LLP
ASHOK RAMANI - #200020
MICHAEL S. KWUN - #198945
ANDREW F. DAWSON - #264421
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:     (415) 391-5400
Facsimile:      (415) 397-7188
Email: aramani@kvn.com; mkwun@kvn.com
             adawson@kvn.com

Attorneys for Plaintiff
STEPHANIE LENZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| STEPHANIE LENZ,<br><br>                        Plaintiff,<br><br>        v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>                        Defendants. | Case No. C 07-3783-JF (HRL)<br><br>**NOTICE OF APPEARANCE** |
|---|---|

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Cindy Cohn of the Electronic Frontier Foundation hereby enters her appearance as counsel on behalf of Plaintiff Stephanie Lenz.

Dated:  December 29, 2010                                     ELECTRONIC FRONTIER
                                                                                    FOUNDATION


                                                                          By:   /s/ *Cindy Cohn*
                                                                                    CINDY COHN

                                                                                    Attorneys for Plaintiff
                                                                                    STEPHANIE LENZ