ELECTRONIC FRONTIER FOUNDATION
CINDY COHN – #145997
CORYNNE MCSHERRY – #221504
KURT OPSAHL – #191303
JULIE SAMUELS – *pro hac vice*
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993
Email: cindy@eff.org; corynne@eff.org;
      kurt@eff.org; julie@eff.org

KEKER & VAN NEST LLP
ASHOK RAMANI – #200020
MICHAEL S. KWUN – #198945
ANDREW F. DAWSON – #264421
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
Email: aramani@kvn.com; mkwun@kvn.com
       adawson@kvn.com

Attorneys for Plaintiff
STEPHANIE LENZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>Defendants. | Case No. C 07-3783-JF (HRL)<br><br>**DECLARATION OF CORYNNE MCSHERRY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO FIND PLAINTIFF IN CONTEMPT, TO COMPEL COMPLIANCE AND IN CAMERA REVIEW, AND FOR SANCTIONS**<br><br>Date: January 25, 2011<br>Time: 10:00am<br>Courtroom: 3, 5th Floor<br>Judge: Hon. Howard R. Lloyd |

MCSHERRY DECL. IN SUPP. OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO FIND PLAINTIFF IN CONTEMPT, TO COMPEL COMPLIANCE AND IN CAMERA REVIEW, AND FOR SANCTIONS
CASE NO. C 07-3783-JF (HRL)

536491.01

I, Corynne McSherry, declare as follows:

1. I am the Intellectual Property Director and Kahle Promise Fellow at the Electronic Frontier Foundation. I am also counsel to Stephanie Lenz in this action..

2. I have knowledge of the facts set forth herein, and if called upon as a witness thereto, could testify competently under oath.

3. I make this Declaration in support of Plaintiff's Opposition to Defendants' Motion to Find Plaintiff in Contempt, to Compel Compliance and In Camera Review, and For Sanctions.

4. Throughout this case, I have been Ms. Lenz's primary contact at the Electronic Frontier Foundation.

5. When Ms. Lenz's complaint was first filed, EFF issued a press release. This press release was issued on July 24, 2007, the same day that the lawsuit was filed.

6. After the lawsuit was filed, I did some interviews with the press. I remember that there was a flurry of press activity after the lawsuit was filed, and then things died down.

7. EFF did not issue a further press release about Ms. Lenz's case for nearly a year, until July 15, 2008. The July 15, 2008 press release announced that there would be a hearing on July 18, 2008 on a motion by Universal to dismiss the lawsuit.

8. EFF has not issued any further press releases about the case, although EFF has "blogged" about the case twice since then. The first blog post was on August 20, 2008, and was about Judge Fogel's order denying Universal's motion to dismiss the second amended complaint. The second blog post was on October 21, 2010, and was about Ms. Lenz's motion for summary judgment.

9. EFF has also "blogged" from time to time about issues related to those raised by Ms. Lenz's case, has occasionally commented on the case as an example of an improper takedown, has responded to press inquiries about the case, and has kept track of press mentions of the case.

10. I understand that during the meet and confer process that preceded Universal's

1

MCSHERRY DECL. IN SUPP. OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO FIND PLAINTIFF IN CONTEMPT, TO COMPEL COMPLIANCE AND IN CAMERA REVIEW, AND FOR SANCTIONS
CASE NO. C 07-3783-JF (HRL)

536491.01

present motion, counsel for Universal questioned whether Ms. Lenz's email records were complete, and whether there might be additional emails available only in counsel's files between Ms. Lenz and counsel that were responsive to Judge Trumbull's October 22, 2010 Order (the "Waiver Order").

11.     Although I had every reason to believe that Ms. Lenz's email records contained all documents responsive to the Waiver Order, I reviewed my own email records to see whether I could find documents responsive to the Waiver Order that were not in Ms. Lenz's files. Although I did not engage in the sort of full search one might perform for a full document review, I did review emails from throughout this case. I did not find any documents responsive to the Waiver Order that had not already been located by searching Ms. Lenz's email records.

Executed this 4th day of January 2011 at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

CORYNNE MCSHERRY

2
MCSHERRY DECL. IN SUPP. OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO FIND PLAINTIFF IN CONTEMPT, TO COMPEL COMPLIANCE AND IN CAMERA REVIEW, AND FOR SANCTIONS
CASE NO. C 07-3783-JF (HRL)

536491.01