| | |
|---|---|
| 1 | KELLY M. KLAUS (SBN 161091) |
| | Kelly.Klaus@mto.com |
| 2 | MELINDA E. LEMOINE (SBN 235670) |
| | Melinda.LeMoine@mto.com |
| 3 | MUNGER, TOLLES & OLSON LLP |
| | 355 South Grand Avenue |
| 4 | Thirty-Fifth Floor |
| | Los Angeles, CA  90071-1560 |
| 5 | Telephone:     (213) 683-9100 |
| | Facsimile:      (213) 687-3702 |
| 6 | |
| 7 | Attorneys for Defendants |
| | UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC |
| | PUBLISHING, INC. and UNIVERSAL MUSIC |
| 8 | PUBLISHING GROUP |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ, | CASE NO.  C 07-03783 JF (HRL) |
| Plaintiff, | **NOTICE OF LODGING UNDER SEAL** |
| vs. | |
| UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP, | Date:     January 25, 2011<br>Time:     10:00 a.m.<br>Ctrm:     2, Fifth Floor<br>Judge:    Hon. Howard R. Lloyd |
| Defendants. | |

12737840.1

NOTICE OF MANUAL FILING
CASE NO. CV-07-03783

**NOTICE OF LODGING**

Regarding:

- Exhibits 21–24 of the Supplemental Declaration of Kelly Klaus In Support of Defendants' Motion to Find Plaintiff in Contempt for Violation of October 22, 2010 Order, to Compel Compliance and In Camera Review, and For Sanctions.

The foregoing documents are being lodged under seal in paper form only and are being maintained in the case file in the Clerk's office.  If you are a party in one or more of the above-captioned actions, these materials will be served on you shortly.  For information on retrieving this filing directly from the Court, please see the Court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

The manual filings are necessary because the documents are filed under seal.

DATED:  January 11, 2011                           MUNGER, TOLLES & OLSON LLP


By:  _____/s/ Kelly M. Klaus_____
            KELLY M. KLAUS

Attorneys for Defendants

12737840.1

- 1 -

NOTICE OF MANUAL FILING
CASE NO. CV-07-03783