| | |
|---|---|
| 1 | KELLY M. KLAUS (SBN 161091) |
| | Kelly.Klaus@mto.com |
| 2 | MELINDA E. LEMOINE (SBN 235670) |
| | Melinda.LeMoine@mto.com |
| 3 | MUNGER, TOLLES & OLSON LLP |
| | 355 South Grand Avenue |
| 4 | Thirty-Fifth Floor |
| | Los Angeles, CA 90071-1560 |
| 5 | Telephone: (213) 683-9100 |
| | Facsimile: (213) 687-3702 |
| 6 | |
| | Attorneys for Defendants |
| 7 | UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC |
| | PUBLISHING, INC. and UNIVERSAL MUSIC |
| 8 | PUBLISHING GROUP |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| STEPHANIE LENZ, | CASE NO. C 07-03783 JF (HRL) |
|---|---|
| Plaintiff, | **PROOF OF SERVICE OF CONFIDENTIAL EXHIBITS 21-24 OF SUPPLEMENTAL DECLARATION OF KELLY M. KLAUS IN SUPPORT OF MOTION TO FIND PLAINTIFF IN CONTEMPT FOR VIOLATION OF OCTOBER 22, 2010 ORDER** |
| vs. | |
| UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP, | |
| Defendants. | Date: January 25, 2011 |
| | Time: 10:00 a.m. |
| | Crtrm: 2, Fifth Floor |
| | (Hon. Howard R. Lloyd) |

12603281.1

PROOF OF SERVICE
CASE NO. CV-07-03783

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO:

I, the undersigned, declare that I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the City and County of San Francisco, California. My business address is 560 Mission Street, Twenty-Seventh Floor, San Francisco, CA 94803.

On January 11, 2011, I served upon the interested parties in this action the foregoing documents described as:

**CONFIDENTIAL EXHIBITS 20-24 OF SUPPLEMENTAL DECLARATION OF KELLY M. KLAUS IN SUPPORT OF DEFENDANTS' MOTION TO FIND PLAINTIFF IN CONTEMPT FOR VIOLATION OF OCTOBER 22, 2010 ORDER, TO COMPEL COMPLIANCE AND IN CAMERA REVIEW, AND FOR SANCTIONS**

[x] By placing "☐ the original [x] a true and correct copy thereof, as set out below, in an addressed, sealed envelope(s) clearly labeled to identify the persons being served at the addresses set forth on the attached service list.

[ ] **BY MAIL (AS INDICATED ON THE ATTACHED SERVICE LIST)** I caused such envelope(s) to be placed in interoffice mail for collection and deposit in the United States Postal Service at 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California, on that same date, following ordinary business practices. I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

[x] **BY HAND (AS INDICATED ON ATTACHED SERVICE LIST)** I caused such document to be placed in addressed, sealed envelope(s), clearly labeled to identify the person being served at the address(es) and to be delivered by hand to the offices on the attached service list.

[x] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 11, 2011, at San Francisco, California.

Angela Balestrieri

12603281.1

<u>Lenz v. Universal Music Corp, et al.</u>,
Case No. C 07-03783-JF
Service List

KEKER & VAN NEST, LLP
Ashok Ramani
Michael S. Kwun
Andrew F. Dawson
710 Sansome Street
San Francisco, CA 94111-1704
Tel: (415) 391-5400
Fax: (415) 397-7188
Email:  aramani@kvn.com; mkwun@kvn.com; adawson@kvn.com

Attorneys for Plaintiff Stephanie Lenz

12603281.1