KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
MELINDA E. LEMOINE (SBN 235670)
Melinda.LeMoine@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:    (213) 683-9100
Facsimile:     (213) 687-3702

**\*E-FILED 01-31-2011\***

Attorneys for Defendants
UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>            Plaintiff,<br><br>     vs.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>            Defendants. | CASE NO.  CV 07-03783 JF (HRL)<br><br>**[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL CONFIDENTIAL EXHIBITS RE: MOTION TO FIND PLAINTIFF IN CONTEMPT FOR VIOLATION OF OCTOBER 22, 2010 ORDER, TO COMPEL COMPLIANCE AND IN CAMERA REVIEW, AND FOR SANCTIONS**<br><br>Date:      January 25, 2011<br>Time:     10:00 a.m.<br>Ctrm:     2, Fifth Floor<br>Judge:    Hon. Howard R. Lloyd<br><br>**[Re:  Docket No. 367]** |

1  **[PROPOSED] ORDER GRANTING APPLICATION TO SEAL**

2  Upon consideration of Defendants' application to file the following documents under seal

3  and in accordance with the terms of the Protective Order (Doc. No. 73), IT IS HEREBY

4  ORDERED that the following documents be filed under seal:

5  - Exhibits 21–24 of the Supplemental Declaration of Kelly Klaus In Support of Defendants'

6  Motion to Find Plaintiff in Contempt for Violation of October 22, 2010 Order, to Compel

7  Compliance and In Camera Review, and For Sanctions.

IT IS SO ORDERED.

DATED:   January 31, 2011

_____
THE HONORABLE HOWARD R. LLOYD
United States Magistrate Judge

Submitted by:

MUNGER, TOLLES & OLSON LLP


By:   /s/ *Kelly M. Klaus*
        KELLY M. KLAUS

Attorneys for Defendants