1  ELECTRONIC FRONTIER FOUNDATION
   CINDY COHN – #145997
2  CORYNNE MCSHERRY – #221504
   KURT OPSAHL – #191303
3  JULIE SAMUELS – *pro hac vice*
   454 Shotwell Street
4  San Francisco, CA 94110
   Telephone:    (415) 436-9333
5  Facsimile:    (415) 436-9993
   Email: cindy@eff.org; corynne@eff.org;
6         kurt@eff.org; julie@eff.org

7  KEKER & VAN NEST LLP
   ASHOK RAMANI – #200020
8  MICHAEL S. KWUN – #198945
   ANDREW F. DAWSON – #264421
9  710 Sansome Street
   San Francisco, CA 94111-1704
10 Telephone:    (415) 391-5400
   Facsimile:    (415) 397-7188
11 Email: aramani@kvn.com; mkwun@kvn.com
          adawson@kvn.com
12
   Attorneys for Plaintiff
13 STEPHANIE LENZ

*E-FILED 01-31-2011*

14

15                 UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17                      SAN JOSE DIVISION

18

| | |
|---|---|
| 19  STEPHANIE LENZ, | Case No. C 07-3783-JF (HRL) |
| 20                          Plaintiff, | [PROPOSED] ORDER GRANTING IN PART ADMINISTRATIVE MOTION TO FILE |
| 21     v. | UNDER SEAL CERTAIN DOCUMENTS SUBMITTED IN SUPPORT OF PLAINTIFF'S OPPOSITION TO |
| 22  UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and | DEFENDANTS' MOTION TO FIND PLAINTIFF IN CONTEMPT, TO |
| 23  UNIVERSAL MUSIC PUBLISHING GROUP, | COMPEL COMPLIANCE AND IN CAMERA REVIEW, AND FOR |
| 24                          Defendants. | SANCTIONS |
| 25  | Date:        January 25, 2011 |
| 26  | Time:        10:00am<br>Courtroom: 3, 5th Floor |
| 27  | Judge:       Hon. Howard R. Lloyd |
| 28  | **[Re: Docket No. 363]** |

IN PART

~~[PROPOSED]~~ ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL

**UPON CONSIDERATION OF** Plaintiff Stephanie Lenz's administrative motion to

filed the following documents under seal, and GOOD CAUSE BEING SHOWN,

**IT IS HEREBY ORDERED** that the following documents be filed under seal:

1.  The Declaration of Stephanie Lenz in Support of Plaintiff's Opposition to Defendants'

Motion to Find Plaintiff in Contempt, to Compel Compliance and In Camera Review, and For

Sanctions **, Paragraph 7 only.**

2.  Exhibits I Through L to the Declaration of Michael S. Kwun in Support of Plaintiff's

Opposition to Defendants' Motion to Find Plaintiff in Contempt, to Compel Compliance and In

Camera Review, and For Sanctions.

**IT IS SO ORDERED.**

Dated: _ January 31 _, 2011

_____

Hon. Howard R. Lloyd

United States Magistrate Judge

536533.01