ELECTRONIC FRONTIER FOUNDATION
CINDY COHN – #145997
CORYNNE MCSHERRY – #221504
KURT OPSAHL – #191303
JULIE SAMUELS – *pro hac vice*
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993
Email: cindy@eff.org; corynne@eff.org;
kurt@eff.org; julie@eff.org

KEKER & VAN NEST LLP
ASHOK RAMANI – #200020
MICHAEL S. KWUN – #198945
ANDREW F. DAWSON – #264421
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
Email: aramani@kvn.com; mkwun@kvn.com
adawson@kvn.com

Attorneys for Plaintiff
STEPHANIE LENZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>            Plaintiff,<br><br>   v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>            Defendants. | Case No. C 07-03783-JF (HRL)<br><br>**DECLARATION OF STEPHANIE LENZ IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO FIND PLAINTIFF IN CONTEMPT, TO COMPEL COMPLIANCE AND IN CAMERA REVIEW, AND FOR SANCTIONS**<br><br>Date:        January 25, 2011<br>Time:       10:00am<br>Courtroom: 3, 5th Floor<br>Judge:      Hon. Howard R. Lloyd |

**REDACTED VERSION**

536488.01

LENZ DECL. IN SUPP. OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO FIND PLAINTIFF IN CONTEMPT, TO COMPEL COMPLIANCE AND IN CAMERA REVIEW, AND FOR SANCTIONS
CASE NO. C 07-3783-JF (HRL)

I, Stephanie Lenz, declare as follows:

1. I am the Plaintiff in the above-captioned action.

2. I have knowledge of the facts set forth herein, and if called upon as a witness thereto, could testify competently under oath.

3. I make this Declaration in support of Plaintiff's Opposition to Defendants' Motion to Find Plaintiff in Contempt, to Compel Compliance and In Camera Review, and For Sanctions.

4. I have a practice of retaining all emails between my lawyers and me. This includes both emails that I have sent to any of my lawyers, and any email that I have received from any of my lawyers.

5. I use two email addresses provided by Google's Gmail service to communicate with my lawyers, and my emails are maintained on Google's servers. These emails are not stored on my personal computer.

6. I have given my lawyers full access to my Gmail accounts so that they can conduct exhaustive searches of my emails.

[Paragraph 7 redacted]

8. On June 14, 2007, I sent my mother an email in which I told her that I had spoken with an EFF attorney about "the YouTube/Universal thing." I told her, "I can't say much, but there may be a publicity blitz and/or lawsuit against Universal." By "publicity blitz," I meant a rush of publicity that either would occur at the time the lawsuit was filed, or instead of a lawsuit.

9. After the lawsuit was filed, I did some interviews with the press. I remember that there was a flurry of press activity after the lawsuit was filed, and then things died down.

10. At my deposition, I was asked about a comment I made on my blog on June 12, 2007, in which I said, "Mine's not a 'fair use' case at all." I did not recall why I made this

statement. I did testify, "At the time it may have been my opinion. It may have been I was misunderstanding what I'd been told by counsel." When I said that it may have been a misunderstanding of what I'd been told by counsel, I was speculating. I did not have in mind any particular thing I'd been told by any of my attorneys that might have caused a misunderstanding. I did not even have a general recollection of anything any of my attorneys had told me that might have cause such a misunderstanding.

Executed this 4th day of January 2011 at Gallitzin, Pennsylvania.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
STEPHANIE LENZ

2
LENZ DECL. IN SUPP. OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO FIND PLAINTIFF IN CONTEMPT, TO COMPEL COMPLIANCE AND IN CAMERA REVIEW, AND FOR SANCTIONS
CASE NO. C 07-3783-JF (HRL)

536488.01