# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Howard R. Lloyd, Presiding**
Courtroom 2 - 5th Floor

# Civil Minute Order

Date:   February 8, 2011                                        Time in Court: 51 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: FTR

**TITLE:** Lenz v. Universal Music Group Inc. et al
**CASE NUMBER**: C07-03783JF
Plaintiff Attorney present:   Cindy Cohn
Defendant Attorney present: Kelly Klaus

**PROCEEDINGS: Motion Hearing**


Counsel present arguments.

Matters are taken under submission.  Court to issue written ruling.