1  ELECTRONIC FRONTIER FOUNDATION
   KURT OPSAHL #191303
2  CORYNNE MCSHERRY #221504
   JULIE SAMUELS (*pro hac vice*)
3  454 Shotwell Street
   San Francisco, CA  94110
4  Telephone:    (415) 436-9333
   Facsimile:    (415) 436-9993
5  Email: kurt@eff.org; corynne@eff.org
   Email: julie@eff.org
6
   KEKER & VAN NEST LLP
7  ASHOK RAMANI - #200020
   MICHAEL S. KWUN -#198945
8  MELISSA J. MIKSCH - #249805
   710 Sansome Street
9  San Francisco, CA  94111-1704
   Telephone:    (415) 391-5400
10 Facsimile:    (415) 397-7188
   Email: aramani@kvn.com; mkwun@kvn.com
11 Email: mmiksch@kvn.com

12 Attorneys for Plaintiff

KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
MELINDA E. LEMOINE (SBN 235670)
Melinda.LeMoine@mto.com
L. ASHLEY AULL (SBN 257020)
Ashley.Aull@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

Attorneys for Defendants

13              UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT OF CALIFORNIA

15                   SAN JOSE DIVISION

16 STEPHANIE LENZ,

17                           Plaintiff,

18        v.

19 UNIVERSAL MUSIC CORP., UNIVERSAL
   MUSIC PUBLISHING, INC., and
20 UNIVERSAL MUSIC PUBLISHING
   GROUP,
21
22                           Defendants.

Case No. C 07-03783-JF

**JOINT STIPULATION AND
[PROPOSED] ORDER RE CASE
MANAGEMENT SCHEDULE**

Judge:    The Hon. Jeremy Fogel

23
24
25
26
27
28

1    Plaintiff Stephanie Lenz ("Plaintiff" or "Lenz") and Defendants Universal Music Corp.,

2  Universal Music Publishing, Inc. and Universal Musical Publishing Group ("Defendants" or

3  "Universal"), by and through their respective counsel of record, hereby declare and stipulate as

4  follows:

5    WHEREAS, the current Case Management Schedule, stipulated to by the parties and

6  entered by the Court, set a schedule for, *inter alia*, the filing of dispositive motions (by October

7  18, 2010) and for trial (May 9, 2011) (Doc. No. 291);

8    WHEREAS, on October 18, 2010, the parties each filed their opening papers in support

9  of their respective motions for summary judgment;

10    WHEREAS, on October 22, 2010, Magistrate Judge Trumbull issued an order directing

11  Plaintiff to produce certain documents and appear for further deposition, which documents and

12  testimony had been previously withheld under a claim of privilege that Universal argued Plaintiff

13  had waived;

14    WHEREAS, on November 2, 2010, Plaintiff filed a Motion for Relief from Magistrate

15  Judge Trumbull's Order;

16    WHEREAS, on November 4, 2010, this Court entered an Order approving the parties'

17  stipulation to adjourn the then-current schedule for completing summary judgment briefing

18  pending the completion of the discovery ordered by Magistrate Judge Trumbull's Order;

19    WHEREAS, on November 17, 2010, this Court entered an Order Overruling Plaintiff's

20  Objections to Discovery Order;

21
     WHEREAS, on December 17, 2010, Defendants filed a Motion to Find Plaintiff in
22
   Contempt for Violation of October 22, 2010 Order, to Compel Compliance and In Camera
23
   Review, and for Sanctions (hereinafter "Defendants' Motion");
24

25    WHEREAS, on February 8, 2011, Magistrate Judge Lloyd heard oral argument and took

26  Defendants' Motion under submission;

27    WHEREAS, as of the date of this Stipulation, Defendants' Motion remains under

28  submission before Magistrate Judge Lloyd;

JOINT STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT SCHEDULE
CASE NO. C 07-03783-JF

1   WHEREAS, the parties have agreed to defer the deposition of Plaintiff ordered by

2   Magistrate Judge Trumbull's Order pending the resolution of Defendants' Motion and any

3   production of additional documents;

4   WHEREAS, Universal intends to incorporate documents produced by Plaintiff and her

5   forthcoming deposition testimony into the remaining briefing on the summary judgment

6   motions;

7   WHEREAS, on November 4, 2011, this Court entered an Order vacating the summary

8   judgment briefing schedule in light of the foregoing, and with an agreement from the parties to

9   meet and confer about an appropriate schedule for the conclusion of the summary judgment

10   briefing schedule upon completion of outstanding discovery (Doc. No. 349);

11   WHEREAS, with the current trial date of May 9, 2011, the parties face impending

12   pretrial deadlines before the summary judgment briefing is complete or the motion resolved;

13   WHEREAS, the parties believe that, it would conserve party and judicial resources for

14   the Court to vacate the current trial date, so that Defendants' Motion may be resolved, remaining

15   discovery may be completed, and the parties may conclude the summary judgment briefing and

16   present their respective motions to the Court for resolution.

17

18   **ACCORDINGLY, THE PARTIES STIPULATE AS FOLLOWS:**

19   [1] Upon resolution of Defendants' Motion, the parties will **meet and confer**

20       regarding

21       a)  an appropriate schedule for the required remaining discovery, including the

22           deposition of Plaintiff, with a presumption that Plaintiff's deposition will be

23           within 10 Court days of either the production of any additional documents ordered

24           produced or the date of the order, but subject to reasonable adjustments to

25           accommodate the schedules of counsel and the parties;

26       b)  an appropriate schedule for concluding the briefing of their respective motions for

27           summary judgment, with a presumptive schedule that oppositions will be due two

28           weeks after the additional discovery is complete, with replies due two weeks after

1    oppositions and a hearing set as soon as the Court's schedule will allow thereafter,

2    but subject to reasonable adjustments to accommodate the schedules of counsel

3    and the parties; and

4    c)  an appropriate proposed schedule for pre-trial and trial dates, subject to the

5    Court's availability and the schedules of counsel and the parties.

6    **IN SUPPORT OF SAID STIPULATION**:

7    A.    Pursuant to Civil Local Rule 6-2(a)(1), the parties state that the time

8    modifications set forth above are requested for the purpose of setting an orderly schedule for

9    resolution of Defendants' Motion to Find Plaintiff in Contempt for Violation of October 22,

10   2010 Order, to Compel Compliance and In Camera Review, and for Sanctions and their

11   respective motions for summary judgment;

12   B.    Pursuant to Civil Local Rule 6-2(a)(2), the parties disclose  the following previous

13   time modifications in this case:

14   (1)   August 20, 2007 (Docket No. 8), time to respond to first amended

15   complaint;

16   (2)   October 11, 2007 (Docket No. 19), briefing schedule on Universal's motion

17   to dismiss and special motion to strike;

18   (3)   November 16, 2007 (Docket No. 26), briefing schedule on Universal's

19   motion to dismiss and special motion to strike;

20   (4)   April 30, 2008 (Docket No. 35), time to respond to second amended

21   complaint;

22   (5)   August 29, 2008 (Docket No. 46), time to respond to second amended

23   complaint and briefing schedule for motion for to certify for interlocutory

24   appeal;

25   (6)   April 15, 2009 (Docket No. 63), briefing schedule for motion for protective

26   order;

27   (7)   September 9, 2009 (Docket No. 166), briefing schedule for administrative

28   motion;

3

1    (8)   September 14, 2009 (Docket No. 176), modifications to case management

2          schedule;

3    (9)   November 3, 2009 (Docket No. 206), briefing schedule on Plaintiff's

4          motion for summary judgment on certain of Universal's affirmative

5          defenses; and

6    (10)  July 16, 2010 (Docket No. 291), modifications to case management

7          schedule;

8    (11)  November 4, 2010 (Docket No. 349), modifications to case management

9          schedule;

10   ///

11   ///

12   ///

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

1   C.       Pursuant to Civil Local Rule 6-2(a)(3), the parties state that the requested time

2   modifications will affect the briefing schedule for and hearing on the parties motions for

3   summary judgment and as well all pre-trial dates and the trial date.

4           **IT IS SO STIPULATED.**

5   Dated: March 8, 2011                              ELECTRONIC FRONTIER
                                                       FOUNDATION
6

7
                                             By:  _____/s/ Corynne McSherry_____
8                                                  CORYNNE MCSHERRY
                                                   Attorneys for Plaintiff
9                                                  STEPHANIE LENZ

10  Dated: March 8, 2011                              MUNGER, TOLLES & OLSON LLP

11

12                                           By:  _____/s/ Kelly M. Klaus*_____
                                                   KELLY M. KLAUS
13                                                 Attorneys for Defendants
                                                   UNIVERSAL MUSIC CORP.,
14                                                 UNIVERSAL MUSIC PUBLISHING,
                                                   INC. and UNIVERSAL MUSIC
15                                                 PUBLISHING GROUP

16
                  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
17

18
    Dated:                                   By:  _____
19                                                 HON. JEREMY FOGEL
                                                   United States District Judge
20

21

22

23

24

25

26

27   _____
     * Electronically signed by Plaintiff's counsel with the concurrence of Defendants' counsel. N.D.
28   Cal. G.O. 45 ¶ X.B.

    JOINT STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT SCHEDULE
                      CASE NO. C 07-03783-JF