ELECTRONIC FRONTIER FOUNDATION
KURT OPSAHL #191303
CORYNNE MCSHERRY #221504
JULIE SAMUELS (*pro hac vice*)
454 Shotwell Street
San Francisco, CA  94110
Telephone:    (415) 436-9333
Facsimile:    (415) 436-9993
Email: kurt@eff.org; corynne@eff.org
Email: julie@eff.org

KEKER & VAN NEST LLP
ASHOK RAMANI - #200020
MICHAEL S. KWUN -#198945
MELISSA J. MIKSCH - #249805
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188
Email: aramani@kvn.com; mkwun@kvn.com
Email: mmiksch@kvn.com

Attorneys for Plaintiff

KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
MELINDA E. LEMOINE (SBN 235670)
Melinda.LeMoine@mto.com
L. ASHLEY AULL (SBN 257020)
Ashley.Aull@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>                           Plaintiff,<br><br>v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>                           Defendants. | Case No. C 07-03783-JF<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER RE CASE MANAGEMENT SCHEDULE**<br><br>Judge:        The Hon. Jeremy Fogel |

1    Plaintiff Stephanie Lenz ("Plaintiff" or "Lenz") and Defendants Universal Music Corp.,

2  Universal Music Publishing, Inc. and Universal Musical Publishing Group ("Defendants" or

3  "Universal"), by and through their respective counsel of record, hereby declare and stipulate as

4  follows:

5    WHEREAS, the current Case Management Schedule, stipulated to by the parties and

6  entered by the Court, set a schedule for, *inter alia*, the filing of dispositive motions (by October

7  18, 2010) and for trial (May 9, 2011) (Doc. No. 291);

8    WHEREAS, on October 18, 2010, the parties each filed their opening papers in support

9  of their respective motions for summary judgment;

10    WHEREAS, on October 22, 2010, Magistrate Judge Trumbull issued an order directing

11  Plaintiff to produce certain documents and appear for further deposition, which documents and

12  testimony had been previously withheld under a claim of privilege that Universal argued Plaintiff

13  had waived;

14    WHEREAS, on November 2, 2010, Plaintiff filed a Motion for Relief from Magistrate

15  Judge Trumbull's Order;

16    WHEREAS, on November 4, 2010, this Court entered an Order approving the parties'

17  stipulation to adjourn the then-current schedule for completing summary judgment briefing

18  pending the completion of the discovery ordered by Magistrate Judge Trumbull's Order;

19    WHEREAS, on November 17, 2010, this Court entered an Order Overruling Plaintiff's

20  Objections to Discovery Order;

21    WHEREAS, on December 17, 2010, Defendants filed a Motion to Find Plaintiff in

22  Contempt for Violation of October 22, 2010 Order, to Compel Compliance and In Camera

23  Review, and for Sanctions (hereinafter "Defendants' Motion");

24

25    WHEREAS, on February 8, 2011, Magistrate Judge Lloyd heard oral argument and took

26  Defendants' Motion under submission;

27    WHEREAS, as of the date of this Stipulation, Defendants' Motion remains under

28  submission before Magistrate Judge Lloyd;

1

WHEREAS, the parties have agreed to defer the deposition of Plaintiff ordered by Magistrate Judge Trumbull's Order pending the resolution of Defendants' Motion and any production of additional documents;

WHEREAS, Universal intends to incorporate documents produced by Plaintiff and her forthcoming deposition testimony into the remaining briefing on the summary judgment motions;

WHEREAS, on November 4, 2011, this Court entered an Order vacating the summary judgment briefing schedule in light of the foregoing, and with an agreement from the parties to meet and confer about an appropriate schedule for the conclusion of the summary judgment briefing schedule upon completion of outstanding discovery (Doc. No. 349);

WHEREAS, with the current trial date of May 9, 2011, the parties face impending pretrial deadlines before the summary judgment briefing is complete or the motion resolved;

WHEREAS, the parties believe that, it would conserve party and judicial resources for the Court to vacate the current trial date, so that Defendants' Motion may be resolved, remaining discovery may be completed, and the parties may conclude the summary judgment briefing and present their respective motions to the Court for resolution.

**ACCORDINGLY, THE PARTIES STIPULATE AS FOLLOWS:**

[1] Upon resolution of Defendants' Motion, the parties will **meet and confer** regarding

    a)  an appropriate schedule for the required remaining discovery, including the deposition of Plaintiff, with a presumption that Plaintiff's deposition will be within 10 Court days of either the production of any additional documents ordered produced or the date of the order, but subject to reasonable adjustments to accommodate the schedules of counsel and the parties;

    b)  an appropriate schedule for concluding the briefing of their respective motions for summary judgment, with a presumptive schedule that oppositions will be due two weeks after the additional discovery is complete, with replies due two weeks after

oppositions and a hearing set as soon as the Court's schedule will allow thereafter, but subject to reasonable adjustments to accommodate the schedules of counsel and the parties; and

c) an appropriate proposed schedule for pre-trial and trial dates, subject to the Court's availability and the schedules of counsel and the parties.

**IN SUPPORT OF SAID STIPULATION**:

A.     Pursuant to Civil Local Rule 6-2(a)(1), the parties state that the time modifications set forth above are requested for the purpose of setting an orderly schedule for resolution of Defendants' Motion to Find Plaintiff in Contempt for Violation of October 22, 2010 Order, to Compel Compliance and In Camera Review, and for Sanctions and their respective motions for summary judgment;

B.     Pursuant to Civil Local Rule 6-2(a)(2), the parties disclose the following previous time modifications in this case:

(1)     August 20, 2007 (Docket No. 8), time to respond to first amended complaint;

(2)     October 11, 2007 (Docket No. 19), briefing schedule on Universal's motion to dismiss and special motion to strike;

(3)     November 16, 2007 (Docket No. 26), briefing schedule on Universal's motion to dismiss and special motion to strike;

(4)     April 30, 2008 (Docket No. 35), time to respond to second amended complaint;

(5)     August 29, 2008 (Docket No. 46), time to respond to second amended complaint and briefing schedule for motion for to certify for interlocutory appeal;

(6)     April 15, 2009 (Docket No. 63), briefing schedule for motion for protective order;

(7)     September 9, 2009 (Docket No. 166), briefing schedule for administrative motion;

3

(8)   September 14, 2009 (Docket No. 176), modifications to case management schedule;

(9)   November 3, 2009 (Docket No. 206), briefing schedule on Plaintiff's motion for summary judgment on certain of Universal's affirmative defenses; and

(10)   July 16, 2010 (Docket No. 291), modifications to case management schedule;

(11)   November 4, 2010 (Docket No. 349), modifications to case management schedule;

///

///

///

JOINT STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT SCHEDULE
CASE NO. C 07-03783-JF

C.      Pursuant to Civil Local Rule 6-2(a)(3), the parties state that the requested time modifications will affect the briefing schedule for and hearing on the parties motions for summary judgment and as well all pre-trial dates and the trial date.

        **IT IS SO STIPULATED.**

Dated: March 8, 2011                                      ELECTRONIC FRONTIER
                                                         FOUNDATION


                                               By: _____/s/ Corynne McSherry_____
                                                         CORYNNE MCSHERRY
                                                         Attorneys for Plaintiff
                                                         STEPHANIE LENZ

Dated: March 8, 2011                                      MUNGER, TOLLES & OLSON LLP


                                               By: _____/s/ Kelly M. Klaus*_____
                                                         KELLY M. KLAUS
                                                         Attorneys for Defendants
                                                         UNIVERSAL MUSIC CORP.,
                                                         UNIVERSAL MUSIC PUBLISHING,
                                                         INC. and UNIVERSAL MUSIC
                                                         PUBLISHING GROUP

                **PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated:  3/10/11                                By: _____
                                                         HON. JEREMY FOGEL
                                                         United States District Judge

_____
* Electronically signed by Plaintiff's counsel with the concurrence of Defendants' counsel. N.D. Cal. G.O. 45 ¶ X.B.