ELECTRONIC FRONTIER FOUNDATION
CINDY COHN – #145997
CORYNNE MCSHERRY – #221504
KURT OPSAHL – #191303
JULIE SAMUELS – *pro hac vice*
454 Shotwell Street
San Francisco, CA  94110
Telephone:     (415) 436-9333
Facsimile:      (415) 436-9993
Email: cindy@eff.org; corynne@eff.org;
          kurt@eff.org; julie@eff.org

KEKER & VAN NEST LLP
ASHOK RAMANI – #200020
MICHAEL S. KWUN – #198945
MELISSA J. MIKSCH - #249805
633 Battery Street
San Francisco, CA  94111-1809
Telephone:     (415) 391-5400
Facsimile:      (415) 397-7188
Email: aramani@kvn.com; mkwun@kvn.com
          adawson@kvn.com

Attorneys for Plaintiff
STEPHANIE LENZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| STEPHANIE LENZ,<br><br>                                Plaintiff,<br><br>     v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>                                Defendants. | Case No. C-07-03783-JF (HRL)<br><br>**NOTICE OF CHANGE OF ADDRESS** |
|---|---|

Notice is hereby given of the change of address for Keker & Van Nest LLP, counsel for Plaintiff STEPHANIE LENZ.  The new address and affected attorneys are:

Ashok Ramani<br>
Michael S. Kwun<br>
Melissa J. Miksch<br>
Keker & Van Nest LLP<br>
633 Battery Street<br>
San Francisco, CA  94111-1809

This change is effective <u>August 1, 2011</u>.  The phone numbers and email addresses remain the same.

Dated:  August 2, 2011                                         KEKER & VAN NEST LLP


                                                By:   <u>/s/Ashok Ramani</u>
                                                      ASHOK RAMANI
                                                      MICHAEL S. KWUN
                                                      Attorneys for Plaintiff
                                                      STEPHANIE LENZ

---

1
NOTICE OF CHANGE OF ADDRESS
CASE NO. C 07-03783-JF (HRL)

573298.01