**E-Filed 9/22/2011**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>                    Plaintiff,<br><br>      v.<br><br>UNIVERSAL MUSIC PUBLISHING, INC., et al.,<br><br>                  Defendants. | Case Number 5:07-cv-03783-JF (HRL)<br><br>ORDER ADMINISTRATIVELY TERMINATING MOTIONS FOR SUMMARY JUDGMENT WITHOUT PREJUDICE TO RENEWAL AFTER RULING FROM MAGISTRATE JUDGE<br><br>[re: dkt entries 316, 323 ] |

     Pursuant to a stipulation and order issued March 11, 2011, briefing on the parties' cross-motions for summary judgment (dkt entries 316, 323) was suspended pending disposition of Defendants' motion for contempt sanctions (dkt entry 365), which is pending before Magistrate Judge Howard Lloyd.  The cross-motions for summary judgment are hereby administratively terminated without prejudice to renewal following disposition of the motion before Judge Lloyd.

Dated:  9/22/2011

_____
JEREMY FOGEL
United States District Judge