ELECTRONIC FRONTIER FOUNDATION
CINDY COHN – #145997
CORYNNE MCSHERRY – #221504
KURT OPSAHL – #191303
JULIE SAMUELS – *pro hac vice*
454 Shotwell Street
San Francisco, CA  94110
Telephone:    (415) 436-9333
Facsimile:     (415) 436-9993
Email: cindy@eff.org; corynne@eff.org;
         kurt@eff.org; julie@eff.org

KEKER & VAN NEST LLP
ASHOK RAMANI – #200020
MICHAEL S. KWUN – #198945
MELISSA J. MIKSCH - #249805
633 Battery Street
San Francisco, CA  94111-1809
Telephone:    (415) 391-5400
Facsimile:     (415) 397-7188
Email: aramani@kvn.com; mkwun@kvn.com
         mmiksch@kvn.com

Attorneys for Plaintiff
STEPHANIE LENZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>                                    Plaintiff,<br><br>     v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>                                    Defendants. | Case No. C-07-03783-JF (HRL)<br><br>**NOTICE OF SUBMITTED MATTER**<br><br>Judge:  Hon. Howard R. Lloyd |

1   Plaintiff Stephanie Lenz hereby gives notice pursuant to Civil Local Rule 7-13 that Defendants' Motion to Find Plaintiff in Contempt for Violation of October 22, 2010 Order, to Compel Compliance and In Camera Review, and for Sanctions ("Defendants' Discovery Motion"), has been under submission for more than 120 days.

Defendants' Discovery Motion was filed on December 17, 2010, and was taken under submission by Magistrate Judge Lloyd following a hearing on February 8, 2011.  Defendants' Discovery Motion was filed after both parties had filed cross-motions for summary judgment, but before oppositions to those cross-motions had been filed.  Pursuant to stipulation and order, the briefing of the cross-motions for summary judgment was suspended pending disposition of Defendants' Discovery Motion by Judge Lloyd.  On September 22, 2011 (ECF No. 383), Judge Fogel administratively terminated both parties' motions for summary judgment without prejudice to renewal following disposition of Defendants' Discovery Motion.  As of the filing of this Notice of Submitted Matter, Defendants' Discovery Motion remains under submission.

Dated:  February 2, 2012                                              KEKER & VAN NEST LLP

                                                                      By:   /s/ Michael S. Kwun
                                                                            MICHAEL S. KWUN
                                                                            Attorneys for Plaintiff
                                                                            STEPHANIE LENZ