*E-FILED: March 19, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>      Plaintiff,<br><br>   v.<br><br>UNIVERSAL MUSIC CORP.; UNIVERSAL MUSIC PUBLISHING, INC.; and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>      Defendants. | No. C07-03783 JF (HRL)<br><br>**ORDER FOLLOWING *IN CAMERA* REVIEW OF PLAINTIFF'S DOCUMENTS** |

Pursuant to this court's order (Dkt. No. 385), plaintiff submitted certain documents for an *in camera* review so that the court could assess the propriety of her redactions. Having reviewed those documents, this court finds that plaintiff need not produce any of the redacted information to defendants.

SO ORDERED.

Dated: March 19, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:07-cv-03783-JF Notice has been electronically mailed to:

Andrew Frederick Dawson     adawson@kvn.com, jselby@kvn.com

Ashok Ramani     aramani@kvn.com, efiling@kvn.com, mls@kvn.com

Cindy Ann Cohn     cindy@eff.org, rebecca@eff.org, steph@eff.org

Corynne McSherry     corynne@eff.org, cindy@eff.org, kurt@eff.org, michael@eff.org, steph@eff.org

Jason M. Schultz     jschultz@law.berkeley.edu

Julie P. Samuels     julie@eff.org

Kelly Max Klaus     kelly.klaus@mto.com, jillian.song@mto.com, shari.lorand@mto.com

Laura Ashley Aull     ashley.aull@mto.com, shari.lorand@mto.com

Marcia Clare Hofmann     marcia@eff.org, steph@eff.org

Melinda Eades LeMoine     melinda.lemoine@mto.com

Melissa Jeanne Miksch     mmiksch@kvn.com, efiling@kvn.com, jwinars@kvn.com

Michael S Kwun     mkwun@kvn.com, rcirelli@kvn.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.