| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION<br>KURT OPSAHL #191303<br>CORYNNE MCSHERRY #221504<br>JULIE SAMUELS (*pro hac vice*)<br>454 Shotwell Street<br>San Francisco, CA  94110<br>Telephone:    (415) 436-9333<br>Facsimile:     (415) 436-9993<br>Email: kurt@eff.org; corynne@eff.org<br>Email: julie@eff.org | KELLY M. KLAUS (SBN 161091)<br>Kelly.Klaus@mto.com<br>L. ASHLEY AULL (SBN 257020)<br>Ashley.Aull@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue<br>Thirty-Fifth Floor<br>Los Angeles, CA  90071-1560<br>Telephone:    (213) 683-9100<br>Facsimile:     (213) 687-3702 |
| KEKER & VAN NEST LLP<br>ASHOK RAMANI - #200020<br>MICHAEL S. KWUN -#198945<br>MELISSA J. MIKSCH - #249805<br>710 Sansome Street<br>San Francisco, CA  94111-1704<br>Telephone:    (415) 391-5400<br>Facsimile:     (415) 397-7188<br>Email: aramani@kvn.com; mkwun@kvn.com<br>Email: mmiksch@kvn.com | Attorneys for Defendants |

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>                              Plaintiff,<br><br>     v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC., and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>                              Defendants. | Case No. C 07-03783-JF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT SCHEDULE**<br><br>Judge:      The Hon. Jeremy Fogel |

Plaintiff Stephanie Lenz ("Plaintiff") and Defendants Universal Music Corp., Universal Music Publishing, Inc. and Universal Musical Publishing Group ("Universal"), by and through their respective counsel of record, hereby declare and stipulate as follows:

WHEREAS, the parties previously filed opening motions for summary judgment on October 18, 2010;

WHEREAS, the Court on September 22, 2011 administratively terminated the cross-motions for summary judgment pending the determination of the then-pending Motion for Contempt before Magistrate Judge Lloyd;

WHEREAS, Magistrate Judge Lloyd on March 1, 2012 issued his Order granting in part and denying in part the Motion for Contempt;

WHEREAS, the Parties had previously agreed to defer the further deposition of Plaintiff, ordered by Magistrate Judge Trumbull in the Order of October 22, 2010, pending Magistrate Judge Lloyd's ruling;

WHEREAS, the Parties have met and conferred, have reached an agreement as to an orderly schedule for the supplemental deposition of Plaintiff and the re-filing and further briefing of respective motions for summary judgment, and have cleared with Chambers the Court's availability to hear the summary judgment motions;

**ACCORDINGLY, THE PARTIES STIPULATE AS FOLLOWS:**

[1] Defendants shall take the deposition of Plaintiff in accordance with Magistrate Judge Trumbull's October 22, 2010 Order at the offices of Munger, Tolles & Olson LLP in San Francisco, on **Thursday, June 28, 2012, at 10 a.m.**

[2] The Parties shall file any motions for summary judgment by **Friday, July 13, 2012**.

[3] The Parties shall file any oppositions to motions for summary judgment by **Friday, August 24, 2012**.

[4] The Parties shall file any replies in support of motions for summary judgment by **Wednesday, September 26, 2012**.

[5] The Parties shall appear before the Court for a hearing regarding any motions for summary judgment on **Wednesday, October 17, 2012.**

**IN SUPPORT OF SAID STIPULATION**,

a) Pursuant to Civil Local Rule 6-2(a)(1), the parties state that the time modifications set forth above are requested for the purpose of setting an orderly schedule for resolution of Plaintiff's Motion for Relief and their respective motions for summary judgment;

b) Pursuant to Civil Local Rule 6-2(a)(2), the parties disclose the following previous time modifications in this case:

  (1) August 20, 2007 (Docket No. 8), time to respond to first amended complaint;

  (2) October 11, 2007 (Docket No. 19), briefing schedule on Universal's motion to dismiss and special motion to strike;

  (3) November 16, 2007 (Docket No. 26), briefing schedule on Universal's motion to dismiss and special motion to strike;

  (4) April 30, 2008 (Docket No. 35), time to respond to second amended complaint;

  (5) August 29, 2008 (Docket No. 46), time to respond to second amended complaint and briefing schedule for motion for to certify for interlocutory appeal;

  (6) April 15, 2009 (Docket No. 63), briefing schedule for motion for protective order;

  (7) September 9, 2009 (Docket No. 166), briefing schedule for administrative motion;

  (8) September 14, 2009 (Docket No. 176), modifications to case management schedule;

  (9) November 3, 2009 (Docket No. 206), briefing schedule on Plaintiff's

motion for summary judgment on certain of Universal's affirmative defenses; and

  (10) July 16, 2010 (Docket No. 291), modifications to case management schedule;

  (11) November 4, 2010 (Docket No. 349), modifications to case management schedule;

  (12) March 11, 2011 (Docket No. 381), modifications to case management schedule.

 c) Pursuant to Civil Local Rule 6-2(a)(3), the parties state that the requested time modifications will not affect any dates currently scheduled.

**IT IS SO STIPULATED.**

Dated: April 10, 2012     ELECTRONIC FRONTIER FOUNDATION

By: __/s/ Julie Samuels[*]____
JULIE SAMUELS
Attorneys for Plaintiff
STEPHANIE LENZ

Dated: April 10, 2012     MUNGER, TOLLES & OLSON LLP

By: __/s/ Kelly M. Klaus_____
KELLY M. KLAUS
Attorneys for Defendants
UNIVERSAL MUSIC CORP.,
UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP

---

[*] Electronically signed by Defendants' counsel with the concurrence of Plaintiff's counsel. N.D. Cal. G.O. 45 ¶ X.B.

3

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  _____            By:  _____
                                                         HON. JEREMY FOGEL
                                                         United States District Judge