KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
MELINDA E. LEMOINE (SBN 235670)
Melinda.LeMoine@mto.com
L. ASHLEY AULL (SBN 257020)
Ashley.Aull@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

Attorneys for Defendants
UNIVERSAL MUSIC CORP.,
UNIVERSAL MUSIC PUBLISHING, INC.
and UNIVERSAL MUSIC PUBLISHING
GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>              Plaintiff,<br><br>       vs.<br><br>UNIVERSAL MUSIC CORP.,<br>UNIVERSAL MUSIC PUBLISHING, INC. and<br>UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>              Defendants. | CASE NO.  CV-07-03783-JF (HRL)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: October 17, 2012<br>Time: 10:00 A.M.<br>Ctrm: 3, Fifth Floor<br>Judge: Hon. Jeremy Fogel |

Defendants Universal Music Corp., Universal Music Publishing Inc., and Universal Music Publishing Group have moved for summary judgment pursuant to Federal Rule of Civil Procedure 56 and Northern District of California Civil Local Rule 56-1.  On October 17, 2012, Defendants' Motion came on for hearing before this Court.  The Court has reviewed the moving, opposition, and reply papers and, after consideration of the submissions and arguments, the Court finds there is no genuine issue of material fact about the following:

[1]  Defendants are entitled to summary judgment on Plaintiff's Second Amended Complaint; and

[2]  Plaintiff did not "incur[]" "any damages" and was not "injured by [the claimed] misrepresentation, as the result of" YouTube's temporary removal of her posting.  *Id*.  Summary judgment is warranted.

Defendants' Motion is GRANTED.   The Clerk is directed to enter judgment in Defendants' favor, consistent with this Order.   IT IS SO ORDERED.

DATED:

The Honorable Jeremy Fogel
United States District Judge

Submitted by:
MUNGER, TOLLES & OLSON LLP

By:      */s/ Kelly M. Klaus*
            KELLY M. KLAUS

Attorneys for Defendants