1  KELLY M. KLAUS (SBN 161091)
   Kelly.Klaus@mto.com
2  MELINDA E. LEMOINE (SBN 235670)
   Melinda.LeMoine@mto.com
3  L. ASHLEY AULL (SBN 257020)
   Ashley.Aull@mto.com
4  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
5  Thirty-Fifth Floor
   Los Angeles, CA  90071-1560
6  Telephone:    (213) 683-9100
   Facsimile:    (213) 687-3702
7
   Attorneys for Defendants
8  UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC
   PUBLISHING, INC. and UNIVERSAL MUSIC
9  PUBLISHING GROUP

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                  SAN JOSE DIVISION

13  STEPHANIE LENZ,                          CASE NO.  C 07-03783 JF (HRL)

14           Plaintiff,                      **DECLARATION OF KELLY M.
                                             KLAUS IN SUPPORT OF
15       vs.                                 DEFENDANTS' MOTION FOR
                                             SUMMARY JUDGMENT**
16  UNIVERSAL MUSIC CORP., UNIVERSAL
    MUSIC PUBLISHING, INC. and UNIVERSAL     [Notice of Motion and Motion,
17  MUSIC PUBLISHING GROUP,                  Memorandum of Points and Authorities,
                                             Declaration of Benjamin Edelman and
18           Defendants.                     Request for Judicial Notice filed
                                             concurrently]
19
                                             Date:   October 17, 2012
20                                           Time:   10:00 A.M.
                                             Ctrm:   3, Fifth Floor
21                                           Judge:  Hon. Jeremy Fogel
22
23
24
25
26
27
28

18005690.1                                   KLAUS DECL. ISO SUMM  JUDGMENT
                                             CASE NO. CV-07-03783

I, Kelly M. Klaus, declare:

1.     I am a partner in the law firm of Munger, Tolles & Olson LLP, counsel of record for Defendants Universal Music Corp., Universal Music Publishing, Inc., and Universal Music Publishing Group (collectively "Universal" or "Defendants").  I make this Declaration in support of Universal's Motion for Summary Judgment ("Motion").  The contents of this Declaration are based upon my own personal knowledge, and if called upon to do so, I could and would testify competently to the matters stated herein.

2.     Attached as Exhibit 1 is a true and correct screenshot copy of Plaintiff's blog website http://blog.piggyhawk.net/?=86, authenticated and marked at her deposition on September 16, 2009 as Exhibit 34 (*see* Ex. 14A at 277:14-20).

3.     Attached as Exhibit 2 is a true and correct copy of a document produced by Plaintiff in this litigation, and authenticated and marked at her deposition on September 16, 2009 as Exhibit 29 (*see* Ex. 14A at 244:4-13).

4.     Attached as Exhibit 3 is a true and correct copy of a document produced by Plaintiff in this litigation, and authenticated and marked at her deposition on September 16, 2009 as Exhibit 41 (*see* Ex. 14A at 321:15-23).

5.     Attached as Exhibit 4 is a true and correct copy of a document produced by Plaintiff in this litigation, and authenticated and marked at her deposition on June 28, 2012 as Exhibit 202 (*see* Ex. 14B at 370:14-25).

6.     Attached as Exhibit 5 is a true and correct screenshot copy of YouTube's Partnerships webpage, printed from YouTube's website at my direction the week of October 11, 2010.

7.     Attached as Exhibit 6A is a true and correct copy of non-confidential excerpts from the Certified Transcript of the Deposition of Robert E. Allen taken on April 1, 2010 in this action.

8.     Attached as Exhibit 6B is a true and correct copy of confidential excerpts from the Certified Transcript of the Deposition of Robert E. Allen taken on April 1, 2010 in this action.

- 1 -

1    9.    Exhibit 7 is a CD containing seven videos from YouTube.com, including

2  Plaintiff's video entitled "Let's Go Crazy #1".  These videos were captured using a webcapture

3  software at my direction on October 15, 2010.  Universal is submitting the CD to the Court under

4  separate cover.

5    10.    Attached as Exhibit 8A is a true and correct copy of non-confidential excerpts

6  from the Certified Transcript of the Deposition of Sean Johnson taken on January 28, 2010 in this

7  action.

8    11.    Attached as Exhibit 8B is a true and correct copy of confidential excerpts from the

9  Certified Transcript of the Deposition of Sean Johnson taken on January 28, 2010 in this action.

10    12.    Attached as Exhibit 9 is a true and correct copy of a document produced by

11  Defendants in this litigation, and authenticated and marked at Sean Johnson's deposition on

12  January 28, 2010 as Exhibit 70 (*see* Ex. 8A at 33:2-11).

13    13.    Attached as Exhibit 10 is a true and correct copy of excerpts from the Certified

14  Transcript of the Deposition of Alina Moffat taken on March 31, 2010 in this action.

15    14.    Attached as Exhibit 11 is a true and correct copy of a document produced by

16  Plaintiff in this litigation, and authenticated and marked at her deposition on September 16, 2009

17  as Exhibit 9 (*see* Ex. 14A at 110:1-6).

18    15.    Attached as Exhibit 12 is a true and correct copy of a document produced by

19  Plaintiff in this litigation, and authenticated and marked at her deposition on September 16, 2009

20  as Exhibit 11 (*see* Ex. 14A at 116:9-16).

21    16.    Attached as Exhibit 13 is a true and correct screenshot copy of Plaintiff's blog

22  website http://blog.piggyhawk.net/?=81, authenticated and marked at her deposition on

23  September 16, 2009 as Exhibit 12 (*see* Ex. 14 at 129:5-11).

24    17.    Attached as Exhibit 14A is a true and correct copy of non-confidential excerpts

25  from the Certified Transcript of the Deposition of Plaintiff Stephanie Lenz taken on September

26  16, 2009 in this action.

27

28

1      18.    Attached as Exhibit 14B is a true and correct copy of confidential excerpts from

2 the Certified Transcript of the Deposition of Plaintiff Stephanie Lenz taken on June 28, 2012 in

3 this action.

4      19.    Attached as Exhibit 15 is a true and correct screenshot copy of Plaintiff's "'Let's

5 Go Crazy' #1" YouTube webpage, which was printed the week of October 11, 2010 at my

6 direction.

7      20.    Attached as Exhibit 16 is a true and correct copy of a document produced by

8 Plaintiff in this litigation, and authenticated and marked at her deposition on September 16, 2009

9 as Exhibit 7 (*see* Ex. 14A at 99:11-18).

10      21.    Attached as Exhibit 17 is a true and correct copy of excerpts from the Certified

11 Transcript of the Deposition of Linda Morgan taken on October 21, 2009 in this action.

12      22.    Attached as Exhibit 18 is a true and correct screenshot copy of YouTube's Terms

13 of Use webpage, which I printed from YouTube's website on or about September 19, 2007.  This

14 document was marked at Plaintiff's deposition on September 16, 2009 as Exhibit 5 (*see* Ex. 14A

15 at 51:12-23).

16      23.    Attached as Exhibit 19 is a true and correct screenshot copy of YouTube's Help

17 Center webpage as of February 2007, which I printed from the website www.archive.org on or

18 about September 10, 2009.  This document was marked at Plaintiff's deposition on September 16,

19 2009 as Exhibit 10 (*see* Ex. 14A at 113:24-116:8).

20      24.    Attached as Exhibit 20 is a true and correct copy of a document produced by

21 Plaintiff in this litigation, and authenticated and marked at her deposition on September 16, 2009

22 as Exhibit 16 (*see* Ex. 14A at 174:13-18).

23      25.    Attached as Exhibit 21 is a true and correct copy of a document produced by

24 Plaintiff in this litigation, and authenticated and marked at her deposition on June 28, 2012 as

25 Exhibit 201 (*see* Ex. 14B at 367:24-368:7).

26

27

28

26.     Attached as Exhibit 22 is a true and correct copy of Plaintiff's January 4, 2011 Declaration in this matter, authenticated and marked at Plaintiff's deposition on June 28, 2012 as Exhibit 206 (*see* Ex. 14B at 402:24-403:4).

27.     Attached as Exhibit 23 is a true and correct copy of  Plaintiff's Initial Rule 26(a) Disclosures, dated September 30, 2008.

28.     Attached as Exhibit 24 is a true and correct copy of  Plaintiff's Second Supplemental Rule 26(a) Disclosures, dated September 14, 2009.

29.     Attached as Exhibit 25 is a true and correct copy of  Plaintiff's Third Supplemental Rule 26(a) Disclosures, dated April 30, 2010.

30.     Attached as Exhibit 26 is a true and correct copy of a document produced by Plaintiff in this litigation, and authenticated and marked at her deposition on June 28, 2012 as Exhibit 200 (*see* Ex. 14B at 357:18-358:7).

31.     Attached as Exhibit 27 is a true and correct copy of  a screenshot of http://edenza.wordpress.com/2010/09/23/reality-bites-2/.

32.     Attached as Exhibit 28 is a true and correct copy of  a screenshot of http://edenza.wordpress.com/2010/ 06/29/blog-challenge-30-7/.

33.     Attached as Exhibit 29 is a true and correct copy of excerpts from the Certified Transcript of the Deposition of Peter Jaszi taken on October 6, 2010 in this action.

34.     Attached as Exhibit 30 is a true and correct copy of a document produced by Peter Jaszi in this litigation, and authenticated and marked in his deposition on October 6, 2010 as Exhibit 132 (*see* Ex. 29 at 126:20-131:25).

35.     Attached as Exhibit 31 is a true and correct copy of a document titled *Recut, Reframe, Recycle: Quoting Copyrighted Material in User-Generated Video*, authenticated and marked at Prof. Jaszi's deposition on October 6, 2010 as Exhibit 133 (*see* Ex. 29 at 188:16-191:12).

36.     Attached as Exhibit 32 is a true and correct copy of a document titled *Code of Best Practices in Fair Use for Online Video*, authenticated and marked at Prof. Jaszi's deposition on October 6, 2010 as Exhibit 145 (*see* Ex. 29 at 242:23-245:25).

37.     Attached as Exhibit 33 is a true and correct copy of a document produced by Plaintiff in this litigation, and authenticated and marked at her deposition on June 28, 2012 as Exhibit 203 (*see* Ex. 14B at 376:6-10).

38.     Attached as Exhibit 34 is a true and correct copy of a document produced by Plaintiff in this litigation, and authenticated and marked at her deposition on September 16, 2009 as Exhibit 23 (*see* Ex. 14A at 216:4-215:24).

39.     Attached as Exhibit 35 is a true and correct copy of a document produced by Plaintiff in this litigation, bearing bates number P-E_003036.

40.     Attached as Exhibit 36 is a true and correct copy of a document produced by Plaintiff in this litigation, and authenticated and marked at her deposition on September 16, 2009 as Exhibit 20 (*see* Ex. 14A at 198:9-15).

41.     Attached as Exhibit 37 is a true and correct copy of a document produced by Plaintiff in this litigation, and authenticated and marked at her deposition on June 28, 2012 as Exhibit 205 (*see* Ex. 14B at 387:19-388:1).

42.     Attached as Exhibit 38 is a true and correct copy of a document produced by Plaintiff in this litigation, and authenticated and marked at her deposition on June 28, 2012 as Exhibit 207 (*see* Ex. 14B at 409:14-21).

43.     Attached as Exhibit 39 is a true and correct copy of the webpage from the Electronic Frontier Foundation's website entitled, "Fair Use Principles for User Generated Video Content," which I directed to be printed on July 12, 2012.

44.     Attached as Exhibit 40 is a true and correct copy of a document produced by Plaintiff in this litigation, and authenticated and marked at her deposition on September 16, 2009 as Exhibit 22 (*see* Ex. 14A at 202:23-203:6).

18005690.1

1     I declare under penalty of perjury under the laws of the United States that the foregoing is

2   true and correct and that this Declaration was executed this 13th day of July, 2012, at Los

3   Angeles, California.

4

5

6                                              _____
                                                      */s/ Kelly M. Klaus*
                                                     KELLY M. KLAUS

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

18005690.1                                   KLAUS DECL. ISO SUMM  JUDGMENT
                                             CASE NO. CV-07-03783