# EXHIBIT 1

# Update on YouTube/Universal

Jun 11th, 2007 by Eden

Thanks to some excellent advice, I contacted EFF about the YouTube/Universal situation. Today I got an e-mail from someone at EFF. He asked some questions, asked to see the correspondence from YouTube, asked to see the video, etc. I forwarded everything to him and explained that I'm sensitive to copyright issues and have some knowledge on the topic and would never in a million years have thought that my video would be constituted as "copyright infringement." The letter seemed to have the tone of "this sounds familiar and is something we're interested in talking about." So stay tuned in case the topic is covered at EFF.

Recently EFF paired up with Michelle Malkin against Universal and Universal backed off. Now I'm no Michelle Malkin but it's a similar situation in that it's the same complainant and a similar situation ("hey YouTube, this video infringes on our copyright"). And if I am put in a chair beside Michelle Malkin, I will bite my tongue and just talk about the bastards at Universal and will not mention her bizarre cheerleader video or anything remotely political. Unless we discuss Maher.

I really recommend perusing the EFF site. They have a newsletter too. As someone who uses electronic media, the site is chock full of info for you. If you write, post video or photos (even if they are your own) online, take a few minutes and look around or bookmark it for later. It's an excellent resource. Here's their section devoted to bloggers.

Posted in Follow-up, EFF/UMPG | 4 Comments

## 4 Responses to "Update on YouTube/Universal"

1. on 12 Jun 2007 at 8:06 am1*Joe the Troll*

    Thanks for the link, I'll check that out.

2. on 12 Jun 2007 at 8:18 am2*RichardZ.com*

    I think the difference between your video and Malkins is that she had some kind of commentary associated with the copyrighted material whereas your video was simply a home video with music playing in the background (correct me if I'm wrong please). Malkin has the stronger fair use argument. Don't mean to be a Debby Downer but I think you might have a harder time making such a defense. Although to your benefit, there was no commercial use which often will kill a fair use argument. Who knows. The EFF is a good outfit and hopefully they'll tell it to you straight. Good luck.

3. on 12 Jun 2007 at 9:23 am3*ron*

    funny, i just saw this posted today as well:

    http://www.techcrunch.com/2007/06/12/youtube-prepares-to-test-copyright-screening-technology/

    youtube is about to test automatically screening videos for copyright infringement

4. on 12 Jun 2007 at 12:17 pm4*Eden*



You're right Richard. Mine's not a "fair use" case at all. Nor is it a parody. It's something different. I've never heard of anything like it, which is why I contacted EFF.

Trackback URI | Comments RSS

**Leave a Reply**

You must be logged in to post a comment.

- **Recent Posts**
    - Wedding details later
    - Comments on these old blog entries
    - Play park
    - It has come to this
    - I'm sick of futzing with this blog
    - If you're not out of book space, you're not worth knowing
    - Real life versus the Internet
    - No wonder Sharper Image went down
    - Ni
    - A belated Ostara

- **Recent Comments**
    - ugitybyxy on Comments on these old blog entries
    - +AFw- on Hi! I'm Eddie your shipboard computer!
    - Eden on Girly girlness: Creative Wanderings fanlove
    - Catherine on Girly girlness: Creative Wanderings fanlove
    - Tarot Cards on Weekend quiz: What tarot card are you?

- **Read this:**

    My "Faves" Blogroll

    AmeriMama

    Boozie.

    Carbolic Smoke Ball

    Cleverly disguised as one of the masses

    daisybones

    Erie Media-Go-Round

    Erin's Wedding Blog

    Famous Last Words

    i am bossy

    I bought it on eBay

    If they can do it...

I'm a Reader, Not a Writer

Just Sayin'

Kitsch and Giggles

MichaelShakesDotCom

Moose and Monkey

Ms. Mandi Knits

Pacer

Parenting Without A License

photography.ron.richardson

Radical Mama

ron's house

Sex Changes

Spun

The Mommanista

The places I go

(title unknown)

Why Am I Doing This?

View all »

- **Pages**
  - [Fifty Things About Me](#)
  - [Fish In The Sky](#)
- **And then...**





68% Geek











- 
  - ## Blogroll
    - Cialis brand Buy online
    - Mestinon
    - viagra order