UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

|  |  |  |
|---|---|---|
| Case No. C-07-03783-JF | JUDGE: Jeremy Fogel | DATE: October 16, 2012<br>TIME IN: *35 mins.* |

**LENZ**                                                                -V-  **UNIVERSAL MUSIC GROUP INC., et al.**
Title

| C. McSherry, M. Miksch, M. Kwun | K. Klaus, M. LeMoine |
|---|---|
| Attorneys Present (Plaintiff) | Attorneys Present (Defendant) |
| COURT CLERK: Jackie Garcia | COURT REPORTER: Summer Fisher |

PROCEEDINGS

CROSS-MOTIONS FOR SUMMARY JUDGMENT

**ORDER AFTER HEARING**

Hearing Held.  The Court heard oral argument from the parties.  The Court took the matter under submission.  The Court to issue a written ruling to the parties.