ELECTRONIC FRONTIER FOUNDATION
CINDY COHN – #145997
cindy@eff.org
CORYNNE MCSHERRY – #221504
corynne@eff.org
KURT OPSAHL – #191303
kurt@eff.org
JULIE SAMUELS – #288039
julie@eff.org
454 Shotwell Street
San Francisco, CA  94110
Telephone:     (415) 436-9333
Facsimile:      (415) 436-9993

KEKER & VAN NEST LLP
ASHOK RAMANI - # 200020
aramani@kvn.com
MICHAEL S. KWUN - # 198945
mkwun@kvn.com
THERESA H. NGUYEN - # 284581
rnguyen@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391 5400
Facsimile:      (415) 397 7188

Attorneys for Plaintiff
STEPHANIE LENZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| STEPHANIE LENZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNIVERSAL MUSIC CORP.,<br>UNIVERSAL MUSIC PUBLISHING, INC.<br>and UNIVERSAL MUSIC PUBLISHING<br>GROUP,<br><br>　　　　　Defendants. | Case No. C-07-03783-JF (HRL)<br><br>**NOTICE OF APPEARANCE**<br><br>Judge:      Hon. Jeremy Fogel |
|---|---|

NOTICE OF APPEARANCE
Case No. C-07-03783-JF (HRL)

759699.01

**TO THE COURT AND ALL COUNSEL/PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that the following attorney hereby appears in this action as counsel of record for Plaintiff Stephanie Lenz:

>Theresa H. Nguyen
>KEKER & VAN NEST LLP
>633 Battery Street
>San Francisco, CA  94111-1809
>Telephone:  (415) 391-5400
>Facsimile:   (415) 397-7188
>Email:  rnguyen@kvn.com

Ms. Nguyen respectfully requests that all pleadings, orders, motions, notices and other papers in connection with this action henceforth be served on her.

Dated:  May 31, 2013                                      KEKER & VAN NEST LLP


                                                                      */s/ Theresa H. Nguyen*
                                                          By:   THERESA H. NGUYEN

                                                          Attorneys for Plaintiff
                                                          STEPHANIE LENZ