ELECTRONIC FRONTIER FOUNDATION
CINDY COHN – #145997
cindy@eff.org
CORYNNE MCSHERRY – #221504
corynne@eff.org
KURT OPSAHL – #191303
kurt@eff.org
815 Eddy Street
San Francisco, CA  94109
Telephone:    (415) 436-9333
Facsimile:     (415) 436-9993

KEKER, VAN NEST & PETERS LLP
ASHOK RAMANI - # 200020
aramani@keker.com
MICHAEL S. KWUN - # 198945
mkwun@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391 5400
Facsimile:     (415) 397 7188

Attorneys for Plaintiff
STEPHANIE LENZ

KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
MELINDA E. LEMOINE (SBN 235670)
Melinda.LeMoine@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:    (213) 683-9100
Facsimile:     (213) 687-3702

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>　　　　Defendants. | Case No. C-07-03783-JSW<br><br>**STIPULATION & [PROPOSED] ORDER**<br><br>Judge:　　The Hon. Jeffrey S. White |

1   WHEREAS the parties have met and conferred and believe that this matter would benefit

2   from referral to a Magistrate Judge for a settlement conference,

3   NOW THEREFORE the parties jointly stipulate and request that the Court refer this case

4   for a settlement conference. The parties respectfully request that the Court refer the case for this

5   purpose to Magistrate Judge Kim, if she is available, or alternatively to Magistrate Judge Spero, if

6   he is available. Should neither of them be available, then the parties respectfully request that the

7   Court refer the matter to another Magistrate Judge in the District, with a preference for

8   assignment to a Magistrate Judge in the San Francisco Division.

Dated: January 11, 2018                    KEKER, VAN NEST & PETERS LLP

                                           By:   */s/ Michael S. Kwun*
                                                 MICHAEL S. KWUN

                                           Attorneys for Plaintiff
                                           STEPHANIE LENZ

Dated: January 11, 2018                    MUNGER, TOLLES & OLSON LLP

                                           By:   */s/ Kelly M. Klaus*[*]
                                                 KELLY M. KLAUS
                                           Attorneys for Defendants
                                           UNIVERSAL MUSIC CORP.,
                                           UNIVERSAL MUSIC PUBLISHING,
                                           INC. and UNIVERSAL MUSIC
                                           PUBLISHING GROUP

PURSUANT TO STIPULATION, this case is referred to Magistrate Judge

__Sallie Kim_____ for a settlement conference.

Dated:  January 12, 2018                   By: _____
                                               HON. JEFFREY S. WHITE
                                               United States District Judge

---

[*] Electronically signed by Plaintiff's counsel with the concurrence of Defendants' counsel. N.D. Cal. G.O. 45 ¶ X.B.

1
STIPULATION & [PROPOSED] ORDER
Case No. C-07-03783-JSW

1227908.01