| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION<br>CINDY COHN – #145997<br>cindy@eff.org<br>CORYNNE MCSHERRY – #221504<br>corynne@eff.org<br>KURT OPSAHL – #191303<br>kurt@eff.org<br>815 Eddy Street<br>San Francisco, CA  94109<br>Telephone:     (415) 436-9333<br>Facsimile:     (415) 436-9993 | MUNGER, TOLLES & OLSON LLP<br>KELLY M. KLAUS (SBN 161091)<br>Kelly.Klaus@mto.com<br>560 Mission Street, 27th Floor<br>San Francisco, CA  94105<br>Telephone:     (415) 512-4000<br>Facsimile:     (415) 512-4088<br><br>Attorneys for Defendants |

KWUN BHANSALI LAZARUS LLP
MICHAEL S. KWUN - # 198945
mkwun@kblfirm.com
555 Montgomery Street, Suite 750
San Francisco, CA 94111
Telephone:     (415) 630-2350

Attorneys for Plaintiff
STEPHANIE LENZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEPHANIE LENZ,<br><br>           Plaintiff,<br><br>     v.<br><br>UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC PUBLISHING, INC. and UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>           Defendants. | Case No. C-07-03783-JSW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)(A)(ii)]**<br><br>Judge:     The Hon. Jeffrey S. White |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties stipulate that [1] Plaintiff Stephanie Lenz's second amended complaint and this action are hereby dismissed with prejudice; and [2] all parties will bear their own attorneys' fees and costs in connection with this litigation.

Dated:  June 26, 2018

ELECTRONIC FRONTIER FOUNDATION

By: */s/ Corynne McSherry*[*]
CORYNNE MCSHERRY

Attorneys for Plaintiff

Dated: June 26, 2018

MUNGER, TOLLES & OLSON LLP

By: */s/ Kelly M. Klaus*
KELLY M. KLAUS

Attorneys for Defendants

---

[*] Electronically signed by Defendants' counsel with the concurrence of Plaintiff's counsel. N.D. Cal. Civ. L.R. 5(*i*)(3).